IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN, *et al.,* | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )   CASE NO. 1:05-cv-1172-F |
| | ) |
| CITY OF DOTHAN., *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Sever Claims (Doc. #8) filed on January 4, 2006, 2006, it is hereby

ORDERED that the plaintiffs show cause in writing on or before January 17, 2006 as to why the motion should not be granted.

DONE this the 6th day of January, 2006.

                                                            /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE