## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and<br>MARY BETH BRACKIN,<br><br>    PLAINTIFFS,<br>vs.<br><br>CITY OF DOTHAN; JUDGE ROSE<br>EVANS-GORDON, officially, and in her<br>Individual capacity; CITY OF DOTHAN<br>POLICE DEPARTMENT; CHIEF JOHN<br>POWELL, Chief of Dothan Police Department,<br>in his official capacity ,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>) CASE NO: 1:05cv1172-F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION TO STRIKE THE CITY OF DOTHAN POLICE DEPARTMENT AS A PARTY DEFENDANT

The Plaintiffs moves this Court to strike the City of Dothan Police Department as a party to these proceedings. For reasons stated in their brief in opposition to the Defendants' Motion to dismiss, in spite of a potential redundancy it is necessary to retain the Chief of Police, Defendant John Powell but no such considerations require maintaining an action against the entity of which Chief Powell is employed. Complete relief should be available from the remaining parties.

Respectfully submitted, this 6th day of January 2006.

                                      s/Ishmael Jaffree
                                      Ishmael Jafree (IXJ 1791)
                                      951 Government St
                                      Bldg. Suite 415

        Mobile Alabama 36604
        251-694-9090
        ishjaff@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2006 electronically served a copy of the foregoing Motion to Strike with the Clerk using the CM/ECF system which will send notification to F. Lenton White who has entered an appearance on behalf of the Defendants.

        s/ Ishmael Jaffree___
        Ishmael Jaffree