1:05CV1172

| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2-2-06 |
|---|---|
| NAME OF SERVER (PRINT) J.D. Mendheim | TITLE P.S |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
　Dothan　City　Court

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-16-06
　　　　　　　Date　　　　　　　　Signature of Server

　412 N. Appletree St
　Address of Server
　Dothan, AL, 36303

David
794-4573

Office
792-7357

**MENDHEIM INVESTIGATION**
412 N. Appletree St.
Dothan, AL 36301

J.D.
794-7123

Don Trimnell
692-5339

RETURNED AND FILED

FEB 2 1

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Ishmael Jaffree
951 Government St. Bldg.
Suite 415
Mobile Alabama 36604

1:05CV1172

Ms. Debra P. Hackett
Clerk of Court
Federal Courthouse
Annex, Suite B-110
One Church Street
Montgomery, AL 36104


