IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MARTIN and, | ) | |
| MARY BETH BRACKIN, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:05CV1172-F |
| | ) | |
| CITY OF DOTHAN; JUDGE ROSE | ) | |
| EVANS-GORDON, officially, and in | ) | |
| her individual capacity; CITY OF | ) | |
| DOTHAN POLICE DEPARTMENT; | ) | |
| CHIEF JOHN POWELL, Chief of | ) | |
| Dothan Police Department, in his | ) | |
| official capacity, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## MOTION TO SEVER

Comes now the Defendant Gordon and moves to join in the Motion to Sever previously filed by Defendants City of Dothan and City of Dothan Police Department and Chief John Powell and states as follows:

(1) On January 4, 2006, Defendant City of Dothan, City of Dothan Police Department and Chief Powell filed a Motion to Sever the claims of Plaintiffs Nancy Martin and Mary Beth Brackin.

(2) That Judge Gordon wishes to join in with the other Defendants in their Motion to Sever and adopts said Motion and any Brief submitted in support thereof.

Respectfully submitted this 22nd day of February, 2006.

s/ Joe E. Herring, Jr.
Joe E. Herring, Jr. (HER038)
Assistant City Attorney
P.O. Box 2128
Dothan, AL  36302
(334) 615-3130

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Ishmael Jaffree.

s/ Joe E. Herring, Jr.
Of Counsel