**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                      TELEPHONE (334) 954-3600

March 1, 2006

# NOTICE OF CORRECTION

**To:**               **All Counsel of Record**

**From:**             **Clerk's Office**

**Case Style:**       **Nancy Martin, et al. v. City of Dothan, et al.**

**Case Number:**      **#1:05-cv-01172-MEF-DRB**

**Referenced Document:**   Document #23
                           Amended Complaint

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a signature on the actual pleading. The corrected pdf is attached to this notice.**