IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:05-cv-1172-MEF |
| ) | |
| CITY OF DOTHAN., *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #27) filed on March 14, 2006, it is hereby ORDERED:

1. That plaintiffs file a response which shall include a brief and any evidentiary materials on or before March 29, 2006.

2. The defendant may file a reply brief on or before April 5, 2006.

DONE this the 15th day of March, 2006.

                                                    /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE