IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NANCY MARTIN, *et. al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-1172-MEF |
| | ) | |
| CITY OF DOTHAN, *et. al.*, | ) | |
| | ) | |
|    Defendants. | ) | |

## **ORDER**

This cause is before the Court on Plaintiffs' Motion to Further Amend the Complaint (Doc. # 32). Upon consideration, it is hereby ORDERED that the motion is GRANTED. However, Plaintiffs are advised that the Court will not permit any further amendments to the complaint absent a showing of good cause.

On March 14, 2006, Defendants City of Dothan and Judge Rose Evans-Gordon filed a Motion to Dismiss (Doc. # 27). Because this motion addresses the first Amended Complaint, not the Second Amended Complaint, it is hereby ORDERED that the motion to dismiss is DENIED AS MOOT. However, this does not prevent Defendants from filing such a motion in response to the Second Amended Complaint if they choose to do so.

DONE this the 10th day of July, 2006.

                                                        /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE