IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:05-cv-1172-MEF |
| ) | |
| CITY OF DOTHAN., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. #36) filed on July 20, 2006, it is hereby ORDERED that:

1. The plaintiffs shall file a response which shall include a brief and any evidentiary materials on or before August 4, 2006.

2. The defendants may file a reply brief on or before August 11, 2006.

DONE this 24th day of July, 2006.

　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE