IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-1172-MEF |
| ) | |
| CITY OF DOTHAN, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

It has come to the Court's attention that the Memorandum Opinion and Order (Doc. # 42), filed on October 27, 2006, was not dated correctly. The date on the Memorandum Opinion and Order should have been October 27, 2006, not August 27, 2006. Because the Memorandum Opinion and Order was filed on October 27, 2006, Defendants must answer the Complaint by November 13, 2006.

DONE this 7th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE