IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and, <br> MARY BETH BRACKIN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DOTHAN and JUDGE <br> ROSE EVANS-GORDON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05-CV-1172-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Carol Sue Nelson, of the firm of Maynard, Cooper & Gale, P.C., hereby enters a Notice of Appearance as counsel of record for Defendants, the City of Dothan and Judge Rose Evans-Gordon.

*s/ Carol Sue Nelson*
Carol Sue Nelson
Attorney for Defendants

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Fax: (205) 254-1999

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Notice of Appearance has been served upon the following listed persons by placing a copy of the same in the United States Mail, first-class postage pre-paid and properly addressed as follows:

Ishmael Jaffree, Esq.
951 Government
Suite 415
Mobile, AL 36603

F. Lenton White, II, Esq.
City of Dothan
City Attorney's Office
P.O. Box 2128
Dothan, Alabama 36303

Joe E. Herring, Jr., Esq.
City of Dothan
City Attorney's Office
P.O. Box 2128
Dothan, Alabama 36303

This the 13th day of November, 2006.

                                              *s/ Carol Sue Nelson*
                                              OF COUNSEL