IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and, MARY BETH BRACKIN, | * |
| Plaintiffs, | * |
| v. | * Civil Action No.1:05-CV-1172F |
| CITY OF DOTHAN and JUDGE ROSE EVANS-GORDON in her Individual capacity, | * |
| Defendants. | * |

**PLAINTIFFS'NOTICE OF SERVING
INITIAL DISCLOSURES ON DEFENDANTS**

Please take notice that the Plaintiffs, Nancy Martin and Mary Beth Brackin, on November 17, 2006 served their Initial Disclosures upon the Defendants, City of Dothan and Judge Rose Evans-Gordon, by sending a copy of the same to their counsel of record, Freddie Lenton White, Joe E. Herring, Jr , and Carol Sue Nelson by electronic transfer at their respective email address: lwhite@dothan.org, jeherring@dothan.org, and cnelson@maynardcooper.com.

Respectfully submitted

s//Ishmael Jaffree_____
Ishmael Jaffree,
Attorney for Plaintiff
951 Government Street
Building Suite 415

>Mobile Alabama 36604
>251-694-9090

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, I served a copy of the forgoing Initial Disclosure on all parties by electronic email at their following addresses: cnelson@maynardcooper.com,lwhite@dothan.org, jeherring@dothan.org,

>**s//Ishmael Jaffree_____**
>Ishmael Jaffree,