IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and<br>MARY BETH BRACKIN,<br><br>    PLAINTIFFS,<br>vs.<br><br>CITY OF DOTHAN; JUDGE ROSE<br>EVANS-GORDON, officially, and in her<br>Individual capacity;<br><br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>) Case No: 1:05-CV-1172MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

COMES NOW, the Plaintiff in the above-styled proceeding, and gives notice to this Court that he served on December, 25, 2006 by Email upon all counsel of record the following:

1. Requests for Production of Documents Propounded by Plaintiffs to Defendant City

Respectfully submitted,

    /s/ Ishmael Jaffree___
Ishmael Jafree (IXJ 1791)
951 Government St
Bldg. Suite 415
Mobile Alabama 36604
251-694-9090
ishjaff@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2007. I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Carol Sue Nelson , Esq. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

/s/Ishmael Jaffree
Ishmael Jaffree