## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and<br>MARY BETH BRACKIN,<br><br>    PLAINTIFFS,<br>vs.<br><br>CITY OF DOTHAN; JUDGE ROSE<br>EVANS-GORDON, officially, and in her<br>Individual capacity;<br><br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>) Case No: 1:05-CV-1172MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

### NOTICE OF FILING

COMES NOW, the Plaintiff in the above-styled proceeding, and gives notice to this Court that he served on December, 26, 2006 by Email upon all counsel of record the following:

    1. First Set of Interrogatories Propounded by Plaintiffs to Defendant Gordon

.

    Respectfully submitted,


        /s/ Ishmael Jaffree____
        Ishmael Jafree (IXJ 1791)
        951 Government St
        Bldg. Suite 415
        Mobile Alabama 36604
        251-694-9090
        ishjaff@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2007. I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Carol Sue Nelson , Esq. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

/s/Ishmael Jaffree
Ishmael Jaffree