IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and, <br> MARY BETH BRACKIN, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Case No. 1:05-CV-1172-MEF <br> ) |
| CITY OF DOTHAN and JUDGE <br> ROSE EVANS-GORDON, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## MOTION FOR CONSENT PROTECTIVE ORDER

Defendants, by and through their undersigned attorneys, hereby move the Court to approve the attached Consent Protective Order, which has been agreed upon by the parties. This Motion seeks to protect the parties' interests in the confidentiality of certain proprietary, medical and sensitive documents as set forth in the parties' Consent Protective Order ("Consent Protective Order"), which is attached to Defendants' Motion as Exhibit A. The parties have agreed to the terms of the Consent Protective Order in order to maintain the confidentiality of information produced or obtained in this action and respectfully request the Court to approve and enter the Order.

Respectfully submitted,


*s/ Carol Sue Nelson*
Carol Sue Nelson
Attorney for Defendants City of Dothan
and Judge Rose Evans Gordon

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000
(205) 254-1999 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy being served on the following:

Ishmael Jaffree, Esq.
951 Government Street
Suite 415
Mobile, Alabama 36604

This the 28th day of March, 2007.

_s/ Carol Sue Nelson_
OF COUNSEL

01472251.1

2