IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and, <br> MARY BETH BRACKIN, <br> <br> Plaintiffs, <br> <br> v. <br> <br> CITY OF DOTHAN and JUDGE <br> ROSE EVANS-GORDON, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05-CV-1172-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO EXTEND TRIAL DATE
## AND SCHEDULING DEADLINES

Based on unforeseen circumstances, as further explained below, counsel for Plaintiffs and Defendants jointly and respectfully request the Court to reschedule the current trial date of November 26, 2007 to the next Dothan trial docket of March 17, 2008, and to extend the scheduling deadlines set forth in the current Scheduling Order by a like period of time.

Following the entry of the Scheduling Order herein, the parties initiated the discovery process both through written discovery and deposition notices. The parties also agreed to a Consent Protective Order to govern the discovery process. As discovery was underway, counsel for Defendants' father became ill, was hospitalized and subsequently passed

away. As a result, counsel for Defendants was required to take time from her practice for most of the Spring of this year to personally tend to her father and later to his affairs as the executrix of his estate.

Counsel for Plaintiffs graciously agreed to postpone discovery activities during Defendants' counsel's absence. Counsel for Defendants is back at work but because of the delay in the case moving forward due to the above-described, unforeseen circumstances, the parties need additional time or they will not be able to meet approaching deadlines.

The parties therefore jointly request the Court to extend the current trial setting from November 26, 2006 to the next scheduled trial docket in Dothan, Alabama which is March 17, 2008. Based on this setting, the parties further request that the other dates set forth in the current Scheduling Order be likewise extended as follows:

Pretrial Conference–From October 26, 2007 to February 15, 2008

Dispositive Motion Deadline–From July 27, 2007 to November 16, 2007

Discovery Cutoff–From October 12, 2007 to January 18, 2008

Plaintiffs' Experts–From July 27, 2007 to November 16, 2007

Defendants' Experts–From August 27, 2007 to December 17, 2007

Face-to-Face Settlement–From August 17, 2007 to December 14, 2007

Exchange of Witnesses and Exhibits–From October 18, 2007 to February 6, 2008.

The granting of this request for extension of time will not unduly delay the proceedings herein and will not prejudice the parties. Without the extension, the parties will be unduly prejudiced.

Respectfully submitted,

*/s/ Carol Sue Nelson*
Carol Sue Nelson
Attorney for Defendants


*/s/ Ishmael Jaffree*
Ishmael Jaffree
Attorney for Plaintiffs

3

01504774.1