# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NANCY MARTIN and** | ) |
| **MARY BETH BRACKIN,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )   **CASE NO. 1:05-CV-1172-MEF** |
| | ) |
| **CITY OF DOTHAN and JUDGE** | ) |
| **ROSE EVANS-GORDON,** | ) |
| | ) |
| **Defendants.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW The City of Dothan, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |

Date:  June 19, 2007

                                   */s/Carol Sue Nelson*
                                   Carol Sue Nelson
                                   Attorney for Defendants

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618
Telephone:  205.254.1000
Facsimile:  205.254.1999
Emails:       cnelson@maynardcooper.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Ishmael Jaffree, Esq.
    951 Government Street
    Suite 415
    Mobile, Alabama  36604

                                   */s/Carol Sue Nelson*
                                   OF COUNSEL