IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY **MARTIN** and <br> MARY BETH BRACKIN, <br><br>    **Plaintiffs,** <br><br> v. <br><br> CITY OF DOTHAN and JUDGE <br> ROSE EVANS-GORDON, <br><br>    **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> )     CASE NO. 1.-05-CV-1172-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Nancy Martin, one of the Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    [X]    This party is an individual, or

    [ ]    This party is a governmental entity, or

    [ ]    There are no entities to be reported, or

    [ ]    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Nancy Martin | Former employee |
| _____ | _____ |
| _____ | _____ |

Date: June 19, 2007

                             /s/Ishmael Jaffree
                             Ishmael Jaffree
                             Attorney for Plaintiffs
                             951 Government St Bldg.
                             Suite 415
                             Mobile Alabama 36604
                             251-694-9090
                             Email ishjaff@yahoo.com

## CERTIFICATE OF SERVICE

     I hereby certify that on June 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Carol Sue Nelson
    MAYNARD, COOPER & GALE P.C.
    1901 Sixth Avenue North
    Birmingham Alabama 35203-2618

                             /s/Ishmael Jaffree
                             Ishmael Jaffree