IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY **MARTIN** and <br> MARY BETH BRACKIN, <br><br>     **Plaintiffs,** <br><br> v. <br><br> **CITY OF DOTHAN and JUDGE** <br> **ROSE EVANS-GORDON,** <br><br>     **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    CASE NO. 1.-05-CV-1172-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Mary Beth Brackin, one of the Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    [X]    This party is an individual, or

    [ ]    This party is a governmental entity, or

    [ ]    There are no entities to be reported, or

    [ ]    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Mary Beth Brackin | Former employee |
| _____ | _____ |
| _____ | _____ |

Date: June 19, 2007

    /s/Ishmael Jaffree
Ishmael Jaffree
Attorney for Plaintiffs
951 Government St Bldg.
Suite 415
Mobile Alabama 36604
251-694-9090
Email ishjaff@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carol Sue Nelson
MAYNARD, COOPER & GALE P.C.
1901 Sixth Avenue North
Birmingham Alabama 35203-2618

    /s/Ishmael Jaffree
Ishmael Jaffree