IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:05-cv-1172-MEF |
| ) | |
| CITY OF DOTHAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Joint Motion to Extend Trial Date and Scheduling Deadlines (Doc. #56) filed on June 15, 2007, it is hereby

ORDERED that the motion is GRANTED. A new uniform scheduling order will be entered.

DONE this the 9th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE