IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and <br> MARY BETH BRACKIN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DOTHAN and JUDGE <br> ROSE EVANS-GORDAN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:05-cv-1172-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

Upon consideration of the parties' Joint Motion to Extend Dispositive Motion Deadline (Doc # 63), filed on October 9, 2007, it is hereby ORDERED that the motion is DENIED.

DONE this 10th day of October, 2007.

                                                  /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE