IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN, *et al.,*     ) | |
| ) | |
|    Plaintiffs,     ) | |
| v.     ) | CASE NO. 1:05-cv-1172-MEF |
| ) | |
| CITY OF DOTHAN, *et al.,*     ) | |
| ) | |
|    Defendants.     ) | |

## **ORDER**

Upon consideration of the plaintiffs' Motion to Extend Dispositive Motion Deadline (Doc. #65) filed on October 17, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this 23rd day of October, 2007.

                                       /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE