IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and<br>MARY BETH BRACKIN,<br><br>    PLAINTIFFS<br><br>Vs<br><br>CITY OF DOTHAN, JUDGE ROSE<br>EVANS-GORDON, in her individual capacity;<br><br>    DEFENDANTS | )<br>)<br>)<br>)<br>) Case No. 1:05-CV-1175-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF BRACKIN'S MOTION FOR
## PARTIAL SUMMARY JUDGMENT

Plaintiff, Mary Brackin seeks summary judgment on Counts one, three, four, five, six, and seven. With respect to these Counts the pleadings, depositions, answers to interrogatories, and admissions as well as the attached affidavit establishes that there is no genuine issue as to any material fact and as stated more definitively in Brackin's Memorandum filled cotemporary herewith, Mrs. Brackin is entitled to a judgment by operation of law.

Respectfully submitted

                                                s/sIshmael Jaffree
                                                Ishmael Jaffree (Jaff 002)
                                                951 Government St. Blvd. Ste. 415
                                                Mobile Alabama 36604
                                                251-694-9090 Fax 251-694-9090

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 16th day of November, 2007, I electronically filed the foregoing Motion For Partial Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing and a copy of such filing to the following:

                                             s/s Ishmael Jaffree_____
                                             Ishmael Jaffree

Carol Sue Nelson
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203