a Discipline Action Report notifying me that **I was terminated** for negligence concerning my involvement with Mr. Phelps' 2002 ticket and for insubordination for contacting Mary Turner.

Further affiant sayeth nothing.

Done this 16th day of November, 2007

_Mary Beth Brackin_
Mary Beth Brackin

Appeared before me a Notary was Mary
Beth Brackin who stated the above under
Oath and under the penalty of perjury

_Katherine O'Cain_
My commission expires  8-3-2011

18