EX #3

**STORMIN'S**

Driver: _____ Unit # 53   Invoice No. 28361

**COM-CHEK**   EFS
DISCOVER   VISA   MasterCard

**DAMAGE - FREE TOWING**

3151 E. Hwy. 27                    105 Race Track Rd.
Ozark, Alabama 36360               Dothan, Alabama 36301
Telephone (334) 774-7138           (334) 671-5500

Driver's Name: Theron Joseph Ford   Date: 12-2-04
Location: Woodgate & Roland St
Problem W/Vehicle: _____   Tow To: 105 RT RD
Company: _____   Bill To: Retail
Address: 749 R CR 69   City: Hartford   State: AL
Zip: 36344   Phone: 791-8415   Odometer: 175491
Truck #: _____   Swap #: _____   Trailer #: _____
Year: 95   Make: Volvo   Model: _____   Color: Gray
VIN #: 4V1AX55505-165616?   License #: 781785?   St: FL

|                      | Start | Finish | Rate | Total |
|----------------------|-------|--------|------|-------|
| Local/Hookup Fee     |       |        | @    | 96.40 |
| Mileage              | 5-3=2 |        | @ 1.55 | 3.75 |
| Trailer Additional   |       |        | @    |       |
| Swapout Additional   |       |        | @    |       |
| Recovery/Winch       |       |        | @    |       |
| Additional Persons   |       |        | @    |       |
| Cleanup Roadway      |       |        | @    |       |
| Standby Time         |       |        | @    |       |
| Additional Equipment |       |        | @    |       |
| Air Cushion Recovery |       |        | @    |       |
| Storage Fee          | 12-1-04 | 2 | @ 24.00 | 48.00 |

Notes: APL 6352046
       Pd (95)

Tarp Fee: _____
Wknd/Night Addl: _____
Fuel Surcharge: 7.20
Paid Out: _____
Admin. Fee: _____
Dolly Charge: _____
Sub-Total: 158.90
Discount: _____
**TOTAL: 158.90**

P.O. #: _____

**Security Agreement**
All accounts are due and payable upon receipt and are considered delinquent after 30 days. All accounts past due will be charged a default charge of 1-1/2% per month on the past due balance. This transaction constitutes the entire agreement between buyer and seller and the signature of the buyer shows acknowledgment of same. Buyer agrees to pay all costs of collection, including a reasonable attorney fee under the Constitution and laws of the State of Alabama and any state of the Union. Buyer personally guarantees payment of debt. Buyer agrees that vehicle was checked for any towing or recovery damage and by same has determined damage free and in satisfactory condition. Buyer grants to the seller a security interest in the above merchandise until the indebtedness, including finance charges, is paid in full. Until payment in full has been made, Buyer agrees that: 1. Seller shall retain title to said merchandise; 2. Buyer will have the risk of loss or damage; 3. Buyer agrees that Stormin's Inc. will hold an express lien on any vehicle towed or recovered and will not demand release of said vehicle until all towing, recovery and storage charges are paid in full. 4. Buyer will not sell, transfer possession or remove or encumber above merchandise without seller's written consent 5. If Buyer defaults in the payment of any installment, Seller may declare the entire balance due and payable and Seller may at its option take back the merchandise or affirm the sale and hold Buyer liable for the unpaid balance, including any reasonable attorney fees or collection charges permitted by law; 6. The Seller shall have all rights, options and duties under the Uniform Commercial Code of the state. Security interest in the goods herein described shall terminate as the unpaid balance for them are paid.

Accepted By: _____   Date: _____   **THANK YOU**

Mail all correspondence to 3151 E. Hwy. 27, Ozark, AL 36360. Telephone 334-774-7138.

DOTHAN/Martin & Brackin 1301
Confidential Subject to Protective Order