# MEMORANDUM

**TO** : John White, Police Chief

**FROM** : D. Kevan Kelly, City Attorney

**DATE** : January 7, 2004

**RE** : Damage Claim of Theron Fondren

Claimant alleges that on January 1, 2004 he was wrongfully arrested on a false warrant. Claimant is also asking to be reimbursed for a towing fee in the amount of $158.90. Please investigate this matter and report your findings to me. This request is made in anticipation of litigation.

DKK/jm

cc: Larry Muench, General Services

DOTHAN/Martin & Brackin 1298
Confidential Subject to Protective Order