EX "10"

## The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III - DISCIPLINARY POLICY*

### SECTION III - EMPLOYEE INFORMATION

| Employee Name | Employee ID Number | Hire Date | Department |
|---|---|---|---|
| Mary Beth Brackin | 100382 | 05/01/1992 | Judicial Department |

| Employee Job Title | Counseling Supervisor Name & Job Title |
|---|---|
| Magistrate | Ms. Nancy Martin, Municipal Court Administrator |

### SECTION IV - OFFENSE AND TYPE OF ACTION

*Check (✓) Category and Offense. Circle (O) Rule Number(s) Violated.*

☐ **MINOR CATEGORY**    ☐ 1st Offense    ☐ 2nd Offense    ☐ 3rd Offense    ☐ 4th Offense
Violation of Rule: Section 3-41.    1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18

☒ **MAJOR CATEGORY**    ☒ 1st Offense    ☐ 2nd Offense
Violation of Rule: Section 3-42.    1  2  3  4  5  (6)  7  8  9  10  11  12  13  (14)  15  16  17  18  19

☐ **INTOLERABLE CATEGORY**    ☐ 1st Offense
Violation of Rule: Section 3-43.    1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20

*Check (✓) Type of Disciplinary Action For This Offense*

☐ FORMAL COUNSELING    ☐ WRITTEN WARNING    ☒ FINAL WRITTEN WARNING

### SECTION V - DETAILS OF THIS DISCIPLINARY ACTION REPORT

*In the space below or on additional sheets, provide detailed documentation of the rule(s) violated to include dates and the specific actions of employee. Include details of recommendations for corrective action and consequence of future violations.*

It is alleged that on or about the 7th day of January, 2004, you advised Mr. Theron Fondren, a defendant who was arrested on an alias warrant for failure to comply with the Court Referral Program, that he was wrongly arrested and that another employee was negligent regarding his case. This is directly insubordinate to a memorandum dated January 8, 2003 from Judge Gordon directing all Judicial Department Personnel that any citizen wishing to file suit against the City should be directed to the City Clerk's Office without commen[t] upon possible liability. You acknowledged receipt of this memorandum during the investigation of this incident. This is in violation of Dothan Personnel Rules and Regulations Section 3-42 (6) action(s) or lack of action(s), that could cause undue financial loss to the [City], and Section 3-42(14), insubordination. As you are aware, this is not the first instance of allegations of this nature against you, although disciplinary action was taken regarding that incident. As a veteran employee of the City of Dothan, you are looked upon as a lead pers[on] with demonstrated skills, experience, and are fully knowledgeable of the policies of the City of Dothan. These violations constitute a ma[jor] category offense which imposes a one to twenty day suspension without pay. Further, any other major violation occurring within two (2) years of this date, shall result in discharge.

*Nancy C. Martin   4/22/04*

| Supervisor Signature | Date Signed | Department Head Signature | Date Signed |
|---|---|---|---|
| [signed] | [signed] | [signed] | [signed] |

I acknowledge I was counseled or warned in reference to the rule violation(s) cited above. I understand my signature on this form acknowle[dges] the counseling or warning took place for the reasons given. I understand my signature does not mean I agree or disagree with the statem[ents] documented on this form. I also understand I may provide a written explanation of the offense for which the counseling or warning repor[t has] been issued and attach this written statement to this form. I understand this Personnel Form #147 and any attachments will be forwarded [to] Personnel Department and become a part of my permanent employment record.

EMPLOYEE SIGNATURE: *Mary Beth Brackin*    Date Signed: *4-22-04*

Distribution:   ☐ ORIGINAL to Personnel Department    ☐ COPY to Employee    ☐ COPY to Department Head

PERSONNEL FORM #147 (rev. 7/2003)

DOTHAN/Martin & Brackin 0796
Confidential Subject to Protective Order