# Dothan Police Department

## M E M O R A N D U M

**FROM** : Police Chief John C. White

**TO** : Municipal Judge Rose Gordon-Evans

**DATE** : April 8, 2004

**SUBJECT** : *INTERNAL INVESTIGATION*

Attached is the complete investigative report on the Internal Investigation of Mary Beth Brackin relating to a Damage Claim filed by Theron Fondren. If you need any further information concerning this matter, please do not hesitate to contact me at 615-3601.

JOHN C. WHITE
Chief of Police

sl

DOTHAN/Martin & Brackin 1291
Confidential Subject to Protective Order