IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and, <br> MARY BETH BRACKIN <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DOTHAN and <br> JUDGE ROSE EVANS-GORDON, in <br> Her Individual capacity, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 1:05 CV-1172-F** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' NOTICE OF EVIDENTIARY FILING UNDER SEAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants, The City of Dothan and Judge Rose Evans-Gordon hereby submit the following evidentiary submissions in support of their Motion for Summary Judgment. Defendants submit that the following evidence is covered by the Court's Protective Order entered herein and that the same be placed under seal of the Court. The following evidence contains Internal Affairs Investigations, sensitive personnel information, plaintiffs' tax information, documents pertaining to municipal court defendants and other personnel and sensitive information.

    1.     Nancy Martin's Deposition and Exhibits thereto.

    2.     Mary Elizabeth Brackin's Deposition and Exhibits thereto

    3.     Rose Evans-Gordon's Deposition and Exhibits thereto.

    4.     Ivan Keith Gray's Deposition and Exhibits thereto.

    5.     Eunice Knight's Deposition

01416165.1

2

6. Affidavit of Kai Davis and Exhibits thereto.

7. Affidavit of Kevan Kelly and Exhibits thereto.

8. Affidavit of Michelle Sellers Smith.

9. Affidavit of Judge Rose Evans-Gordon and Exhibits thereto.

10. Transcript of Mary Brackin testimony at Dothan Personnel Board Appeals Hearing.

11. Certified copy of Indictment against Mary Turner.

Respectfully submitted,

/s/Carol Sue Nelson
Carol Sue Nelson
Attorney for Defendants

**OF COUNSEL:**
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1000
(205) 254-1999 (Fax)

3

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on November 16, 2007 electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the foregoing on counsel of record by mailing a copy in the United States Mail, with proper postage thereon, addressed as follows:

Ishmael Jaffree, Esq.
951 Government Street
Suite 415
Mobile, Alabama 36604
(251)694-9090

                                                      /s/Carol Sue Nelson
                                                    of counsel