RATING GUIDES – JUDICIAL DEPARTMENT

Administrative Assistant
Clerk Typist
Magistrate
Municipal Court Administrator



DEFENDANT'S
EXHIBIT
2

**SUPERVISORY**

03/20/00

D:\RG\JUDICIAL

RATING GUIDE

PERFORMANCE STANDARDS FOR TASKS

Job Title:   Administrative Assistant
             (Judicial)

## BASIC TASK LIST

1. Acts as receptionist handling in-person and telephone requests with the appropriate protocol.

2. Composes and prepares correspondence with little supervision.

3. Operates computer and other office machines.

4. Office management duties to include scheduling appointments, meetings and maintaining records and supplies for smooth office operation.

5. Handles travel requests and checks expense reports before submission to Finance Department.

6. Maintains all department personnel records. Compiles, prepares and enters bi-weekly payroll information in computer.

7. Maintains budget records (invoices, purchase orders, etc.) and assists supervisor in administrative budgeting activities by maintaining budget printouts and providing budget information to supervisor and/or accounting staff. Processes all purchase order and invoices for payments.

8. Acts as liaison between Municipal Court Judge, Magistrate Office, City Attorney and Police Department to facilitate information pertaining to defendants and their cases.

5/00

D:\RG\JUDICIAL

RATING GUIDE

PERFORMANCE STANDARDS FOR TASKS

Job Title:   Clerk Typist
             (Judicial)

BASIC TASK LIST

1. Keys data in computer on traffic citations. Assigns case numbers and writes information on back of citations. Prepares citations for court appearances.

2. Maintains UTC (Uniform Traffic Citation) transmittal forms. Uses UTC transmittal forms to check and validate monthly report of tickets written by police officers.

3. Types correspondence, assists public, outside agencies, and department employees with information about municipal court activities and answers telephone.

4. Maintains Municipal Court old and current files.

5. Assists Court Clerk and Magistrates with filing, correspondence, and data entry when needed.

12/10/98

D:\RG\JUDICIAL

RATING GUIDE

PERFORMANCE STANDARDS FOR TASKS

Job Title:   Magistrate
             (Judicial)

## BASIC TASK LIST

1. Collects, prepares deposit, accounts for receipts and money received for payment of fine and costs. Makes sure proper forms are done for overpayments and restitution collection, etc. Processes mail through computer and register in a timely manner. Prepares monthly tax report and monthly reports for distribution of court costs to the State Treasurer when directed by Court Clerk.

2. Issues warrants of arrest or summons by determining probable cause, sets appropriate bond amounts on warrants, then process the warrant or summons through computer and forward to the Police Department for execution or service.

3. Processes traffic and parking tickets for Municipal court through the computer and files under correct court date and time. Makes sure driving records are requested and attached before court time.

4. Types Municipal Judge's correspondence when directed by Judge. Receives and processes legal motions and confidential evaluations from CRO in a timely manner in computer and case files. Assists public, outside agencies, and department employees with information about Municipal Court activities; answers telephone and maintains court files both computer and hard manual file system to include warrant files.

5. Approves appearance bonds on cases for Municipal Court. Schedules court dates (other than appeal cases) and forwards paperwork for prisoner to be released from jail.

6. Schedules and processes traffic and non-traffic cases for court appearance and trials. Prepares and distributes court records and dockets for court dates. Prepares and maintains juvenile and youthful offender cases using required procedures for confidentiality rules.

7. Assists Municipal Judge with Municipal Court activities.

8. Issues subpoenas needed for Municipal Court trials and sends for certified driving records. Maintains records of number of cases set for trial and records of police officer's vacation days and continue cases when necessary.

D:\RG\JUDICIAL

Magistrate Rating Guide (Continued)
Page 2

9. Processes cash bonds through computer (receiving and refunding). Writes checks on cash bond account for refunds.

10. Follows Municipal Court office procedures set out by the Municipal Judge and/or Court Clerk; and security procedures set out for Justice Building access and exit.

Rev 02/28/94

D:\RG\JUDICIAL

RATING GUIDE

PERFORMANCE STANDARDS FOR TASKS

Job Title:   Municipal Court Administrator
             (Judicial

BASIC TASK LIST

*Judge asked that I draft list for this after my 1st eval.*

A BASIC TASK LIST IS NEEDED FOR THIS POSITION

*Management of Magistrates' Office*
- Assign job duties.
- Prepare evaluations of Magistrates & Clerks
- ~~Implement~~ & enforce policies and procedures of Judicial Dept.
- ~~Work with attorneys, prosecutors, court personnel~~ ~~to ensure~~
- Monitor Magistrates working court, fines room + in office.
- Set up training for Magistrates/Clerks.
- Insure office is properly staffed.
- Sign Conditional Forfeitures, warrants, etc.
- Delegate paperwork searches, & corrections of ~~typed~~ info. on cases, etc.
- Listen to, ~~and~~ research, & respond to complaints, requests, etc.
- Monitor hours worked, time off, ~~overtime~~, ~~late submissions~~ approve & ~~submit~~ time cards.
- Attend meetings when necessary for Judge.

*Draft*

D:\RG\JUDICIAL

RATING GUIDE

PERFORMANCE STANDARDS FOR TASKS

Job Title:   Court Clerk
             (Judicial)

BASIC TASK LIST

1. Collects and accounts for money received for payment of fines; prepares monthly tax report memo and monthly reports for distribution of Court Costs to the State Treasurer.

2. Supervises and train Magistrates and oversee Municipal Court Operations.

3. Issues warrants of arrest by determining probable cause, then process the warrant and forward to the Police Department for execution.

4. Process traffic and parking tickets for Municipal Court (including accountability of tickets).

5. Types Municipal Judge's correspondence, assist public, outside agencies, and department employees with information about Municipal court activities, answers telephone and maintain court files.

6. Approves appearance bonds on misdemeanor cases for Municipal Court, and also approves appeal bonds.

7. Scheduling and processing Traffic and Non-Traffic cases for Court appearance and Trials.

8. Assist Municipal Judge with all Municipal Court activities.

9. Process necessary paperwork involved in Appeal Cases from the Municipal Court to the Circuit Clerk.

10. Issues subpoenas as needed for Municipal Court Trial and Hearings.

4/05/89

D:\RG\JUDICIAL