*Frank Bailey gave to me @ my home after I was terminated.*

Door usage

Certain people are freely using the door which exits to the parking lot area adjacent to North Oates Street. It has previously been left unlocked or unsecured, leaving security very lax at an unmonitored entrance. These previous usages were not recorded, but Documentation of users and times commenced 06/28/04.

Week of 6/28/04

**DEFENDANT'S EXHIBIT 3**

| DATE | TIME | USER | |
|---|---|---|---|
| 06/28/04 | lunch | Eunice | |
| 06/28/04 | lunch | LaVera | |
| 06/29/04 | mid-A.M. | LaVera | |
| 06/29/04 | lunch | Tonja | |
| 06/29/04 | lunch | LaVera | left door unlocked! I secured at 3 p.m. |
| 07/01/04 | lunch | Eunice | |
| 07/01/04 | lunch | Tonja | |
| 07/02/04 | MID-DAY | Eunice | |
| 07/02/04 | End of day | Eunice | |
| 07/07/04 | < 11:00 | Eunice/LaVera | EK's return from Jail visit |
| 07/07/04 | 12:00 | Eunice | |
| 07/07/04 | 3:30 | Eunice | short exit & return (possibly to vehicle) |
| 07/07/04 | 5:00 | Eunice | |
| 07/12/04 | 8:35 | Eunice, LaVera, Ann | out to court/fines rm. duty |
| 07/12/04 | 11:30 | Mary T. | |
| 07/14/04 | 11:05 | LaVera | Eunice answered knock at the door, indicated to LaVera, she met the visitor at the door and then exited. Overheard later that she had gone to lunch when Sarah inquired of Eunice if LaVera was gone. |
| 07/14/04 | 12:13 | Eunice | |
| 07/15/04 | 11:45 | LaVera | |
| 07/15/04 | 12:10 | Eunice | |