# APPLICATION FOR CITY OF DOTHAN EMPLOYMENT - PF #105

Type, print or write plainly so that your application will be legible when reproduced (black type, black or dark blue ballpoint pen).

FOR PERSONNEL USE ONLY
{Date(s) of changes, addition, updates, notes, etc.}
☐ ☐ ☑
DD214  Y  N  N/A

a 9-9

## GENERAL INFORMATION

1. What job are you applying for? Give job title and announcement number
   *Municipal Court Administrator #013-03-01*

2. Social Security Number (needed for employ/background investigation)
   *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*

3. Home Phone Area Code + Number
   *(334) 702-4778*

4. Work Phone Area Code + Number
   *(334) 793-7932 X-102*

5. Name and Telephone Number of Another Point of Contact *Cell Phone*
   *(334) 618-7724*

6. If the job for which you are applying requires a driver's license, please complete this information.

7. Driver's License Class/Restrictions/Expiration Date

   Driver's License Number: *341805*6   State: *AL*   *Operator*   *4/30/06*

   Endorsements If Any:

8. Your Name (Last, First, Middle)
   *Martin Nancy Carol*

9. Is use of another name necessary to check your work record? If yes, please explain:
   *Yes, Nancy Hurst or Nancy Faison (married names)*

10. Mailing address
    No. Street: *408 Christopher Drive*
    City/State/Zip: *Dothan, AL 36301*
    Street Address if different from Mailing Address:

DEFENDANT'S EXHIBIT 7

11. Are you currently employed by the City of Dothan?   Yes ☐   No ☒
    If yes, give your job title and department:

12. Have you ever worked for the City?   Yes ☐   No ☒
    If yes, list dates and department:
    a. Have you ever been dismissed from the City?   Yes ☐   No ☒

13. Are you willing to work weekends, shifts or rotating shifts?   Yes ☒   No ☐

14. Are you related to anyone on the Board of City Commission or a Department Head?   Yes ☐   No ☒
    If yes, list name(s), department and *explain* relationship:

15. Have you ever been discharged from another job for cause?   Yes ☐   No ☒
    If yes, explain (Give dates, employers and details. Attach a separate sheet of paper if necessary):

Do you hold any political office? (The Civil Service Act of Dothan and Alabama Law prohibits City employees from holding local, City of Dothan, political office)   Yes ☐   No ☒
If yes, title of office:

2

DOTHAN/Martin & Brackin 1049
Confidential Subject to Protective Order

# City of Dothan, Alabama
## MUNICIPAL COURT ADMINISTRATOR
### Supplemental Application Form

This form will be used to determine if you meet the basic qualifications as listed on the job description (see job description inside your employment or in-house application). Answer all questions as accurately as possible. Some questions request an explanation to support a "yes" answer. Your explanation should contain experience, education, etc., to show that you do possess whatever skill, knowledge or experience being addressed in the question. Employment and volunteer experiences used to answer any of the questions must be listed on your application.

If you use military experience to meet the experience requirements, do not give dates of your entire tour of duty. Rather, you should indicate on your employment application, the month and year you began performing these duties and the month and year you stopped. If you need additional space, attach additional sheets of paper to your application.

1. Do you have a valid operator driver's license? (Please be prepared to present when you submit the application to the personnel department.)

   Yes ✓    No ___

2. Do you have a BS Degree in Public Administration or Business Administration?

   Yes ✓    No ___

3. Do you have at least two years responsible experience in Municipal Court operations or a law related field?

   Yes ✓    No ___

   If yes, list the employers where you gained this experience.
   _Hardwick, House + Segrest_
   _Legal Services Corporation_

3. Do you have supervisory experience?

   Yes ✓    No ___

   If yes, list employer(s) where you gained this experience and the length of time of supervisory experience for each employer:

   | Name of Employer | Length of Time Supervisory Experience |
   |---|---|
   | Legal Services Corporation | 10 years |

5. Have you completed or are you currently enrolled in the Alabama Court Clerk/Magistrate Mandatory Certification program?

   Yes ___    No ✓

I certify that the information is accurate to the best of my knowledge and belief. I understand that misrepresentation or omission of facts will be cause of cancellation of consideration for employment/promotion; or termination if employed.

_Nancy C. Martin_                    _9/5/03_
Signature of Applicant                Date

DOTHAN/Martin & Brackin 1050
Confidential Subject to Protective Order

17. Have you reached your 18th Birthdate?   Yes ☒   No ☐      If hired, can you furnish proof of age?   Yes ☒   No ☐

## MILITARY SERVICE

18. Have you ever served in the United States Military Service?   Yes ☐   No ☒

    If Yes, all police officer applicants must submit a copy of their DD FORM 214 at time of application: and/or if you are applying for other positions and you wish credit for applicable military service, or service connected disability, you must provide, at the time of application, a compete copy of your DD FORM 214(s) for all active duty entry and ending dates. For service connected disability you must also provide supporting documents. There will be no extension of this time limit.

## RECORD OF EDUCATION

19. Did you graduate from high school (If you have a GED high school equivalence answer yes)?   Yes ☒   No ☐

    Name and address of school where graduated or received GED: Dale County High School, Co. Rd. 59, Midland City, AL 36350

20. If you did not graduate from high school, (or do not possess a GED certificate), indicate highest school grade completed: _____
    Name and address of school: _____

### 21. POST SECONDARY EDUCATION

| NAME OF SCHOOL/TRAINING/COURSES (CITY, STATE, ZIP CODE) | COLLEGE MAJOR/ CHIEF SUBJECTS TRAINING, COURSES, ETC. | # OF CREDITS/HOURS COMPLETED. INDICATE SEMESTER OR QUARTER | DEGREE/ CERTIFICATE RECEIVED |
|---|---|---|---|
| 1) Wallace Community College, Dothan, AL 36303 | General Studies | Quarter 90 credits | None - Transferred to TSUD |
| 2) Troy State University, Dothan, AL 36303 | Business Administration | Quarter 201 credit hours | BS Business Administration |
| 3) Troy State University, Dothan, AL 36303 | Paralegal | | Paralegal Certification |
| 4) | | | |

(More related courses? Attach a sheet of paper or list in question #23)

DOTHAN/Martin & Brackin 1051
Confidential Subject to Protective Order

## 22. WORK EXPERIENCE

LIST MOST RECENT JOB FIRST. We will provide you with additional experience blocks if necessary. (NOTE: If you use military experience to meet the qualifications for the position you are applying for, month and year you began performing the qualifying duties, and month and year ended must be specified - not your entire tour of duty.) Applicants may also list volunteer experience that relate to the qualifications.

**1) Name and address of employer (include Zip Code):** Legal Services Corporation, 1211 West Main Street, Dothan, AL 36301
**Dates employed:** From: 9/93 To: Present
**Average number of hours per week:** 40
**Exact title of your job:** Executive Secretary
**Type of Business:** Poverty Law Firm
**Your reason for leaving or wanting to leave:** No room for advancement
**Work Area Code and Phone Number:** (334) 793-7932
**Name of your immediate supervisor:** Ishmael Jaffree
**Description of primary duties and responsibilities:** Supervision of two support staff; interviewing, hiring, evaluation of support staff; submitting time sheets, reports, requisitions for checks, case data to Central Office; responsible for client trust account & petty cash; inventory; organizing Managing Attorney's schedule, client appointments, intakes, court dates; drafting legal documents; meet with clients for document
**Other Duties:** execution; purchasing supplies; doing depositions by non-stenographic means; research cases on internet.

**2) Name and address of employer (include Zip Code):** Legal Services Corporation, 1211 West Main Street, Dothan, AL 36301
**Dates employed:** From: 11/84 To: 9/93
**Average number of hours per week:** 40
**Exact title of your job:** Legal Secretary
**Type of Business:** Poverty Law Firm
**Your reason for leaving or wanting to leave:** Promoted to Executive Secretary
**Work Area Code and Phone Number:** (334) 793-7932
**Name of your immediate supervisor:** Ishmael Jaffree
**Description of primary duties and responsibilities:** Typing letters, memos, legal documents; referring cases out to private bar; distribution of mail; answer phone.
**Other Duties:**

**3) Name and address of employer (include Zip Code):** Ramsay Youth Services, 700 E. Cottonwood Rd., Dothan, AL 36301
**Dates employed:** From: 7/98 To: 3/99
**Average number of hours per week:** 10-15
**Exact title of your job:** PRN Receptionist
**Type of Business:** Youth Rehabilitation Center
**Your reason for leaving or wanting to leave:** No longer needed part-time employment
**Work Area Code and Phone Number:** (334) 794-1373
**Name of your immediate supervisor:** Tammy Crews
**Description of primary duties and responsibilities:** Answered & directed calls; typing; assisted visitors.
(This job was in addition to full-time job)
**Other Duties:**

4

Please continue....

DOTHAN/Martin & Brackin 1052
Confidential Subject to Protective Order

## WORK EXPERIENCE CONTINUED

Nancy Hurst / Nancy Faison

**4) Name and address of employer (include Zip Code):** Charter Woods Behavorial Health, 700 E. Cottonwood Rd., Dothan, AL 36301
**Dates employed:** From: 1/95 To: 1/97
**Average number of hours per week:** 10-15
**Exact title of your job:** PRN Receptionist
**Type of Business:** Youth + Adult Drug + Alcohol Treatment
**Your reason for leaving or wanting to leave:** Business Closed
**Work Area Code and Phone Number:** (334) 794-7373
**Name of your immediate supervisor:** Tammy Crews
**Description of primary duties and responsibilities:** (Nancy Hurst / Nancy Faison) Answered + directed phone calls; typing; assisted visitors.
**Other Duties:** (Part-time employment in addition to full-time)

**5) Name and address of employer (include Zip Code):** Nancy Hurst — McRae's, Wiregrass Commons Mall, Dothan, AL 36303
**Dates employed:** From: 10/92 To: 1/93
**Average number of hours per week:** 15-20
**Exact title of your job:** Customer Service Rep.
**Type of Business:** Retail Store
**Your reason for leaving or wanting to leave:** Was only for Christmas season
**Work Area Code and Phone Number:** (334) 671-7342
**Name of your immediate supervisor:** Evelyn Fowler
**Description of primary duties and responsibilities:** (Nancy Hurst) Answered + directed phone calls; wrapped gifts; prepared packages for shipping; received credit card payments.
**Other Duties:**

**6) Name and address of employer (include Zip Code):** Nancy Hurst — SouthTrust Bank, 1315 West Main Street, Dothan, AL 3630
**Dates employed:** From: 5/83 To: 11/84
**Average number of hours per week:** 25
**Exact title of your job:** Secretary / Teller (Part-time)
**Type of Business:** Bank
**Your reason for leaving or wanting to leave:** Took full-time job with Legal Services
**Work Area Code and Phone Number:** (334) 793-0747
**Name of your immediate supervisor:** Bonnie Owens
**Description of primary duties and responsibilities:** (Nancy Hurst) Answered + directed calls; typing; opened new accounts; received + dispersed cash to customers.
**Other Duties:**

MORE JOBS? PLEASE ASK THE RECEPTIONIST FOR ADDITIONAL EXPERIENCE FORMS.

5

DOTHAN/Martin & Brackin 1053
Confidential Subject to Protective Order

# WORK EXPERIENCE CONTINUED

Nancy Hurst

**7) Name and address of employer (include Zip Code):** Hardwick, Hause & Segrest, Attorneys, 212 North Lena Street, Dothan, AL 36303

**Dates employed:** From: 6/82 To: 5/83

**Average number of hours per week:** 40

**Exact title of your job:** Legal Secretary

**Type of Business:** Law Firm

**Your reason for leaving or wanting to leave:** Wanted to work only part-time

**Work Area Code and Phone Number:** (334) 794-4144

**Name of your immediate supervisor:** Jere Segrest

**Description of primary duties and responsibilities:** (Nancy Hurst) Scheduled client appointments; typing letters, memos, legal documents; filed legal documents with Court; prepared billing statements for clients.

**Other Duties:**

---

Nancy Hurst

**8) Name and address of employer (include Zip Code):** First Alabama Bank, 3201 Ross Clark Circle, Dothan, AL 36301

**Dates employed:** From: 2/77 To: 5/82

**Average number of hours per week:** 40

**Exact title of your job:** Marketing Secretary

**Type of Business:** Bank

**Your reason for leaving or wanting to leave:** Wanted to learn legal profession

**Work Area Code and Phone Number:** (334) 677-2400

**Name of your immediate supervisor:** Betty Ellsworth

**Description of primary duties and responsibilities:** (Nancy Hurst) Maintained schedule for Director of Marketing & Personnel; answered telephone; typed letters; assisted in marketing functions; arranged luncheons; coordinated "Teen of the Week" program.

**Other Duties:**

---

**6) Name and address of employer (include Zip Code):**

**Dates employed:** From: To:

**Average number of hours per week:**

**Exact title of your job:**

**Type of Business:**

**Your reason for leaving or wanting to leave:**

**Work Area Code and Phone Number:** ( )

**Name of your immediate supervisor:**

**Description of primary duties and responsibilities:**

**Other Duties:**

MORE JOBS? PLEASE ASK THE RECEPTIONIST FOR ADDITIONAL EXPERIENCE FORMS.

5a

DOTHAN/Martin & Brackin 1054
Confidential Subject to Protective Order

23. List awards, honors, other skills, qualifications, or comments which would assist us in evaluating your application. If you use this space to continue an answer to a question please indicate the question number.

Troy State University - Dothan - Received certification for Paralegal
Troy State University - Dothan - Payroll Accounting Seminar
Completed numerous computer trainings (Troubleshooting PCs; Windows; Access; WordPerfect; Word)

### 24. PERSONAL REFERENCES
(DO NOT LIST RELATIVES OR PAST EMPLOYERS)

1) NAME AND OCCUPATION: Linda L. Lund, Director, Volunteer Lawyers Program - State Bar
   ADDRESS: Alabama State Bar
   415 Dexter Avenue
   Montgomery, AL 36104
   AREA CODE & TELEPHONE NO: (334) 269-1515

2) NAME AND OCCUPATION: Daphne Rudicell, DHR Attorney
   ADDRESS: P.O. Box 302
   Daphne, AL 36526
   AREA CODE & TELEPHONE NO: (251) 451-2543

3) NAME AND OCCUPATION: Ted Gashaw, Vice President
   ADDRESS: 3201 Ross Clark Circle
   Dothan, AL 36301
   AREA CODE & TELEPHONE NO: (334) 677-2400

4) NAME AND OCCUPATION: Mary Jarrett, Business Owner
   ADDRESS: 4826 South Park
   Dothan, AL 36301
   AREA CODE & TELEPHONE NO: (334) 792-0980

### APPLICANT CERTIFICATION AND AGREEMENT
### Read Carefully

I hereby certify that I have read, have had read to me, or have had explained to me, the Instructions pertaining to this application and that all statements made by me in this application are true and correct to the best of my knowledge and belief. I am further aware that willfully withholding information or making false statements on this application will be basis for denial of a position prior to employment, and should such willful withholding or false statement become evident after employment, such evidence will constitute sufficient grounds for dismissal from employment with the City of Dothan. I understand all appointees serve a probationary (working test) period, during which time I must demonstrate my fitness for and ability to continue my employment with the City, and further, that any appointment offered to me will be contingent upon my passing a complete physical examination at my own expense. In addition I understand that the City of Dothan shall reserve the right to require a physical examination at City expense at any time to determine my ability to perform the work required of the position. I agree that this application and all papers in connection with it as well as results of any physical examination conducted in relation to my employment shall be confidential records of the Personnel Department subject to inspection by the Appointing Authority, as provided in the rules and regulations and to my personal inspection. I hereby release to the Personnel Department any and all information and/or records needed to determine my fitness for the position. I understand that this application for employment does not constitute an offer of employment or a contract of employment, either written or implied. I fully understand and agree to these conditions. I also understand that this application is being accepted by the City of Dothan's Personnel Department for the position listed under item number one (1) only. I further understand that this application is active, for this position, for a period not to exceed two years unless re-advertised. Should it be necessary to re-advertise the position, I must reapply (submit another application) in order to be eligible for employment consideration. I understand that as an applicant for a position with the City of Dothan, all previous and present employers are subject to be contacted. The City cannot honor an applicant's request of non-notification of past or present employers.

Nancy C. Martin                                    9/5/03
USUAL SIGNATURE OF APPLICANT                       DATE SIGNED

6

DOTHAN/Martin & Brackin 1055
Confidential Subject to Protective Order