## The City of Dothan
## Alabama



Position Announcement #013-03-01

## Municipal Court Administrator

### Closing Date – Monday, September 15, 2003

Applications are being accepted to establish an employment register for the position of <u>Municipal Court Administrator</u> with the City of Dothan, Alabama. This is administrative work managing the operation of the Municipal Court.

### Salary Plan/Level 503  $14.2250 - $19.8625 Hourly

A vacancy for the position may not exist at this time; however, vacancies for the position of Municipal Court Administrator which may occur will be filled from the register established for this announcement. Applications for this position announcement are retained not to exceed a period of one year unless re-advertised. Should it be necessary to re-advertise this position before the register has expired, all previous applicants should reapply.

QUALIFICATIONS:

❖ Graduation from a four-year college or university with major course work in Public Administration or Business Administration with two years responsible experience in Municipal Court operations or a law related field and at least one (1) year <u>supervisory</u> experience; or Graduation from high school or GED with at least four (4) years responsible experience in Municipal Court operations or a law related field and at least one (1) year <u>supervisory</u> experience.

❖ A completed Supplemental Application Form and employment application to include, but not limited to, detailed description of duties, month and year, and complete addresses on each job listed.

NOTE: Applicants with a comparable combination of education and experience that demonstrates an equivalent level of preparation in the knowledge, skills and abilities listed are also encouraged to submit an application for the job.

CONDITION OF EMPLOYMENT:
Employee must successfully complete the Alabama Court Clerks and Magistrates Association Certification program within three (3) years of date-of-hire.

NECESSARY SPECIAL REQUIREMENTS:

❖ Possession of a valid operator driver's license and an acceptable driving record. Please present driver's license at time of application or a copy if unable to return application in person.
❖ Ability to travel to and attend seminars and conferences outside the Dothan area.
❖ Ability to work overtime and weekends in order to attend court and/or sign warrants. Also be able to work awkward shifts and on-call.
❖ Able to respond to short notices for work outside normal scheduled work time.
❖ In an emergency and/or standby situation an employee in this position must be able to report to his/her regular workstation in a maximum of 30 minutes from the time of notification.
❖ Individuals must be bondable and qualify as a public notary.
❖ Must meet the general requirements as established by law for public officers and shall be neutral and detached from all law enforcement activities.
❖ Must meet the City of Dothan's employment physical standards which includes drug/alcohol testing.

Applicants with a disability who feel they need accommodation should contact the Personnel Department on or before the closing date.

Applicants should apply at the Personnel Department, City of Dothan, First Floor, Roy Driggers Municipal Building, Monday through Friday, between the hours of 8:00 AM and 4:30 PM.

### An Equal Opportunity Employer, Affirmative Action Employer

AP\9-1\P0\9-2

MUNICIPAL COURT ADMINISTRATOR                    **013**

<u>DEFINITION</u>

This is administrative work managing the operation of the Municipal Court.

The incumbent is responsible for supervising the preparation and scheduling of cases to be tried, the issuance of warrants and the collection of revenues from fines and court costs. Supervision is exercised over a medium-sized staff of employees. Work is done under the general supervision of the Presiding Judge of the Municipal Court.

<u>EXAMPLES OF WORK PERFORMED</u> (All duties may not be assigned to all employees in this position, nor does the list necessarily include all tasks which may be assigned to employees in this position).

Reviews and handles complaints or requests from the public. Establishes and maintains an effective working relationship with the citizens, the media, judges, attorneys, and city officials.

Receives complaints from irate or upset citizens concerning parking tickets fines, warrants, court procedures or proceedings, evaluates the problem and makes appropriate responses or takes appropriate action to address or resolve the complaints.

Responds to technical questions concerning new issues, changes in laws and ensures appropriate official and personnel are made aware of the new laws.

Supervises personnel in the operation of the Municipal Court in order to ensure the efficient performance of employees, efficient operations and the consistent application of all policies and procedures.

Assesses employees' training needs and conducts or identifies appropriate training measures as training needs are identified in order to improve employee performance.

Recommends the imposition of disciplinary action to improve unsatisfactory performance.

Recommends to the Presiding Judge more severe disciplinary action to include demotion, suspension, or dismissal.

Recommends to the Presiding Judge the hiring and promotion of employees as needed to fill vacancies.

Ensures fairness and consistency in disciplinary actions and the application of policies and procedures and adherence to department, city or personnel rules and regulations.

Conducts staff meetings with subordinates to discuss changes in polices or procedures, solicit ideas or recommendations.

Attends budget hearing and provides justifications for budgeted items.

Coordinates with appropriate personnel, such as Finance Department, as needed to facilitate purchases or repairs.

Develops policies and procedures to initiate new programs required by changes in existing criminal laws or court procedures and by new criminal law or court procedures.

Processes daily time keeping on each employee and prepares a biweekly payroll.

Analyzes current personnel, facilities and data management systems and makes recommendations to the Presiding Judge to meet future demands.

Supervises the maintenance of records and prepares reports of court activities such as revenue, personnel, number of cases, warrants and related statistical data.

Reviews (periodically) the daily bank deposits for correctness and to monitor revenues collected.

MUNICIPAL COURT ADMINISTRATOR                                    **013**
Page 2 of 5

## EXAMPLES OF WORK PERFORMED (Continued)

Supervises the preparation and scheduling of court cases, the issuance of warrants and the maintenance of official court records and documents following court rules, regulations and procedures and state and municipal government laws and ordinances in order to ensure operations are within the guidelines established.

Conducts research of recent court cases and existing laws using legal resources such as the Alabama Rules of the Court, City Codes and Alabama Municipal News and Review in order to provide information to judges, make changes in policies and procedures, answer questions and resolve complaints.

Develops policies, procedures and forms in order to inform employees of changes and to respond to changes in the laws affecting Municipal Court functions

Reads and interprets periodicals, court cases and professional publications.

Performs related work as required.

## REQUIRED KNOWLEDGE, SKILLS AND ABILITIES

Knowledge of public management principles and practice, office management and planning techniques for program evaluation and implementation to include assignment of personnel, appropriate allocation and management of resources, the enforcement of policies and knowing how to plan and implement or evaluate old programs as needed to manage the administrative and personnel related function of the Municipal Court.

Skill in oral communication to include clarity and conciseness.

Ability to effectively relay information and respond to inquiries from judges, the public, law enforcement personnel and public officials.

Ability to exercise good judgement and discretion when making decisions applying and interpreting City ordinances, Alabama Codes and laws and department policies and procedures as needed to provide information to judges, respond to complainants, assists in disciplinary matters.

Ability to maintain accurate records and prepare reports including financial, statistical and other data as needed to complete daily, monthly and annual reports to be submitted to various city and state agencies.

Ability to establish and maintain effective working relationships with the judge, prosecutors, public defendants, other attorneys, city employees, officials and the public to include maintaining a positive image for the Judicial Department as needed to respond to inquiries or complaints.

Ability to plan, assign and supervise the work of subordinates to include setting and enforcing performance standards, evaluating subordinate work performance, providing guidance and monitoring subordinate performance standards in a fair and impartial manner as needed.

Ability to prepare and execute a variety of legal forms and documents such as subpoenas, warrants, depositions, summons, notices of appeal as needed to comply with city codes and state law requirements.

Skill in reading at a level to comprehend text such as Code of Alabama, City Codes, Alabama Rules of the Court, legal documents, department reports, and other complex laws, court decisions and legal opinions as needed to ensure compliance with laws and procedures, provide information to judges, the public and others, identify fines and to ensure correct fines are charged.

MUNICIPAL COURT ADMINISTRATOR                                        **013**
Page 3 of 5

REQUIRED KNOWLEDGES, SKILLS AND ABILITIES (Continued)

Ability to interact with subordinates to include listening, being firm and courteous, being patient and tactful, building and maintaining rapport and morale, recognizing stress symptoms in others when interacting in one-on-one situations or with groups as needed to resolve interpersonal conflicts and address complaints, provide and gather information and assign duties.

Knowledge of basic accounting practices and procedures as needed to ensure accurate records of financial transactions are maintained and assist with departmental budget and annual audits.

Written communication skills to include the use of proper grammar such as capitalization, punctuation, sentence structure, spelling, at a level needed to compose letters, memos, forms and documents and to organize facts and information as needed to write policies and procedures and other documents.

Ability to gather information and facts, analyze information with staff's input to make decisions regarding policies, procedures and operations.

Knowledge of the laws and court cases pertaining to the operation of the Municipal Court, to include the new laws passed by the legislative and court cases involving new laws as needed, to provide judges information from newsletters, and to reference laws for judges.

Knowledge of the Codes of the City of Dothan to include researching issues, determining, what code has been violated, determining if there is such a code and that proper code is sited on the warrants of arrests as needed to respond to inquiries involving technical issues.

Knowledge of criminal law such as harassment, theft of property, trespassing, resisting arrest to include knowing which court has jurisdiction for criminal code violation as needed to ensure proper training of magistrates responsible for issuance of arrest warrants and to help such magistrates with final determination of difficult cases.

Knowledge of the operation, procedures and jurisdiction of the Municipal Court to include the procedures it follows and jurisdictional requirements and limitations as needed to ensure compliance with State laws governing the Municipal Court jurisdictional authority and punishment limitations.

QUALIFICATIONS

Graduation from a four-year college or university with major course work in Public Administration or Business Administration with two years responsible experience in Municipal Court operations or a law related field and at least one (1) year supervisory experience; or Graduation from high school or GED with at least four (4) years responsible experience in Municipal Court operations or a law related field and at least one (1) year supervisory experience.

A completed employment or in-house application to include, but not limited to, detailed description of duties, month and year, and complete mailing address of each job listed.

NOTE: Applicants with a comparable combination of education and experience that demonstrates an equivalent level of preparation in the knowledge, skills and abilities listed are also encouraged to submit an application for this position.

MUNICIPAL COURT ADMINISTRATOR                                        **013**
Page 4 of 5

## CONDITION OF EMPLOYMENT

Employee must successfully complete the Alabama Court Clerks and Magistrates Association Certification program within three (3) years of date-of-hire.

## NECESSARY SPECIAL REQUIREMENT

Possession of a valid operator driver's license and an acceptable driving record. (PBA09/10/01)

Ability to travel to and attend seminars and conferences outside the Dothan area.

Ability to work overtime and weekends in order to attend court and/or sign warrants. Also be able to work awkward shifts and on-call.

Able to respond to short notices for work outside normal scheduled work time.

In an emergency and/or standby situation an employee in this position must be able to report to his/her regular workstation in a maximum of 30 minutes from the time of notification. (PBA 01/09/95)

Individual must be bondable and qualify as a public notary.

Must meet the general requirements as established by law for public officers and shall be neutral and detached from all law enforcement activities.

Must meet the City of Dothan's employment physical standards which includes drug/alcohol testing.