

DEFENDANT'S EXHIBIT 9

# EMPLOYEE HANDBOOK

I, __Nancy C. Martin__, an employee with the City of Dothan, Alabama, have received a CITY OF DOTHAN EMPLOYEE HANDBOOK which includes a copy of THE PERSONNEL RULES AND REGULATIONS, CIVIL SERVICE ACT, DRUG TESTING POLICIES AND PROCEDURES, EMPLOYEE BENEFITS SUMMARY, MOTOR VEHICLE OPERATIONS POLICY AND EMPLOYEE SAFETY COMMITTEE POLICY, AND COMPUTER POLICIES AND PROCEDURES.

_Nancy C. Martin_  
Signature

01-16-04  
Date

DOTHAN/Martin & Brackin 1070  
Confidential Subject to Protective Order