


# City of Dothan

### Receipt of Computer Policies and Procedures

I, _____Nancy C. Martin_____, an employee of the City of Dothan, do hereby acknowledge that I have received, and understand it is my responsibility to read and follow, the City of Dothan Policies and Procedures governing use of computers, E-mail and Internet usage. I agree to abide by these policies and procedures. I understand that violation of these policies could result in disciplinary action, up to and including suspension without pay and/or discharge.

*Nancy C. Martin*      01-16-04
**Signature**                   **Date**

DOTHAN/Martin & Brackin 1071
Confidential Subject to Protective Order