# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

**DEFENDANT'S EXHIBIT 16**

| NAME | PERIOD COVERED DUE IN PERSONNEL | TYPE | STATUS CODE |
|---|---|---|---|
| MCCLAIN    LAVERA    S | 06-01-2004 | G | CA |

| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) |
|---|---|---|
| 102562 | JUDICIAL DEPARTMENT | |

| JOB TITLE | HIRE DATE | STATUS DATE | | ANN DATE |
|---|---|---|---|---|
| 00010  MAGISTRATE | 05-08-1988 | 05-06-2001 | DT | 06/25 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANC ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EAC TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

RATING SCALE: 1 = UNSATISFACTORY    2 = SATISFACTORY    3 = EXCEPTIONAL

## SECTION I

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | 1 | 2 | 3 |
|---|---|---|---|
| TASK 1: COMMENTS Accounts for receipts + money received for fines & costs well. Forgets sometimes to turn in money. | | X | |
| TASK 2: COMMENTS Occasionally does warrants at window. Does FTA, FTP & FTC warrants. Needs to pay closer attention to detail on these + be sure to close all orders before issuing AWs. | | X | |
| TASK 3: COMMENTS N/A | | | |
| TASK 4: COMMENTS Does not process CRO evaluations in timely manner, but does assist public, agencies, & most other employees w/ info about court. Answers phones. | | X | |
| TASK 5: COMMENTS Sometimes approves appearance bonds. Schedules court dates for CRO defendants. | | X | |
| TASK 6: COMMENTS N/A | | | |
| TASK 7: COMMENTS Only when working in fines room or Judge asks for her assistance. | | X | |
| TASK 8: COMMENTS N/A | | | |
| TASK 9: COMMENTS Doesn't always process in timely manner. | | X | |
| TASK 10: COMMENTS Follows most office procedures. | | X | |

NUMBER OF TASKS RATED ON: 7

TOTAL RATING SECTION I: 14

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 3724
CONFIDENTIAL Subject to Protective Order

# SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR

RATE EMPLOYEE BY CHECKING APPROPRIATE RATING (1 - 3) ON EACH FACTOR BELOW. COMMENTS MUST ACCOMPANY EACH RATING OF UNSATISFACTORY OR EXCEPTIONAL.

RATING SCALE:  1 = UNSATISFACTORY   2 = SATISFACTORY   3 = EXCEPTIONAL

1. **QUALITY OF WORK**
   COMMENTS: Numerous AW's sent to RD without being signed. Many mistakes on AW's. Enters events in computer w/out having paperwork in — Continued below
   Rating: 1 ☒

2. **INITIATIVE**
   COMMENTS:
   Rating: 2 ☒

3. **COOPERATION**
   COMMENTS: Cooperates with me & some of the other magistrates & Clerk, but not all. Would like to see more cooperation with everyone.
   Rating: 2 ☒

4. **SAFETY CONSCIOUSNESS**
   COMMENTS: ~~(scribbled out)~~
   Rating: 3 ☒

5. **QUANTITY OF WORK**
   COMMENTS: Works slowly & holds paperwork in her office much too long. Needs to process paperwork quicker.
   Rating: 2 ☒

6. **JOB KNOWLEDGE**
   COMMENTS: Has knowledge of job duties, but is not properly trained on computer program.
   Rating: 2 ☒

7. **DEPENDABILITY**
   COMMENTS: Punctual & usually takes little time off unless necessary.
   Rating: 3 ☒

8. **DEALING WITH THE PUBLIC**
   COMMENTS: Has made improvement. Needs to continue making an extra effort.
   Rating: 2 ☒

RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE ▶: 8

RECORD TOTAL RATING FOR SECTION II HERE ▶: 17

## SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.

|  | RATING |  | TASKS |  |  |
|---|---|---|---|---|---|
| SECTION I | 14 |  | 7 |  |  |
| SECTION II + | 17 |  | 8 |  |  |
| TOTAL = | 31 | ÷ | 15 | = | 2.07 TOTAL SCORE |

HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD.

1.00 - 1.99 UNSATISFACTORY    2.00 - 2.99 SATISFACTORY    3.00 EXCEPTIONAL

USE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OR SECTION II OR TO DOCUMENT SEPARATE RATINGS.

1. (cont'd) hand. Doesn't close all orders on computer before issuing AW's. Needs to pay more attention to detail.

DOTHAN/Martin & Brackin 3725
CONFIDENTIAL Subject to Protective Order

## PERFORMANCE EVALUATION INFORMATION

| | | |
|---|---|---|
| **AUTHORITY:** | (1) CIVIL SERVICE ACT, SECTION 9, PERSONNEL DIRECTOR<br>(2) PERSONNEL RULES AND REGULATIONS VII - JOB PERFORMANCE EVALUATIONS | |
| **EMPLOYEE STATUS CODES:** | CA - REGULAR FULL TIME    CB - PROBATIONARY FULL TIME    CC - PART TIME | |
| **TYPES OF PERFORMANCE EVALUATIONS:** | ANNUAL TYPES:<br>6 MONTH PROBATION TYPES:<br><br><br><br>12 MONTH PROBATION TYPES:<br><br><br><br><br><br><br><br>*SECTION 7-40 TYPES:<br><br><br>*PERSONNEL RULE 7-40 | G - ANNUAL PERFORMANCE EVALUATION<br>A - PROBATION I<br>     (END OF FIRST 3 MONTHS)<br>C - PROBATION II/REGULAR STATUS<br>     (END OF SECOND 3 MONTHS)<br>A - PROBATION I<br>     (END OF FIRST 3 MONTHS)<br>D - PROBATION II<br>     (END OF SECOND 3 MONTHS)<br>E - PROBATION III<br>     (END OF THIRD 3 MONTHS)<br>F - PROBATION IV/REGULAR STATUS<br>     (END OF FOURTH 3 MONTHS)<br>SA - END OF FIRST TWO MONTHS<br>SB - END OF SECOND TWO MONTHS<br>SC - END OF THIRD TWO MONTHS |
| **DEFINITION OF PERFORMANCE LEVELS** | UNSATISFACTORY | PERFORMANCE CONSISTENTLY FAILS TO MEET JOB REQUIREMENTS |
| | SATISFACTORY | PERFORMANCE CONSISTENTLY MEETS JOB REQUIREMENTS |
| | EXCEPTIONAL | PERFORMANCE CONSISTENTLY EXCEEDS JOB REQUIREMENTS |
| **DEFINITION OF SECTION II FACTORS** | QUALITY OF WORK | EXTENT TO WHICH WORK IS ACCURATE, COMPLETE, TIMELY, THOROUGH, ERROR FREE, ORGANIZED, ETC. |
| | INITIATIVE | EXTENT TO WHICH EMPLOYEE IS A SELF STARTER, TAKES RESPONSIBILITY IN COMPLETING WORK WITHOUT BEING DIRECTED; SEEKS TO IMPROVE WORK METHODS OR PROCEDURES. |
| | COOPERATION | EXTENT TO WHICH EMPLOYEE SHOWS INTEREST IN AND ENTHUSIASM FOR WORK; TEAM SPIRIT; COOPERATIVE WITH COWORKERS AND SUPERVISOR(S). |
| | SAFETY CONSCIOUSNESS | AWARE OF SAFE WORK PRACTICES; DEMONSTRATES SAFE WORK PRACTICES AND EXHIBITS UNDERSTANDING OF IMPORTANCE OF SAFETY IN PERFORMANCE OF ASSIGNMENTS. |
| | QUANTITY OF WORK | AMOUNT OF WORK PERFORMED TO ACCOMPLISH JOB TASKS IN A TIMELY AND ACCURATE MANNER. |
| | JOB KNOWLEDGE | EXTENT TO WHICH EMPLOYEE EXHIBITS UNDERSTANDING OF FUNDAMENTAL PRINCIPLES AND PRACTICES ASSOCIATED WITH THE JOB AND THE ACTIONS NECESSARY TO APPLY THEM TO ACCOMPLISH JOB. |
| | DEPENDABILITY | RELIABLE, PUNCTUAL, GOOD ATTENDANCE, MEETS DEADLINES WITHOUT SACRIFICING ACCURACY OR QUALITY; CARRIES ASSIGNMENTS THROUGH TO COMPLETION. |
| | DEALING WITH THE PUBLIC | EXTENT TO WHICH EMPLOYEE EFFECTIVELY INTERACTS WITH PUBLIC AND CUSTOMERS IN PERFORMANCE OF DUTIES. |

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 3726
CONFIDENTIAL Subject to
Protective Order

SECTION III (CONTINUED FROM PAGE 2)

EVALUATOR'S COMMENTS: Lavera's evaluation was very hard to prepare because she is a great person & is very knowledgeable; however, her work pace, attention to detail, ability to get along with all staff, ability to get along with public, bondsmen, etc., is lacking. I would like for Lavera to put forth more effort to resolve these matters as well as help mend the division in our office so we can all work as a team.

EVALUATING SUPERVISOR SIGNATURE: Nancy C. Martin   DATE: 5/28/04

SECTION IV – REVIEWING DIVISION HEAD OR NEXT HIGHER REVIEWING SUPERVISORY LEVEL.

REVIEWER'S COMMENTS: We value Lavera's work ethic and hard work for the office

REVIEWER'S SIGNATURE: Gordon   DATE: 6/8/04

SECTION V – APPROVING AUTHORITY COMPLETES THIS SECTION **BEFORE** THE EVALUATING SUPERVISOR CONDUCTS THE PERFORMANCE INTERVIEW SESSION WITH THE EMPLOYEE.

ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGE) REQUESTED BY APPROVING AUTHORITY.

IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?   YES ✓   NO ☐
IF NO, EXPLAIN FULLY BY ATTACHING ADDITIONAL SUPPORTING DOCUMENTATION.
IF YES, AND THIS IS A TYPE C OR TYPE F PROBATIONARY EVALUATION, COMPLETE A STATUS CHANGE FORM (PF#101) AND SUBMIT WITH THIS FORM.

APPROVING AUTHORITY (DEPARTMENT HEAD) COMMENTS:

APPROVING AUTHORITY SIGNATURE:   DATE:

SECTION VI – EMPLOYEE PERFORMANCE REVIEW AND INTERVIEW SESSION

EMPLOYEE COMMENTS ON JOB PERFORMANCE EVALUATION AND INTERVIEW SESSION:

RECEIVED JUN -8 2004 PERSONNEL DEPARTMENT

DATE OF PERFORMANCE INTERVIEW SESSION: 7/6/04
EMPLOYEE'S SIGNATURE: Lavera McClain   DATE: 7-6-04
EVALUATING SUPERVISOR SIGNATURE: Nancy C. Martin   DATE: 7/6/04

SECTION VII – TO BE COMPLETED BY PERSONNEL

| DATE / TYPE OF NEXT EVALUATION: DATE | | TYPE: | |
|---|---|---|---|
| SCORE | 2.07 | AVERAGE | |
| STATUS CODE | | | |
| REGULAR STATUS EFFECTIVE DATE | | AS400 | mm |

02 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 3727
CONFIDENTIAL Subject to Protective Order