# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

Copy

| NAME | PERIOD COVERED DUE IN PERSONNEL | TYPE | STATUS CODE |
|---|---|---|---|
| MARTIN   NANCY   C | 04-19-2004 | A | CB |

| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) |
|---|---|---|
| 104631 | JUDICIAL DEPARTMENT | |

| JOB TITLE | HIRE DATE | STATUS DATE | ANN DATE |
|---|---|---|---|
| 00013 MUNICIPAL COURT ADMINISTRATOR | 01-16-2004 | | 01/16 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EACH TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

RATING SCALE: 1 = UNSATISFACTORY    2 = SATISFACTORY    3 = EXCEPTIONAL

## SECTION I

BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE — CHECK APPROPRIATE RATING

| Task | Comments | 1 | 2 | 3 |
|---|---|---|---|---|
| TASK 1 | As much as she is able to given the problems w/ the new computer system Nancy has done this | | X | |
| TASK 2 | Oversees Municipal Court operations | | X | |
| TASK 3 | Nancy manages and oversees the issuance, summons and addressing | | | X |
| TASK 4 | monitors magistrates and clerks employment and | | | |
| TASK 5 | assist public outside agencies and department employees w/ info. | | X | |
| TASK 6 | monitors employees who appear appear | | | |
| TASK 7 | | | | |
| TASK 8 | w/ all municipal court activities Municipal Judge | | X | |
| TASK 9 | | | | |
| TASK 10 | | | | |

DEFENDANT'S EXHIBIT 17

DOTHAN/Martin & Brackin 1166
Confidential Subject to Protective Order

NUMBER OF TASKS RATED ON: 5    TOTAL RATING SECTION I: 11

F 102 REV. 1-99 (8th edition)

## SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR

RATE EMPLOYEE BY CHECKING APPROPRIATE RATING (1 - 3) ON EACH FACTOR BELOW. COMMENTS MUST ACCOMPANY EACH RATING OF UNSATISFACTORY OR EXCEPTIONAL.

RATING SCALE: 1 = UNSATISFACTORY  2 = SATISFACTORY  3 = EXCEPTIONAL

| Factor | Rating |
|---|---|
| QUALITY OF WORK — COMMENTS: *So far Nancy's quality of work has been excepter* | 3 |
| INITIATIVE — COMMENTS: *Nancy has shown initiative in initialing new policies where needed.* | 3 |
| COOPERATION — COMMENTS: *Nancy has been very cooperative with others* | 3 |
| SAFETY CONSCIOUSNESS — COMMENTS: | 3 |
| QUANTITY OF WORK — COMMENTS: | 2 |
| JOB KNOWLEDGE — COMMENTS: | 2 |
| DEPENDABILITY — COMMENTS: *Nancy has been very dependable* | 3 |
| DEALING WITH THE PUBLIC — COMMENTS: *Nancy deals regularly and nicely with the public* | 3 |

RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE: 7

RECORD TOTAL RATING FOR SECTION II HERE: 18

## SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.

|  | RATING | TASKS |  |
|---|---|---|---|
| SECTION I | | 5 | |
| SECTION II + | 18 | 7 | 2.4? |
| TOTAL = | 29 ÷ | 10 = | 2.6 TOTAL SCORE |

HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD.

1.00 - 1.99 UNSATISFACTORY   2.00 - 2.99 SATISFACTORY   3.00 EXCEPTIONAL

USE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OR SECTION II OR TO DOCUMENT SEPARATE RATINGS.

DOTHAN/Martin & Brackin 1167
Confidential Subject to Protective Order

V. 1-99 (8th edition)

**SECTION III (CONTINUED FROM PAGE 2)**

EVALUATOR'S COMMENTS: *Nancy has really has the mindset and addressed all issues put before her quickly and decisively.*

EVALUATING SUPERVISOR SIGNATURE: *[signature]*    DATE: 04.19.04

**SECTION IV - REVIEWING DIVISION HEAD OR NEXT HIGHER REVIEWING SUPERVISORY LEVEL.**

REVIEWER'S COMMENTS:

REVIEWER'S SIGNATURE: *[signature]*    DATE: 04.19.04

**SECTION V - APPROVING AUTHORITY COMPLETES THIS SECTION BEFORE THE EVALUATING SUPERVISOR CONDUCTS THE PERFORMANCE INTERVIEW SESSION WITH THE EMPLOYEE.**

ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGE) REQUESTED BY APPROVING AUTHORITY.

IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?    YES [X]    NO [ ]
IF NO, EXPLAIN FULLY BY ATTACHING ADDITIONAL SUPPORTING DOCUMENTATION.
IF YES, AND THIS IS A TYPE C OR TYPE F PROBATIONARY EVALUATION, COMPLETE STATUS CHANGE FORM (PF#101) AND SUBMIT WITH THIS FORM.

APPROVING AUTHORITY (DEPARTMENT HEAD) COMMENTS:

MAY 06 2004

APPROVING AUTHORITY SIGNATURE: *[signature]*    DATE: 4/19/04

**SECTION VI - EMPLOYEE PERFORMANCE REVIEW AND INTERVIEW SESSION**

EMPLOYEE COMMENTS ON JOB PERFORMANCE EVALUATION AND INTERVIEW SESSION:

RECEIVED APR 26 2004 PERSONNEL DEPARTMENT

DATE OF PERFORMANCE INTERVIEW SESSION

EMPLOYEE'S SIGNATURE: *Nancy C. Martin*    DATE: 4/21/04
EVALUATING SUPERVISOR SIGNATURE:    DATE:

**SECTION VII - TO BE COMPLETED BY PERSONNEL**

| | | | |
|---|---|---|---|
| DATE OF NEXT EVALUATION: DATE | 7-26-04 | TYPE: | D |
| SCORE | 2.42 | AVERAGE | |
| STATUS CODE | | | |
| REGULAR STATUS EFFECTIVE DATE | | AS400 | mm |

DOTHAN/Martin & Brackin 1168
Confidential Subject to Protective Order