**JUDICIAL DEPARTMENT**

# Memo



DEFENDANT'S EXHIBIT 18

**To:** Mary Beth

**From:** Nancy Martin

**Date:** 3/17/04

**Re:** Complaint Filed 2/2/04

---

    Attached is a Complaint filed against you on February 2, 2004, by Officer Costello. I have reviewed this Complaint and decided to do this memo to you instead of doing a formal warning which would go in your personnel file.

    This memo is to advise you that you are to <u>always</u> treat other city employees, co-workers, etc. with the utmost respect and in a cooperative manner.

    This memo and Complaint will stay in your file in my office for 12 months. If there is another incident that occurs within this time period, I will have no choice but to write you up according to the rules and policies of the City of Dothan. If there are no other incidents during this time period, I will remove this memo from your file.

● Page 1

 

## JUDICIAL DEPARTMENT COMPLAINT FORM
## CITY OF DOTHAN, ALABAMA

DATE: 02/02/04                          TIME: 1540

Complaint registered by: Telephone ( )   Letter ( )   Walk-in (✓)

Complaint logged by: OFFICER COSTELLO 706 DPD

**COMPLAINANT INFORMATION:**

Name: _____

Address: _____

Telephone: _____ Business ( ) Residence ( )

*[Stamp: FEB 2004 RECEIVED JUDICIAL DEPT.]*

NATURE OF COMPLAINT: Customer Service

NARRATIVE: ON 02/02/04 AT ABOUT 1200 HRS I RECEIVED A PAGE FROM MARY BETH TO BE IN JUDGE GORDON'S COURT ROOM AT 1630 HRS TO I.D. A SUSPECT I HAD ARRESTED FOR D.U.I. I TOLD MARY BETH THAT AFTER TRAINING TODAY I WOULD COME BY THE MAGISTRATES OFFICE TO GET ALL THE CASE NUMBERS SO I COULD PULL MY IN CAR VIDEO. AT ABOUT 1535 I ARRIVED AT THE MAGISTRATE OFFICE MADE CONTACT WITH MARY BETH TO GET THE INFORMATION FROM HER. AT THIS TIME MARY BETH IN A VERY SHORT TONE AND MANNER SHE TOLD ME THAT SHE DIDN'T TELL ME TO COME TO THE MAGISTRATE'S OFFICE AND THE PAPER WORK WAS IN THE JUDGE'S OFFICE. THIS IS NOT THE FIRST TIME THIS HAS HAPPENED.