

# MEMO

To: Nancy

From: Lavera

RE: Valerie Savage complaint 041504

On Tuesday April 13, 2004 I was at court in the court room and get out bonding approached me ref to getting Anthony Jackson out of jail, I told them I was not the magistrate on call, that it was Valerie and I would give her the message. I called the office ands waas told by melissa that Valerie was off. Yes judge gordon did send out a memo ref to changing bonds when you are not on call, and no there is no provision for that magistrate being off, I was not told that she had desinated someone in her absence. After speaking with mr morris I agreed to change it. I was not the only person to change a bond that day, sarah fowler changed one also, I have a copy attached. I have to wonder why it is alright for her to change one and yet not me. It ssems to me that there is a problem in this office with me having the same authority as the rest of the mags. I have also attached a copy of a bond that mary turner changed while I was on call, and I was not told about it , but I did not write a memo. As she is a magistrate like all the other magistrates in this office. She has the authority to do so. I have begun to make copies of things others are doing, and no big deal is made, ut when I do memos are written.

In refernce tomy picking up the swearboard , I had previously agreed to stop by the jail to give something to sgt Johnson on that morning, and I thought thatas long as I was there I would do ms savage a favor and bring it to our office. I informed her that I had picked it up for her and sshe seemed alright with it. But apparentley she has had time to think about it and reconsidert. However if I am tempted to do her a favor in the future I will not.

As for the warrant not being signed I was not aware of it as I never saw the warrants. But as many warrants as I issue it should not be a surprise to any one that I made a mistake, but I have a lot of warrants to issue and it is taking time out from that to anwers memos that would better be handled . in such a time consuming manner. There are lots of memoscirculating in this office that for different reasons we work around, but I notic that when I do it is a hanging offense. It is obvouis that others in this office are in favor of a reassignment of duties, and should you decide to do that , I will work as hard on my

new assignments as I have in the 2 plus years I have been in this office. Again I say I was only trying to help. I wont make that mistake again.

Thank you,

Lavera