DEFENDANT'S
EXHIBIT

20

FENGAD 800-631-6989

September 23, 2004

TO:      NANCY MARTIN

FROM:   LAVERA MCCLAIN

RE:      NEW SCHEDULE

In reference to your new schedule changes, there is no way I can do the 2nd Monday docket inadditon
To my other duties. Maximus is a very time consuming task all by itself, if I thought I could do it I would
Gladly try. Please reconsider assigning this task to me. If I am forced to accept , my other work is going to
suffer, and it will entail countless hours of overtime.

Cc/ JUDGE GORDON