| | |
|---|---|
| **TO** | :NANCY MARTIN |
| **FROM** | :EUNICE KNIGHT |
| **DATE** | :SEPTEMBER 24, 2004 |
| **SUBJECT** | :CHANGES IN MY ASSIGNED DUTIES |



DEFENDANT'S EXHIBIT 21

    Nancy, I do not understand the additional change made to my duties, especially to have me being the primary person on the front window on Friday's. I am in the courtroom everyday except Friday's. Monday's and Tuesday's court are the heaviest court days we have and I do have the time to finish Monday's court paperwork because I have to go to Tuesday's court and that's all day. On Wednesday morning I am trying to complete Monday's paperwork before I have to go to Wednesday afternoon court. Thursday I am finishing up Tuesday's court paperwork and working on 6'A's before I have to Thursday afternoon court. On Friday I am completing Thursday's court paperwork and any other loose ends that may be left over from the week of court. Also, on Friday's I issued my 6'B's and because of the number of tickets we have sometimes I am not finished with those after checking an writing on them and compiling a list for the warrant division to pick up until late Friday afternoon.

Now having to do all the above tasks and keeping my paperwork caught up from week to week it is not feasible for me to be the primary person on the front window on Friday's. I am out of my office every day except Friday's. I had no problem being the secondary backup because that did not require me to have to stay out front. By that I had sufficient time to finish court paperwork and check and complete my 6A's & 6B's. Also submit the green cards and suspension notices in the same week they occurred.

The courtroom is very fast pace and at times stressful with all the people asking you questions from every side and to not have a slow pace day in my office which allows me the time to complete my already assigned duties and check for accuracy will result in paperwork not being completed in a timely manner. As you know the next week starts over again and that's more paperwork that will be added to the previous week if the time is not allowed for the accurate completion.

Cc: Judge Gordon