**MAGISTRATES OFFICE**
Nancy C. Martin, Court Administrator
(334) 615-4150
(334) 793-1369 Fax

# Memo



DEFENDANT'S EXHIBIT 23

**To:** Lavera
**From:** Nancy
**CC:** Judge Gordon
**Date:** 9/27/04
**Re:** Minor Changes to Job Duties

---

In response to your Memo of last week, I believe you can handle the job duties assigned you or I wouldn't have added the 2nd Monday docket to your list. That is only one Monday out of the month and you can have someone assist you with this job duty. Working on the docket at least a week or more, if possible, before the arraignment date also helps so that all you have to do on the Friday before is to do one final check.

Some of the changes in job duties were a result of you and a couple of other Magistrates not having enough work to do. Based on my observations, as well as some information given to me from the Magistrates I have left in charge on different occasions when I am out of the office, there is too much surfing the internet, staying on the phone for long periods of time, running errands without prior approval from me, taking long lunch "hours", making several trips to the courtroom when not working court, etc.

I will still take into consideration your request; however, the only job duty that I see that I may change is to relieve you of the backup front window duty on Tuesdays. I will let you know in a couple of weeks what I decide.

Thank you for all your hard work and cooperation.