*Copy*



**JUDICIAL DEPARTMENT**
**City of Dothan**
**(334) 615-4142 – Office**
**(334) 615-4149 – Facsimile**

## INTEROFFICE MEMORANDUM



**TO:** Ms. Nancy Martin, Court Administrator
**FROM:** Rose Evans-Gordon,
**Municipal Court Judge**
**DATE:** September 28, 2004
**SUBJ:** Work Assignments

**Please refrain from making changes in the magistrates' assigned duties until you and I have an opportunity to discuss the matter. As you will remember, we had discussed changing courtroom duties after 3 months. As it is so near to the date to make those changes, I suggest that we wait and make all changes at the same time, which will probably affect all magistrates' duty assignments. Thank you for your cooperation in this matter.**