


**JUDICIAL DEPARTMENT**
City of Dothan
(334) 615-4142 – Office
(334) 615-4149 – Facsimile

## INTEROFFICE MEMORANDUM

**TO:** Ms. Nancy Martin
**FROM:** Rose Evans-Gordon,
Municipal Court Judge
**DATE:** October 12, 2004
**SUBJ:** Administrative Leave

DEFENDANT'S EXHIBIT

As of this date, October 12, 2004 at 4:30 p.m., you are being placed on administrative leave pending notification of determination hearing findings and possible disciplinary action. Please turn in the keys to your work stations until a decision is made.

DOTHAN/Martin & Brackin 1200
Confidential Subject to Protective Order