# The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III - DISCIPLINARY POLICY*

## SECTION III - EMPLOYEE INFORMATION

| Employee Name | Employee ID Number | Hire Date | Department |
|---|---|---|---|
| Nancy Martin | 104631 | 01/16/2004 | Judicial Department |

| Employee Job Title | Counseling Supervisor Name & Job Title |
|---|---|
| Municipal Court Administrator | Rose Evans-Gordon, Municipal Judge |

## SECTION IV - OFFENSE AND TYPE OF ACTION

Check (√) Category and Offense, Circle (O) Rule Number(s) violated

☐ MINOR CATEGORY   ☐ 1st Offense   ☐ 2nd Offense   ☐ 3rd Offense   ☐ 4th Offense
Violation of Rule: Section 3-41.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18

☐ MAJOR CATEGORY   ☐ 1st Offense   ☐ 2nd Offense
Violation of Rule: Section 3-42.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19

☑ INTOLERABLE CATEGORY   ☑ 1st Offense
Violation of Rule: Section 3-43.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  (17)  18  19  20

Check (√) Type of Disciplinary Action For This Offense
☐ FORMAL COUNSELING   ☐ WRITTEN WARNING   ☐ FINAL WRITTEN WARNING

## SECTION V - DETAILS OF THIS DISCIPLINARY ACTION REPORT

space below or on additional sheets provide detailed documentation of the rule(s) violated to include dates and the specific actions of employee. Include details of recommendations for corrective action and consequence of future violations.

**DEFENDANT'S EXHIBIT 29**

You are in violation of Personnel Rule 3-43(17) unsatisfactory work performance during the probationary period as evidenced by the employee's job performance evaluation report.

Supervisor Signature: _[signed]_   Date signed: 10.12.04
Department Head Signature: _[signed]_   Date Signed: 10.12.04

I acknowledge I was counseled or warned in reference to the rule violation(s) cited above. I understand my signature on this form acknowledges the counseling or warning took place for the reasons given. I understand my signature does not mean I agree or disagree with the statements documented on this form. I also understand I may provide a written explanation of the offense for which the counseling or warning report has been issued and attach this written statement to this form. I understand this Personnel Form #147 and any attachments will be forwarded to the Personnel Department and become a part of my permanent employment record.

EMPLOYEE SIGNATURE: _Nancy C. Martin_   Date Signed: 10/12/04

Distribution: ☐ ORIGINAL to Personnel Department   ☐ COPY to Employee   ☐ COPY to Department Head

DOTHAN/Martin & Brackin 1203
**Confidential Subject to Protective Order**

PERSONNEL FORM #147 (rev. 7/2003)
Fullback\Personnel\Personnel Forms\PF#147-DISCIPLINARY ACTION REPORT FORM.doc   PAGE 2 OF 2 PAGES

# The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III – DISCIPLINARY POLICY*

to use the Tables below: Complete SECTION I by listing the employee's minor offense history for the past twelve months and/or offense history for the past twenty-four months. Refer to the SECTION II - DISCIPLINARY ACTIONS SUMMARY TABLE to determine the appropriate disciplinary action to be taken and whether the disciplinary action must follow the Due Process Procedure as set out in Personnel Regulation IV.

Note: "Minor", "Major", or "Intolerable" offenses have separate disciplinary action progressions. See the SUMMARY TABLE in SECTION II below. The offense free time period required to clear a disciplinary record of MINOR offenses is 12 months and MAJOR offenses is 24 months from the "date of record" for last offense committed. ("Date of Record" is date form signed by department head.)

| SECTION I - REVIEW OF EMPLOYEE DISCIPLINARY HISTORY | | | |
|---|---|---|---|
| A review of this employee's active Disciplinary History includes the following MINOR category offense(s) and/or the following Major category offense(s). If the employee has no active disciplinary history, write N/A. | | | |
| Category | Type of Action | Dated | Specific Violation - Cite Rule and Offense |
| MINOR | Formal Counseling | | |
| MINOR | Written Warning | | |
| MINOR | Final Written Warning or Final Written Warning & 1-5 Day Suspension | | |
| MAJOR | Final Written Warning & 1-20 Day Suspension | | |

The SUMMARY TABLE below shows: (1) The disciplinary progression (1st, 2nd, 3rd, etc., offense) and resulting disciplinary action for MINOR, MAJOR, and INTOLERABLE offenses; and (2) Whether a disciplinary action requires a Due Process Hearing before being administered.

| SECTION II - REVIEW OF ACTION SUMMARY TABLE | | | | |
|---|---|---|---|---|
| DUE PROCESS HEARING NOT REQUIRED | First Offense MINOR<br>Formal Counseling | Second Offense MINOR<br>Written Warning | Third Offense MINOR<br>Final Warning or (See below) | Fourth Offense MINOR<br>See Below |
| DUE PROCESS HEARING REQUIRED PRIOR TO ADMINISTERING | First Offense MAJOR<br>Final Warning and 1-20 Day Suspension. | Second Offense MAJOR<br>Discharge | Third Offense MINOR<br>Final Warning and 1-5 Day Suspension | Fourth Offense MINOR<br>Discharge |
| | First Offense INTOLERABLE<br>Discharge | Due Process Hearings are implemented in accordance with Personnel Regulation IV | | |

DOTHAN/Martin & Brackin 1204
Confidential Subject to Protective Order

PERSONNEL FORM #147 (rev. 12/2000)
Fullback\Personnel\Personnel Forms\PF#147-DISCIPLINARY ACTION REPORT FORM.doc

PAGE 1 OF 2 PAGES