# DUE PROCESS INTERVIEW QUESTIONS TO BE ASKED PRIOR TO DETERMINATION HEARINGS



DEFENDANT'S EXHIBIT 30

| Employee Name | Employee SSN | Employee Department |
|---|---|---|
| Nancy C. Martin | [redacted] | Judicial |

| Employee Job Title | Hearing Time | Date of Hearing |
|---|---|---|
| Court Administrator | 4:00PM | 10-13-04 |

**INSTRUCTIONS:** With the tape recorder on and recording, the following questions are to be asked directly of the employee for whom the determination hearing is being held. These questions are to be asked prior to proceeding with the hearing.

| YES | NO | | |
|---|---|---|---|
| ☒ | ☐ | 1. | Do you acknowledge that you were notified at least 24 hours in advance of this determination hearing? |
| ☐ | ☒ | 2. | Do you have any specific questions regarding this procedure? |
| ☒ | ☐ | 3. | Do you understand this is not an adversarial hearing? This means there is no cross examination of witnesses or calling of witnesses to testify? |
| ☒ | ☐ | 4. | Do you understand that you do not have to reply to these charges? |
| ☒ | ☐ | 5. | Do you understand you have the right to reply orally and/or in writing to these charges? |
| ☒ | ☐ | 6. | Do you understand you have had a reasonable opportunity within the past 24 hours to reply in writing or submit sworn affidavits in reply to the charges if you so elected? |
| ☒ | ☐ | 7. | Do you have a written statement or sworn affidavits you wish to submit in response to the charges? _Attached_ |
| ☐ | ☒ | 8. | Do you have any reason at this time why this hearing should not proceed? |

☐ The employee failed to appear for this determination hearing on the date and at the time scheduled.

☒ The employee was present and responded as shown to the above questions.

Signature of Personnel Department Staff: _Martha McLain_

In the space below or on the back of this form, list the name(s), title(s) and reason(s) for the presence of all others present during this hearing.

_Judge Jordon_
_Michelle Sellers, Administrative Asst to Judge_
_Jim Martin, Nancy's husband_
_Elston Jones, EEO Officer_

Tape No. _CD 04-05_

Public\PF154\REVISED 4/19/94●3/3/95●12/02/98

DOTHAN/Martin & Brackin 1199
Confidential Subject to Protective Order