

DEFENDANT'S EXHIBIT 31

# DECISION OF DETERMINATION HEARING
(Personnel Form 155)

| Employee Name | Employee SSN | Department |
|---|---|---|
| Nancy Martin | 104631 | Judicial Department |

| Employee Job Title | Date of Determination Hearing |
|---|---|
| Court Administrator | October 14, 2004 / 13 |

### Statement of Department Head's Decision

You are hereby notified that after the due process determination hearing and consideration of the charges and possible violations of Personnel Rules and/or the Civil Service Act of Dothan, as amended, I have made the following decision concerning disciplinary action: (*State the decision in the space below*)

Effective October 18, 2004 at the close of business, Ms. Martin's employment is terminated.

Furthermore, you are hereby advised that if you are dissatisfied with this decision to discipline, you have available to you the procedures for review and/or appeal as provided by the Civil Service Act of Dothan, as amended, and the Personnel Rules and Regulations.

| Signature of Department Head | Date Signed |
|---|---|
| [signed] | 10.18.04 |

### Employee Certification of Receipt of Department Head's Decision and Employee Notice of Appeal Right

I hereby certify I have received a copy of this decision to discipline from my department head or his/her designated representative. I understand that should I wish to appeal my department head's disciplinary decision I must file a written notice with my department head and the Personnel Board within the time period specified in the Personnel Rules and Regulations, Section 3-50, Appeal of Disciplinary Action. Personnel Form #152 – City of Dothan Appeal Form may be used to initiate an appeal of disciplinary action.

| Employee's Signature | Date Signed |
|---|---|
| Nancy C. Martin | 10/18/04 |

### To be completed by person serving this notice to employee

| Signature of person serving this notice | Date Notice Served | Time Notice Served |
|---|---|---|
| [signed] | 10-18-04 | 1410 |

Distribution:   ☐ Original to Personnel   ☐ Copy to Department Head   ☐ Copy to Employee

Personnel Form #155 (Revised 2/2001)
\Fullback\Personnel\Personnel Forms\PF#155-Department Head Decision-Determination Hearing.doc

DOTHAN/Martin & Brackin 1198
Confidential Subject to Protective Order