# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

**DEFENDANT'S EXHIBIT 32**

**PERIOD COVERED**

| NAME | DUE IN PERSONNEL | TYPE | STATUS CODE |
|---|---|---|---|
| MARTIN NANCY C | 07-26-2004 | D | CB |

| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) |
|---|---|---|
| 104631 | JUDICIAL DEPARTMENT | |

| JOB TITLE | HIRE DATE | STATUS DATE | ANN DATE |
|---|---|---|---|
| 00013 MUNICIPAL COURT ADMINISTRATOR | 01-16-2004 | | 01/16 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EACH TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

RATING SCALE: 1 = UNSATISFACTORY    2 = SATISFACTORY    3 = EXCEPTIONAL

## SECTION I

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | 1 | 2 | 3 |
|---|---|---|---|
| TASK 1: COMMENTS | | X | |
| TASK 2: COMMENTS  There have been several problems since Nancy's last evaluation in this area. At one point we were unable to have scheduled trials for two weeks because no one was assigned by Ms. Martin to post dockts. | X | | |
| TASK 3: COMMENTS  On further review it has been determined that Ms. Martin does not perform this function | | | |
| TASK 4: COMMENTS  Ms. Martin does not perform this task. | | | |
| TASK 5: COMMENTS  Since Ms. Martin's last evaluation there has been a deterioration in Ms. Martin's relationships with other departments and Ms. Martin has been advised of this. | X | | |
| TASK 6: COMMENTS  Ms. Martin does not perform this task. | | | |
| TASK 7: COMMENTS  Ms. Martin does not perform this task. | | | |
| TASK 8: COMMENTS  There have been several instances of poor performance in this area since Ms. Martin's last evaluation for which Ms. Martin has been counseled. | X | | |
| TASK 9: COMMENTS  Ms. Martin does not perform this task. | | | |
| TASK 10: COMMENTS  Ms. Martin does not perform this task. | | | |

NUMBER OF TASKS RATED ON: 4

TOTAL RATING SECTION I: 5

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 1146
Confidential Subject to Protective Order

## SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR

RATE EMPLOYEE BY CHECKING APPROPRIATE RATING (1 - 3) ON EACH FACTOR BELOW. COMMENTS MUST ACCOMPANY EACH RATING OF UNSATISFACTORY OR EXCEPTIONAL.

RATING SCALE:  1 = UNSATISFACTORY   2 = SATISFACTORY   3 = EXCEPTIONAL

| Factor | 1 | 2 | 3 |
|---|---|---|---|
| **QUALITY OF WORK** — COMMENTS: Since Nancy's three month evaluation her work performance has declined. | X | | |
| **INITIATIVE** — COMMENTS: | | X | |
| **COOPERATION** — COMMENTS: Nancy's cooperation with other departments and her supervisor has deteriorated. | X | | |
| **SAFETY CONSCIOUSNESS** — COMMENTS: | | | |
| **QUANTITY OF WORK** — COMMENTS: | | X | |
| **JOB KNOWLEDGE** — COMMENTS: Nancy's lack of job knowledge regarding Municipal Court and magistrate duties prevents her from effectively overseeing the magistrates under her command. | X | | |
| **DEPENDABILITY** — COMMENTS: | | X | |
| **DEALING WITH THE PUBLIC** — COMMENTS: Nancy seems to be a bit adversarial in her dealings with the public. | X | | |

RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE ▶: 6̶ 7

RECORD TOTAL RATING FOR SECTION II HERE ▶: 8̶ 10

## SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.

|   | RATING | | TASKS | | |
|---|---|---|---|---|---|
| SECTION I | 5 | | 4 | | |
| SECTION II + | 10 | | 7 | | |
| TOTAL = | 15 | ÷ | 11 | = | 1.36 |
|   |   |   |   |   | TOTAL SCORE |

HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD.

1.00 - 1.99 UNSATISFACTORY    2.00 - 2.99 SATISFACTORY    3.00 EXCEPTIONAL

USE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OR SECTION II OR TO DOCUMENT SEPARATE RATINGS.

DOTHAN/Martin & Brackin 1147
Confidential Subject to Protective Order

## PERFORMANCE EVALUATION INFORMATION

| | | |
|---|---|---|
| **AUTHORITY:** | (1) CIVIL SERVICE ACT, SECTION 9, PERSONNEL DIRECTOR<br>(2) PERSONNEL RULES AND REGULATIONS VII - JOB PERFORMANCE EVALUATIONS | |
| **EMPLOYEE STATUS CODES:** | CA - REGULAR FULL TIME   CB - PROBATIONARY FULL TIME   CC - PART TIME | |
| **TYPES OF PERFORMANCE EVALUATIONS:** | ANNUAL TYPES:<br>6 MONTH PROBATION TYPES:<br><br><br><br>12 MONTH PROBATION TYPES:<br><br><br><br><br><br><br><br>*SECTION 7-40 TYPES:<br><br><br>*PERSONNEL RULE 7-40 | G - ANNUAL PERFORMANCE EVALUATION<br>A - PROBATION I<br>    (END OF FIRST 3 MONTHS)<br>C - PROBATION II/REGULAR STATUS<br>    (END OF SECOND 3 MONTHS)<br>A - PROBATION I<br>    (END OF FIRST 3 MONTHS)<br>D - PROBATION II<br>    (END OF SECOND 3 MONTHS)<br>E - PROBATION III<br>    (END OF THIRD 3 MONTHS)<br>F - PROBATION IV/REGULAR STATUS<br>    (END OF FOURTH 3 MONTHS)<br>SA - END OF FIRST TWO MONTHS<br>SB - END OF SECOND TWO MONTHS<br>SC - END OF THIRD TWO MONTHS |
| **DEFINITION OF PERFORMANCE LEVELS** | UNSATISFACTORY | PERFORMANCE CONSISTENTLY FAILS TO MEET JOB REQUIREMENTS |
| | SATISFACTORY | PERFORMANCE CONSISTENTLY MEETS JOB REQUIREMENTS |
| | EXCEPTIONAL | PERFORMANCE CONSISTENTLY EXCEEDS JOB REQUIREMENTS |
| **DEFINITION OF SECTION II FACTORS** | QUALITY OF WORK | EXTENT TO WHICH WORK IS ACCURATE, COMPLETE, TIMELY, THOROUGH, ERROR FREE, ORGANIZED, ETC. |
| | INITIATIVE | EXTENT TO WHICH EMPLOYEE IS A SELF STARTER, TAKES RESPONSIBILITY IN COMPLETING WORK WITHOUT BEING DIRECTED; SEEKS TO IMPROVE WORK METHODS OR PROCEDURES. |
| | COOPERATION | EXTENT TO WHICH EMPLOYEE SHOWS INTEREST IN AND ENTHUSIASM FOR WORK; TEAM SPIRIT; COOPERATIVE WITH COWORKERS AND SUPERVISOR(S). |
| | SAFETY CONSCIOUSNESS | AWARE OF SAFE WORK PRACTICES; DEMONSTRATES SAFE WORK PRACTICES AND EXHIBITS UNDERSTANDING OF IMPORTANCE OF SAFETY IN PERFORMANCE OF ASSIGNMENTS. |
| | QUANTITY OF WORK | AMOUNT OF WORK PERFORMED TO ACCOMPLISH JOB TASKS IN A TIMELY AND ACCURATE MANNER. |
| | JOB KNOWLEDGE | EXTENT TO WHICH EMPLOYEE EXHIBITS UNDERSTANDING OF FUNDAMENTAL PRINCIPLES AND PRACTICES ASSOCIATED WITH THE JOB AND THE ACTIONS NECESSARY TO APPLY THEM TO ACCOMPLISH JOB. |
| | DEPENDABILITY | RELIABLE, PUNCTUAL, GOOD ATTENDANCE, MEETS DEADLINES WITHOUT SACRIFICING ACCURACY OR QUALITY; CARRIES ASSIGNMENTS THROUGH TO COMPLETION. |
| | DEALING WITH THE PUBLIC | EXTENT TO WHICH EMPLOYEE EFFECTIVELY INTERACTS WITH PUBLIC AND CUSTOMERS IN PERFORMANCE OF DUTIES. |

DOTHAN/Martin & Brackin 1148
Confidential Subject to Protective Order

PF 102 REV. 1-99 (8th edition)

SECTION III (CONTINUED FROM PAGE 2)

EVALUATOR'S COMMENTS: It is with deep disappointment that I must decline to re-
commend Ms. Martin for continued employment with the City of Dothan. I had fer-
vently hoped that Ms. Martin would be able to correct the shortcomings in her super-
visory style and rise to the admittedly difficult task before her. However, it
has become painfully obvious that she cannot, or will not...

EVALUATING SUPERVISOR SIGNATURE: *Rose Gordon*    DATE: 10.5.04

SECTION IV - REVIEWING DIVISION HEAD OR NEXT HIGHER REVIEWING SUPERVISORY LEVEL.

REVIEWER'S COMMENTS:

REVIEWER'S SIGNATURE: *Rose Grd*    DATE: 10.12.04

SECTION V - APPROVING AUTHORITY COMPLETES THIS SECTION **BEFORE** THE EVALUATING SUPERVISOR CONDUCTS THE PERFORMANCE INTERVIEW SESSION WITH THE EMPLOYEE.

ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGE) REQUESTED BY APPROVING AUTHORITY.

IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?    YES ☐   NO ☒
IF NO, EXPLAIN FULLY BY ATTACHING ADDITIONAL SUPPORTING DOCUMENTATION.
IF YES, AND THIS IS A TYPE C OR TYPE F PROBATIONARY EVALUATION, COMPLETE A STATUS CHANGE FORM (PF#101) AND SUBMIT WITH THIS FORM.

APPROVING AUTHORITY (DEPARTMENT HEAD) COMMENTS:

RECEIVED OCT 13 2004 PERSONNEL DEPARTMENT

APPROVING AUTHORITY SIGNATURE: *Jurgen Corbin*    DATE: 10/7/04

SECTION VI - EMPLOYEE PERFORMANCE REVIEW AND INTERVIEW SESSION

EMPLOYEE COMMENTS ON JOB PERFORMANCE EVALUATION AND INTERVIEW SESSION:

*Employee received copy of this evaluation at 3:45PM 10/12/04 and asked if she had to sign. I explained she did not and that I would so note on form. KDavis 10/12/04*

DATE OF PERFORMANCE INTERVIEW SESSION

EMPLOYEE'S SIGNATURE: *See above - refused to sign*    DATE:
EVALUATING SUPERVISOR SIGNATURE: *Rose Gordon*    DATE: 10.12.04

SECTION VII - TO BE COMPLETED BY PERSONNEL

| DATE | TYPE OF NEXT EVALUATION: DATE | Terminated | TYPE: |
|---|---|---|---|
| | SCORE | 1.36 | AVERAGE |
| | STATUS CODE | | |
| | REGULAR STATUS EFFECTIVE DATE | | AS400  mm |

102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 1149
Confidential Subject to Protective Order