

MARY BETH BRACKIN
Route 2 Box 39-A Lot 903
Dothan, Alabama 36301
(205) 794-2640

**OBJECTIVE:**     To secure a responsible and challenging position utilizing my skills and experience.

**EXPERIENCE:**

Dec. 1990 — AUTOMATED CONTROL SYSTEMS, INC., 122 Woodburn
Present      Drive, Dothan, Alabama. Office Manager/Receptionist. Maintain Accounts Payable, Accounts Receivable, Payroll, Sales Tax, Engineering Job Cost, Cost Accounting and Word Processing on First Choice software. Perform normal Receptionist duties. Typing 65 wpm.

Feb. 1990 — WHATLEY WHITE, INC., 300 Murray Road, Dothan,
Nov. 1990    Alabama. Accounting Clerk. Maintained computerized Accounts Payable, Accounts Receivable, spreadsheets on Lotus 1-2-3, Daily Deposits, Bank Reconciliation for Operating and Payroll Account, and closing end of the month Accounting procedures for the trucking industry.

Nov. 1988 — RILEY COLLEGE CORPORATE OFFICE, 4129 Ross
Oct. 1989    Clark Circle, Dothan, Alabama. Accounting Assistant. Maintained computerized Accounts Payable, Accounts Receivable, recording and depositing students tuition and closing end of the month Accounting procedures.

Dec. 1986 — GENERAL CIGAR CO., INC., 309 6th Avenue,
Oct. 1988    Dothan, Alabama. Clerk. Maintained daily stock reports for two manufacturing plants which included daily production and finished goods. Monthly and yearly inventory and inventory reports for the main office in New York. Weekly Prime Management Reports (spreadsheets) on Lotus 1-2-3 software. Head of the First Aide Department.

DOTHAN/Martin & Brackin 088
Confidential Subject to Protectiv Order

MARY BETH BRACKIN                                                PAGE 2 OF 2

**EDUCATION:**

Aug. 1988 — **RILEY COLLEGE**, Dothan, Alabama. Successfully
Feb. 1989      completed the Computer Clerical Course, and
               received a Diploma with honors.

Aug. 1982 — **REHOBETH HIGH SCHOOL**, Dothan, Alabama.
May  1985      Graduated in 1985. Completed the Business
               Occupations Education Program, (3 years), with
               Accounting, Business Machines, Filing, Typing
               and Office Procedures.

**PERSONAL:**

Health: Excellent
Date of Birth: June 28, 1967
Married with one child

**REFERENCES:**   Available upon request.

DOTHAN/Martin & Brackin 0889
Confidential Subject to Protective Order