

PERSONNEL RULES AND REGULATIONS

I, _Mary Beth Brackin_ an employee with the CITY OF DOTHAN, ALABAMA, have received a copy of THE CITY OF DOTHAN PERSONNEL RULES AND REGULATIONS EMPLOYEE HANDBOOK.

_4-30-92_
Date

_Mary Beth Brackin_
Signature of Employee

_Magistrate_
Job Title

_Administrative_
Department

DOTHAN/Martin & Brackin 0893
Confidential Subject to Protective Order

Pers. Form #156