# CITY OF DOTHAN DRUG TESTING POLICIES AND PROCEDURES



DEFENDANT'S EXHIBIT 5

I, MARY E BRACKIN POLICE DEPARTMENT _____ an employee with the City of Dothan, Alabama, have received a copy of the CITY OF DOTHAN DRUG TESTING POLICIES AND PROCEDURES.

| Date: | April 5, 1996 |
|---|---|
| Signature of Employee: | Mary E. Brackin |
| Job Title: | Secretary |
| Department: | Police |

\forms\DTP.496  
Distribution: Original to Personnel

4/2/96

DOTHAN/Martin & Brackin 0878
Confidential Subject to Protective Order