

# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

**DEFENDANT'S EXHIBIT 6**

| NAME | PERIOD COVERED DUE IN PERSONNEL | TYPE | STATUS CODE |
|---|---|---|---|
| BRACKIN  MARY  E | 04-05-93 | G | CA |

| SSN | DEPARTMENT | EVALUATOR |
|---|---|---|
| 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 | GENERAL ADMIN DEPT | |

| JOB TITLE | HIRE | STATUS CHANGE DATE | ANNIVERSARY DATE |
|---|---|---|---|
| 00010  MAGISTRATE | 05-01-92 | | 05/01 |

SECTION I - TO BE COMPLETED BY EVALUATING SUPERVISOR. PLEASE RATE THIS EMPLOYEE (1 - 4) ON HIS JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE POSITION OCCUPIED BY THE EMPLOYEE. COMMENTS MUST ACCOMPANY EACH TASK'S RATINGS OF UNSATISFACTORY, COMMENDABLE OR DISTINGUISHED IN THE SPACE PROVIDED.

1 = UNSATISFACTORY  2 = AT EXPECTED LEVEL  3 = COMMENDABLE  4 = DISTINGUISHED

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| TASK 1.: COMMENTS  Mary Beth receives payments and processes the mail in a very efficient and timely manner with few errors. | ☐ | ☐ | X | ☐ |
| TASK 2.: COMMENTS  Mary Beth uses good judgement in determining probable cause. She has learned alot in the past year regarding probable cause that makes her knowledgable and effective. She is very proficient in processing and forwarding the the P. D. | ☐ | ☐ | X | ☐ |
| TASK 3.: COMMENTS  She is very effective and efficient in the processing of all types of tickets. | ☐ | ☐ | ☐ | X |
| TASK 4.: COMMENTS  Mary Beth works very well with all employees and the public. She is very pleasant and relays information in a professional manner. | ☐ | ☐ | X | ☐ |
| TASK 5.: COMMENTS  Mary Beth uses good judgement in approving bonds. | ☐ | ☐ | X | ☐ |
| TASK 6.: COMMENTS  Mary Beth is very efficient in the scheduling of all types of cases. | ☐ | ☐ | X | ☐ |
| TASK 7.: COMMENTS  Mary Beth has assisted the Judge in court activities in a very professional manner and is very efficient. | ☐ | ☐ | X | ☐ |
| TASK 8.: COMMENTS  Mary Beth makes sure that paperwork is processed in a timely manner for subpoenas to be issued. | ☐ | ☐ | ☐ | X |
| TASK 9.: COMMENTS | ☐ | ☐ | ☐ | ☐ |
| TASK 10.: COMMENTS | ☐ | ☐ | ☐ | ☐ |

DOTHAN/Martin & Brackin 0982
Confidential Subject to Protective Order

TOTAL RATING - SECTION I ___26___  NUMBER OF TASKS RATED ON ___8___

PF 102 (4th edition)

1

SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR.

RATE THE EMPLOYEE, BY CHECKING THE APPROPRIATE RATING (1 - 4), ON EACH FACTOR BELOW.

**QUALITY OF WORK**
- [1] Too many errors; all work must be checked; must often re-do work.
- [2] Accuracy and quality is satisfactory.
- [3] Produces accurate and high quality work.
- [4] **X** Outstanding accuracy and quality; rarely makes errors.

**QUANTITY OF WORK**
- [1] Cannot handle the volume; slow; usually behind with work.
- [2] **X** Satisfactory output. Produces average amount of work.
- [3] Rapid worker; above average output; often does more than own share.
- [4] Efficient and effective producer; produces far above average.

**INITIATIVE**
- [1] Must usually be told exactly what to do.
- [2] Does regular work without prompting.
- [3] **X** Proceeds on assigned work voluntarily; often makes constructive suggestions.
- [4] Self-starter; makes frequent constructive suggestions.

**JOB KNOWLEDGE**
- [1] Serious gaps in knowledge of job duties; continually needs instruction.
- [2] Has sufficient knowledge to do job.
- [3] **X** More than adequate knowledge of job duties.
- [4] Thoroughly understands all aspects of job.

**COOPERATION**
- [1] Ineffective in work with others; uncooperative.
- [2] Gets along well with other people under normal circumstances; relates well to new situations.
- [3] Agreeable, tactful, and obliging; gets along well with all other employees.
- [4] **X** Exceptional team worker; flexible and eager to do a good job.

**DEPENDABILITY**
- [1] Cannot be relied upon, requires constant supervision.
- [2] Satisfactorily dependable.
- [3] Generally dependable, and good reliability.
- [4] **X** Is completely dependable; needs little supervision.

**SAFETY CONSCIOUSNESS** ( ___ Not Applicable)
- [1] Seldom follows safety rules and practices.
- [2] Usually meets safety requirements.
- [3] **X** Above average in safety consciousness.
- [4] Always very careful about safety of self, fellow workers and the public.

**DEALING WITH THE PUBLIC** ( ___ Not Applicable)
- [1] Abrasive, unliked by the general public; numerous complaints received.
- [2] Works satisfactorily with public; no major complaints received.
- [3] **X** Very good working relationship with the public; no problems observed or complaints received.
- [4] Excellent rapport with the public; well respected and liked.

TOTAL RATING FOR SECTION II __26__   NUMBER OF TASKS RATED ON __8__

SECTION III — OVERALL RATING. TO BE COMPLETED BY THE EVALUATING SUPERVISOR.

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING: Add together the ratings for Section I and Section II and divide the total rating by the total number of factors on which the employee was rated. Write the total raw score in the space provided. Summary supporting comments must be made to accompany Overall Ratings of Unsatisfactory (1), Commendable (3) OR Distinguished (4) ratings in the space provided for the evaluating supervisors comments at the top of page 3. Check the appropriate box corresponding to the employee's Total Raw Score. (Example TOTAL RAW SCORE of 2.50, check the box for "At Expected Level")

Rating Part I __26__ + Rating Part II __26__ Divided by No. of Task Rated = Total Score __52__

Has employee been promoted, demoted or had a similar position change during this rating period? If yes, performance evaluation form for previous position must be completed and attached to this form. Determine employee's combined total raw score as follows:

combined ratings _____ + _____ /2 = _____

| 1.00 — 1.99 | 2.00 — 2.99 | 3.00 — 3.99 | 4.00 | |
|---|---|---|---|---|
| UNSATISFACTORY | AT EXPECTED LEVEL | COMMENDABLE | DISTINGUISHED | Total Raw Score |
| | | 3.25 | | |

PF 102 REV 7-92 (4th edition)

DOTHAN/Martin & Brackin 0983
Confidential Subject to Protective Order

2

SECTION III — OVERALL RATING (Con't)
EVALUATING SUPERVISOR COMMENTS: Mary Beth Brackin has proven herself to be very trustworthy and dependable. She exhibits good judgement qualities and is effective in communication skills. She has gotten better in attending to detail on paperwork. She is a very deligent worker, but needs to work on the quantity of work produced by learning to talk a little less. She has been and is an excellent employee and I feel the City of Dothan is lucky to have her as a Magistrate.

EVALUATOR'S SIGNATURE _Gayle Schwary_ DATE _4-5-93_

SECTION IV — REVIEWING SUPERVISOR

This section is to be completed by the reviewing division head or next higher reviewing supervisory level.

COMMENTS:

REVIEWER'S
JOB TITLE _____ SIGNATURE _____ DATE _____

SECTION V — APPROVING AUTHORITY

This section is to be completed by the department head and/or the City Manager. See also Section VII on page 4 for additional Department Head actions.

COMMENTS: _Concur_

APPROVING AUTHORITY JOB TITLE _City Manager_ SIGNATURE _____ DATE _5 Ap 93_

SECTION VI — EMPLOYEE JOB PERFORMANCE EVALUATION REVIEW AND INTERVIEW SESSION

This section is to be completed by the employee and the evaluating supervisor.

Employee comments on Job Performance Evaluation and interview session:

_Concur_

EMPLOYEE'S SIGNATURE _Mary Beth Brackin_ DATE _4-6-93_

Date of Performance Interview Session: _4-6-93_

Evaluating Supervisor's Signature: _Gayle Schwary_

## SECTION VII — ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGES) REQUESTED BY DEPARTMENT HEAD.

This section is to be completed by the Department Head before this form is returned to the Evaluating Supervisor for the employee's Performance Interview Session. (Refer to SECTION VI on page 3 of this form).

All forms required by this section must be completed and returned to the Personnel Department with this evaluation form by the due date shown on the first page.

1. IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?     YES _____ NO _____

    If NO, explain fully by attaching additional supporting documentation citing reasons.

    If YES, and this is a TYPE C or TYPE F probationary evaluation, complete a Status Change Form (PF#101) giving the employee Regular Status.

## SECTION VIII — TO BE COMPLETED BY THE PERSONNEL DEPARTMENT

Date/Type of Next Evaluation _____ Annv. Date _____

Raw Score  3.25   Rounded Score _____ Raw Average  3.38   Rounded Average _____

RS Effective Date _____

STS CODE _____ S38  4/14   MPF _____

## SECTION IX — INFORMATION ITEMS

### EMPLOYEE STATUS CODES

CA - Regular Full Time              CB - Probationary Full Time              CC - Regular Part-Time

### PERFORMANCE EVALUATION TYPES

G - Annual Performance Evaluation

   6 Month Probation

A - Probation I                         (end of 1st 3 months)
C - Probation II/Regular Status         (end of 2nd 3 months)

   12 Month Probation

A - Probation I                         (end of 1st 3 months)
D - Probation II                        (end of 2nd 3 months)
E - Probation III                       (end of 3rd 3 months)
F - Probation IV/Regular Status         (end of 4th 3 months)



PF 102 REV 7-92 (4th edition)

DOTHAN/Martin & Brackin 0985
Confidential Subject to Protective Order