

# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

**DEFENDANT'S EXHIBIT 7**

| NAME | PERIOD COVERED DUE IN PERSONNEL | TYPE | STATUS CODE |
|---|---|---|---|
| BRACKIN   MARY   E | 04-18-94 | G | CA |

| SSN | DEPARTMENT | EVALUATOR |
|---|---|---|
| [redacted] | GENERAL ADMIN DEPT | |

| JOB TITLE | HIRE | STATUS CHANGE DATE | ANNIVERSARY DATE |
|---|---|---|---|
| 00010  MAGISTRATE | 05-01-92 | | 05/01 |

---

**SECTION I** - TO BE COMPLETED BY EVALUATING SUPERVISOR. PLEASE RATE THIS EMPLOYEE (1 - 4) ON HIS JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE POSITION OCCUPIED BY THE EMPLOYEE. COMMENTS MUST ACCOMPANY EACH TASK'S RATINGS OF UNSATISFACTORY, COMMENDABLE OR DISTINGUISHED IN THE SPACE PROVIDED.

1 = UNSATISFACTORY   2 = AT EXPECTED LEVEL   3 = COMMENDABLE   4 = DISTINGUISHED

---

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **TASK 1.: COMMENTS** Mary Beth is very efficient, fast, and accurate in the collection and processing of deposits. She is very thorough in preparing deposits. | ☐ | ☐ | ☐ | ☒ |
| **TASK 2.: COMMENTS** Mary Beth uses good judgement in the issuing of warrants/summons. She is cautious and processes them in a timely and efficient manner. | ☐ | ☐ | ☒ | ☐ |
| **TASK 3.: COMMENTS** Mary Beth is efficient and accurate in the overall process of traffic cases including driving history requests. | ☐ | ☐ | ☐ | ☒ |
| **TASK 4.: COMMENTS** Mary Beth can be trusted to give correct answers to questions asked by persons in the office and outside. She has improved in her mannerisms to be more professional. She maintains all files with accuracy. | ☐ | ☐ | ☒ | ☐ |
| **TASK 5.: COMMENTS** Mary Beth uses very good judgement in the approval of bonds and processes them in a very fast and efficient manner. | ☐ | ☐ | ☐ | ☒ |
| **TASK 6.: COMMENTS** Mary Beth uses good judgment in the scheduling of cases so as not to create back-log. She does the majority of Youthful Offender cases with accuracy and in a timely manner. | ☐ | ☐ | ☐ | ☒ |
| **TASK 7.: COMMENTS** Mary Beth assists the Judges with court activities in a professional and efficient manner. | ☐ | ☐ | ☐ | ☒ |
| **TASK 8.: COMMENTS** Mary Beth has recently learned the procedures for subpoenas and driving records. She caught on very quickly and can do this task in the absence of another person. | ☐ | ☐ | ☒ | ☐ |
| **TASK 9.: COMMENTS** Mary Beth is a very efficient and accurate in all aspects of cash bond processing. | ☐ | ☐ | ☐ | ☒ |
| **TASK 10.: COMMENTS** Mary Beth is very conscientious to office procedures and can adapt to changes in policy very well. | ☐ | ☐ | ☐ | ☒ |

TOTAL RATING - SECTION I _____37_____   NUMBER OF TASKS RATED ON ____10____   1

PF 102 RPV 4-93 (5th edition)

DOTHAN/Martin & Brackin 0978
Confidential Subject to Protective Order

SECTION II – TO BE COMPLETED BY EVALUATING SUPERVISOR:

RATE THE EMPLOYEE, BY CHECKING THE APPROPRIATE RATING (1 – 4), ON EACH FACTOR BELOW.

**QUALITY OF WORK**
- [1] Too many errors; all work must be checked; must often re-do work.
- [2] Accuracy and quality is satisfactory.
- [3] Produces accurate and high quality work.
- [4] ☒ Outstanding accuracy and quality; rarely makes errors.

**QUANTITY OF WORK**
- [1] Cannot handle the volume; slow; usually behind with work.
- [2] Satisfactory output. Produces average amount of work.
- [3] Rapid worker; above average output; often does more than own share.
- [4] ☒ Efficient and effective producer; produces far above average.

**INITIATIVE**
- [1] Must usually be told exactly what to do.
- [2] Does regular work without prompting.
- [3] Proceeds on assigned work voluntarily; often makes constructive suggestions.
- [4] ☒ Self-starter; makes frequent constructive suggestions.

**JOB KNOWLEDGE**
- [1] Serious gaps in knowledge of job duties; continually needs instruction.
- [2] Has sufficient knowledge to do job.
- [3] ☒ More than adequate knowledge of job duties.
- [4] Thoroughly understands all aspects of job.

**COOPERATION**
- [1] Ineffective in work with others; uncooperative.
- [2] Gets along well with other people under normal circumstances; relates well to new situations.
- [3] ☒ Agreeable, tactful, and obliging; gets along well with all other employees.
- [4] Exceptional team worker; flexible and eager to do a good job.

**DEPENDABILITY**
- [1] Cannot be relied upon, requires constant supervision.
- [2] Satisfactorily dependable.
- [3] Generally dependable, and good reliability.
- [4] ☒ Is completely dependable; needs little supervision.

**SAFETY CONSCIOUSNESS**   ( ___ Not Applicable)
- [1] Seldom follows safety rules and practices.
- [2] Usually meets safety requirements.
- [3] Above average in safety consciousness.
- [4] ☒ Always very careful about safety of self, fellow workers and the public.

**DEALING WITH THE PUBLIC**   ( ___ Not Applicable)
- [1] Abrasive, unliked by the general public; numerous complaints received.
- [2] ☒ Works satisfactorily with public; no major complaints received.
- [3] Very good working relationship with the public; no problems observed or complaints received.
- [4] Excellent rapport with the public; well respected and liked.

TOTAL RATING FOR SECTION II ___28___   NUMBER OF TASKS RATED ON ___8___

SECTION III — OVERALL RATING. TO BE COMPLETED BY THE EVALUATING SUPERVISOR.

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING: Add together the ratings for Section I and Section II and divide the total rating by the total number of factors on which the employee was rated. Write the total raw score in the space provided. Summary supporting comments must be made to accompany Overall Ratings of Unsatisfactory (1), Commendable (3) OR Distinguished (4) ratings in the space provided for the evaluating supervisors comments at the top of page 3. Check the appropriate box corresponding to the employee's Total Raw Score. (Example TOTAL RAW SCORE of 2.50, check the box for "At Expected Level")

Rating Part I ___37___ + Rating Part II ___28___ Divided by No. of Task Rated = Total Score ___3.6?___

Has employee been promoted, demoted or had a similar position change during this rating period? If yes, performance evaluation form for previous position must be completed and attached to this form. Determine employee's combined total raw score as follows:

Combined ratings _____ + _____ /2 = _____

| 1.00 — 1.99 | 2.00 — 2.99 | 3.00 — 3.99 | 4.00 | |
|---|---|---|---|---|
| UNSATISFACTORY | AT EXPENDED LEVEL | COMMENDABLE | DISTINGUISHED | Total Raw Score |
| | | X | | |

PF 102 REV 4-93 (5th edition)

DOTHAN/Martin & Brackin 0979
Confidential Subject to Protective Order

2

SECTION III — OVERALL RATING (Con't)
EVALUATING SUPERVISOR COMMENTS: Mary Beth Brackin is a very efficient, dependable, and accurate worker. She can be trusted to handle situations in a very timely and efficient manner. She has corrected some problems she has had in communication skills when dealing with the public. She is a tremendous asset to the City of Dothan, especially to this division. She continues to make herself aware and up-to-date on law changes. She possesses the willingness to do a good job which has made her a valuable employee. I am proud to have her on my staff.

EVALUATOR'S SIGNATURE _____ DATE _____

SECTION IV — REVIEWING SUPERVISOR

This section is to be completed by the reviewing division head or next higher reviewing supervisory level.

COMMENTS:



REVIEWER'S
JOB TITLE _____ SIGNATURE _____ DATE _____

SECTION V — APPROVING AUTHORITY

This section is to be completed by the department head and/or the City Manager. See also Section VII on page 4 for additional Department Head actions.

COMMENTS: *Concur*

*Thanks*

APPROVING
AUTHORITY
JOB TITLE *City Manager* SIGNATURE _____ DATE *5 May 94*

SECTION VI — EMPLOYEE JOB PERFORMANCE EVALUATION REVIEW AND INTERVIEW SESSION

This section is to be completed by the employee and the evaluating supervisor.

Employee comments on Job Performance Evaluation and interview session:

*Concur*

EMPLOYEE'S SIGNATURE *Mary Beth Brackin* DATE *5-5-94*

Date of Performance Interview Session: *5-6-94*

Evaluating Supervisor's Signature: *Gayle Schwary Kellenberger*

PF 102 REV 4-93 (5th edition)

DOTHAN/Martin & Brackin 0980
Confidential Subject to Protective Order

3

## SECTION VII — ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGES) REQUESTED BY DEPARTMENT HEAD.

This section is to be completed by the Department Head before this form is returned to the Evaluating Supervisor for the employee's Performance Interview Session. (Refer to SECTION VI on page 3 of this form).

All forms required by this section must be completed and returned to the Personnel Department with this evaluation form by the due date shown on the first page.

1. IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?   YES _____ NO _____

   If NO, explain fully by attaching additional supporting documentation citing reasons.

   If YES, and this is a TYPE C or TYPE F probationary evaluation, complete a Status Change Form (PF#101) giving the employee Regular Status.

## SECTION VIII — TO BE COMPLETED BY THE PERSONNEL DEPARTMENT

Date/Type of Next Evaluation _____

Raw Score  3.61      Raw Average  3.45

RS Effective Date _____

STS CODE _____ AS400 _____ MPF _____

## SECTION IX — INFORMATION ITEMS

### EMPLOYEE STATUS CODES

CA - Regular Full Time       CB - Probationary Full Time       CC - Part-Time

### PERFORMANCE EVALUATION TYPES

G - Annual Performance Evaluation

**6 Month Probation**

| | |
|---|---|
| A - Probation I | (end of 1st 3 months) |
| C - Probation II/Regular Status | (end of 2nd 3 months) |

**12 Month Probation**

| | |
|---|---|
| A - Probation I | (end of 1st 3 months) |
| D - Probation II | (end of 2nd 3 months) |
| E - Probation III | (end of 3rd 3 months) |
| F - Probation IV/Regular Status | (end of 4th 3 months) |

**SECTION 7.325 EVALUATIONS**
SA - end of 1st 2 months
SB - end of 2nd 2 months
SC - end of 3rd 2 months


RECEIVED MAY 11 1994 CITY OF DOTHAN PERSONNEL DEPT.

PF 102 REV 4-93 (5th edition)

DOTHAN/Martin & Brackin 0981
Confidential Subject to Protective Order