

# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

**DEFENDANT'S EXHIBIT 8**

| NAME | PERIOD COVERED / DUE IN PERSONNEL | TYPE | STATUS CODE |
|---|---|---|---|
| BRACKIN   MARY   E | 04-17-95 | 6 | CA |

| SSN | DEPARTMENT | EVALUATOR |
|---|---|---|
| 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 | GENERAL ADMIN DEPT | |

| JOB TITLE | HIRE | STATUS CHANGE DATE | ANNIVERSARY DATE |
|---|---|---|---|
| 00010   MAGISTRATE | 05-01-92 | | 05/01 |

SECTION I - TO BE COMPLETED BY EVALUATING SUPERVISOR. PLEASE RATE THIS EMPLOYEE (1 - 4) ON HIS JOB PERFORMANCE ACCORDING TO THE <u>BASIC TASK LIST RATING GUIDE</u> FOR THE POSITION OCCUPIED BY THE EMPLOYEE. COMMENTS MUST ACCOMPANY EACH TASK'S RATINGS OF UNSATISFACTORY, COMMENDABLE OR DISTINGUISHED IN THE SPACE PROVIDED.

1 = UNSATISFACTORY   2 = AT EXPECTED LEVEL   3 = COMMENDABLE   4 = DISTINGUISHED

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **TASK 1.: COMMENTS** Mary Beth continues to be efficient in the handling of collections of fines and court costs. She has improved greatly in handling the mail by processing it in a timely and efficient manner. | | | | ☒ |
| **TASK 2.: COMMENTS** Mary Beth continues to use good judgement in the determination of probable cause when issuing warrants. She follows all procedures for processing warrants and complaints | | | ☒ | |
| **TASK 3.: COMMENTS** Mary Beth continues to be very efficient in the overall process of traffic cases. | | | | ☒ |
| **TASK 4.: COMMENTS** Mary Beth handles questions and assists the public on a daily basis. She is accurate in her answers and for the most part does it with few complaints. | | | ☒ | |
| **TASK 5.: COMMENTS** Mary Beth is efficient in the approvel of appearance bonds and the forwarding to the jail as soon as possible for the defendant to be released in a timely manner. | | | | ☒ |
| **TASK 6.: COMMENTS** Mary Beth uses good judgement in the setting of all types of cases. She is careful with the Youthful Offender cases as to confidentiality. She tends to get behind on processing of YO cases due to lack of accessable computer equipment. | | | ☒ | |
| **TASK 7.: COMMENTS** Mary Beth assists the Judges efficiently. She demonstrates professional mannerisms when in Court on most occasions. | | | ☒ | |
| **TASK 8.: COMMENTS** Mary Beth understands the procedures for issuance of subpoenas and requesting of driving records. She can handle this task in the absence of another employee. | | | ☒ | |
| **TASK 9.: COMMENTS** Mary Beth follows all given procedures for processing cash bonds. She is cautious when writing checks and refunding through the computer. | | | | ☒ |
| **TASK 10.: COMMENTS** Mary Beth is very cautious and follows office procedures and security procedures. | | | ☒ | |

TOTAL RATING - SECTION I  34     NUMBER OF TASKS RATED ON  10

DOTHAN/Martin & Brackin 0974
Confidential Subject to Protective Order

1

SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR.

RATE THE EMPLOYEE, BY CHECKING THE APPROPRIATE RATING (1 - 4), ON EACH FACTOR BELOW.

**QUALITY OF WORK**
- [1] Too many errors; all work must be checked; must often re-do work.
- [2] Accuracy and quality is satisfactory.
- [3] Produces accurate and high quality work.
- [4]☒ Outstanding accuracy and quality; rarely makes errors.

**QUANTITY OF WORK**
- [1] Cannot handle the volume; slow; usually behind with work.
- [2] Satisfactory output. Produces average amount of work.
- [3]☒ Rapid worker; above average output; often does more than own share.
- [4] Efficient and effective producer; produces far above average.

**INITIATIVE**
- [1] Must usually be told exactly what to do.
- [2] Does regular work without prompting.
- [3]☒ Proceeds on assigned work voluntarily; often makes constructive suggestions.
- [4] Self-starter; makes frequent constructive suggestions.

**JOB KNOWLEDGE**
- [1] Serious gaps in knowledge of job duties; continually needs instruction.
- [2] Has sufficient knowledge to do job.
- [3]☒ More than adequate knowledge of job duties.
- [4] Thoroughly understands all aspects of job.

**COOPERATION**
- [1] Ineffective in work with others; uncooperative.
- [2]☒ Gets along well with other people under normal circumstances; relates well to new situations.
- [3] Agreeable, tactful, and obliging; gets along well with all other employees.
- [4] Exceptional team worker; flexible and eager to do a good job.

**DEPENDABILITY**
- [1] Cannot be relied upon, requires constant supervision.
- [2] Satisfactorily dependable.
- [3] Generally dependable, and good reliability.
- [4]☒ Is completely dependable; needs little supervision.

**SAFETY CONSCIOUSNESS**  ( ___ Not Applicable)
- [1] Seldom follows safety rules and practices.
- [2] Usually meets safety requirements.
- [3] Above average in safety consciousness.
- [4]☒ Always very careful about safety of self, fellow workers and the public.

**DEALING WITH THE PUBLIC**  ( ___ Not Applicable)
- [1] Abrasive, unliked by the general public; numerous complaints received.
- [2]☒ Works satisfactorily with public; no major complaints received.
- [3] Very good working relationship with the public; no problems observed or complaints received.
- [4] Excellent rapport with the public; well respected and liked.

TOTAL RATING FOR SECTION II ____25____  NUMBER OF TASKS RATED ON ____8____

SECTION III — OVERALL RATING. TO BE COMPLETED BY THE EVALUATING SUPERVISOR.

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING: Add together the ratings for Section I and Section II and divide the total rating by the total number of factors on which the employee was rated. Write the total raw score in the space provided. Summary supporting comments must be made to accompany Overall Ratings of Unsatisfactory (1), Commendable (3) OR Distinguished (4) ratings in the space provided for the evaluating supervisors comments at the top of page 3. Check the appropriate box corresponding to the employee's Total Raw Score. (Example TOTAL RAW SCORE of 2.50, check the box for "At Expected Level")

Rating Part I __34__ + Rating Part II __25__ Divided by No. of Task Rated = Total Score __3.277__

Has employee been promoted, demoted or had a similar position change during this rating period? If yes, performance evaluation form for previous position must be completed and attached to this form. Determine employee's combined total raw score as follows:

Combined ratings _____ + _____ /2 = __3.28__

| 1.00 - 1.99 | 2.00 - 2.99 | 3.00 - 3.99 | 4.00 | |
|---|---|---|---|---|
| UNSATISFACTORY | AT EXPECTED LEVEL | COMMENDABLE | DISTINGUISHED | Total Raw Score |
| | | X | | |

DOTHAN/Martin & Brackin 0975
Confidential Subject to Protective Order

2

SECTION III — OVERALL RATING (Con't)  Mary Beth Brackin is a very good worker. She attends to
EVALUATING SUPERVISOR COMMENTS: detail in almost every aspect of her job duties. She
is currently showing some problems in the area of communication with the public and other
employees along with a sometimes poor attitude. This problems has resulted in only a very
few complaints and remarks made to me. I feel that this area needs to be worked on before a
major complaint is received. She has the ability to express a pleasant and professional
personality at all times when dealing with the public. I have several ideas to help correct
EVALUATOR'S SIGNATURE ___Gayle S. Kellenberger_____ DATE _4-17-95_
this problem. She is a valuable asset to this department and the City of Dothan.

SECTION IV — REVIEWING SUPERVISOR

This section is to be completed by the reviewing division head or next higher reviewing supervisory level.

COMMENTS:

REVIEWER'S
JOB TITLE _____ SIGNATURE _____ DATE _____

SECTION V — APPROVING AUTHORITY

This section is to be completed by the department head and/or the City Manager. See also Section VII on page 4 for additional Department Head actions.

COMMENTS:

APPROVING
AUTHORITY
JOB TITLE __CITY MANAGER__ SIGNATURE _____ DATE _____

SECTION VI — EMPLOYEE JOB PERFORMANCE EVALUATION REVIEW AND INTERVIEW SESSION

This section is to be completed by the employee and the evaluating supervisor.

Employee comments on Job Performance Evaluation and interview session:

*I concur*

EMPLOYEE'S SIGNATURE __Mary Beth Brackin_____ DATE _5-1-95_

Date of Performance Interview Session: _5-1-95_

Evaluating Supervisor's Signature: __Gayle S. Kellenberger__

PF 102 REV 1-94 (6th edition)

DOTHAN/Martin & Brackin 0976
Confidential Subject to Protective Order

3

## SECTION VII — ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGES) REQUESTED BY DEPARTMENT HEAD.

This section is to be completed by the Department Head before this form is returned to the Evaluating Supervisor for the employee's Performance Interview Session. (Refer to SECTION VI on page 3 of this form).

All forms required by this section must be completed and returned to the Personnel Department with this evaluation form by the due date shown on the first page.

1. IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?    YES _____ NO _____

   If NO, explain fully by attaching additional supporting documentation citing reasons.

   If YES, and this is a TYPE C or TYPE F probationary evaluation, complete a Status Change Form (PF#101) giving the employee Regular Status.

## SECTION VIII — TO BE COMPLETED BY THE PERSONNEL DEPARTMENT

Date/Type of Next Evaluation _____

Raw Score  3.28    Raw Average  3.41

RS Effective Date _____

STS CODE _____ AS400 _____

## SECTION IX — INFORMATION ITEMS

### EMPLOYEE STATUS CODES

CA - Regular Full Time         CB - Probationary Full Time         CC - Part-Time

### PERFORMANCE EVALUATION TYPES

G - Annual Performance Evaluation

**6 Month Probation**

A - Probation I                (end of 1st 3 months)
C - Probation II/Regular Status  (end of 2nd 3 months)

**12 Month Probation**

A - Probation I         (end of 1st 3 months)
D - Probation II        (end of 2nd 3 months)
E - Probation III       (end of 3rd 3 months)
F - Probation IV/Regular Status   (end of 4th 3 months)

**SECTION 7.325 EVALUATIONS**
SA - end of 1st 2 months
SB - end of 2nd 2 months
SC - end of 3rd 2 months

RECEIVED MAY - 1 1995

DOTHAN/Martin & Brackin 0977
Confidential Subject to Protective Order

4