# APPLICATION FOR CITY OF DOTHAN EMPLOYMENT - PF #105

Type, print or write plainly so that your application will be legible when reproduced (ink type, black or dark blue ballpoint pen).

## GENERAL INFORMATION

| FOR PERSONNEL USE ONLY |
|---|
| (Date(s) of changes, addition, updates, notes, etc.) |
| DD214  Y ☐  N ☐  N/A ☒ |

Cl 12-5

1. What job are you applying for? Give job title and announcement number

   Magistrate    #010-00-02

2. Social Security Number (needed for employ/background investigations.)
   
   4[redacted]

3. Home Phone — Area Code + Number
   
   ( 334 ) 794-2640

4. Work Phone — Area Code + Number
   
   ( 334 ) 793-0272

5. Name and Telephone Number of Another Point of Contact
   
   Allen Brackin
   ( 334 ) 793-0254

6. Driver's License Number / State
   
   [redacted] / AL

7. Driver's License Class/Restrictions/Expiration Date
   
   DM / None / 06-29-2003

   Endorsements If Any: None

8. Your Name (Last, First, Middle)
   
   Brackin, Mary, Elizabeth

9. Is use of another name necessary to check your work record? If yes, please explain:
   
   N/A

10. Mailing address
    
    No. Street: 105 Cricket Court
    
    City/State/Zip +4: Dothan/AL/36303
    
    Street Address if different from Mailing Address: _____

    5-92/present

11. Are you currently employed by the City of Dothan? Yes ☒ No ☐
    
    If yes, give your job title and department: Secretary - Police

12. Have you ever worked for the City? Yes ☒ No ☐
    
    If yes, list dates and department: May 1992 thru Aug 1995 Magistrate; Aug 1995 to present Police
    
    a. Have you ever been dismissed from the City? Yes ☐ No ☒

13. Are you willing to work weekends, shifts or rotating shifts? Yes ☒ No ☐

14. Are you related to anyone on the Board of City Commission or a Department Head? Yes ☐ No ☒
    
    If yes, list name(s), department and *explain* relationship: _____

15. Have you ever been discharged from another job for cause? Yes ☐ No ☒
    
    If yes, explain (Give dates, employers and details. Attach a separate sheet of paper if necessary): _____

16. Do you hold any political office? (The Civil Service Act of Dothan and Alabama Law prohibits City employees from holding local, City of Dothan, political office) Yes ☐ No ☒
    
    If yes, title of office: _____

DEFENDANT'S EXHIBIT 10

DOTHAN/Martin & Brackin 0839
Confidential Subject to Protective Order



# CITY OF DOTHAN PERSONNEL DEPARTMENT
P.O. Box 2128 - DOTHAN, ALABAMA 36302-2128
24 - HOUR JOB LINE (334) 793-0309 • PHONE: (334) 793-0151 • FAX (334) 712-2567
Telecommunication Device (TDD) for the speech and/or hearing impaired (334) 792-2378
http://www.dothan.org/

An Equal Opportunity Employer M/F/D

## READ THE FOLLOWING INSTRUCTIONS CAREFULLY BEFORE YOU COMPLETE THIS APPLICATION

**DO NOT SUBMIT A RESUME INSTEAD OF THIS APPLICATION.** You may attach your resume to this application; however, the application must be completed. If you need additional space you may attach sheets to this application. In order to be considered for the position for which you are applying, you must submit a completed application. A sample of a completed application is posted on the Personnel Department bulletin board. NOTE: You can apply for only one position on this application. You may supplement this application with copies of certificates, diplomas, licenses, etc; however, **DO NOT SEND ANY PAPERS WHICH YOU WOULD WANT RETURNED.**

1. Read the job announcement. Be sure that your work experience and/or education meet the qualifications described on the position announcement.

2. Read carefully and complete each question and/or statement on the application and/or supplemental application for employment. If the question or statement does not apply to you, write "N/A".

3. Give complete name and address of each school you have attended, and complete each column for record of education.

4. NOTE: YOUR APPLICATION WILL NOT BE PROCESSED WITHOUT THE FOLLOWING INFORMATION: Give complete dates of employment to include at least the MONTH AND YEAR you started and left the place you worked; and give complete name and mailing address for all places you have worked. If you are listing volunteer work to qualify for a position, an experience block must be completed in the same manner as a paid job.
   Give your job title, the name of the person to whom you reported, and a brief reason for leaving each place you have worked or volunteered.
   DESCRIBE CLEARLY what you did at each place you have worked. Do not use abbreviations in the description of duties and responsibilities. If you do not describe your work experience, it will not be possible to determine if you meet the requirements of the position for which you are applying. We may verify your description with your former employers. If you had a major change of duties or responsibilities while you worked for the same employer, describe each major change as a separate job. This also applies to applicants listing military experience to qualify for a position. Each time you had a major change in responsibilities it should be listed separately.
   Write in each experience block your name at the time you were employed or volunteered, if it is different from the name you currently use. List your name used at that time on the first line under Description of Duties and Responsibilities.
   List, in the Personal References section, the name, mailing address (box number is required if a route is given) and telephone number of at least two (2) people {Police Officer and Fire Fighter applicants must list at least three (3) people} who know you. Do not list persons related to you or for whom you have worked in the past.
   Sign (in your usual handwriting) and date the "Applicant Certification and Agreement" form; and the "Authorization, Release and Consent" form. If left unsigned, your application will not be considered.

5. If the job announcement states a valid driver's license is required, you must present your driver's license to the receptionist at time of application for verification.

6. If hired you must present proof of identity and employment eligibility as stipulated in TITLE 8, U.S. CODE, SECTION 132A (i.e., driver's license, Social Security Card issued by the Social Security Administration).

7. The City of Dothan verifies past employment, performs background investigations, and administers employment physicals which includes drug/alcohol testing. A photo I.D., with signature, is required for employment physicals.

8. We may request that you complete a Supplemental Application form. If you list work you have done for a company on the supplemental application, and do not list the company on your employment application, you will not receive credit for this work. The same applies to education, courses completed, etc.

9. Applications for the announced position are retained for a period not to exceed two years unless re-advertised. Should it be necessary to re-advertise the position, all previous applicants should reapply. It is the applicant's responsibility to monitor the City of Dothan's 24-hour Job Line (334) 793-0309. REMINDER: You may apply for only one position on this employment application.

10. You must notify us immediately if your address or any of the telephone numbers you have listed changes. (Note: Completing a U.S. Postal Service forwarding of address form does not release you from notifying us immediately if your address changes). Your name will be removed from consideration for this position if we cannot contact you within a reasonable length of time.

11. Applicants applying for positions in the Police Department must also complete form #PF281.

    The City of Dothan is a public employer. Employment applications, resumes, and contents thereof, are a matter of public record. (Chambers v. Birmingham News Company, 552 S. 2d 854 (Ala. 1989)

    Please advise the Personnel Department's staffperson issuing and/or receiving your application, if you will need assistance and/or accommodation to participate in the application process. For example accommodations for a test, a job interview, or a job demonstration.

DOTHAN/Martin & Brackin 0840        PF. 105/REV. 2-99
Confidential Subject to Protective Order

1

# City of Dothan, Alabama
## MAGISTRATE
### Supplemental Application Form

This form will be used to determine if you meet the basic qualifications as listed on the job description (see job description inside your employment or in-house application). Answer all questions as accurately as possible. Some questions request an explanation to support a "yes" answer. Your explanation should contain experience, education, etc., to show that you do possess whatever skill, knowledge or experience being addressed in the question. Employment and volunteer experiences used to answer any of the questions must be listed on your application.

If you use military experience to meet the experience requirements, do not give dates of your entire tour of duty. Rather, you should indicate on your employment application, the month and year you began performing these duties and the month and year you stopped. If you need additional space, attach additional sheets of paper to your application.

1. Do you have a valid operator driver's license? (Please be prepared to present when you submit the application to the personnel department.)

    Yes __X__    No_____

2. Have you graduated from high school or received your GED?

    Yes __x__    No_____

3. Have you received an Associate's Degree (or higher)?

    Yes_____    No __x__

    If yes, state the major area of concentration: _____

4. Have you complete coursework in criminal justice?

    Yes_____    No __x__

5. Do you have experience in paralegal work? NO

    Explanation:_____

4. Do you have at least two years experience in responsible administrative work, requiring heavy public contact, in minimally supervised environment?

    Yes __x__    No_____

    If yes, please list employers where you gained this experience:
    The City of Dothan Municipal Court
    The City of Dothan Police Department
    Automated Control Systems

**CONTINUED ON BACK**

DOTHAN/Martin & Brackin 0841
Confidential Subject to Protective Order

17. Have you reached your 18th Birthdate?  Yes [X]  No [ ]   If hired, can you furnish proof of age?  Yes [X]  No [ ]

## MILITARY SERVICE

18. Have you ever served in the United States Military Service?  Yes [ ]  No [X]

    If Yes, all police officer applicants must submit a copy of their DD FORM 214 at time of application; and/or if you are applying for other positions and you wish credit for applicable military service, you must provide, at the time of application, a complete copy of your DD FORM 214(s) for all active duty entry and ending dates. There will be no extension of this time limit.

## RECORD OF EDUCATION

19. Did you graduate from high school (If you have a GED high school equivalence answer yes)?  Yes [X]  No [ ]

    Name and address of school where graduated or received GED: _Rehobeth High School_
    5631 County Road 203   Dothan, AL 36301

20. If you did not graduate from high school, (or do not possess a GED certificate), indicate highest school grade completed: _____
    Name and address of school: __N/A__

### 21. POST SECONDARY EDUCATION

| NAME OF SCHOOL/TRAINING/COURSES (CITY, STATE, ZIP CODE) | COLLEGE MAJOR/ CHIEF SUBJECTS TRAINING, COURSES, ETC. | # OF CREDITS/HOURS COMPLETED. INDICATE SEMESTER OR QUARTER | DEGREE/ CERTIFICATE RECEIVED |
|---|---|---|---|
| 1) Various seminars in Alabama from 1992 to present | updating of state laws and magistrate duties | | Certificate |
| 2) University of Alabama Continuing Studies | " " | | Magistrate Certification |
| 3) | | | |

(More related courses? Attach a sheet of paper or list in question #23)

DOTHAN/Martin & Brackin 0842
Confidential Subject to Protective Order

# City of Dothan, Alabama
## MAGISTRATE
### Supplemental Application Form

5. Do you have experience in account clerical and cash handling duties?

   Yes __x__    No_____

   If yes, list employers where you gained this experience:

   The City of Dothan Police Dept.
   The City of Dothan Municipal Court
   Automated Control Systems

6. Do you have working experience with the State of Alabama Unified Judicial System, Code of Alabama, and Municipal Code of Ordinances?

   Yes __x__    No_____

   Explanation  While employeed as a Magistrate, all of the above were used on a daily basis. In my current position with the Dothan Police Dept. we are required to be familiar with the above systems.

I certify that the information is accurate to the best of my knowledge and belief. I understand that misrepresentation or omission of facts will be cause of cancellation of consideration for employment/promotion; or termination if employed.

_Mary Bell Brack_     12-4-00
Signature of Applicant     Date

RECEIVED
DEC - 4 2000
PERSONNEL DEPARTMENT

DOTHAN/Martin & Brackin 0843
Confidential Subject to Protective Order

## SECRETARIAL DUTIES

In my current position as Secretary with the Police Department, I have numerous job duties. After opening the Police Department at 7 a.m. I am responsible for working the front window from 7 a.m. until 9:30 a.m. During this time I deal with the public a great deal. While most of our customers are courteous, there are those that are rude and under duress. Also, other duties include the tallying of the previous days receipts, selling copies of reports to the public, faxing and filing of police reports.

When 9:30 arrives I report to my desk to start my daily work. This includes the following: keying arrest reports into the computer, daily deposits of monies, recording of daily time sheets for employees and answering the telephone. Other duties my arise from my supervisor's during the business day.

Each week I post the Youthful Offender status into the arrest and offense file of the computer. This information is sent to me from the Magistrates Office.

On a monthly basis, I am responsible for the invoicing of the False Burglar Alarms. This program is found in the Accounts Receivable program for the city. Other duties that are completed as needed include notification of sex offenders. This job calls for high responsibility. My letters of notification and fliers are composed on Microsoft Word and the printing of suspects pictures are printed by myself from the imaging software. In order to do this, I have to be knowledgeable of the Federal and State laws concerning this Act.

In the absence of Tonja Anderson, I am trained and experienced in the handling of payroll for the Police Department. The composing and typing of letters of expungement that is sent to Alabama Bureau of Investigation. I am also responsible for the receiving and completion of subpoenas for the Records Division.

My position requires me to be familiar with city rules, regulations, policies and procedures. I also have knowledge of the local and state laws and city ordinances. I am currently a Notary Public for the state at large.

DOTHAN/Martin & Brackin 0844
Confidential Subject to Protective Order

## MAGISTRATE DUTIES

While serving as Magistrate for a little over 3 years with the Municipal court of Dothan, I gained the experience and knowledge with the following:

Issued warrants which involved the taking of depositions from individuals and determining probable cause for traffic and non-traffic cases. Complainants were often upset and under a lot of stress and it was rewarding to be able to help them resolve their problems.

Processed all paperwork associated with court cases which included entering cases, handling correspondence and filing of motions from attorneys with the court, setting court dates, communicating with other courts. Processed Youthful Offender paperwork which confidential information and then saw that it was forwarded to the Dothan Police Department.

Assisted municipal judges in and out of court as directed. This required knowledge of legal terminology and documents and being familiar with the federal, state and municipal ordinances. Prepared jail commitment orders and processed prisoner paperwork.

Processed payments of fines, costs and cash bonds (also approved and set bond amounts). Prepared daily deposit which often involved very large sums of money. Verified daily journals for all monies collected.

Responsible for training new magistrates and in absence of court clerk, handled supervisory duties that were assigned to me. Using sound judgement, often assisted other magistrates with questions they had concerning the law and dealing with people who were often irrational. Attended all out of town seminars that were required of me to be certified as a magistrate.

DOTHAN/Martin & Brackin 0845
Confidential Subject to Protective Order

# 22. WORK EXPERIENCE

LIST MOST RECENT JOB FIRST. We will provide you with additional experience blocks if necessary. (NOTE: If you use military experience to meet the qualifications for the position you are applying for, month and year you began performing the qualifying duties, and month and year ended must be specified - not your entire tour of duty.) Applicants may also list volunteer experience that relate to the qualifications.

**1) Name and address of employer (include Zip Code)**

The City of Dothan
210 N. Saint Andrews Street
Dothan, AL 36303

| Dates employed (give month and Year) From: 08/95 To: present | Average number of hours per week 40 |
|---|---|
| Salary or earnings Starting $ per Ending $ 1048.00 per Bi-wkly | Exact title of your job Secretary |

Type of Business: Police Department

Your reason for leaving or wanting to leave: Enjoy working in this field of endeavor.

Work Area Code and Phone Number: (334) 793-0272

Name of your immediate supervisor: Sgt. Donald Harden

Description of primary duties and responsibilities:
****See page 1 of Secretarial duties*****

Other Duties:

**2) Name and address of employer (include Zip Code)**

The City of Dothan
210 N. Saint Andrews Street
Dothan, AL 36303

| Dates employed (give month and Year) From: 5/92 To: 8/95 | Average number of hours per week 45-55 |
|---|---|
| Salary or earnings Starting $ per Ending $ unknown per | Exact title of your job Magistrate |

Type of Business: Municipal Court

Your reason for leaving or wanting to leave: Stable hours/newborn baby at home

Work Area Code and Phone Number: (334) 793-0284

Name of your immediate supervisor: Gayle Schwarz

Description of primary duties and responsibilities:
******See Page 1 of Magistrate duties*****

Other Duties:

**3) Name and address of employer (include Zip Code)**

Automated Control Systems
122 S. Woodburn Drive
Dothan, AL 36305

| Dates employed (give month and Year) From: 12/90 To: 02/92 | Average number of hours per week 40 |
|---|---|
| Salary or earnings Starting $ 6.00 per HR Ending $ 6.00 per HR | Exact title of your job Office Manager |

Type of Business: Engineering

Your reason for leaving or wanting to leave: Job was reduced to part-time.

Work Area Code and Phone Number: (334) 702-1051

Name of your immediate supervisor: Gary McGowan

Description of primary duties and responsibilities:
Processed payroll for seven employees. Accounts Payable, Accounts Receivable, Sales tax. Arranged travel accomodations, processed incoming mail, composed and typing of letters on a word processor and answering a telephone.

Other Duties:

DOTHAN/Martin & Brackin 0846
Confidential Subject to Protective Order

Please continue...

4

## WORK EXPERIENCE CONTINUED

4) Name and address of employer (include Zip Code)

Whatley White Trucking Co.
230 Ross Clark Circle
Dothan, AL  36303

Dates employed (give month and Year)
From: 02/90   To: 10/90

Average number of hours per week: 40

Salary or earnings
Starting $7.25 per HR
Ending $ 7.25 per HR

Exact title of your job: Accounts Payable Clerk

Type of Business: Trucking Company

Your reason for leaving or wanting to leave: Company filed bankruptcy

Work Area Code and Phone Number: (334) 794-4173

Name of your immediate supervisor: Melissa Key

Description of primary duties and responsibilities:
Receiving and coding of invoices. Entering invoices into computer to be processed. Reconciling of bank statements. Filing and answering telephone.

Other Duties:

5) Name and address of employer (include Zip Code)

Dates employed (give month and Year)
From:    To:

Average number of hours per week:

Salary or earnings
Starting $ per
Ending $ per

Exact title of your job:

Type of Business:

Your reason for leaving or wanting to leave:

Work Area Code and Phone Number: ( )

Name of your immediate supervisor:

Description of primary duties and responsibilities:

Other Duties:

6) Name and address of employer (include Zip Code)

Dates employed (give month and Year)
From:    To:

Average number of hours per week:

Salary or earnings
Starting $ per
Ending $ per

Exact title of your job:

Type of Business:

Your reason for leaving or wanting to leave:

Work Area Code and Phone Number: ( )

Name of your immediate supervisor:

Description of primary duties and responsibilities:

Other Duties:

DOTHAN/Martin & Brackin 0847
Confidential Subject to Protective Order

MORE JOBS? PLEASE ASK THE RECEPTIONIST FOR ADDITIONAL EXPERIENCE FORMS.

23. List awards, honors, other skills, qualifications, or comments which would assist us in evaluating your application. If you use this space to continue an answer to a question please indicate the question number.

I am currently certified under the Alabama Court Clerk/Magistrate Program. My combined 3+ years as a Magistrate and 4 years with the Dothan Police Department, I feel that I am qualified to hold this position once again.

## 24. PERSONAL REFERENCES
(DO NOT LIST RELATIVES OR PAST EMPLOYERS)

1) NAME AND OCCUPATION: Roy Woodham    Police Lt.
   AREA CODE & TELEPHONE NO. (334) 712-6350 x738
   ADDRESS: Dothan Police Department
   210 N. Saint Andrews Street
   Dothan, AL 36303

2) NAME AND OCCUPATION: David Jay    Police Sgt.
   AREA CODE & TELEPHONE NO. (334) 793-0263
   ADDRESS: Dothan Police Department
   210 N. Saint Andrews Street
   Dothan, AL 36303

3) NAME AND OCCUPATION: Tonja Anderson    Accounting Clerk
   AREA CODE & TELEPHONE NO. (334) 793-0364
   ADDRESS: Dothan Police Department
   210 N. Saint Andrews Street
   Dothan, AL 36303

4) NAME AND OCCUPATION: Rev. Randy Woodham
   AREA CODE & TELEPHONE NO. (334) 794-6725
   ADDRESS: Lafayette Street United Methodist Church
   200 E. Lafayette Street
   Dothan, AL 36301

### APPLICANT CERTIFICATION AND AGREEMENT
**Read Carefully**

I hereby certify that I have read, have had read to me, or have had explained to me, the Instructions pertaining to this application and that all statements made by me in this application are true and correct to the best of my knowledge and belief. I am further aware that willfully withholding information or making false statements on this application will be a basis for denial of a position prior to employment, and should such willful withholding or false statement become evident after employment, such evidence will constitute sufficient grounds for dismissal from employment with the City of Dothan. I understand all appointees serve a probationary (working test) period, during which time I must demonstrate my fitness for and ability to continue my employment with the City, and further, that any appointment offered to me will be contingent upon my passing a complete physical examination at my own expense. In addition I understand that the City of Dothan shall reserve the right to require a physical examination at City expense at any time to determine my ability to perform the work required of the position. I agree that this application and all papers in connection with it as well as results of any physical examination conducted in relation to my employment shall be confidential records of the Personnel Department subject to inspection by the Appointing Authority, as provided in the rules and regulations and to my personal inspection. I hereby release to the Personnel Department any and all information and/or records needed to determine my fitness for the position. I understand that this application for employment does not constitute an offer of employment or a contract of employment, either written or implied. I fully understand and agree to these conditions. I also understand that this application is being accepted by the City of Dothan's Personnel Department for the position listed under item number one (1) only. I further understand that this application is active, for this position, for a period not to exceed two years unless re-advertised. Should it be necessary to re-advertise the position, I must reapply (submit another application) to be eligible for employment consideration. I understand that as an applicant for a position with the City of Dothan, all previous and present employers are subject to be contacted. The City cannot honor an applicant's request of non-notification of past or present employers.

DOTHAN/Martin & Brackin 0848
Confidential Subject to Protective Order

USUAL SIGNATURE OF APPLICANT: _Mary Beth Brock_     DATE SIGNED: 12-4-00

6

# WILLINGNESS QUESTIONNAIRE
# MAGISTRATE

This Willingness Questionnaire must be returned to the Personnel Department along with your application for Magistrate in order for you to be considered for this position. Please indicate below if you are willing to accept the following working conditions. **YOU MUST CHECK ONLY ONE RESPONSE FOR EACH QUESTION!**

|   |   | CHECK ONE | |
|---|---|---|---|
|   |   | YES | NO |
| 1. | Are you willing to work weekends and holidays? | (✓) | ( ) |
| 2. | Are you willing to work shifts and on-call? | (✓) | ( ) |
| 3. | Are you willing to work in an environment which exposes you to angry, emotional or upset individuals or to individuals who use profanity? | (✓) | ( ) |

NAME (PRINT): Mary Beth Brackin

SIGNATURE: Mary Beth Brack

DATE: 12-4-00

G:JobDesc\MagistrateQuestionnaire.doc
Rev11-01-00

DOTHAN/Martin & Brackin 0849
Confidential Subject to Protective Order