# Dothan Police Department

210 North Saint Andrews Street
Dothan, Alabama 36303
(334) 793-0100

**John C. White**
Chief of Police



December 30, 1999

Judge Rose Evans-Gordon
City of Dothan Municipal Court
126 North Saint Andrews Street
Dothan, AL 36303

Dear Judge Gordon:

I am writing to recommend Mary Beth Brackin for the position of Municipal Court Administrator. She is well experienced and suited for this position. Her previous experience as a Magistrate certainly prepared her for this job.

It has been my pleasure to serve as her supervisor for the last four years. Mary Beth has been a very conscientious and dedicated employee. She has consistently received superior evaluations. Mary Beth has been assigned several tasks outside her normal duties that have required significant effort on her part to complete. She has managed the additional duties of sex offender notification program along with her normal job with no loss of efficiency or accuracy.

She is intelligent and well motivated. I have absolutely no reservations in recommending her for any managerial or supervisory position. If you have any questions please contact me.

Sincerely,

Captain Jim Smith
Executive Assistant to Police Chief