MAGISTRATE  **010**
Page 4 of 4 pages

CITY OF DOTHAN, ALABAMA
PERSONNEL DEPARTMENT
POST OFFICE BOX 2128 (36302)



CERTIFICATION OF UNDERSTANDING FOR THE POSITION OF

MAGISTRATE

I understand that as a condition of employment I must satisfactorily complete the Certification Program offered by the Administrative Office of Courts. If I do not pass the certification program within three (3) years of my hire date I will be terminated.

*************************************************************************

This is to certify that I have read and understand the Condition of Employment for the position of Magistrate, City of Dothan, Alabama, as outlined above:

_Mary Beth Brack_      _12-4-00_
Signature of Applicant      Date

\\Srvt10\Personnel\JobDesc\Magistrate.doc
010
REV 10-29-97; 01-14-2000; 11-16-00

DOTHAN/Martin & Brackin 0850
Confidential Subject to Protective Order