

DEFENDANT'S EXHIBIT 13

# The Alabama Municipal Court Clerks and Magistrates Association

in cooperation with

The University of Alabama,
The Administrative Office of Courts, and
The Alabama League of Municipalities

Has Conferred Upon

## Mary Beth Brackin

The Professional Designation of

# Certified Municipal Court Clerk/Magistrate

in the State of Alabama.

Presented this day 7 of June, 19 97.

DOTHAN/Martin & Brackin 0851
Confidential Subject to Protective Order

_____    _____    _____    _____
Administrative Director of Courts    Dean    Executive Director    President
                                     College of Continuing Studies,    Alabama League of Municipalities    Alabama Municipal
                                     University of Alabama                                                  Court Clerks/Magistrate  ociation