


DEFENDANT'S EXHIBIT 14

# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

| NAME | PERIOD COVERED | | |
|------|------|------|------|
| | DUE IN PERSONNEL | TYPE | STATUS CODE |
| BRACKIN      MARY      E | 07 30 2001 | A | CB |

| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) |
|------|------|------|
| 415 17 1297 | JUDICIAL DEPARTMENT | |

| JOB TITLE | HIRE DATE | STATUS DATE | ANN DATE |
|------|------|------|------|
| 00010   MAGISTRATE | 05 01 1992 | 04 22 2001 PT | 05/01 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EACH TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

RATING SCALE:  1 = UNSATISFACTORY     2 = SATISFACTORY   3 = EXCEPTIONAL

## SECTION I

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | CHECK APPROPRIATE RATING | | |
|------|------|------|------|
| | 1 | 2 | 3 |
| TASK 1: COMMENTS | ☐ | ☒ | ☐ |
| TASK 2: COMMENTS | ☐ | ☒ | ☐ |
| TASK 3: COMMENTS | ☐ | ☐ | ☐ |
| TASK 4: COMMENTS | ☐ | ☒ | ☐ |
| TASK 5: COMMENTS | ☐ | ☒ | ☐ |
| TASK 6: COMMENTS | ☐ | ☒ | ☐ |
| TASK 7: COMMENTS | ☐ | ☒ | ☐ |
| TASK 8: COMMENTS | ☐ | ☐ | ☐ |
| TASK 9: COMMENTS | ☐ | ☒ | ☐ |
| TASK 10: COMMENTS | ☐ | ☒ | ☐ |

NUMBER OF TASKS RATED ON: 8

TOTAL RATING SECTION I    16

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0935
Confidential Subject to Protective Order

## SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR

RATE EMPLOYEE BY CHECKING APPROPRIATE RATING (1 - 3) ON EACH FACTOR BELOW. COMMENTS MUST ACCOMPANY EACH RATING OF UNSATISFACTORY OR EXCEPTIONAL.

RATING SCALE:  1 = UNSATISFACTORY    2 = SATISFACTORY    3 = EXCEPTIONAL

| Factor | 1 | 2 | 3 |
|---|---|---|---|
| 1. QUALITY OF WORK  COMMENTS: | ☐ | ☒ | ☐ |
| 2. INITIATIVE  COMMENTS: *MaryBeth is a self-starter & is always willing to take the initiative to get things done. She often makes suggestions for improving work methods.* | ☐ | ☐ | ☒ |
| 3. COOPERATION  COMMENTS: | ☐ | ☒ | ☐ |
| 4. SAFETY CONSCIOUSNESS  COMMENTS: | ☐ | ☒ | ☐ |
| 5. QUANTITY OF WORK  COMMENTS: | ☐ | ☒ | ☐ |
| 6. JOB KNOWLEDGE  COMMENTS: | ☐ | ☒ | ☐ |
| 7. DEPENDABILITY  COMMENTS: | ☐ | ☒ | ☐ |
| 8. DEALING WITH THE PUBLIC  COMMENTS: | ☐ | ☒ | ☐ |

| RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE ▶ : | 8 | RECORD TOTAL RATING FOR SECTION II HERE ▶ : | 17 |
|---|---|---|---|

## SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.

| | RATING | | TASKS | | | HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD. |
|---|---|---|---|---|---|---|
| SECTION I | 16 | | 8 | | | |
| SECTION II  + | 17 | | 8 | | | |
| TOTAL   = | 33 | ÷ | 16 | = | 2.06  TOTAL SCORE | |

1.00 - 1.99 UNSATISFACTORY    2.00 - 2.99 SATISFACTORY    3.00 EXCEPTIONAL

USE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OR SECTION II OR TO DOCUMENT SEPARATE RATINGS.

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0936

Confidential Subject to Protective Order

2

## PERFORMANCE EVALUATION INFORMATION

| AUTHORITY: | (1) CIVIL SERVICE ACT, SECTION 9, PERSONNEL DIRECTOR<br>(2) PERSONNEL RULES AND REGULATIONS VII - JOB PERFORMANCE EVALUATIONS |
|---|---|
| EMPLOYEE STATUS CODES: | CA - REGULAR FULL TIME     CB - PROBATIONARY FULL TIME     CC - PART TIME |
| TYPES OF PERFORMANCE EVALUATIONS: | ANNUAL TYPES:                    G - ANNUAL PERFORMANCE EVALUATION<br>6 MONTH PROBATION TYPES:   A - PROBATION I<br>                                                  (END OF FIRST 3 MONTHS)<br>                                            C - PROBATION II/REGULAR STATUS<br>                                                  (END OF SECOND 3 MONTHS)<br>12 MONTH PROBATION TYPES:   A - PROBATION I<br>                                                  (END OF FIRST 3 MONTHS)<br>                                            D - PROBATION II<br>                                                  (END OF SECOND 3 MONTHS)<br>                                            E - PROBATION III<br>                                                  (END OF THIRD 3 MONTHS)<br>                                            F - PROBATION IV/REGULAR STATUS<br>                                                  (END OF FOURTH 3 MONTHS)<br>*SECTION 7-40 TYPES:           SA - END OF FIRST TWO MONTHS<br>                                            SB - END OF SECOND TWO MONTHS<br>                                            SC - END OF THIRD TWO MONTHS<br><br>*PERSONNEL RULE 7-40 |
| DEFINITION OF PERFORMANCE LEVELS | UNSATISFACTORY | PERFORMANCE CONSISTENTLY FAILS TO MEET JOB REQUIREMENTS |
|  | SATISFACTORY | PERFORMANCE CONSISTENTLY MEETS JOB REQUIREMENTS |
|  | EXCEPTIONAL | PERFORMANCE CONSISTENTLY EXCEEDS JOB REQUIREMENTS |
| DEFINITION OF SECTION II FACTORS | QUALITY OF WORK | EXTENT TO WHICH WORK IS ACCURATE, COMPLETE, TIMELY, THOROUGH, ERROR FREE, ORGANIZED, ETC. |
|  | INITIATIVE | EXTENT TO WHICH EMPLOYEE IS A SELF STARTER, TAKES RESPONSIBILITY IN COMPLETING WORK WITHOUT BEING DIRECTED; SEEKS TO IMPROVE WORK METHODS OR PROCEDURES. |
|  | COOPERATION | EXTENT TO WHICH EMPLOYEE SHOWS INTEREST IN AND ENTHUSIASM FOR WORK; TEAM SPIRIT; COOPERATIVE WITH COWORKERS AND SUPERVISOR(S). |
|  | SAFETY CONSCIOUSNESS | AWARE OF SAFE WORK PRACTICES; DEMONSTRATES SAFE WORK PRACTICES AND EXHIBITS UNDERSTANDING OF IMPORTANCE OF SAFETY IN PERFORMANCE OF ASSIGNMENTS. |
|  | QUANTITY OF WORK | AMOUNT OF WORK PERFORMED TO ACCOMPLISH JOB TASKS IN A TIMELY AND ACCURATE MANNER. |
|  | JOB KNOWLEDGE | EXTENT TO WHICH EMPLOYEE EXHIBITS UNDERSTANDING OF FUNDAMENTAL PRINCIPLES AND PRACTICES ASSOCIATED WITH THE JOB AND THE ACTIONS NECESSARY TO APPLY THEM TO ACCOMPLISH JOB. |
|  | DEPENDABILITY | RELIABLE, PUNCTUAL, GOOD ATTENDANCE, MEETS DEADLINES WITHOUT SACRIFICING ACCURACY OR QUALITY; CARRIES ASSIGNMENTS THROUGH TO COMPLETION. |
|  | DEALING WITH THE PUBLIC | EXTENT TO WHICH EMPLOYEE EFFECTIVELY INTERACTS WITH PUBLIC AND CUSTOMERS IN PERFORMANCE OF DUTIES. |
|  |  |  |

DOTHAN/Martin & Brackin 0937
Confidential Subject to Protective Order

PF 102 REV. 1-99 (8th edition)

3

## SECTION III (CONTINUED FROM PAGE 2)

**IATOR'S COMMENTS:** MaryBeth seems to be enjoying the work in her new position. She is very cooperative and is fitting in well with the staff as a whole. Her prior knowledge of the job has allowed her to quickly become a productive employee.

**EVALUATING SUPERVISOR SIGNATURE** _Donna Nicholson_    **DATE** 7/27/01

## SECTION IV - REVIEWING DIVISION HEAD OR NEXT HIGHER REVIEWING SUPERVISORY LEVEL.

**REVIEWER'S COMMENTS:** I have enjoyed visiting with Mary Beth, her knowledge and prior experience have made her an invaluable asset to our office.

**REVIEWER'S SIGNATURE** _Linda_    **DATE** 8-01-01

## SECTION V - APPROVING AUTHORITY COMPLETES THIS SECTION BEFORE THE EVALUATING SUPERVISOR CONDUCTS THE PERFORMANCE INTERVIEW SESSION WITH THE EMPLOYEE.

ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGE) REQUESTED BY APPROVING AUTHORITY.

**IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?**    YES ☐    NO ☐
IF NO, EXPLAIN FULLY BY ATTACHING ADDITIONAL SUPPORTING DOCUMENTATION.
IF YES, AND THIS IS A TYPE C OR TYPE F PROBATIONARY EVALUATION, COMPLETE
A STATUS CHANGE FORM (PF#101) AND SUBMIT WITH THIS FORM.

**OVING AUTHORITY (DEPARTMENT HEAD) COMMENTS:**

**APPROVING AUTHORITY SIGNATURE**    **DATE**

## SECTION VI - EMPLOYEE PERFORMANCE REVIEW AND INTERVIEW SESSION

**EMPLOYEE COMMENTS ON JOB PERFORMANCE EVALUATION AND INTERVIEW SESSION:**

I concur

RECEIVED
AUG - 1 2001
PERSONNEL DEPARTMENT

**DATE OF PERFORMANCE INTERVIEW SESSION** 8/1/01
**EMPLOYEE'S SIGNATURE** _Mary Beth Brack_    **DATE** 8-1-01
**EVALUATING SUPERVISOR SIGNATURE** _Donna Nicholson_    **DATE** 8/1/01

## SECTION VII - TO BE COMPLETED BY PERSONNEL

| DATE / TYPE OF NEXT EVALUATION: DATE | 11-5-01 | TYPE: | D |
|---|---|---|---|
| SCORE | 2.06 | AVERAGE | 68.67 |
| STATUS CODE | | | |
| REGULAR STATUS EFFECTIVE DATE | | AS400 | mm |

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0938
Confidential Subject to Protective Order

4