

# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

**DEFENDANT'S EXHIBIT** 15

| NAME | PERIOD COVERED DUE IN PERSONNEL | TYPE | STATUS CODE |
|---|---|---|---|
| BRACKIN   MARY   E | 11-05-2001 | D | CB |

| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) |
|---|---|---|
| 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 | JUDICIAL DEPARTMENT | |

| JOB TITLE | HIRE DATE | STATUS DATE | ANN DATE |
|---|---|---|---|
| 00010  MAGISTRATE | 05-01-1992 | 04-22-2001  PT | 05/01 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EACH TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

RATING SCALE: 1 = UNSATISFACTORY   2 = SATISFACTORY   3 = EXCEPTIONAL

### SECTION I

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | 1 | 2 | 3 |
|---|---|---|---|
| TASK 1: COMMENTS |  | X |  |
| TASK 2: COMMENTS |  | X |  |
| TASK 3: COMMENTS |  | X |  |
| TASK 4: COMMENTS |  | X |  |
| TASK 5: COMMENTS |  | X |  |
| TASK 6: COMMENTS |  | X |  |
| TASK 7: COMMENTS |  | X |  |
| TASK 8: COMMENTS |  | X |  |
| TASK 9: COMMENTS |  | X |  |
| TASK 10: COMMENTS |  | X |  |

NUMBER OF TASKS RATED ON: 9

TOTAL RATING SECTION I: 18

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0929
**Confidential Subject to Protective Order**

## SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR

RATE EMPLOYEE BY CHECKING APPROPRIATE RATING (1 - 3) ON EACH FACTOR BELOW. COMMENTS MUST ACCOMPANY EACH RATING OF UNSATISFACTORY OR EXCEPTIONAL.

RATING SCALE:  1 = UNSATISFACTORY   2 = SATISFACTORY   3 = EXCEPTIONAL

| Factor | 1 | 2 | 3 |
|---|---|---|---|
| 1. QUALITY OF WORK — COMMENTS: | | ☒ | |
| 2. INITIATIVE — COMMENTS: | | ☒ | |
| 3. COOPERATION — COMMENTS: | | ☒ | |
| 4. SAFETY CONSCIOUSNESS — COMMENTS: | | ☒ | |
| 5. QUANTITY OF WORK — COMMENTS: | | ☒ | |
| 6. JOB KNOWLEDGE — COMMENTS: | | ☒ | |
| 7. DEPENDABILITY — COMMENTS: | | ☒ | |
| 8. DEALING WITH THE PUBLIC — COMMENTS: Recently, there have been complaints from attorneys regarding the way they were talked to by Mary Beth. | ☒ | | |

RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE ▶: **8**

RECORD TOTAL RATING FOR SECTION II HERE ▶: **15**

## SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.

|  | RATING | TASKS |  |  |
|---|---|---|---|---|
| SECTION I | 18 | 9 | | |
| SECTION II + | 15 | 8 | | |
| TOTAL = | 33 | ÷ 17 | = | 1.94 TOTAL SCORE |

HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD.

1.00 - 1.99 UNSATISFACTORY    2.00 - 2.99 SATISFACTORY    3.00 EXCEPTIONAL

USE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OR SECTION II OR TO DOCUMENT SEPARATE RATINGS.

DOTHAN/Martin & Brackin 0930
Confidential Subject to Protective Order

2

November 14, 2001

EVALUATION – MARY BETH BRACKIN

AREAS THAT NEED IMPROVEMENT:

1. Interaction with co-workers and the public.
2. Know limits of advising public of their rights and giving them the information they need to make decisions effecting their case.

RECOMMENDATIONS FOR IMPROVEMENT:

1. Realization that tone of voice and attitude are important in conveying messages.
2. Develop the ability to give defendants all necessary information regarding the charges against them, the court processes, and their options without appearing to make suggestions or helping to make decisions for them.

This has been discussed today with plans established for improvement in these areas.

_Donna Nicholson_ (signature)           _Mary Beth Brackin_ (signature)
Donna Nicholson                          Mary Beth Brackin

DOTHAN/Martin & Brackin 0931
Confidential Subject to Protective Order

## PERFORMANCE EVALUATION INFORMATION

| | | |
|---|---|---|
| **AUTHORITY:** | (1) CIVIL SERVICE ACT, SECTION 9, PERSONNEL DIRECTOR<br>(2) PERSONNEL RULES AND REGULATIONS VII - JOB PERFORMANCE EVALUATIONS | |
| **EMPLOYEE STATUS CODES:** | CA - REGULAR FULL TIME   CB - PROBATIONARY FULL TIME   CC - PART TIME | |
| **TYPES OF PERFORMANCE EVALUATIONS:** | ANNUAL TYPES:<br>6 MONTH PROBATION TYPES:<br><br><br><br>12 MONTH PROBATION TYPES:<br><br><br><br><br><br><br><br><br>*SECTION 7-40 TYPES:<br><br><br>*PERSONNEL RULE 7-40 | G - ANNUAL PERFORMANCE EVALUATION<br>A - PROBATION I<br>(END OF FIRST 3 MONTHS)<br>C - PROBATION II/REGULAR STATUS<br>(END OF SECOND 3 MONTHS)<br>A - PROBATION I<br>(END OF FIRST 3 MONTHS)<br>D - PROBATION II<br>(END OF SECOND 3 MONTHS)<br>E - PROBATION III<br>(END OF THIRD 3 MONTHS)<br>F - PROBATION IV/REGULAR STATUS<br>(END OF FOURTH 3 MONTHS)<br>SA - END OF FIRST TWO MONTHS<br>SB - END OF SECOND TWO MONTHS<br>SC - END OF THIRD TWO MONTHS |
| **DEFINITION OF PERFORMANCE LEVELS** | UNSATISFACTORY | PERFORMANCE CONSISTENTLY FAILS TO MEET JOB REQUIREMENTS |
| | SATISFACTORY | PERFORMANCE CONSISTENTLY MEETS JOB REQUIREMENTS |
| | EXCEPTIONAL | PERFORMANCE CONSISTENTLY EXCEEDS JOB REQUIREMENTS |
| **DEFINITION OF SECTION II FACTORS** | QUALITY OF WORK | EXTENT TO WHICH WORK IS ACCURATE, COMPLETE, TIMELY, THOROUGH, ERROR FREE, ORGANIZED, ETC. |
| | INITIATIVE | EXTENT TO WHICH EMPLOYEE IS A SELF STARTER, TAKES RESPONSIBILITY IN COMPLETING WORK WITHOUT BEING DIRECTED; SEEKS TO IMPROVE WORK METHODS OR PROCEDURES. |
| | COOPERATION | EXTENT TO WHICH EMPLOYEE SHOWS INTEREST IN AND ENTHUSIASM FOR WORK; TEAM SPIRIT; COOPERATIVE WITH COWORKERS AND SUPERVISOR(S). |
| | SAFETY CONSCIOUSNESS | AWARE OF SAFE WORK PRACTICES; DEMONSTRATES SAFE WORK PRACTICES AND EXHIBITS UNDERSTANDING OF IMPORTANCE OF SAFETY IN PERFORMANCE OF ASSIGNMENTS. |
| | QUANTITY OF WORK | AMOUNT OF WORK PERFORMED TO ACCOMPLISH JOB TASKS IN A TIMELY AND ACCURATE MANNER. |
| | JOB KNOWLEDGE | EXTENT TO WHICH EMPLOYEE EXHIBITS UNDERSTANDING OF FUNDAMENTAL PRINCIPLES AND PRACTICES ASSOCIATED WITH THE JOB AND THE ACTIONS NECESSARY TO APPLY THEM TO ACCOMPLISH JOB. |
| | DEPENDABILITY | RELIABLE, PUNCTUAL, GOOD ATTENDANCE, MEETS DEADLINES WITHOUT SACRIFICING ACCURACY OR QUALITY; CARRIES ASSIGNMENTS THROUGH TO COMPLETION. |
| | DEALING WITH THE PUBLIC | EXTENT TO WHICH EMPLOYEE EFFECTIVELY INTERACTS WITH PUBLIC AND CUSTOMERS IN PERFORMANCE OF DUTIES. |

PE 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0932
Confidential Subject to Protective Order

3

SECTION III (CONTINUED FROM PAGE 2)

EVALUATOR'S COMMENTS: MaryBeth is a good dependable worker who is very efficient. She does need to realize that the manner in which she sometimes talks to people can be considered argumentative or abrasive. She needs to improve in this area.

EVALUATING SUPERVISOR SIGNATURE: Donna Nicholson    DATE: 11/14/01

## SECTION IV - REVIEWING DIVISION HEAD OR NEXT HIGHER REVIEWING SUPERVISORY LEVEL.

REVIEWER'S COMMENTS: I am hopeful that Mary Beth will take very seriously the need for her to realize that the manner in which she sometimes talks to people can be considered argumentative or abrasive. With the ex—

REVIEWER'S SIGNATURE:    DATE:

## SECTION V - APPROVING AUTHORITY COMPLETES THIS SECTION BEFORE THE EVALUATING SUPERVISOR CONDUCTS THE PERFORMANCE INTERVIEW SESSION WITH THE EMPLOYEE.

ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGE) REQUESTED BY APPROVING AUTHORITY.

IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?   YES ☐   NO ☐
IF NO, EXPLAIN FULLY BY ATTACHING ADDITIONAL SUPPORTING DOCUMENTATION.
IF YES, AND THIS IS A TYPE C OR TYPE F PROBATIONARY EVALUATION, COMPLETE A STATUS CHANGE FORM (PF#101) AND SUBMIT WITH THIS FORM.

APPROVING AUTHORITY (DEPARTMENT HEAD) COMMENTS:

APPROVING AUTHORITY SIGNATURE:    DATE:

## SECTION VI - EMPLOYEE PERFORMANCE REVIEW AND INTERVIEW SESSION

EMPLOYEE COMMENTS ON JOB PERFORMANCE EVALUATION AND INTERVIEW SESSION:
Concur

RECEIVED NOV 15 2001 PERSONNEL DEPARTMENT

DATE OF PERFORMANCE INTERVIEW SESSION
EMPLOYEE'S SIGNATURE: Mary Beth Brackin    DATE: 11-15-01
EVALUATING SUPERVISOR SIGNATURE: Donna Nichols    DATE: 11/15/01

## SECTION VII - TO BE COMPLETED BY PERSONNEL

DATE / TYPE OF NEXT EVALUATION: DATE: 11/15/01    TYPE: E  1-28-02
SCORE: 1.94 (64.67)    AVERAGE: 66.67
STATUS CODE:
REGULAR STATUS EFFECTIVE DATE:    AS400: mm

102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0933
Confidential Subject to Protective Order

ception of this area, Mary Beth will make one of the best Magistrates we have. Unfortunately, this is a job that requires constant interaction with co-workers, the public and others. This area is so important to what we do that if Mary Beth does not improve in this area I will not be able to recommend retention.

Jack

DOTHAN/Martin & Brackin 0934
Confidential Subject to Protective Order