

# The City Of Dothan
# Municipal Court

Honorable Rose Evans-Gordon
Municipal Judge

Donna Nicholson
Municipal Court Adminstrator

November 5, 2001

**DEFENDANT'S EXHIBIT 16**

Ms. Mary Beth Brackin
Magistrates' Office
200 N. St. Andrews St., Suite 3
Dothan, AL 36303

Ms. Brackin:

This letter is formal notification of an administrative investigation into an incident that allegedly occurred on September 25, 2001. This incident involved several inappropriate remarks allegedly made in the presence of a bondsman during the course of assisting a defendant with an appeal bond and an after hours telephone call allegedly made by you to the same bondsman.

You are directed to report to Sgt. Gray and Sgt. Coleman of the Dothan Police Department for an administrative interview tomorrow, November 6, 2001, at 3:00 p.m. in Chief White's conference room in the Police Department. You are further directed to cooperate fully in this investigation by answering the questions put to you by the investigators to the best of your ability.

Sincerely,

*Rose Evans-Gordon*

Rose Evans-Gordon,
Municipal Judge

I, Mary Beth Brackin, understand that an administrative investigation into the above referenced incident is in progress and that I am to report to the Chief of Police's conference room on Tuesday, November 6, 2001 at 3:00 p.m. for an administrative interview as part of this investigation.

*Mary Beth Brackin*          11-5-01          16:30
Mary Beth Brackin            Date             Time

Post Office Box 2128
Dothan, Alabama 36302-2128
(334) 793-0284
(334) 793-0446