DEFENDANT'S EXHIBIT 17

①

1ⓑ  9-25-01

A female Δ came to the office, along w/ Andrew Turner, after being in court. She told me that she was not satisfied w/ her PDF & that she didn't want him to represent her anymore. I explained that she needed to go back & tell the Judge what she told me. I also told her that the city had (2) more PDF's & she could ask the Judge for her case to be put on their docket. Δ was tested in court for alcohol consump. & blew a .230. Andrew Turner, a bondsman, was on his cell phone the whole time. I was summoned to the court break room. Judge Gordon asked why I told the Δ that the PDF, Shawn McGhee, was not a good atty. I told her that's not what I said & I proceeded to tell her what I did say. Judge said the bondsman, Andrew Turner, heard me say what the Δ had claimed. This took place in front of the city magistrate, the DA, & a TV att.

② 

Nov. 2001

I thought that was the end of it until Sgt. K. Gray called me & said that I needed to come to the Chiefs conference room for an internal investigation. I asked him what was it about, he said, "Has Judy didn't talk to you about it?" I said "No, she didn't." He then said he would call me back. I then got called over to the Judges office & she told me that I was being internally investigated for this incident. I went back to my office & Michelle Sellers brought over a paper for me to sign stating I would report to the Chiefs conf room on a date & time. I told her that I was not signing it just yet. She told me that if I didn't, I would be insubordinate. So, I signed it & appeared on the said date & time.