


DEFENDANT'S EXHIBIT 18

# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

| | PERIOD COVERED | | |
|---|---|---|---|
| NAME | DUE IN PERSONNEL | TYPE | STATUS CODE |
| BRACKIN  MARY  E | 01-28-2002 | E | CB |
| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) | |
| 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 | JUDICIAL DEPARTMENT | | |
| JOB TITLE | HIRE DATE | STATUS DATE | ANN DATE |
| 00010 MAGISTRATE | 05-01-1992 | 04-22-2001 PT | 05/01 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EACH TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

RATING SCALE:  1 = UNSATISFACTORY   2 = SATISFACTORY   3 = EXCEPTIONAL

## SECTION I

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | CHECK APPROPRIATE RATING |
|---|---|
| TASK 1: COMMENTS | [ ] 1  [X] 2  [ ] 3 |
| TASK 2: COMMENTS | [ ] 1  [X] 2  [ ] 3 |
| TASK 3: COMMENTS | [ ] 1  [ ] 2  [ ] 3 |
| TASK 4: COMMENTS | [ ] 1  [X] 2  [ ] 3 |
| TASK 5: COMMENTS | [ ] 1  [X] 2  [ ] 3 |
| TASK 6: COMMENTS | [ ] 1  [ ] 2  [X] 3 |
| TASK 7: COMMENTS | [ ] 1  [ ] 2  [ ] 3 |
| TASK 8: COMMENTS | [ ] 1  [ ] 2  [ ] 3 |
| TASK 9: COMMENTS | [ ] 1  [X] 2  [ ] 3 |
| TASK 10: COMMENTS | [ ] 1  [X] 2  [ ] 3 |

NUMBER OF TASKS RATED ON: 7

TOTAL RATING SECTION I: 15

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0925
Confidential Subject to Protective Order

1

## SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR

RATE EMPLOYEE BY CHECKING APPROPRIATE RATING (1 - 3) ON EACH FACTOR BELOW. COMMENTS MUST ACCOMPANY EACH RATING OF UNSATISFACTORY OR EXCEPTIONAL.

RATING SCALE:  1 = UNSATISFACTORY    2 = SATISFACTORY    3 = EXCEPTIONAL

| Factor | 1 | 2 | 3 |
|---|---|---|---|
| QUALITY OF WORK — COMMENTS: Mary Beth handles an enormous amount of work well | ☐ | ☐ | ☒ |
| INITIATIVE — COMMENTS: Mary Beth works well on her own | ☐ | ☒ | ☐ |
| COOPERATION — COMMENTS: | ☐ | ☐ | ☐ |
| SAFETY CONSCIOUSNESS — COMMENTS: | ☐ | ☐ | ☐ |
| QUANTITY OF WORK — COMMENTS: | ☐ | ☐ | ☐ |
| JOB KNOWLEDGE — COMMENTS: | ☐ | ☐ | ☐ |
| DEPENDABILITY — COMMENTS: Mary Beth is very dependable | ☐ | ☒ | ☐ |
| DEALING WITH THE PUBLIC — COMMENTS: | ☐ | ☐ | ☐ |

RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE ▶: 3

RECORD TOTAL RATING FOR SECTION II HERE ▶: 7

## SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.

|  | RATING | TASKS |  |
|---|---|---|---|
| SECTION I | 15 | 7 | |
| SECTION II + | 7 | 3 | |
| TOTAL = | 22 | ÷ 10 | = 2.2 TOTAL SCORE |

HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD.

1.00 - 1.99 UNSATISFACTORY    2.00 - 2.99 SATISFACTORY    3.00 EXCEPTIONAL

USE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OR SECTION II OR TO DOCUMENT SEPARATE RATINGS.

## PERFORMANCE EVALUATION INFORMATION

| | | |
|---|---|---|
| **AUTHORITY:** | (1) CIVIL SERVICE ACT, SECTION 9, PERSONNEL DIRECTOR<br>(2) PERSONNEL RULES AND REGULATIONS VII - JOB PERFORMANCE EVALUATIONS | |
| **EMPLOYEE STATUS CODES:** | CA - REGULAR FULL TIME    CB - PROBATIONARY FULL TIME    CC - PART TIME | |
| **TYPES OF PERFORMANCE EVALUATIONS:** | ANNUAL TYPES:<br>6 MONTH PROBATION TYPES:<br><br><br><br>12 MONTH PROBATION TYPES:<br><br><br><br><br><br><br><br>*SECTION 7-40 TYPES:<br><br><br>*PERSONNEL RULE 7-40 | G - ANNUAL PERFORMANCE EVALUATION<br>A - PROBATION I<br>    (END OF FIRST 3 MONTHS)<br>C - PROBATION II/REGULAR STATUS<br>    (END OF SECOND 3 MONTHS)<br>A - PROBATION I<br>    (END OF FIRST 3 MONTHS)<br>D - PROBATION II<br>    (END OF SECOND 3 MONTHS)<br>E - PROBATION III<br>    (END OF THIRD 3 MONTHS)<br>F - PROBATION IV/REGULAR STATUS<br>    (END OF FOURTH 3 MONTHS)<br>SA - END OF FIRST TWO MONTHS<br>SB - END OF SECOND TWO MONTHS<br>SC - END OF THIRD TWO MONTHS |
| **DEFINITION OF PERFORMANCE LEVELS** | UNSATISFACTORY | PERFORMANCE CONSISTENTLY FAILS TO MEET JOB REQUIREMENTS |
| | SATISFACTORY | PERFORMANCE CONSISTENTLY MEETS JOB REQUIREMENTS |
| | EXCEPTIONAL | PERFORMANCE CONSISTENTLY EXCEEDS JOB REQUIREMENTS |
| **DEFINITION OF SECTION II FACTORS** | QUALITY OF WORK | EXTENT TO WHICH WORK IS ACCURATE, COMPLETE, TIMELY, THOROUGH, ERROR FREE, ORGANIZED, ETC. |
| | INITIATIVE | EXTENT TO WHICH EMPLOYEE IS A SELF STARTER, TAKES RESPONSIBILITY IN COMPLETING WORK WITHOUT BEING DIRECTED; SEEKS TO IMPROVE WORK METHODS OR PROCEDURES. |
| | COOPERATION | EXTENT TO WHICH EMPLOYEE SHOWS INTEREST IN AND ENTHUSIASM FOR WORK; TEAM SPIRIT; COOPERATIVE WITH COWORKERS AND SUPERVISOR(S). |
| | SAFETY CONSCIOUSNESS | AWARE OF SAFE WORK PRACTICES; DEMONSTRATES SAFE WORK PRACTICES AND EXHIBITS UNDERSTANDING OF IMPORTANCE OF SAFETY IN PERFORMANCE OF ASSIGNMENTS. |
| | QUANTITY OF WORK | AMOUNT OF WORK PERFORMED TO ACCOMPLISH JOB TASKS IN A TIMELY AND ACCURATE MANNER. |
| | JOB KNOWLEDGE | EXTENT TO WHICH EMPLOYEE EXHIBITS UNDERSTANDING OF FUNDAMENTAL PRINCIPLES AND PRACTICES ASSOCIATED WITH THE JOB AND THE ACTIONS NECESSARY TO APPLY THEM TO ACCOMPLISH JOB. |
| | DEPENDABILITY | RELIABLE, PUNCTUAL, GOOD ATTENDANCE, MEETS DEADLINES WITHOUT SACRIFICING ACCURACY OR QUALITY; CARRIES ASSIGNMENTS THROUGH TO COMPLETION. |
| | DEALING WITH THE PUBLIC | EXTENT TO WHICH EMPLOYEE EFFECTIVELY INTERACTS WITH PUBLIC AND CUSTOMERS IN PERFORMANCE OF DUTIES. |

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0927<br>Confidential Subject to Protective Order

## SECTION III (CONTINUED FROM PAGE 2)

**TCF'S COMMENTS:** Mary Beth has had some problem in anyone adjusting to a new job but overall has improved. Her work is improving and I hope that her attitude toward the job, co-workers and supervision will continue to improve.

**EVALUATING SUPERVISOR SIGNATURE:** _[signature]_   **DATE:** 2-22-02

## SECTION IV - REVIEWING DIVISION HEAD OR NEXT HIGHER REVIEWING SUPERVISORY LEVEL.

**REVIEWER'S COMMENTS:** Concur.

**REVIEWER'S SIGNATURE:** _[signature]_   **DATE:** 2-22-02

## SECTION V - APPROVING AUTHORITY COMPLETES THIS SECTION BEFORE THE EVALUATING SUPERVISOR CONDUCTS THE PERFORMANCE INTERVIEW SESSION WITH THE EMPLOYEE.

ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGE) REQUESTED BY APPROVING AUTHORITY.

**IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?**   YES [X]   NO [ ]

IF NO, EXPLAIN FULLY BY ATTACHING ADDITIONAL SUPPORTING DOCUMENTATION.
IF YES, AND THIS IS A TYPE C OR TYPE F PROBATIONARY EVALUATION, COMPLETE A STATUS CHANGE FORM (PF#101) AND SUBMIT WITH THIS FORM.

**APPROVING AUTHORITY (DEPARTMENT HEAD) COMMENTS:** Concur. I am hopeful that Mary Beth's attitude toward her job and co-workers and supervision continue so that I can recommend permanent status.

**APPROVING AUTHORITY SIGNATURE:** _[signature]_   **DATE:** 2-22-02

## SECTION VI - EMPLOYEE PERFORMANCE REVIEW AND INTERVIEW SESSION

**EMPLOYEE COMMENTS ON JOB PERFORMANCE EVALUATION AND INTERVIEW SESSION:**

I concur

**DATE OF PERFORMANCE INTERVIEW SESSION:**
**EMPLOYEE'S SIGNATURE:** Mary Beth Brassi   **DATE:** 2-22-02
**EVALUATING SUPERVISOR SIGNATURE:** _[signature]_   **DATE:** 2-22-02

## SECTION VII - TO BE COMPLETED BY PERSONNEL

| DATE / TYPE OF NEXT EVALUATION: DATE | 4-8-02 | TYPE: | F |
|---|---|---|---|
| SCORE | 220 (7333) | AVERAGE | 66.89 |
| STATUS CODE | | | |
| REGULAR STATUS EFFECTIVE DATE | | AS400 | mm |

102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0928
Confidential Subject to Protective Order