# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM


DEFENDANT'S EXHIBIT 19

| NAME | PERIOD COVERED | | |
|---|---|---|---|
| | DUE IN PERSONNEL | TYPE | STATUS CODE |
| BRACKIN   MARY   E | 04-08-2002 | F | CB |

| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) | |
|---|---|---|---|
| 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 | JUDICIAL DEPARTMENT | | |

| JOB TITLE | HIRE DATE | STATUS DATE | ANN DATE |
|---|---|---|---|
| 00010  MAGISTRATE | 05-01-1992 | 04-22-2001 PT | 05/01 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EACH TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

RATING SCALE:  1 = UNSATISFACTORY    2 = SATISFACTORY    3 = EXCEPTIONAL

## SECTION I

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | CHECK APPROPRIATE RATING | | |
|---|---|---|---|
| | 1 | 2 | 3 |
| TASK 1: COMMENTS | ☐ | ☒ | ☐ |
| TASK 2: COMMENTS | ☐ | ☒ | ☐ |
| TASK 3: COMMENTS | ☐ | ☐ | ☐ |
| TASK 4: COMMENTS | ☐ | ☒ | ☐ |
| TASK 5: COMMENTS | ☐ | ☒ | ☐ |
| TASK 6: COMMENTS | ☐ | ☐ | ☒ |
| TASK 7: COMMENTS | ☐ | ☐ | ☐ |
| TASK 8: COMMENTS | ☐ | ☐ | ☐ |
| TASK 9: COMMENTS | ☐ | ☒ | ☐ |
| TASK 10: COMMENTS | ☐ | ☒ | ☐ |

NUMBER OF TASKS RATED ON: 7

TOTAL RATING SECTION I: 15

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0921
Confidential Subject to Protective Order

## SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR

RATE EMPLOYEE BY CHECKING APPROPRIATE RATING (1 - 3) ON EACH FACTOR BELOW. COMMENTS MUST ACCOMPANY EACH RATING OF UNSATISFACTORY OR EXCEPTIONAL.

RATING SCALE:  1 = UNSATISFACTORY   2 = SATISFACTORY   3 = EXCEPTIONAL

| # | Factor | Comments | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 1. | QUALITY OF WORK | Mary Beth handles an enormous amount of work well and efficiently | | | ☒ |
| 2. | INITIATIVE | Mary Beth works well on her own with little or no supervision. | | ☒ | |
| 3. | COOPERATION | Mary Beth is very cooperative | | | ☒ |
| 4. | SAFETY CONSCIOUSNESS | | | | |
| 5. | QUANTITY OF WORK | Mary Beth handles an enormous amount of work well and efficiently | | | ☒ |
| 6. | JOB KNOWLEDGE | as a result of her knowledge and skills the office runs better | | | ☒ |
| 7. | DEPENDABILITY | Mary Beth is very dependable | | ☒ | |
| 8. | DEALING WITH THE PUBLIC | | | | |

RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE ▶ :  6

RECORD TOTAL RATING FOR SECTION II HERE ▶ :  16

## SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.

| | RATING | | TASKS | | |
|---|---|---|---|---|---|
| SECTION I | 15 | | 7 | | |
| SECTION II + | 16 | | 6 | | |
| TOTAL = | 31 | ÷ | 13 | = | 2.38 |

TOTAL SCORE

HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD.

1.00 - 1.99 UNSATISFACTORY    2.00 - 2.99 SATISFACTORY    3.00 EXCEPTIONAL

USE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OR SECTION II OR TO DOCUMENT SEPARATE RATINGS.

RECEIVED MAY - 7 2002 PERSONNEL DEPARTMENT

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0922
Confidential Subject to Protective Order

## PERFORMANCE EVALUATION INFORMATION

| | | |
|---|---|---|
| **AUTHORITY:** | (1) CIVIL SERVICE ACT, SECTION 9, PERSONNEL DIRECTOR<br>(2) PERSONNEL RULES AND REGULATIONS VII - JOB PERFORMANCE EVALUATIONS | |
| **EMPLOYEE STATUS CODES:** | CA - REGULAR FULL TIME   CB - PROBATIONARY FULL TIME   CC - PART TIME | |
| **TYPES OF PERFORMANCE EVALUATIONS:** | ANNUAL TYPES:<br>6 MONTH PROBATION TYPES:<br><br><br><br>12 MONTH PROBATION TYPES:<br><br><br><br><br><br><br><br>*SECTION 7-40 TYPES:<br><br><br>*PERSONNEL RULE 7-40 | G - ANNUAL PERFORMANCE EVALUATION<br>A - PROBATION I<br>     (END OF FIRST 3 MONTHS)<br>C - PROBATION II/REGULAR STATUS<br>     (END OF SECOND 3 MONTHS)<br>A - PROBATION I<br>     (END OF FIRST 3 MONTHS)<br>D - PROBATION II<br>     (END OF SECOND 3 MONTHS)<br>E - PROBATION III<br>     (END OF THIRD 3 MONTHS)<br>F - PROBATION IV/REGULAR STATUS<br>     (END OF FOURTH 3 MONTHS)<br>SA - END OF FIRST TWO MONTHS<br>SB - END OF SECOND TWO MONTHS<br>SC - END OF THIRD TWO MONTHS |
| **DEFINITION OF PERFORMANCE LEVELS** | UNSATISFACTORY | PERFORMANCE CONSISTENTLY FAILS TO MEET JOB REQUIREMENTS |
| | SATISFACTORY | PERFORMANCE CONSISTENTLY MEETS JOB REQUIREMENTS |
| | EXCEPTIONAL | PERFORMANCE CONSISTENTLY EXCEEDS JOB REQUIREMENTS |
| **DEFINITION OF SECTION II FACTORS** | QUALITY OF WORK | EXTENT TO WHICH WORK IS ACCURATE, COMPLETE, TIMELY, THOROUGH, ERROR FREE, ORGANIZED, ETC. |
| | INITIATIVE | EXTENT TO WHICH EMPLOYEE IS A SELF STARTER, TAKES RESPONSIBILITY IN COMPLETING WORK WITHOUT BEING DIRECTED; SEEKS TO IMPROVE WORK METHODS OR PROCEDURES. |
| | COOPERATION | EXTENT TO WHICH EMPLOYEE SHOWS INTEREST IN AND ENTHUSIASM FOR WORK; TEAM SPIRIT; COOPERATIVE WITH COWORKERS AND SUPERVISOR(S). |
| | SAFETY CONSCIOUSNESS | AWARE OF SAFE WORK PRACTICES; DEMONSTRATES SAFE WORK PRACTICES AND EXHIBITS UNDERSTANDING OF IMPORTANCE OF SAFETY IN PERFORMANCE OF ASSIGNMENTS. |
| | QUANTITY OF WORK | AMOUNT OF WORK PERFORMED TO ACCOMPLISH JOB TASKS IN A TIMELY AND ACCURATE MANNER. |
| | JOB KNOWLEDGE | EXTENT TO WHICH EMPLOYEE EXHIBITS UNDERSTANDING OF FUNDAMENTAL PRINCIPLES AND PRACTICES ASSOCIATED WITH THE JOB AND THE ACTIONS NECESSARY TO APPLY THEM TO ACCOMPLISH JOB. |
| | DEPENDABILITY | RELIABLE, PUNCTUAL, GOOD ATTENDANCE, MEETS DEADLINES WITHOUT SACRIFICING ACCURACY OR QUALITY; CARRIES ASSIGNMENTS THROUGH TO COMPLETION. |
| | DEALING WITH THE PUBLIC | EXTENT TO WHICH EMPLOYEE EFFECTIVELY INTERACTS WITH PUBLIC AND CUSTOMERS IN PERFORMANCE OF DUTIES. |

PF 102-REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0923
Confidential Subject to Protective Order

SECTION III (CONTINUED FROM PAGE 2)

EVALUATOR'S COMMENTS: *I am very pleased with May Beth's progress on our ELC. She definitely an asset. She is her knowledge and skills are invaluable.*

| EVALUATING SUPERVISOR SIGNATURE | /s/ | DATE | 5-3-02 |

## SECTION IV - REVIEWING DIVISION HEAD OR NEXT HIGHER REVIEWING SUPERVISORY LEVEL.

REVIEWER'S COMMENTS:

| REVIEWER'S SIGNATURE | | DATE | |

## SECTION V - APPROVING AUTHORITY COMPLETES THIS SECTION BEFORE THE EVALUATING SUPERVISOR CONDUCTS THE PERFORMANCE INTERVIEW SESSION WITH THE EMPLOYEE.

ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGE) REQUESTED BY APPROVING AUTHORITY.

IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?   YES ☑   NO ☐
IF NO, EXPLAIN FULLY BY ATTACHING ADDITIONAL SUPPORTING DOCUMENTATION.
IF YES, AND THIS IS A TYPE C OR TYPE F PROBATIONARY EVALUATION, COMPLETE A STATUS CHANGE FORM (PF#101) AND SUBMIT WITH THIS FORM.

APPROVING AUTHORITY (DEPARTMENT HEAD) COMMENTS:

| APPROVING AUTHORITY SIGNATURE | /s/ | DATE | MAY 0 6 2002 |

## SECTION VI - EMPLOYEE PERFORMANCE REVIEW AND INTERVIEW SESSION

EMPLOYEE COMMENTS ON JOB PERFORMANCE EVALUATION AND INTERVIEW SESSION:

*I concur.*

[RECEIVED stamp: MAY -7 2002 PERSONNEL DEPARTMENT]

DATE OF PERFORMANCE INTERVIEW SESSION

| EMPLOYEE'S SIGNATURE | Mary Beth Brackin | DATE | 5-3-02 |
| EVALUATING SUPERVISOR SIGNATURE | /s/ | DATE | |

## SECTION VII - TO BE COMPLETED BY PERSONNEL

| DATE / TYPE OF NEXT EVALUATION: DATE | | TYPE: | |
| SCORE | 2.38 | AVERAGE | 79.33 |
| STATUS CODE | CA | | |
| REGULAR STATUS EFFECTIVE DATE | 4-22-02 | AS400 | mm |

102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0924
Confidential Subject to Protective Order