

DEFENDANT'S EXHIBIT 20

In an open meeting where the Judicial Dept. & Personnel Dir., Kai Davis, was present; Lavera was speaking to me in a loud & threatening manner. There was only 1 person in between she & I so there was no reason for her to talk so loud. Judge Gordon was there & allowed her to speak to me in this manner. When I complained to the judge about the way that Lavera had spoke to me & that I did not appreciate it, nothing was done about my verbal complaint.

TR 01-11000 Crystal Gray
EK recalled aw on 3-3-05, aw 05-815, but did not ensure she got the original from the jail. S was arrested on said aw on 4-18-05. Allowed S to sign own bond. (per me) & Judge notified.