



**JUDICIAL DEPARTMENT**
City of Dothan
(334) 615-4142 – Office
(334) 615-4149 – Facsimile

DEFENDANT'S EXHIBIT

## INTEROFFICE MEMORANDUM

TO: Judicial Department Personnel
FROM: Rose Evans-Gordon,
Municipal Court Judge
DATE: January 8, 2003
SUBJ: Public Relations

It is of the utmost import that we as City employees use courtesy and discretion in our dealings with the public. The City Manager has stressed the significance of <u>diplomatically</u> referring those citizens making allegations of liability on the part of the City to the City Clerk's Office <u>without commenting on the possibility of liability.</u>

Again, Mr. Rubin directs that citizens inquiring about reimbursement from the City for perceived liability on the City's part be directed to the City Clerk's Office and that <u>no comment</u> be made regarding the possible liability. Immediately apprise Ms. King in writing of the situation so that appropriate action can be taken.

DOTHAN/Martin & Brackin 0916
Confidential Subject to Protective Order