

# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM



DEFENDANT'S EXHIBIT 22

| NAME | PERIOD COVERED | | |
|---|---|---|---|
| | DUE IN PERSONNEL | TYPE | STATUS CODE |
| BRACKIN   MARY   E | 04-07-2003 | G | CA |
| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) | |
| 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 | JUDICIAL DEPARTMENT | | |
| JOB TITLE | HIRE DATE | STATUS DATE | ANN DATE |
| 00010  MAGISTRATE | 05-01-1992 | 04-22-2001  PT | 05/01 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EACH TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

RATING SCALE: 1 = UNSATISFACTORY   2 = SATISFACTORY   3 = EXCEPTIONAL

## SECTION I

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | CHECK APPROPRIATE RATING | | |
|---|---|---|---|
| | 1 | 2 | 3 |
| TASK 1: COMMENTS<br>Mary Beth does an outstanding job accounting for receipts & money for payment of fines & costs. | ☐ | ☐ | ☒ |
| TASK 2: COMMENTS<br>Mary Beth is thorough in determining probable cause for issuance of warrants and summons. | ☐ | ☐ | ☒ |
| TASK 3: COMMENTS | ☐ | ☒ | ☐ |
| TASK 4: COMMENTS<br>Mary Beth is diligent in processing motions received by the court from attorneys. | ☐ | ☐ | ☒ |
| TASK 5: COMMENTS | ☐ | ☒ | ☐ |
| TASK 6: COMMENTS | ☐ | ☒ | ☐ |
| TASK 7: COMMENTS | ☐ | ☐ | ☐ |
| TASK 8: COMMENTS | ☐ | ☒ | ☐ |
| TASK 9: COMMENTS | ☐ | ☐ | ☐ |
| TASK 10: COMMENTS | ☐ | ☐ | ☐ |

| NUMBER OF TASKS RATED ON: | 7 | TOTAL RATING SECTION I | 17 |
|---|---|---|---|

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0917
Confidential Subject to Protective Order

1

# SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR

RATE EMPLOYEE BY CHECKING APPROPRIATE RATING (1 - 3) ON EACH FACTOR BELOW. COMMENTS MUST ACCOMPANY EACH RATING OF UNSATISFACTORY OR EXCEPTIONAL.

RATING SCALE:  1 = UNSATISFACTORY   2 = SATISFACTORY   3 = EXCEPTIONAL

| Factor | 1 | 2 | 3 |
|---|---|---|---|
| 1. QUALITY OF WORK<br>COMMENTS: Mary Beth handles a large volume of work & does so effectively | | | ☒ |
| 2. INITIATIVE<br>COMMENTS: Mary Beth works well on her own requiring little or no supervision | | | ☒ |
| 3. COOPERATION<br>COMMENTS: | | ☒ | |
| 4. SAFETY CONSCIOUSNESS<br>COMMENTS: | | ☒ | |
| 5. QUANTITY OF WORK<br>COMMENTS: Mary Beth handles an enormous amount of work very effectively | | | ☒ |
| 6. JOB KNOWLEDGE<br>COMMENTS: | | ☒ | |
| 7. DEPENDABILITY<br>COMMENTS: | | ☒ | |
| 8. DEALING WITH THE PUBLIC<br>COMMENTS: | | | |

RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE ▶ : 7

RECORD TOTAL RATING FOR SECTION II HERE ▶ : 17

# SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.

| | RATING | | TASKS | | | |
|---|---|---|---|---|---|---|
| SECTION I | 17 | | 7 | | 2.43 | |
| SECTION II + | 17 | | 7 | | | |
| TOTAL = | 34 | ÷ | 14 | = | 2.42 | |
| | | | | | TOTAL SCORE | |

HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD.

1.00 - 1.99 UNSATISFACTORY    2.00 - 2.99 SATISFACTORY    3.00 EXCEPTIONAL

USE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OR SECTION II OR TO DOCUMENT SEPARATE RATINGS.

DOTHAN/Martin & Brackin 0918
Confidential Subject to Protective Order

2

## PERFORMANCE EVALUATION INFORMATION

| | | |
|---|---|---|
| **AUTHORITY:** | (1) CIVIL SERVICE ACT, SECTION 9, PERSONNEL DIRECTOR<br>(2) PERSONNEL RULES AND REGULATIONS VII - JOB PERFORMANCE EVALUATIONS | |
| **EMPLOYEE STATUS CODES:** | CA - REGULAR FULL TIME   CB - PROBATIONARY FULL TIME   CC - PART TIME | |
| **TYPES OF PERFORMANCE EVALUATIONS:** | ANNUAL TYPES:<br>6 MONTH PROBATION TYPES:<br><br><br><br>12 MONTH PROBATION TYPES:<br><br><br><br><br><br><br><br>*SECTION 7-40 TYPES:<br><br><br>*PERSONNEL RULE 7-40 | G - ANNUAL PERFORMANCE EVALUATION<br>A - PROBATION I<br>    (END OF FIRST 3 MONTHS)<br>C - PROBATION II/REGULAR STATUS<br>    (END OF SECOND 3 MONTHS)<br>A - PROBATION I<br>    (END OF FIRST 3 MONTHS)<br>D - PROBATION II<br>    (END OF SECOND 3 MONTHS)<br>E - PROBATION III<br>    (END OF THIRD 3 MONTHS)<br>F - PROBATION IV/REGULAR STATUS<br>    (END OF FOURTH 3 MONTHS)<br>SA - END OF FIRST TWO MONTHS<br>SB - END OF SECOND TWO MONTHS<br>SC - END OF THIRD TWO MONTHS |
| **DEFINITION OF PERFORMANCE LEVELS** | UNSATISFACTORY | PERFORMANCE CONSISTENTLY FAILS TO MEET JOB REQUIREMENTS |
| | SATISFACTORY | PERFORMANCE CONSISTENTLY MEETS JOB REQUIREMENTS |
| | EXCEPTIONAL | PERFORMANCE CONSISTENTLY EXCEEDS JOB REQUIREMENTS |
| **DEFINITION OF SECTION II FACTORS** | QUALITY OF WORK | EXTENT TO WHICH WORK IS ACCURATE, COMPLETE, TIMELY, THOROUGH, ERROR FREE, ORGANIZED, ETC. |
| | INITIATIVE | EXTENT TO WHICH EMPLOYEE IS A SELF STARTER, TAKES RESPONSIBILITY IN COMPLETING WORK WITHOUT BEING DIRECTED; SEEKS TO IMPROVE WORK METHODS OR PROCEDURES. |
| | COOPERATION | EXTENT TO WHICH EMPLOYEE SHOWS INTEREST IN AND ENTHUSIASM FOR WORK; TEAM SPIRIT; COOPERATIVE WITH COWORKERS AND SUPERVISOR(S). |
| | SAFETY CONSCIOUSNESS | AWARE OF SAFE WORK PRACTICES; DEMONSTRATES SAFE WORK PRACTICES AND EXHIBITS UNDERSTANDING OF IMPORTANCE OF SAFETY IN PERFORMANCE OF ASSIGNMENTS. |
| | QUANTITY OF WORK | AMOUNT OF WORK PERFORMED TO ACCOMPLISH JOB TASKS IN A TIMELY AND ACCURATE MANNER. |
| | JOB KNOWLEDGE | EXTENT TO WHICH EMPLOYEE EXHIBITS UNDERSTANDING OF FUNDAMENTAL PRINCIPLES AND PRACTICES ASSOCIATED WITH THE JOB AND THE ACTIONS NECESSARY TO APPLY THEM TO ACCOMPLISH JOB. |
| | DEPENDABILITY | RELIABLE, PUNCTUAL, GOOD ATTENDANCE, MEETS DEADLINES WITHOUT SACRIFICING ACCURACY OR QUALITY; CARRIES ASSIGNMENTS THROUGH TO COMPLETION. |
| | DEALING WITH THE PUBLIC | EXTENT TO WHICH EMPLOYEE EFFECTIVELY INTERACTS WITH PUBLIC AND CUSTOMERS IN PERFORMANCE OF DUTIES. |

DOTHAN/Martin & Brackin 0919<br>Confidential Subject to Protective Order

**SECTION III (CONTINUED FROM PAGE )**

E TOR'S COMMENTS: Mary Beth continues to be a huge asset to the city.

| EVALUATING SUPERVISOR SIGNATURE | Bettye ~ | DATE | 4-10-03 |

**SECTION IV - REVIEWING DIVISION HEAD OR NEXT HIGHER REVIEWING SUPERVISORY LEVEL**

REVIEWER'S COMMENTS:

| REVIEWER'S SIGNATURE | | DATE | |

**SECTION V - APPROVING AUTHORITY COMPLETES THIS SECTION BEFORE THE EVALUATING SUPERVISOR CONDUCTS THE PERFORMANCE INTERVIEW SESSION WITH THE EMPLOYEE.**

ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGE) REQUESTED BY APPROVING AUTHORITY.

IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?   YES [X]   NO [ ]
IF NO, EXPLAIN FULLY BY ATTACHING ADDITIONAL SUPPORTING DOCUMENTATION.
IF YES, AND THIS IS A TYPE C OR TYPE F PROBATIONARY EVALUATION, COMPLETE A STATUS CHANGE FORM (PF#101) AND SUBMIT WITH THIS FORM.

VING AUTHORITY (DEPARTMENT HEAD) COMMENTS:

| APPROVING AUTHORITY SIGNATURE | [signature] | DATE | 04/16/03 |

**SECTION VI - EMPLOYEE PERFORMANCE REVIEW AND INTERVIEW SESSION**

EMPLOYEE COMMENTS ON JOB PERFORMANCE EVALUATION AND INTERVIEW SESSION:

I concur.

RECEIVED APR 17 2003 PERSONNEL DEPARTMENT

| DATE OF PERFORMANCE INTERVIEW SESSION | | | |
| EMPLOYEE'S SIGNATURE | Mary Beth Brackin | DATE | 4-16-03 |
| EVALUATING SUPERVISOR SIGNATURE | X Bettye ~ | DATE | 4-22-03 |

**SECTION VII - TO BE COMPLETED BY PERSONNEL**

| DATE / TYPE OF NEXT EVALUATION: DATE | | TYPE: | |
| SCORE | 2.43 (81) | AVERAGE | 80.17 |
| STATUS CODE | | | |
| REGULAR STATUS EFFECTIVE DATE | | AS400 | mm |

102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0920
Confidential Subject to Protective Order

4