# NOTICE OF DETERMINATION HEARING AND POSSIBLE DISCIPLINARY ACTION
(Reproduce in one page (front and back) format to maintain form integrity)

| (Employee Name) | TO: | Mary Beth Brackin | Emp ID: | 1003_ | DEFENDANT'S EXHIBIT 23  |
|---|---|---|---|---|---|
| (Department Head) | FROM: | Judge Rose Evans-Gordon | | | |
| | DATE: | 4/21/04 | | | |

## SECTION I - NOTICE OF CATEGORY FOR CHARGES
(✓ All that apply)

| MINOR CATEGORY | | * 3rd Offense, Final Warning & 1-5 Day Suspension |
|---|---|---|
| | | * 4th Offense, Grounds for Discharge |
| MAJOR CATEGORY | X | * 1st Offense, Final Warning & 1-20 Day Suspension |
| | | * 2nd Offense, Grounds for Discharge |
| INTOLERABLE CATEGORY | | * 1st Offense, Grounds for Discharge |
| SICK LEAVE ABUSE | | * 4th Offense, Grounds for Discharge |
| VEHICLE ACCIDENT | | * 2 - 5 Points, Suspension |
| | | * Over 5 Points, Suspension or Termination |

* PF #147 (or PF#147-A for Sick Leave Abuse, or PF#148 Vehicle Accident) is submitted when an employee commits any category offense requiring due process and is attached to PF#153 for Major and Intolerable Offenses. If after due process the Department Head or Personnel Board determines the employee did not violate any rules, all copies of the applicable PF#147/PF#147-A/PF#148 are destroyed.

## SECTION II - NOTICE OF CHARGES

You are hereby notified that possible disciplinary action is contemplated against you on the charges specified below and that such action could result in suspension, demotion or dismissal. It has been brought to my attention as Department Head that you have possibly violated the Personnel Rules and/or Civil Service Act of the City of Dothan, Alabama, in that [Give specific details of the offense(s) to include date(s), location(s), person(s) involved, cite rule(s) violated. Additional sheets may be attached if needed]:

It is alleged that on or about the 7th day of January, 2004, you advised Mr. Theron Fondren, a defendant who was arrested on an alias warrant for failure to comply with the Court Referral Program, that he was wrongly arrested and that another employee was negligent regarding his case. This is directly insubordinate to a memorandum dated January 8, 2003 from Judge Gordon directing all Judicial Department Personnel that any citizen wishing to file suit against the City should be directed to the City Clerk's Office **without comment upon possible liability.** You acknowledged receipt of this memorandum during the investigation of this incident. This is in violation of City of Dothan Personnel Rules and Regulations Section 3-42 (6) action(s) or lack of action(s), that could cause undue financial loss to the City, and Section 3-42(14), insubordination. As you are aware, this is not the first instance of allegations of this nature against you, although no disciplinary action was taken regarding that incident. As a veteran employee of the City of Dothan, you are looked upon as a lead person with demonstrated skills, experience, and are fully knowledgeable of the policies of the City of Dothan. These violations constitute a major category offense which imposes a one to twenty day suspension without pay. Further, any other major violation occurring within two (2) years of this date, shall result in discharge.

## SECTION III - NOTICE OF HEARING ON CHARGES

You are hereby given twenty-four (24) hours advance notice that a Determination Hearing will be held

(Day of week, Calendar Date and Time of Hearing)   on: Thursday, April 22, 2004 at 1:30 pm

(Location where hearing will be held)   at: 126 N. St Andrews St Civic Ctr Room 111

At the time of the Determination Hearing you will have the opportunity to respond to the above charge(s) orally and/or in writing if you so desire. If you wish to reply to the charges in writing, you must have the documents prepared and ready to present at the time designated for the hearing. You may submit sworn affidavits in reply to these charges if you so elect. You are hereby advised that you have the right not to respond to these charges if you so elect. If you desire, you may be accompanied by an impartial observer of your choosing. This hearing will not be of an adversary nature and no examination or calling of witnesses to testify will be permitted.

You will be notified in writing of the Department Head's disciplinary decision within three (3) working days after the date of this hearing. In the event disciplinary action is taken against you, the procedures for review and appeal as provided by the Personnel rules and/or Civil Service Act of the City of Dothan are available to you.

Signature of Department Head: *[signature]*

Personnel Form #153 (Revised 6/95 □ 8/95 □ 3/00 □ 11/01)
A:\PF#153-Notice of Det. Hearing mbrackin 041904.doc

Page 1 of 2

DOTHAN/Martin & Brackin 0911
Confidential Subject to Protective Order

# NOTICE OF DETERMINATION HEARING AND POSSIBLE DISCIPLINARY ACTION
(Reproduce in one page (front & back) format) to maintain form integrity)

## SECTION IV - DOCUMENTATION OF NOTICE BEING SERVED
(Complete either Part A or both Part B and C of this section)

### PART A.

I certify that I served _____Mary Beth Brackin_____ a copy of this Notice of hearing at
(Employee Name)

__10:44__ O'clock (☒ am ☐ pm) on __4/21/04__
(Time Served)                                       (Date Served - M/D/Y)

which is at least twenty-four (24) hours prior to the date and time specified on the front of this form.

_____
(Signature of Department Head or Supervisor)

**OR**

### PART B.

I certify that due to the unavailability of the employee I have delivered a copy of this Notice of Determination Hearing (Personnel Form #153) to the City of Dothan Police Department for service on the employee named on the front of this Notice at least twenty-four (24) hours in advance of the time and date specified on this notice.

_____
(Signature of Department Head or Supervisor)

### PART C.

I certify that a copy of this Notice of Determination Hearing was served on the employee named on the front of this Notice at

_____ on _____
(Time of Service)    (Date Served - M/D/Y)

_____
(Signature of Server [Member, Dothan Police Department])

## SECTION V - DOCUMENTATION OF NOTICE BEING RECEIVED

I acknowledge that I received a copy of this Notice of Determination Hearing at least twenty-four (24) hours prior to the date and time of said hearing.

Signature of Employee: _Mary Beth Brac___   Date: _4-21-04_

Distribution of PF#153:   ☐ Original to Personnel Department   ☐ Copy to Department Head   ☐ Copy to Employee


RECEIVED APR 21 2004 PERSONNEL DEPARTMENT

Personnel Form #153 (Revised 6/95 ☐ 8/95 ☐ 3/00 ☐ 11/01)
A:\PF#153-Notice of Det. Hearing mbrackin 041904.doc

DOTHAN/Martin & Brackin 0912
Confidential Subject to Protective Order

Page 2 of 2