


# The City Of Dothan
## Municipal Court

Honorable Rose Evans-Gordon
Municipal Judge

Nancy Martin
Municipal Court Administrator

March 22, 2004



DEFENDANT'S EXHIBIT
26

Ms. Mary Beth Brackin
Magistrates' Office
115 W. Adams Street
Dothan, AL 36303

Ms. Brackin:

This letter is formal notification of an administrative investigation into a claim of false arrest brought by Theron Fondren which allegedly occurred on January 1, 2004.

You are directed to report to Sgt. Gary Coleman and Sgt. Ray Owens of the Dothan Police Department for an administrative interview today, Monday March 22, 2004 at 2:00 p.m. in Chief White's conference room in the Police Department at 210 North Saint Andrews Street. You are further directed to cooperate fully in this investigation by answering the questions put to you by the investigators to the best of your ability.

Sincerely,

*[signature]*

Rose Evans-Gordon,
Municipal Judge

I, Mary Beth Brackin, understand that an administrative investigation into the above referenced incident is in progress and that I am to report to the Chief of Police's conference room at 2:00 p.m. today, March 22, 2004 for an administrative interview as part of this investigation.

_____        _____        _____
Mary Beth Brackin                    Date                    Time

Post Office Box 2128
Dothan, Alabama 36302-2128
(334) 615-4150
(334) 615-4142
Fax (334) 615-4149