**DEFENDANT'S EXHIBIT 30**

# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

| NAME | PERIOD COVERED DUE IN PERSONNEL | TYPE | STATUS CODE |
|---|---|---|---|
| BRACKIN    MARY    E | 04-05-2004 | G | CA |

| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) |
|---|---|---|
| 100382 | JUDICIAL DEPARTMENT | |

| JOB TITLE | HIRE DATE | STATUS DATE | ANN DATE |
|---|---|---|---|
| 00010  MAGISTRATE | 05-01-1992 | 04-22-2001  PT | 05/01 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EACH TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

RATING SCALE:  1 = UNSATISFACTORY   2 = SATISFACTORY   3 = EXCEPTIONAL

## SECTION I

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | CHECK APPROPRIATE RATING |
|---|---|
| TASK 1: COMMENTS   N/A | 1 ☐  2 ☐  3 ☐ |
| TASK 2: COMMENTS  This is not an assigned job duty for Mary Beth, however, she does issue warrants when she occasionally works the front window. | 1 ☐  2 ✗  3 ✗ |
| TASK 3: COMMENTS  Determine probable cause when police swear to tickets.   N/A | 1 ☐  2 ☐  3 ☐ |
| TASK 4: COMMENTS  Mary Beth is not assigned to any of these job duties except she does receive + process motions. She also assists public + outside agencies with info about Municipal Court activities. | 1 ☐  2 ☐  3 ✗ |
| TASK 5: COMMENTS  Mary Beth performs all items in this task number exceptionally. | 1 ☐  2 ☐  3 ✗ |
| TASK 6: COMMENTS  Mary Beth's job performance is excellent in regard to the first 2 items. She is not assigned to do the last item. | 1 ☐  2 ☐  3 ✗ |
| TASK 7: COMMENTS   N/A | 1 ☐  2 ☐  3 ☐ |
| TASK 8: COMMENTS  This task is a large part of Mary Beth's assigned duties, which she handles exceptionally well. | 1 ☐  2 ☐  3 ✗ |
| TASK 9: COMMENTS  Mary Beth does not usually receive + refund cash bonds; however, she is very capable of doing so. | 1 ☐  2 ✗  3 ☐ |
| TASK 10: COMMENTS  Mary Beth has followed all procedures since I've been Ct. Administrator; however, she was recently disciplined for a major offense regarding a defendant, committed before my tenure. | 1 ✗  2 ☐  3 ☐ |

NUMBER OF TASKS RATED ON: (7)    TOTAL RATING SECTION I: (17) 18

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0905
Confidential Subject to Protective Order

1

## SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR

RATE EMPLOYEE BY CHECKING APPROPRIATE RATING (1 - 3) ON EACH FACTOR BELOW. COMMENTS MUST ACCOMPANY EACH RATING OF UNSATISFACTORY OR EXCEPTIONAL.

RATING SCALE:  1 = UNSATISFACTORY   2 = SATISFACTORY   3 = EXCEPTIONAL

| # | Factor | 1 | 2 | 3 |
|---|---|---|---|---|
| 1 | QUALITY OF WORK — Quality of work is always excellent. | | | X |
| 2 | INITIATIVE — Mary Beth does her job; needs little direction; and suggests more efficient ways of performing certain job duties. | | | X |
| 3 | COOPERATION — From my observation, Mary Beth likes her job; she is very cooperative with me & usually cooperative w/others. | | X | |
| 4 | SAFETY CONSCIOUSNESS — N/A | | | |
| 5 | QUANTITY OF WORK — Mary Beth completes her job duties; helps Sarah w/ her prisoner duties; & helps others when asked. | | | X |
| 6 | JOB KNOWLEDGE — Mary Beth is very skilled + knowledgeable in her job duties & most other job duties of Magistrates. | | | X |
| 7 | DEPENDABILITY — Always punctual; completes assignments timely & accurately. | | | X |
| 8 | DEALING WITH THE PUBLIC — Mary Beth deals with the public satisfactorily from my observation. She was determined to have committed a major offense recently with | X | | |

RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE ▶ : 7

RECORD TOTAL RATING FOR SECTION II HERE ▶ : 18

## SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.

| | RATING | TASKS | | |
|---|---|---|---|---|
| SECTION I | 17 | 7 | | |
| SECTION II + | 18 | 7 | | |
| TOTAL = | 35 | ÷ 14 | = 2.57 | TOTAL SCORE |

HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD.

1.00 - 1.99 UNSATISFACTORY   2.00 - 2.99 SATISFACTORY   3.00 EXCEPTIONAL

USE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OR SECTION II OR TO DOCUMENT SEPARATE RATINGS.

(8) cont'd. - regard to dealing with a defendant and what was said to him.

DOTHAN/Martin & Brackin 0906
Confidential Subject to Protective Order

F 102 REV. 1-99 (8th edition)

2

## PERFORMANCE EVALUATION INFORMATION

| | | |
|---|---|---|
| **AUTHORITY:** | (1) CIVIL SERVICE ACT, SECTION 9, PERSONNEL DIRECTOR<br>(2) PERSONNEL RULES AND REGULATIONS VII - JOB PERFORMANCE EVALUATIONS | |
| **EMPLOYEE STATUS CODES:** | CA - REGULAR FULL TIME    CB - PROBATIONARY FULL TIME    CC - PART TIME | |
| **TYPES OF PERFORMANCE EVALUATIONS:** | ANNUAL TYPES:<br>6 MONTH PROBATION TYPES:<br><br><br><br>12 MONTH PROBATION TYPES:<br><br><br><br><br><br><br><br><br>*SECTION 7-40 TYPES:<br><br><br>*PERSONNEL RULE 7-40 | G - ANNUAL PERFORMANCE EVALUATION<br>A - PROBATION I<br>    (END OF FIRST 3 MONTHS)<br>C - PROBATION II/REGULAR STATUS<br>    (END OF SECOND 3 MONTHS)<br>A - PROBATION I<br>    (END OF FIRST 3 MONTHS)<br>D - PROBATION II<br>    (END OF SECOND 3 MONTHS)<br>E - PROBATION III<br>    (END OF THIRD 3 MONTHS)<br>F - PROBATION IV/REGULAR STATUS<br>    (END OF FOURTH 3 MONTHS)<br>SA - END OF FIRST TWO MONTHS<br>SB - END OF SECOND TWO MONTHS<br>SC - END OF THIRD TWO MONTHS |
| **DEFINITION OF PERFORMANCE LEVELS** | UNSATISFACTORY | PERFORMANCE CONSISTENTLY FAILS TO MEET JOB REQUIREMENTS |
| | SATISFACTORY | PERFORMANCE CONSISTENTLY MEETS JOB REQUIREMENTS |
| | EXCEPTIONAL | PERFORMANCE CONSISTENTLY EXCEEDS JOB REQUIREMENTS |
| **DEFINITION OF SECTION II FACTORS** | QUALITY OF WORK | EXTENT TO WHICH WORK IS ACCURATE, COMPLETE, TIMELY, THOROUGH, ERROR FREE, ORGANIZED, ETC. |
| | INITIATIVE | EXTENT TO WHICH EMPLOYEE IS A SELF STARTER, TAKES RESPONSIBILITY IN COMPLETING WORK WITHOUT BEING DIRECTED; SEEKS TO IMPROVE WORK METHODS OR PROCEDURES. |
| | COOPERATION | EXTENT TO WHICH EMPLOYEE SHOWS INTEREST IN AND ENTHUSIASM FOR WORK; TEAM SPIRIT; COOPERATIVE WITH COWORKERS AND SUPERVISOR(S). |
| | SAFETY CONSCIOUSNESS | AWARE OF SAFE WORK PRACTICES; DEMONSTRATES SAFE WORK PRACTICES AND EXHIBITS UNDERSTANDING OF IMPORTANCE OF SAFETY IN PERFORMANCE OF ASSIGNMENTS. |
| | QUANTITY OF WORK | AMOUNT OF WORK PERFORMED TO ACCOMPLISH JOB TASKS IN A TIMELY AND ACCURATE MANNER. |
| | JOB KNOWLEDGE | EXTENT TO WHICH EMPLOYEE EXHIBITS UNDERSTANDING OF FUNDAMENTAL PRINCIPLES AND PRACTICES ASSOCIATED WITH THE JOB AND THE ACTIONS NECESSARY TO APPLY THEM TO ACCOMPLISH JOB. |
| | DEPENDABILITY | RELIABLE, PUNCTUAL, GOOD ATTENDANCE, MEETS DEADLINES WITHOUT SACRIFICING ACCURACY OR QUALITY; CARRIES ASSIGNMENTS THROUGH TO COMPLETION. |
| | DEALING WITH THE PUBLIC | EXTENT TO WHICH EMPLOYEE EFFECTIVELY INTERACTS WITH PUBLIC AND CUSTOMERS IN PERFORMANCE OF DUTIES. |

PF 102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0907
Confidential Subject to Protective Order

3

SECTION III (CONTINUED FROM PAGE 2)

[EVALU]ATOR'S COMMENTS:

EVALUATING SUPERVISOR SIGNATURE: *Nancy C. Martin*   DATE: 5/17/04

### SECTION IV - REVIEWING DIVISION HEAD OR NEXT HIGHER REVIEWING SUPERVISORY LEVEL.

REVIEWER'S COMMENTS:

REVIEWER'S SIGNATURE: *Rose Gude*   DATE: 5/17/04

### SECTION V - APPROVING AUTHORITY COMPLETES THIS SECTION BEFORE THE EVALUATING SUPERVISOR CONDUCTS THE PERFORMANCE INTERVIEW SESSION WITH THE EMPLOYEE.

ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGE) REQUESTED BY APPROVING AUTHORITY.

**IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?**   YES ☒   NO ☐
IF NO, EXPLAIN FULLY BY ATTACHING ADDITIONAL SUPPORTING DOCUMENTATION.
IF YES, AND THIS IS A TYPE C OR TYPE F PROBATIONARY EVALUATION, COMPLETE
STATUS CHANGE FORM (PF#101) AND SUBMIT WITH THIS FORM.

APPROVING AUTHORITY (DEPARTMENT HEAD) COMMENTS:

APPROVING AUTHORITY SIGNATURE: *Rose Gude*   DATE: 5/17/04

### SECTION VI - EMPLOYEE PERFORMANCE REVIEW AND INTERVIEW SESSION

EMPLOYEE COMMENTS ON JOB PERFORMANCE EVALUATION AND INTERVIEW SESSION:

*el corew*

RECEIVED MAY 21 2004 CITY OF DOTHAN PERSONNEL DEPT

DATE OF PERFORMANCE INTERVIEW SESSION: 5/20/04
EMPLOYEE'S SIGNATURE: *Mary Beth Brace*   DATE: 5-20-04
EVALUATING SUPERVISOR SIGNATURE: *Nancy C. Martin*   DATE: 5/20/04

### SECTION VII - TO BE COMPLETED BY PERSONNEL

| TYPE OF NEXT EVALUATION: DATE | | TYPE: | |
|---|---|---|---|
| SCORE | 2.57 | AVERAGE | |
| STATUS CODE | | | |
| REGULAR STATUS EFFECTIVE DATE | | AS400 | mm |

102 REV. 1-99 (8th edition)

DOTHAN/Martin & Brackin 0908
Confidential Subject to Protective Order