

**Reg.III, contd.**  Personnel Rules and Regulations

| Sec. 3-42. MAJOR OFFENSES | First Offense | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|
| Sec. 3-42. (1) Negligent damage to City property or to property of others. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (2) Dangerous horseplay, threatening physical harm to or otherwise endangering others. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (3) Serious violations of safety practices which could have dangerous consequences. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (4) Serious violation of city ordinances, administrative regulations, or department rules which could have dangerous consequences. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (5) Sexual harassment as defined in Personnel Rules and Regulations XI, Sec. 11-80. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (6) Action(s), or lack of action(s) that could endanger the life or health of self or others, that could cause undue financial loss to the City, negligence in carrying out assigned tasks or duties or responsibilities of one's position. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (7) Gambling or unauthorized loaning (loan sharking) of money while on the job. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (8) Sleeping on the job. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (9) Possession of alcoholic beverages with no proof of intention to consume while on the job. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (10) Careless misrepresentation of work records. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (11) Irresponsible use of City credit, purchasing authority. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (12) Delaying or restricting City operations or influencing others to do so. | Final Warning and Suspension | Discharge | | |
| Sec. 3-42. (13) Misconduct, contravention of criminal law, or any disgraceful conduct which reflects unfavorably on the City as an employer or public entity. | Final Warning and Suspension | Discharge | | |

Personnel Rules and Regulations

| | | |
|---|---|---|
| Sec. 3-42. (14)   Insubordination | Final Warning and Suspension | Discharge |
| Sec. 3-42. (15)   Release of confidential or restricted information. | Final Warning and Suspension | Discharge |
| Sec. 3-42. (16)   First time loss of driver's license where driver's license is a requirement for the position in which employed. License must be reinstated within ninety days, otherwise employee will be terminated after due process § 3-43. (20). (PBA 1-13-92, 1-9-95) | Final Warning and Suspension | Discharge |
| Sec. 3-42. (17)   Failure to report for emergency call-out or standby duty in maximum time allowed as specified at Personnel Regulation VIII, § 8-80 (PBA 1-9-95) | Final Warning and Suspension | Discharge |
| Sec. 3-42.(18)   Employees who test positive for alcohol at a level of 0.02 to 0.079 in accordance with Drug and Alcohol Testing Policy, Section I -I.3.b.(1) (PBA 11-10-97) | Final Warning and Suspension | Discharge |
| Sec. 3-42. (19)   Other, explain in detail on Personnel Form #153 the offense(s) committed by the employee. (PBA 1-9-95) | Final Warning and Suspension | Discharge |

Page revised 11-10-97 corrected 12/19/97