

**JUDICIAL DEPARTMENT**
City of Dothan
(334) 615-4142 – Office
(334) 615-4149 – Facsimile

## INTEROFFICE MEMORANDUM

TO: Ms. Mary Beth Brackin
FROM: Rose Evans-Gordon, *Rose Evans Gordon*
Municipal Court Judge
DATE: April 29, 2005
SUBJ: Administrative Leave

Effective immediately, you are being placed on Administrative Leave pending your Determination Hearing and a decision on the same. Please immediately turn in your keys to the Magistrates' Office, Police Department and any copies of those keys.

DOTHAN/Martin & Brackin 0826
Confidential Subject to Protective Order