| FORM JTC-1 REV. 3/97 | ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT | COURT CASE NO. |
|---|---|---|
| | | YEAR    NUMBER |

ALABAMA, COUNTY OF **HOUSTON** | CO# | CITY | TICKET NUMBER **M 553359**

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about

Month **11**  Day **24**  Year **02**  At Approx **14:05**  ☐ AM ☐ PM

TYPE VEHICLE: ☐ Commercial  ☐ Haz-Mat Involved  ☐ Other  ☒ Private

First Name **STEVE D**    Middle/Maiden **ALLEN**    Last **PHILLIPS**

Address **1204**  Street **PROVIDENCE RD**

City **SLOCOMB**  State **AL**  Zip Code **36375**

State **FL**  Driver's License Number **7202932**  Class of License

Sex **M**  Race **W**  DOB **6/8/64**  Social Security Number **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**  Drivers License in Possession ☒ Yes ☐ No

Hgt **5'11**  Wgt **130**  Eyes **GRN**  Hair **BRO**  Vehicle Tag Number **38COS2D**  State **FL**  Year **03**

Vehicle Description **MITS ECLIPSE BLACK**  Owner of Vehicle ☒ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☒ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place at or near **500 S. PARK AVE** within the ☒ city limits or ☐ police jurisdiction of **DOTHAN**, or ☐ within _____ County, at or near the following location _____

in violation of ☐ Section _____ Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☒ Municipal Ordinance No. **62-1** duly adopted and in force at the time the offense was committed, (if applicable) ☒ adopting Section **32-5A-171** Code 1975, more particularly described below.

CHECK THE APPROPRIATE BLOCK(S)

1. ☒ Speeding **56** MPH **40** Speed Limit
2. ☐ Reckless Driving
3. ☐ Driving Without First Obtaining a Driver's License

DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4. ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4. ☐ Under the Influence of Alcohol
5. ☐ Under the Influence of Controlled Substance
7A. ☐ Under the Combined Influence of Alcohol and Controlled Substance
7. ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6. ☐ Failure to Yield Right of Way
☐ Other Violation (Specify) _____

7. ☐ Driving While Revoked
8. ☐ Driving While Suspended
10. ☐ Running Red Light
13. ☐ Improper Equipment (Specify)
14. ☐ Improper Passing
28. ☐ Improper Tag (Specify)
29. ☐ Improper Turn
42. ☐ Overweight Vehicle
61. ☐ Child Restraint Violation
77. ☐ Seat Belt Violation

WORDS RELATING TO THE OFFENSE (Witnesses, etc.) **N. BAND**
☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature _____   Officer ID **434**   Agency ORI **AL 0380100**

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate

☒ Municipal  ☐ District Court  **DOTHAN**   Phone **334 615-4450**

Court Appearance Date **01/07/03**  Time **10:00** ☒ AM ☐ PM   Court Address **210 N. ST. ANDREWS ST DOTHAN AL 36303**

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature _____   Phone ( )

☒ Released on Own Recognizance  ☐ Driver's License Posted in Lieu of Bond

TICKET # M 553359   CASE # 02-011386

**COMPLAINT AND AFFIDAVIT**

INSTRUCTION TO OFFICER:   **PRESS FIRMLY.**   ASK IF MOTORIST'S ADDRESS IS CORRECT ON DRIVER'S LICENSE

DEFENDANT'S EXHIBIT 35

EXHIBIT 4

---

I HEREBY CERTIFY THIS TO BE A TRUE AND ACCURATE COPY OF THE ORIGINAL DOCUMENT.

_____
Notary Public
My Commission Expires: 11/04/2007