# DECISION OF DETERMINATION HEARING
(Personnel Form 155)

| Employee Name | Employee SSN | Department |
|---|---|---|
| Mary Beth Brackin | 100382 | Judicial Department |

| Employee Job Title | Date of Determination Hearing |
|---|---|
| Magistrate | May 2, 2005 |

## Statement of Department Head's Decision

You are hereby notified that after the due process determination hearing and consideration of the charges and possible violations of Personnel Rules and/or the Civil Service Act of Dothan, as amended, I have made the following decision concerning disciplinary action: (*State the decision in the space below*)

Effective at the close of business May 3, 2005 your employment with the City of Dothan is terminated.

DEFENDANT'S EXHIBIT 37

Furthermore, you are hereby advised that if you are dissatisfied with this decision to discipline, you have available to you the procedures for review and/or appeal as provided by the Civil Service Act of Dothan, as amended, and the Personnel Rules and Regulations.

| Signature of Department Head | Date Signed |
|---|---|
| Rose Gordon | 5-03-05 |

## Employee Certification of Receipt of Department Head's Decision and Employee Notice of Appeal Right

I hereby certify I have received a copy of this decision to discipline from my department head or his/her designated representative. I understand that should I wish to appeal my department head's disciplinary decision I must file a written notice with my department head and the Personnel Board within the time period specified in the Personnel Rules and Regulations, Section 3-50, Appeal of Disciplinary Action. Personnel Form #152 – City of Dothan Appeal Form may be used to initiate an appeal of disciplinary action.

| Employee's Signature | Date Signed |
|---|---|
| Mary Beta Brack | 5-03-05 @ 16:29 |

### To be completed by person serving this notice to employee

| Signature of person serving this notice | Date Notice Served | Time Notice Served |
|---|---|---|
| Sgt. [illegible] | 5-03-05 | 16:29 |

Distribution:   ☐ Original to Personnel   ☐ Copy to Department Head   ☐ Copy to Employee

Personnel Form #155 (Revised 2/2001)
\\Nonpubdms\d\Personnel\Personnel Forms\PF#155-Department Head Decision-Determination Hearing.doc

DOTHAN/Martin & Brackin 0819
Confidential Subject to Protective Order

# DUE PROCESS INTERVIEW QUESTIONS TO BE ASKED PRIOR TO DETERMINATION HEARINGS

| Employee Name | Employee SSN | Employee Department |
|---|---|---|
| Mary E. Brackin | 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 | Judicial |

| Employee Job Title | Hearing Time | Date of Hearing |
|---|---|---|
| Magistrate | 2:00PM | 05-02-05 |

**INSTRUCTIONS:** With the tape recorder on and recording, the following questions are to be asked directly of the employee for whom the determination hearing is being held. These questions are to be asked prior to proceeding with the hearing.

| YES | NO | # | Question |
|---|---|---|---|
| ☒ | ☐ | 1. | Do you acknowledge that you were notified at least 24 hours in advance of this determination hearing? |
| ☐ | ☒ | 2. | Do you have any specific questions regarding this procedure? |
| ☒ | ☐ | 3. | Do you understand this is not an adversarial hearing? This means there is no cross examination of witnesses or calling of witnesses to testify? |
| ☒ | ☐ | 4. | Do you understand that you do not have to reply to these charges? |
| ☒ | ☐ | 5. | Do you understand you have the right to reply orally and/or in writing to these charges? |
| ☐ | ☒ | 6. | Do you understand you have had a reasonable opportunity within the past 24 hours to reply in writing or submit sworn affidavits in reply to the charges if you so elected? |
| ☐ | ☒ | 7. | Do you have a written statement or sworn affidavits you wish to submit in response to the charges? |
| ☐ | ☐ | 8. | Do you have any reason at this time why this hearing should not proceed? |

☐ The employee failed to appear for this determination hearing on the date and at the time scheduled.

☒ The employee was present and responded as shown to the above questions.

Signature of Personnel Department Staff: *Martha McLain*

In the space below or on the back of this form, list the name(s), title(s) and reason(s) for the presence of all others present during this hearing.

*Judge Rose Gordon*
*Michelle Sellers, Admin Asst to Judge*
*Ishmael Jaffree, Attorney for Mary Beth Brackin*

CD
Tape No. 2005-02

Public\PF154\REVISED 4/19/94●3/3/95●12/02/98

DOTHAN/Martin & Brackin 0820
Confidential Subject to Protective Order