| | | |
|---|---|---|
| CITY OF DOTHAN | ) | |
| ALABAMA | ) | PERSONNEL BOARD ORDER NO. 05-03 |
| HOUSTON COUNTY | ) | |

**THE PERSONNEL BOARD**
City of Dothan
Dothan, Alabama

---

SUBJECT: Termination Appeal Hearing of Mary Elizabeth Brackin, Magistrate, Judicial Department.

---

Pursuant to the City of Dothan Personnel Rules and Regulations, Regulation III - Disciplinary Policy, Section 3-50 Appeal of Disciplinary Action, the Personnel Board held an appeal hearing for Mary Elizabeth Brackin, Magistrate, Judicial Department. This appeal hearing was held on June 1, 2005 at 1:30 p.m., in the Sakado Room, Dothan Civic Center.

**PERSONNEL BOARD FINDING**

After hearing all testimony and reviewing all records presented during the hearing, the Personnel Board hereby affirms the department head's decision to terminate the employment of Mary Elizabeth Brackin.

Signed this 19th day of August, 2005.

ATTEST:

_____
KAI W. DAVIS
Personnel Director

_____
GARY GRIFFIN, Chairperson

(not present at hearing)
ALAN CLARK, Member

_____
MARY DAVIS, Member

_____
BARBARA SPANN, Member

(not present at hearing)
MIKE WILLIAMS, Member

DEFENDANT'S EXHIBIT 38

DOTHAN/Martin & Brackin 1043
Confidential Subject to Protective Order