CITY OF DOTHAN         )
ALABAMA                )         PERSONNEL BOARD ORDER NO. 07-01
HOUSTON COUNTY         )

THE PERSONNEL BOARD
City of Dothan
Dothan, Alabama



DEFENDANT'S EXHIBIT 39

---

**SUBJECT:** Termination Appeal Hearing of Mary Elizabeth Brackin, Magistrate, Judicial Department on Remand from Alabama Court of Civil Appeals.

---

Pursuant to the instructions from the Alabama Court of Civil Appeals in the matter of City of Dothan v. Mary Beth Brackin on Appeal from Houston County Circuit Court (CV-05-5144) the Personnel Board hereby issues the following order in the matter of the termination of Mary Elizabeth Brackin, Magistrate, Judicial Department.

**PERSONNEL BOARD FINDING**

After reviewing the transcript and records presented during the hearing, the Personnel Board finds sufficient evidence to uphold the charge of insubordination as brought by the department head against Mary Elizabeth Brackin and in accordance with the Personnel Rules and Regulations affirms that this is the second major category offense committed by Ms. Brackin within a twenty-four month period and therefore upholds the department head's decision as sufficient grounds to dismiss Ms. Brackin from employment with the City of Dothan.

Signed this ___8th___ day of ___January___, 2007.

ATTEST:

KAI W. DAVIS
Personnel Director

MIKE WILLIAMS, Chairperson

ALAN CLARK, Member

MARY DAVIS, Member

BARBARA SPANN, Member

EARL TYSON, Member

DOTHAN/Martin & Brackin 1044
Confidential Subject to Protective Order

Page 1 of 1