

**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5055 8000

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PUB, Room 4239
Washington, DC 20530

Ms. Mary E. Brackin
c/o Ishmael Jaffree, Esquire
Attorney at Law
951 Gov't St. Bldg., SCe. 415
Mobile, AL 36604

April 21, 2006



Re: EEOC Charge Against City of Dothan, et al.
    No. 130200506352

Dear Ms. Brackin:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Wan J. Kim
Assistant
Civil    Attorney General
Rights Division

by *Karen J. Ferguson*

Karen L. Fergus*! SuperVisory
Civil Rights Analyst Employment
Litigation Section

cc: Birmingham District Office, EEOC
    City of Dothan, et al.

DOTHAN/Martin & Brackin 0818
Confidential Subject to Protective
Order