
DEFENDANT'S EXHIBIT

MC 03-895 Michael S. McCord

Rickey Stokes called on 3-17-04 & advised me of a ∆ who we have entered under the wrong info. Said he tried to let Laura know of this situation but she said she did not have time. Rickey noticed the discrepancy when he was looking @ a bondsman process that was from us (the court). It had Michael S. McCord's info, not Michael W. McCord's. I recalled the CW on 3-17-04. Judge Gordon called about this matter & said that clerical errors will happen, not to make a ∆ deal about it. She →

told me to "delete" the file before I leave today & "fix it". Paged Nancy before I did this & she said to go ahead & do since the Judge told me to.

Mary Beth Drace