MC 04-1155 (Nr)

Emmanuel Hooks) - arrested on 01-28-05

- Lavera issued 2 aw's for the same
  Case # @ the same time. I did release
  Order on one aw so it would only
  bond on one aw.

- Wrote Judge a note advising her
  of the situation above & signed
  my name.

On 12-01-04, Lt. Cliff Jarrott
issued a memo to Capt. Givens
in ref. to a juvenile being
arrested on an aw issued by
the municipal Court. Judge Gordon
asked me to look into this & let
her, know about it. After
researching this incident, I told the
Judge that Lavera had issued
the warrant on Albert Christopher
Walker, MC 03-2379, dated 2-02-2004

DEFENDANT'S
EXHIBIT
43