During my hearing w/ Personnel, I cited Section 3-10, City of Dothan Personnel Rules, not consistent w/ disciplinary action written on Dept.



DEFENDANT'S EXHIBIT 44