In Jan. 2004 while working downstairs, a gentleman came in & asked to speak to Mary Beth Brackin. I informed him that I was she. He stated that he was falsely arrested & needed to know what to do. He had to post bond & his vehicle was towed. I informed him to procede to the City Clerks Office & tell them that he was falsely arrested & wanted his money back. Did not hear anything else from that until a couple of months later ordering me to report to the Chief's conf. room for another internal investigation.

On the Monday I returned to work from my 10-day suspension, I was demoted to the Guard Office & along w/ Nancy. She informed me that if I didn't want to work there to let her know right then. I was feeling uneasy. Almost like it was a threatening situation. I told her that I enjoyed my job & was very good at it. She then said that I needed to take responsibility for the incident.

