PLAINTIFF'S EXHIBIT 1

July 15, 2004

Judge Rose Gordon
Judicial Department Head
Dothan Municipal Court
Dothan, AL 36303

Judge Gordon,

Circumstances being what they are, I have made a career decision.

Today I am tendering my resignation and giving my 2 weeks notice to vacate my position at the end of July.

My resignation plans have been put into a letter addressed to Nancy as well since she is the Department's mid-level supervisor and Court Administrator.

Yours truly,

*Frances V. Bailey (Fran)*

Frances V. Bailey (Fran)

DOTHAN/Martin & Brackin 5385
CONFIDENTIAL Subject to
Protective Order