# Plaintiff's Exhibit 3

Contains information on municipal court defendants not related to Defendants' Motion and Brief. They are not attached for privacy reasons.