

*Fran*

## OFFICE ASSIGNMENT LIST

1. EUNICE KNIGHT
2. LAVERA MCCLAIN
3. SARAH FOWLER
4. MARIBETH BRACKIN
5. VALERIE SAVAGE
6. MICHELLE BRYAN
7. ANN BAXTER
8. MARY TURNER
9. COURT ADMINISTRATOR
10. NEW MAGISTRATE BEHIND WARRANT DESK
11. CLERKS( LARGE ROOM ACROSS HALL FROM COMPUTER ROOM.



Complaint filed by Rickey Stokes. Nancy called Judge to discuss complaint + what would happen next. Judge laughed + said nothing would be done because Rickey was always causing trouble. She said I should not worry about the complaint.

RJM WASTE EQUIPMENT
120 Allan Street
Easley, SC 29641
864.855.8545
864.855.2628 Fax