
PLAINTIFF'S
EXHIBIT
11

1-7-04

City Clerk

Ms Ann is pulling plw- will send over

On ~~Dec~~ Jan 1, 2004 I was wrongfully arrested on a False warrant, Mary Beth at the Magistrates office can confirm this, she also said that I should see you about getting my Towing Fee reimbursed $158.90 My CRO contact is Harrison Farr 677-1156 he can also confirm This.

Thank you

Theron Fondren
125 Bel Aire Dr
Dothan, AL 36303
791-8415
790-6898
792-0510

please contact me as soon as possible

I have included my Towing Fee Bill

DOTHAN/Martin & Brackin 1300
Confidential Subject to Protective Order