PLAINTIFF'S EXHIBIT 12

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO. YEAR NUMBER

ALABAMA, COUNTY OF: HOUSTON

TICKET NUMBER: M 553359

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about

Month: 11  Day: 24  Year: 02  At Approx: 14:05 PM

TYPE VEHICLE: ☒ Private

First Name: STEVE W
Middle/Maiden: ALLEN
Last: PHILLIPS

Address: 1204
Street: PROVIDENCE RD
City: SLOCOMB
State: AL
Zip Code: 36375

Driver's License Number: 7202932  State: FL

Sex: M  Race: W  DOB: 6/8/64
Social Security Number: 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
Drivers License In Possession: ☒ Yes

Hgt: 5'11  Wgt: 130  Eyes: GRN  Hair: BRO
Vehicle Tag Number: 38C052D  State: FL  Year: 03

Owner of Vehicle: ☒ Driver

Vehicle Description: MITS ECLIPSE BLACK

at or near: 5000 S. PARK AVE
of: DOTHAN
within the ☒ city limits

Municipal Ordinance No. 62-1 adopting Section 32-5A-171

1. ☒ Speeding 56 MPH 40 Speed Limit

Complainant's Signature: N. BOND
Officer ID: 434
Agency ORI: AL0380100

Court: ☒ Municipal — DOTHAN
Phone: 334 615-450
Court Appearance Date: 01/07/03  Time: 10:00 AM
Court Address: 210 N. ST. ANDREWS ST, DOTHAN AL 36303

☒ Released on Own Recognizance

**COMPLAINT AND AFFIDAVIT**

INSTRUCTION TO OFFICER: PRESS FIRMLY. ASK IF MOTORIST'S ADDRESS IS CORRECT ON DRIVER'S LICENSE

I CERTIFY THIS TO BE A TRUE AND ACCURATE COPY OF THE ORIGINAL DOCUMENT.

Notary Public
My Commission Expires: 11/04/2007