| State of Alabama | **PLAINTIFF'S EXHIBIT** | Police Officer's Name | | |
|---|---|---|---|---|

State of Alabama
Unified Judicial System
FORM UTC 3 R

**PLAINTIFF'S EXHIBIT**
**13**

# UTC TRANSMITTAL FORM
# FOR MUNICIPAL COURTS

UTC Control

Page __1__ of __1__ pages

**TO: (Court Name)**

Court Name: City of Dothan Municipal Court    793-0284

Address:    210 N. Saint Andrews Street

Dothan, Alabama  36303

**FROM: (Law Enforcement Name & Address)**

Agency Name: City of Dothan Police Department    793-0100

Address:    210 N. Saint Andrews Street

Dothan, Alabama  36303

| SER | UTC NUMBER | DATE ISSUED | D.L ATTCH | COURT CASE NUMBER (TR) YEAR | NUMBER | REMARKS |
|---|---|---|---|---|---|---|
| M | 5933356 | 11-15-02 | NO | | 13185 | MALY MCBRIDE |
| M | " 357 | 11-24-02 | NO | | 13184 | JANET STEELFGY |
| " | " 358 | " | " | | 13183 | ALEXANDER COZENS |
| " | " 359 | " | " | | -VOID- | STEPHEN PHILPS |
| " | " 360 | 11-26-02 | " | | 13182 | WILLIAM PARK |
| " | " 361 | " | " | | 13180 | BRANDON KIRKLAND |
| " | " 362 | " | " | | 13179 | ALPHONSO COBEY |
| " | " 363 | " | " | | 13178 | DAVID FRAZER |
| " | " 364 | " | " | | 13177 | " " |
| " | " 365 | " | " | | 13175 | BRANDON TERRY |
| " | " 366 | " | " | | 13176 | TODD TERRY |
| " | " 367 | " | " | | 13174 | SUTHOR ROLLINS |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | MONTH | DAY | YEAR |
|---|---|---|---|
| DATE | 1 2 | 0 4 | 0 2 |

**EXHIBIT**
**2**

The above listed traffic tickets are received for court action.

COURT ID:  AL | 0 | 3 | 8 | 0 | 2 | 1 | J

Received by: M. Bush

ginal - Court          Copy - Police Agency