PLAINTIFF'S EXHIBIT 14

GO AHEAD AND READ IT. I WANT YOU TO BE AWARE OF EVERYTHING THAT WE ARE GOING TO ASK YOU QUESTIONS ABOUT. ALL RIGHT. AND THAT'S WHAT WE ARE BASICALLY HERE QUESTIONING.

MB: OK.

KG: AH, THE JUDGE WILL BE THE ONE THAT IS THE COMPLAINANT IN THIS MATTER.

MB: OK.

KG: ARE YOU UNDER THE INFLUENCE OF ALCOHOL OR DRUGS INCLUDING PRESCRIPTION DRUGS?

MB: AH, PRESCRIPTION?

KG: UM HUM.

MB: YES, UM HUM.

KG: OK. THE NAME?

MB: OF THE PRESCRIPTION DRUGS? AH, EXFECEREXON, AH, ESTROTEST.

KG: GO AHEAD I CAN'T SPELL THEM, JUST GO AHEAD AND SAY IT OUT.

MB: OH OK.

KG: WAS THOSE THE ONLY TWO?

MB: YEAH.

KG: OK. ARE YOU CURRENTLY UNDER THE.

MB: NEVER MIND.

KG: OK. ARE YOU CURRENTLY UNDER ANY DOCTOR'S CARE TAKING ANY MEDICATION FOR ANY ILLNESS OR DIESEASE OR DISORDERS?

MB: UM UM, NO.

KG: OK. BASICALLY FROM MY UNDERSTANDING AND THIS IS MY UNDERSTANDING.

MB: OK.

KG: THE JUDGE ASKED FOR AN INVESTIGATION FROM THE CHIEF BECAUSE HE HEADS THE INVESTIGATORS THAT CAN ACTUALLY LOOK INTO SOMETHING AND HAS TIME TO ACTUALLY LOOK INTO IT.

MB: UM HUM, OK.

KG: AH, DONNA SAID THAT SHE'S NOT AN INVESTIGATOR AND SHE BASICALLY WAS NOT IN THE CAPACITY TO CONDUCT AN INVESTIGATION AS WELL AS WE COULD.

MB: UM HUM.

KG: SO FROM MY UNDERSTANDING, THE JUDGE ASKED THE CHIEF AND THEY BOTH TALKED ABOUT IT AND WE ARE BEING USED JUST TO FIND OUT FACTS OK.

MB: OK. ALL RIGHT.

KG: SO AH, SERGEANT COLEMAN IS GOING TO START OFF WITH.

MB: OK.

GC: OK. DO YOU NEED TO ADDRESS THAT DATE AND CHANGE?

KG: YES I'M SORRY.

MB: OH IT IS THE 6TH ISN'T IT. I'M SORRY. DO I NEED TO INITIAL THAT?

GC: PROBABLY, IT WOULDN'T HURT. OK. AH, YOU'VE SEEN THE COMPLAINT OF 9/25/2001, DO YOU REMEMBER WHERE YOU WERE WORKING?

MB: YES, DOWNSTAIRS AT THE MAGISTRATE'S OFFICE.

GC: ALL RIGHT. AND WHAT WERE YOUR DUTIES THERE?

MB: I WAS WORKING THE DOWNSTAIRS OFFICE THAT DAY. AH, WE ARE ASSIGNED DIFFERENT DAYS DOWN THERE AND THAT'S FOR THE PUBLIC TO COME UP AND PAY TRAFFIC TICKETS OR TAKE OUT WARRANTS OR ANYTHING THAT THE PUBLIC NEED ASSISTANCE WITH, IF THEY COME IN THERE, WE ARE TO ASSIST THEM WITH WHATEVER THEY NEED.

GC: OK. DO YOU KNOW A KIMBERLY RAPELJE?

MB: I KNOW OF HER.

GC: OK. HOW DO YOU KNOW HER?

MB: AH, WHEN SHE CAME INTO THE POLICE, AH, I'M SORRY NOT THE POLICE DEPARTMENT, WHEN SHE CAME INTO THE OFFICE THAT DAY, I WAS WORKING THE WINDOW AND I ASKED IF I COULD HELP HER AND SHE SAID THAT SHE WANTED TO APPEAL HER DUI CONVICTION. SO I LOOKED HER NAME UP AND I HAD ASKED HER WHAT HER NAME WAS CAUSE I DIDN'T KNOW HER AND SHE TOLD ME HER NAME. AND THAT'S JUST HOW I KNOW OF HER.

GC: OK.