

# Judicial Department Under Investigation

(2005-03-16)

*Dothan Police Internal Affairs Conducting Investigation*

---

DOTHAN: Unconfirmed - the Dothan Police Department is currently conducting internal affairs investigation into the Judicial Department of the City of Dothan. Unconfirmed information is that Sgt. Keith Gray is conducting the investigation.

NOTE: Gray recently made racial discrimination allegations against the City of Dothan. Confidential sources have indicated some reverse racial discrimination might be on going within the Judicial Department.

Sources have said the investigation is concerning allegations that a ticket was dismissed in exchange for some work to be done on a municipal court employee's residence. When the work was not performed, warrants were issued and the person arrested.

Judge Gordon nor the employee which is under investigation has been asked about this. Dothan Police Chief John Powell was just sworn in on Tuesday afternoon and we have not spoken with him concerning the investigation. Dothan City Manager Mike West is in Washington D.C. this week and we have not contacted him concerning this investigation. However, unnamed sources have confirmed that the investigation is on-going.

The Judicial Department is under the supervision and control of Dothan Municipal Judge Rose Gordon. The department has been the center of problems over the past couple of years. The department has been unable to keep someone as the Municipal Court Administrator for any period of time.

The most recent Municipal Court Administrator was Dothan resident Nancy Martin. She came to the magistrate office from Legal Services. Martin remained in her position for six months and, according to sources, was making very significant progress in the Dothan Magistrate's Office. The office was becoming efficient and organized. When the six months was up, Gordon gave Martin a unsuccessful review and Martin's employment was terminated. Sources have said Gordon's review was that Martin made decision's without consultation and input from Gordon. Some sources say that Martin was putting Gordon's pet employees to work and they were constantly complaining to the Judge, and that is the reason for the bad review and termination.

Keep watching for more articles as the information develops.

DOTHAN/Martin & Brackin 1307
Confidential Subject to Protective Order