STATE OF ALABAMA    )
                    )
COUNTY OF HOUSTON   )

### AFFIDAVIT OF KEVAN KELLY

1. My name is Kevan Kelly. I am over the age of nineteen years. I am employed by the City of Dothan as an Attorney in the City Attorney's office. This Affidavit is based on my personal knowledge and my review of records maintained by the City Attorney's office.

2. On January 7, 2004, the City Clerk forwarded a claim against the City made by Theron Fondren to the City Attorney's office. On January 7, 2004, I requested an investigation to be conducted by the Police Department into the claim made by Mr. Fondren that he was falsely arrested. A copy of my memo requesting this investigation is attached as Exhibit A.

3. The investigation revealed that Mr. Fondren was properly arrested on a valid alias warrant. See Exhibit B. On April 2, 2004, I sent a letter to Mr. Fondren stating that his claim had been denied, which is attached as Exhibit C.

01568051.1

I have read the foregoing affidavit and I swear and affirm under penalty of perjury that it is true to the best of my knowledge and belief.

*KEVAN KELLY*

STATE OF ALABAMA  )
                  )
COUNTY OF HOUSTON )

Sworn to and subscribed before me this 13th day of November, 2007.

_____
Notary Public

My commission expires:_____

LINDA R. JOHNSON
Notary Public, AL State at Large
My Comm. Expires Nov. 17, 2009

# **MEMORANDUM**

**TO**   : John White, Police Chief

**FROM** : D. Kevan Kelly, City Attorney

**DATE** : January 7, 2004

**RE**   : Damage Claim of Theron Fondren

Claimant alleges that on January 1, 2004 he was wrongfully arrested on a false warrant. Claimant is also asking to be reimbursed for a towing fee in the amount of $158.90. Please investigate this matter and report your findings to me. This request is made in anticipation of litigation.

DKK/jm

cc: Larry Muench, General Services

**City Clerk's Department**

# Memo

**To:** City Attorney Len White

**From:** City Clerk Pam McCoy

**Date:** January 7, 2004

**Re:** DAMAGE CLAIM – Theron Fondren

---

Please process the attached claim.

cc: Mark Kight
cc: Larry Muench

1-7-04

City Clerk

*Ms Ann is pulling plow - will send over*

On ~~Jan 1~~ Jan 1, 2004 I was wrongfully arrested on a false warrant. Mary Beth at the Magistrates office can confirm this, she also said that I should see you about getting my Towing Fee reimbursed $158.90 My CRO contact is Harrison Farr 677-1156 he can also confirm This.

Thank you

Theron Fondren
125 Bel Aire Dr
Dothan, AL 36303
791-8415
790-6898
792-0510

please contact me as soon as possible

I have included my Towing Fee Bill

# STORMIN'S
## COM-CHEK
## DAMAGE - FREE TOWING
### EFS

Driver _____ Unit # 53 Invoice No. 28361

3151 E. Hwy. 27
Ozark, Alabama 36360
Telephone (334) 774-7138

105 Race Track Rd.
Dothan, Alabama 36301
(334) 671-5500

Driver's Name: Theron Joseph Fondre   Date: 2-2-04
Location: Interstate & Federal ST
Problem W/Vehicle: _____    Tow To: 105 RT Rd
Company: _____    Bill To: Retail
Address: 744 R CR 69   City: Hartford   State: AL
Zip: 36344  Phone: 791-6415   Odometer: 175491
Truck #: _____  Swap #: _____  Trailer #: _____
Year: 85  Make: Volvo  Model: _____GL  Color: Green
VIN #: 4V4AX8850F1656142  License #: 281785T  St: FL

| | Start | Finish | Rate | Total |
|---|---|---|---|---|
| Local/Hookup Fee | | | @ | 95.00 |
| Mileage | 5-3=2 | | @ 7.50 | 15 |
| Trailer Additional | | | @ | |
| Swapout Additional | | | @ | |
| Recovery/Winch | | | @ | |
| Additional Persons | | | @ | |
| Cleanup Roadway | | | @ | |
| Standby Time | | | @ | |
| Additional Equipment | | | @ | |
| Air Cushion Recovery | | | @ | |
| Storage Fee | 1-1-04 | 2 | @ 24.00 | 48.00 |

Notes: APL 6352046
pd cash

Tarp Fee: _____
Wknd/Night Addl: _____
Fuel Surcharge: _____
Paid Out: _____
Admin. Fee: _____
Dolly Charge: _____
Sub-Total: 158.90
Discount: _____
TOTAL: 158.90

P.O. #: _____

**Security Agreement**
All accounts are due and payable upon receipt and are considered delinquent after 30 days. All accounts past due will be charged a default charge of 1-1/2% per month on the past due balance. This transaction constitutes the entire agreement between buyer and seller and the signature of the buyer shows acknowledgment of same. Buyer agrees to pay all costs of collection, including a reasonable attorney fee under the Constitution and laws of the State of Alabama and any state of the Union. Buyer personally guarantees payment of debt. Buyer agrees that vehicle was checked for any towing or recovery damage and by same has determined damage free and in satisfactory condition. Buyer grants to the seller a security interest in the above merchandise until the indebtedness, including finance charges, is paid in full. Until payment in full has been made, Buyer agrees that; 1. Seller shall retain title to said merchandise; 2. Buyer will have the risk of loss or damage; 3. Buyer agrees that Stormin's Inc. will hold an express lien on any vehicle towed or recovered and will not demand release of said vehicle until all towing, recovery and storage charges are paid in full. 4. Buyer will not sell, transfer possession or remove or encumber above merchandise without seller's written consent; 5. If Buyer defaults in the payment of any installment, Seller may declare the entire balance due and payable and Seller may at its option take back the merchandise or affirm the sale and hold Buyer liable for the unpaid balance, including any reasonable attorney fees or collection charges permitted by law; 6. The Seller shall have all rights, options and duties under the Uniform Commercial Code of the state. Security interest in the goods herein described shall terminate as the unpaid balance for them are paid.

Accepted By _____ Date _____   **THANK YOU**

Mail all correspondence to 3151 E. Hwy. 27, Ozark, AL 36360, Telephone 334-774-7138.

# Dothan Police Department

## M E M O R A N D U M

FROM      :   Police Chief John C. White

TO        :   City Attorney Len White

DATE      :   March 30, 2004

SUBJECT   :   *CLAIM OF THERON FONDREN*

Attached is the complete investigative report on the Claim filed by Theron Fondren. If you need any further information concerning this claim, please do not hesitate to contact me at 615-3601.

JOHN C. WHITE
Chief of Police

sl

# Dothan Police Department

# MEMORANDUM

**FROM** : Sergeant Gary S. Coleman

**TO** : Chief John C. White

**DATE** : March 24, 2004

**SUBJECT** : Theron Fondren - Damage Claim



Sir,

On 01/15/2004 I received a damage claim forwarded from Assistant City Attorney Kevan Kelley's office for investigation. This claim was filed by Mr. Theron Fondren for the reimbursement of $185.90 towing fee that he incurred during his arrest on 01/01/2004 on a two-year old alias warrant. Mr. Fondren also claims that he was falsely arrested.

The facts of this incident are as follows:

    On 11/08/2001 Dothan Police Officer Chris Judah arrested Mr. Theron Fondren at 190 Festival Drive (fairgrounds) for public intoxication. Fondren was allowed to bond and given a court date of 11/26/2002. He was sentenced to complete a court referral program by 05/20/2002. On that date he was found not to be in compliance with the program and a motion was filed to revoke him and a new court date of 08/12/2002 was given. Mr. Fondren failed to appear on 08/12/2002 and an alias warrant for his arrest was then issued by Judge Rose Gordon.

Theron Fondren - Damage Claim
March 24, 2004
Page 2 of 2

    The court referral program records show that Fondren completed the program on 12/17/2002, five months after the alias warrant was issued. On 01/01/2004 Mr. Fondren was arrested by Office Shane Ash on a traffic stop. Only after his arrest on the alias warrant did Mr. Fondren submit his court referral completion paperwork to the court on 01/08/2004. All records show that Fondren was arrested on a valid alias warrant.

_Sergeant Gary S. Coleman_
Sergeant Gary S. Coleman
Internal Affairs Division

GSC/pd

**F. Lenton White**
City Attorney

**D. Kevan Kelly**
Assistant City Attorney

**Ashton Holmes Ott**
Assistant City Attorney

# The City of Dothan
Legal Department
Suite 313
City Hall Building
126 North St. Andrews Street
Post Office Box 2128
Dothan, Alabama 36302



Telephone
(334) 615-3130

Fax No.
(334) 615-3139

April 2, 2004

Mr. Theron Fondren
125 Bel Aire Drive
Dothan, AL 36303

Re:   Damage Claim

Dear Mr. Fondren:

    An investigation into your claim dated January 7, 2004 has been completed. The investigation reveals that you were arrested on or about June 1, 2004 on a valid warrant. The investigation found no negligence on the part of the City of Dothan, its officers or employees. Therefore, your claim has been denied.

Yours truly,

D. Kevan Kelly
Assistant City Attorney

DKK/jm