STATE OF ALABAMA )
)
COUNTY OF HOUSTON )

### AFFIDAVIT OF MICHELLE SELLERS SMITH

1. My name is Michelle Sellers Smith. I am over the age of nineteen years. This affidavit is based on my personal knowledge and a review of documents maintained in the Judicial Department in the normal course of business.

2. I am a Caucasian and am employed by the City of Dothan as Municipal Court Administrator. Prior to being promoted to Municipal Court Administrator, I was employed as Administrative Assistant to Judge Rose Evans Gordon. I have also served as Acting Court Clerk for the Judicial Department for the City of Dothan.

3. On March 10, 2005, I attended a meeting with Judge Gordon and the Magistrates, with the exception of Mary Turner, who had been placed on administrative leave. Judge Gordon informed the Magistrates that an internal investigation was being conducted by the Dothan Police Department and that the Magistrates were not to have contact with Mary Turner while the investigation was pending.

4. Judge Gordon and I removed active case files from Ms. Turner's office and reassigned them to other Magistrates. All Magistrates were instructed not to enter Ms. Turner's office. The Magistrates were told by Judge Gordon that the Police Department would be conducting an inquiry and they were to respond truthfully to questions asked by the investigating officers. The Judge also instructed Magistrates not to discuss the matter while the investigation was ongoing.

01568066.1

I have read the foregoing affidavit and I swear and affirm under penalty of perjury that it is true to the best of my knowledge and belief.

*Michelle Sellers Smith*
MICHELLE SELLERS SMITH

STATE OF ALABAMA   )
                   )
COUNTY OF HOUSTON  )

Sworn to and subscribed before me this 13th day of November, 2007.

*Jennifer Metzger*
Notary Public

My commission expires: JENNIFER METZGER
Notary Public, AL State at Large
My Comm. Expires Aug. 23, 2008