# Statement

# Of

# Patricia Phelps

DOTHAN/Martin & Brackin 1444
CONFIDENTIAL Subject to
Protective Order

KG:    THIS IS SGT. GRAY. THE DATE IS GOING TO BE MARCH THE 8TH OF 2004. THE
       TIME'S GONNA BE 10:51 A.M. I'M PRESENTLY ON THE PHONE WITH UH MRS.
       PATRICIA PHELPS, THE MOTHER OF BRADLEY THOMAS PHELPS. THIS IN
       REFERENCE TO AH A CASE WHERE BRADLEY RECEIVED A AH TICKET FROM AH SGT.
       WESTBERRY WITH THE DOTHAN POLICE DEPARTMENT AND AH ALLEGATIONS THAT
       THERE WAS SOME TYPE OF AH IMPROPRIETY DEALING WITH AH A MAGISTRATE WITH
       THE AH CITY OF DOTHAN COURT SYSTEM, MUNICIPAL COURT SYSTEM. AH, MRS.
       PHELPS, WOULD YOU STATE YOUR FULL NAME, PLEASE?
PP:    PATRICIA ANN THOMAS PHELPS.

KG:    UH, WOULD GIVE ME YOUR ADDRESS ONCE AGAIN?
PP:    856 D HODGES ROAD, COTTONWOOD ALABAMA.

KG:    OKAY. AND YOUR HOME PHONE NUMBER?
PP:    IT'S UH 678-8475.

KG:    OKAY. WHAT I WOULD LIKE TO DO IS UH INITIALLY AH ASK YOU JUST TO GIVE
       ME A BRIEF AH OVERVIEW OF AHM WHAT YOU KNOW TO BE A TRANSACTION THAT AH
       ACTUALLY TOOK PLACE REGARDING BRADLEY RECEIVING A TICKET WHICH WAS ON
       APRIL THE 14TH OF 2003, AND ANYTHING DEALING WITH THE PROCESS OF THAT
       TICKET.
PP:    OKAY. AT THE TIME WHEN HE GOT THE TICKET HE WAS EMPLOYED BY VITAL
       SIGNS, WHICH WAS AH MARY TURNER'S HUSBAND, KEVIN TURNER. I WAS TOLD
       THAT KEVIN'S WIFE, WHICH WAS MARY TURNER, WAS ONE OF THE MAGISTRATES,
       IN THE MAGISTRATES OFFICE. THEY WERE GOING OUT OF TOWN ON A JOB AND I
       SAID WELL YOU HAVE, YOU KNOW, YOU'VE GOT TO (UNINT) THOSE TICKET. WE
       WERE TALKING ABOUT IT. AND I WAS TOLD SHE WAS GONNA TAKE CARE OF THE
       TICKET, WHICH I ASSUMED SHE WAS GONNA PAY THE TICKET.

KG:    AND YOU WERE TOLD THAT BY WHO?
PP:    BRADLEY AND KEVIN.

KG:    OKAY.
PP:    AND, SO, THAT WAS, YET I DID CALL AND TO SEE IF BRADLEY WAS ON THE
       DOCKET FOR THE DAY OF THE TICKET, FOR THE DAY OF THE COURT DATE AND
       THEY SAID NO, HIS NAME WASN'T THERE, SO I ASSUMED WELL THE TICKET WAS
       TAKEN CARE OF.

KG:    OKAY, AND THAT WAS ON THE COURT DATE THAT APPEARED AT THE BOTTOM OF THE
       TICKET?
PP:    YEAH.

KG:    UMKAY.
PP:    I MEAN I DON'T KNOW WHAT THAT DATE WAS. IT'S BEEN A YEAR AND A HALF
       AGO.

KG:    UMKAY.
PP:    BUT UH, SO I THOUGHT NO MORE OF IT, NOT ONCE. AND AROUND, AROUND AND
       ABOUT THE 4TH OF JULY BECAUSE WE HAD, WELL THE FIRST PART OF JULY MY
       HUSBAND AND BRADLEY HAD WENT DOWN AND WORKED ON A ROOF FOR MARY TURNER.

KG:    UM, HM.
PP:    TO HELP HER OUT ON HER RENTAL PROPERTY. WELL THEY, WHAT THEY DID WAS
       PUT A TARP OVER IT. THIS IS WHAT THEY TOLD ME. THEY PUT A TARP UP
       THERE AND PUT BRICKS ON IT JUST TO KEEP, CAUSE WE WERE HAVING A LOT OF
       BAD RAIN, AND TOLD HER THEY'D BE BACK TO FIX IT WHEN IT DRIED UP. WELL

DOTHAN/Martin & Brackin 1445
CONFIDENTIAL Subject to
Protective Order

THE NEXT WEEKEND SHE WANTED 'EM BACK DOWN THERE AND THAT WAS RIGHT AROUND THE 4TH OF JULY BECAUSE I WAS HAVING MY GRANDDAUGHTER'S BIRTHDAY.

KG:   RIGHT.
PP:   AND BRADLEY WAS DOING SOMETHING ELSE.  WELL SHE CALLED HERE AND WANTED ME AT FIRST I WAS INVOLVED IN THIS BIRTHDAY PARTY SO...

KG:   WHEN YOU SAY SHE GO AHEAD AND SAY
PP:   AH, MARY TURNER.

KG:   UMKAY.
PP:   HAD CALLED HERE WANTING ME.  I TOLD 'EM TO TAKE A MESSAGE THAT I WAS INVOLVED IN A BIRTHDAY PARTY.  WELL I FORGOT ABOUT CALLING HER BACK AND SHE CALLED ME BACK WANTING BRADLEY.  AND I TOLD HER HE WAS NOT HERE SO SHE SAID WELL, THAT'S FINE, GIVE HIM A MESSAGE.  HE NEEDS TO GET HERE AND DO THIS ROOF OR ELSE.  I SAID OKAY.  I'LL TELL HIM.  WELL MY HUSBAND GETS A PHONE CALL FROM HER LATER ON AND HE'S STANDING THERE GOING, WHAT, WHAT, WHAT, I MEAN, SO HE GOT OFF THE PHONE.  HE SAID HER WORDS TO HIM WAS TELL BRADLEY THAT TICKET WILL RESURFACE.  I'M LIKE WHAT?

KG:   AND THAT'S WHAT YOUR HUSBAND SAID THAT SHE SAID?
PP:   YES.

KG:   HE WAS JUST REFERRING, RELAYING THAT INFORMATION TO YOU?
PP:   RIGHT.

KG:   UMKAY.
PP:   WHICH, SO SHE TOLD HIM THAT, THEN BRADLEY TOLD ME HE WENT DOWN THERE AND SAW HER.  AND AH

KG:   DO YOU KNOW ABOUT WHEN THAT
PP:   IT WAS ALL AROUND THE FIRST PART OF JULY.

KG:   OKAY.  WAS THAT AFTER THE 4TH OF JULY?
PP:   YES.

KG:   UMKAY.
PP:   HE WENT UP THERE AND TALKED TO HER AND TRIED TO TELL, YOU KNOW, MY DAD'S CHECKED ON THE ROOF, THE TARP'S FINE, AND SHE TOLD HIM THE SAME THING.  AND YOUR TICKET WILL RESURFACE.

KG:   AND THAT'S WHAT BRADLEY TOLD YOU?
PP:   YES.  YES,

KG:   UMKAY.
PP:   SO I, I'M LIKE OKAY, WHAT TICKET?  CAUSE I'M STILL TRYING TO FIGURE OUT WHAT TICKET SHE'S TALKING ABOUT.

KG:   UM, HM.
PP:   CAUSE I'M THINKING HE'S GOTTEN ANOTHER TICKET AND HADN'T TOLD ME OR SOMETHING.  YOU KNOW, AND, BUT THEN THE WORD RESURFACE, SO WHEN HE COME IN HE THEN TOLD ME WHAT SHE'D SAID.  HE SAID SHE SAID SHE'S GONNA BRING THAT TICKET BACK UP.  I SAID SHE CAN'T, WAIT A MINUTE.  WASN'T THE TICKET PAID?  I GUESS THAT WAS MY UNDERSTANDING.

KG:   RIGHT.

DOTHAN/Martin & Brackin 1446
CONFIDENTIAL Subject to
Protective Order

PP:  AND HE SAID I DON'T KNOW, MOM, I DON'T KNOW.  WELL I DIDN'T HEAR ANY
     MORE OUT OF IT SO I THOUGHT YOU KNOW SHE WAS JUST MAD, SHE'S ANGRY, SO,
     SHE WAS JUST RUNNING HER MOUTH, AND THAT'S WHAT I SAID, I SAID AH JUST
     WORRY ABOUT IT THEN, YOU KNOW, SHE'S UPSET, SHE'S JUST MAD.  I CAN'T
     REMEMBER WHETHER I ACTUALLY TO SPOKE TO HER BECAUSE WE'VE TALKED ABOUT
     THIS FOR SO LONG NOW.  I DON'T KNOW IF I REALLY TALKED TO MARY
     PERSONALLY.  I DO KNOW THAT THEY BOTH DID.  CAUSE I KEPT SAYING WAS
     GONNA CALL HER AND I DO', TO BE HONEST I DON'T KNOW IF I EVER REALLY
     DID.

KG:  OKAY, SO THE FIRST CONVERSATION YOU TOLD ME THAT YOU HAD WITH HER
     YOU'RE NOT SURE IF YOU HAD THAT ONE?
PP:  WELL NO, I, I'M SAYING I'M NOT SURE IF SHE SAID IT EXACTLY YOU KNOW
     THAT THE TICKET'S GONNA RESURFACE.  SHE SAID TELL HIM SOMETHING ABOUT
     THE TICKET.

KG:  UM, HM.
PP:  SO I DIDN'T, CAUSE I DON'T THINK I HEARD THE WORD RESURFACE UNTIL MY
     HUSBAND SAID RESURFACE.

KG:  RIGHT.
PP:  RIGHT.  SO I THINK ALL SHE SAID TO ME WAS REMIND HIM ABOUT THE TICKET.
     OR TELL HIM ABOUT THE TICKET, CAUSE I'M TRYING TO MAKE SURE.  I MEAN I
     DON'T WANTA

KG:  RIGHT.
PP:  SAY THINGS SHE DIDN'T SAY.

KG:  RIGHT.
PP:  YOU KNOW, SO I THINK THE FIRST TIME I HEAD THE WORD RESURFACE WAS WHEN
     MY HUSBAND TALKED TO HER.

KG:  OKAY, SO, EXCUSE ME YOU'RE SAYING THE WORD RESURFACE, YOU'RE NOT SURE
PP:  RIGHT.

KG:  IF SHE'S THE ONE THAT ACTUALLY SAID, BUT YOU'RE NOT SAYING THAT YOU
     CAN'T REMEMBER TALKING TO HER.
PP:  NO, I REMEMBER TALKING TO HER.

KG:  OKAY.
PP:  YOU KNOW CAUSE SHE DID TELL ME THE WORD TICKET.

KG:  UM, HM.
PP:  JUST TELL HIM THAT.  YOU KNOW, BUT I DON'T KNOW IF SHE SAID RESURFACE.

KG:  UMKAY.
PP:  UNTO', BECAUSE I GOT ANGRY WHEN I, WHEN HE SAID RESURFACE AND I'M LIKE
     WHAT IS SHE TALKING ABOUT.

KG:  OKAY.  SO ONCE AGAIN JUST TO MAKE SURE I HAVE IT CLEAR.
PP:  RIGHT.

KG:  SAY THE STATEMENT THAT YOU BELIEVE THAT YOU REMEMBER HER TELLING YOU.
PP:  WELL, SHE WAS ANGRY AND SHE TOLD ME JUST REMIND BRADLEY ABOUT THE
     TICKET.

KG:  UMKAY.

DOTHAN/Martin & Brackin 1447
CONFIDENTIAL Subject to
Protective Order

PP:   I THINK THAT'S WHAT SHE SAID TO ME.  WE'VE JUST DISCUSSED THIS SO MUCH
      IT'S

KG:   I UNDERSTAND.
PP:   YEAH.

KG:   AH, LET ME ASK YOU
PP:   OKAY.

KG:   ONE OR TWO QUESTIONS HERE.  YOU SAID THE NAME KEVIN EARLIER.  WHO IS
      KEVIN?
PP:   THAT IS THE MAGIS', MARY TURNER'S HUSBAND.

KG:   OKAY.
PP:   THAT'S KEVIN TURNER.

KG:   UMKAY.
PP:   HE WAS THE OWNER OF VITAL SIGNS WHO EMPLOYED BRADLEY.

KG:   HOW DID HE AH, AH BEGIN THAT EMPLOYMENT WITH BRADLEY?
PP:   HOW?

KG:   HOW DID THAT HAPPEN?
PP:   OH MY GOD, BRADLEY'S WORKED FOR HIM FOR QUITE A WHILE.  I DON'T EVEN
      KNOW HOW HE FOUND THE JOB.

KG:   DO YOU KNOW WHEN THEY FIRST BEGAN WORKING?
PP:   UH, BRADLEY WAS PROBABLY 17.

KG:   UMKAY, SO BRADLEY HAD BEEN WORKING WITH UH KEVIN SINCE BEFORE THIS ROOF
      INCIDENT.
PP:   OH, YEAH WAY BEFORE.

KG:   OKAY.  AND HOW WAS THE UH COMPENSATION FOR THE ROOF SUPPOSED TO BE
      PAID?
PP:   (UNINT)

KG:   WHAT WAS THE COMPENSATION SUPPOSED TO BE FOR?
PP:   SHE WAS, SHE DID SAY THAT SHE WOULD PAY THEM TO DO THE JOB.  THEY NEVER
      REALLY DISCUSSED AN AMOUNT BECAUSE OF THE FACT BRADLEY HAS KNOWN THEM
      FOR SO LONG.  HE WAS TRYING TO HELP HER OUT.

KG:   UM, HM.
PP:   YOU KNOW AND MY HUSBAND WENT DOWN THERE AND MY HUSBAND, HE EVEN STOPPED
      AFTER WORK A COUPLA DAYS AND MADE SURE THAT THE TARP WAS STILL THERE.
      YOU KNOW, SO I DON'T REALLY KNOW EXACTLY WHAT WENT DOWN AS FAR AS
      PAYMENT.

KG:   UM, HM.
PP:   I MEAN YOU'D HAVE TO ASK THEM.

KG:   UMKAY.
PP:   I MEAN, I KNOW THAT MY HUSBAND SAID THEY DIDN'T EVEN DISCUSS PAYMENT.
      SHE JUST SAID I WILL, I'LL PAY YOU IF YOU'LL FIX IT BUT THEY DIDN'T
      DISCUSS AN AMOUNT.  THEY WERE JUST WORRIED ABOUT GETTING THE WATER
      STOPPED FROM COMING IN THE HOUSE.

DOTHAN/Martin & Brackin 1448
CONFIDENTIAL Subject to
Protective Order

KG:  RIGHT AND HOW DID THIS, UH, YOU SAID IT WAS YOUR UNDERSTANDING THAT UH
     THE TICKET WAS PAID.
PP:  RIGHT.

KG:  HOW DID YOU COME TO THAT CONCLUSION?
PP:  BECAUSE BRADLEY WAS SUPPOSED TO BE GOING OUT OF TOWN OR DOING A JOB OR
     SOMETHING WITH KEVIN AND KEVIN SAID THE TICKET WA', I SAID YOU GOT,
     WHAT ABOUT THIS TICKET?  WE NEED TO GET THIS TICKET TAKEN CARE OF.  YOU
     KNOW CAUSE I FIGURED I WAS GONE HAVE TO GO TO COURT WITH THEM TO PLEAD
     YOUTHFUL OFFENDER.

KG:  UM, HM.
PP:  AND KEVIN SAID MARY'S GONNA TAKE CARE OF THE TICKET.  BECAUSE IT WAS
     AFTER THIS ALL CAME BACK UP, I KEPT THINKING, YOU KNOW HE REALLY DIDN'T
     SAY SHE'S GONNA PAY IT, HE SAID SHE'S GONNA TAKE CARE OF IT.

KG:  UMKAY.  WELL, SHE SAID THAT SHE WAS GOING TO PAY HIM FOR THE ROOF BUT
     IT NEEDED TO BE DONE, BUT IT NEEDED TO BE REPAIRED.
PP:  RIGHT.

KG:  AH KEVIN, I GUESS I'M LOOKING AT TWO DIFFERENT THINGS HERE.  AT WHAT
     POINT DID KEVIN GET INCARCERATED DURING THIS ROOF JOB?
PP:  OH, HE WAS INCARCERATED BEFORE THE ROOF JOB.

KG:  OKAY.
PP:  THIS MARCH HE'S BEEN INCARCERATED FOR ONE YEAR.

KG:  OKAY.  OKAY.  SO
PP:  AND BRADLEY HAD DONE OTHER THINGS FOR HER SINCE KEVIN'S BEEN
     INCARCERATED LIKE HE WENT DOWN AND BUSH HOGGED, YOU KNOW AND JUST, JUST
     TRYING TO HELP HER.

KG:  UM, HM. AND THIS WAS EVEN BEFORE THE TICKET AS WELL?
PP:  YES, WELL BEFORE THE TICKET RESURFACED.

KG:  I MEAN BEFORE THE ISSUING OF THE TICKET PERIOD?
PP:  OH, BEFORE THE ISSUING OF THE TICKET?

KG:  RIGHT.
PP:  YES, HE HAD WORKED FOR KEVIN QUITE A WHILE BEFORE HE GOT THE TICKET.

KG:  OKAY, BUT IN, IN, IN MY MIND SINCE HE, KEVIN'S BEEN INCARCERATED FOR
     ABOUT A YEAR
PP:  RIGHT.

KG:  AH, THE TICKET OCCURRED IN APRIL OF 03.
PP:  RIGHT.

KG:  AND NEXT MONTH WILL BE APRIL OF 04.  SO KEVIN
PP:  GOT INCARCERATED IN MARCH OF 04.

KG:  MARCH OF 03?
PP:  04.

KG:  OH, OH, I'M SORRY, I'M SORRY, OKAY, I SEE, THIS IS TWO YEARS.
PP:  YES.

DOTHAN/Martin & Brackin 1449
CONFIDENTIAL Subject to
Protective Order

KG:   ALMOST.
PP:   YES, YES. THAT'S WHY I SAID IT'S SO HARD TO REMEMBER.

KG:   OKAY. OKAY. SO IN, IN APRIL OF 03, KEVIN WAS NOT INCARCERATED.
PP:   NO. HE WAS STILL THERE.

KG:   OKAY AND KEVIN WAS WORKING I MEAN YOUR SON WAS WORKING WITH KEVIN PRIOR
      TO THIS TICKET.
PP:   RIGHT.

KG:   AND HE WAS BEING COMPENSATED MONETARILY FOR HIS WORK?
PP:   YES.

KG:   OKAY, AND AT, WHY DID, DO YOU KNOW WHY MRS. TURNER ASKED BRADLEY
      DIRECTLY TO REPAIR THE ROOF INSTEAD OF ASKING KEVIN?
PP:   WELL KEVIN WAS INCARCERATED IN JULY NOW LAST YEAR.

KG:   OH, OKAY.
PP:   HE WAS, HE WAS INCARCERATED AS OF MARCH OF LAST YEAR.

KG:   RIGHT, BUT I'M SAYING BETWEEN APRIL OF 03 AND MARCH OF 04 KEVIN WAS NOT
      INCARCERATED.
PP:   RIGHT.

KG:   SO WHY, DO YOU KNOW WHY MRS. TURNER WAS DEALING SPECIFICALLY WITH
      BRADLEY WHEN HER HUSBAND WAS STILL OUT AND BRADLEY
PP:   WELL THE ROOF DIDN'T START LEAKING UNTIL JUNE

KG:   OF?
PP:   OF LAST YEAR. IN JUNE OR JULY THE ROOF STARTED LEAKING. IT WAS JULY
      THAT BRADLEY WENT DOWN THERE AND WORKED, HIM AND MY HUSBAND, BUT KEVIN
      HAD BEEN INCARCERATED IN MARCH AND WHEN WE STARTED GETTING ALL THE RAIN
      SHE NOTICED THE RENTAL HOUSE LEAKING, SO HE WAS ALREADY GONE.

KG:   UMKAY. I'VE GOT YOU. I JUST NEED TO WRITE THIS KINDA DOWN SO I CAN
PP:   (UNINT) MY HUSBAND'S REALLY BAD WITH DATES. SEE.
      I JUST KNOW BECAUSE SOMEBODY HAD SAID YESTERDAY THAT YESTERDAY WAS ONE
      YEAR THAT HE'S BEEN PICKED UP.

KG:   OKAY. SO, MARCH OF 04 WE HAVE KEVIN INCARCERATED?
PP:   UH HUH.

KG:   BUT BRADLEY RECEIVED THE TICKET IN APRIL OF 03.
PP:   03, YES.

KG:   SO,
PP:   AND WE WERE UNDER THE ASSUMPTION THAT THE TICKET WAS PAID IN 03.

KG:   OKAY. AND HOW WERE YOU UNDER THAT ASSUMPTION? THAT'S WHAT I'M
      TRYING TO
PP:   BECAUSE KEVIN SAID MARY WAS TAKING CARE OF THE TICKET, AND I DID CALL
      TO THE MAGISTRATE'S OFFICE AND TOLD BRADLEY WAS NOT EVEN ON THE DOCKET
      FOR COURT, THAT THERE WAS NO TICKET, BECAUSE I WANTED TO MAKE SURE THAT
      HE WASN'T GONNA BE IN TROUBLE.

KG:   RIGHT.

DOTHAN/Martin & Brackin 1450
CONFIDENTIAL Subject to
Protective Order

PP: YET, WELL I KNEW THAT, I MEAN THAT FOUR TEENAGERS I HAVE AT THAT TIME AND I KNEW THAT TO PLEAD YOUTHFUL OFFENDER I NEEDED TO BE THERE.

KG: AND WHO DID YOU SPEAK TO AT THE MAGISTRATES OFFICE?
PP: I, I CAN NOT TELL YOU.

KG: UMKAY, BUT THAT WAS SHORTLY AROUND RIGHT BEFORE THE COURT DATE?
PP: YES.

KG: UMKAY, AND IT WASN'T ON THE
PP: THEY SAID THAT THERE WAS, THEY DIDN'T PULL ANYTHING UP.

KG: UMKAY.
PP: I SAID OKAY, AND YOU'RE SURE.

KG: UM, HM.
PP: AND AT THAT POINT IN TIME I PROBABLY DID WRITE THEIR NAME DOWN.

KG: RIGHT.
PP: USUALLY WHEN I TALK TO SOMEBODY AND IT'S LEGAL OR SOMETHING I WRITE IT DOWN BUT IT'S BEEN ALMOST TWO YEARS. I THOUGHT IT WAS OVER.

KG: UMKAY. AND SO SINCE AH THE MARCH OF 04 KEVIN WAS INCARCERATED THEN AND THE ROOF START LEAKING IN JUNE OR JULY OF 04
PP: UM, HM.

KG: SHE AH SPOKE DIRECTLY WITH BRADLEY BECAUSE HE HAD BEEN DOING OTHER WORK SINCE AH
PP: RIGHT.

KG: AH KEVIN HAD BEEN INCARCERATED.
PP: SEE, KEVIN COULD HAVE EVEN, I MEAN YOU'LL FIND OUT MORE WITH BRADLEY. KEVIN COULD HAVE CALLED HIM COLLECT AND ASKED HIM TO, TO TALK TO MARY ABOUT THE JOB, BECAUSE HE STILL KEPT IN TOUCH WITH BRAD. CAUSE BRADLEY DID A FEW JOBS HERE AND THERE THAT THEY WERE IN THE MIDDLE OF WHEN, AFTER HE GOT INCARCERATED.

KG: UMKAY.
PP: BUT I, YOU KNOW SHE CALLED HERE SEVERAL TIMES FOR BRAD.

KG: UMKAY. ALL RIGHT. I DO BELIEVE I HAVE,
PP: YOU KNOW AND WE NEVER GOT ANY KIND OF A NOTICE OR ANYTHING THAT HE HAD MORE COURT DATES COMING, NOTHING.

KG: RIGHT.
PP: NOTHING.

KG: ALL RIGHT.
PP: UNTIL THE NEXT THING WE KNEW AFTER SHE HAD MADE THAT COMMENT HE GOT ARRESTED. I GET A PHONE CALL AND HE'S BEEN ARRESTED FOR FAILURE TO APPEAR IN COURT. AND HE'S LIKE WHAT? SO WE SENT HIS FRIEND DOWN TO GET HIM, GOT HIM OUT OF JAIL AND EVERYTHING AND THEN WENT IN DECEMBER TO GO RENEW HIS LICENSE AND WAS TOLD YOUR LICENSE ARE SUSPENDED.

KG: UM, HM.
PP: AND WE DIDN'T HAVE A CLUE ABOUT ANYTHING THAT WAS GOING ON.

DOTHAN/Martin & Brackin 1451
CONFIDENTIAL Subject to
Protective Order

KG: RIGHT.
PP: I MEAN I'M (INAUDIBLE)  AROUND

KG: UM, HM.  UMKAY.  I BELIEVE I HAVE THE GIST OF WHAT'S GOING ON HERE.
PP: OKAY.

KG: AND UH, I'LL AH,
PP: I MEAN, I LOOKED AT, BUT I SAW THE FILE

KG: UM, HM.
PP: WHEN WE LEFT THE COURT THE FIRST TIME, AH HIS LAWYER SHOWED ME THE
    FILE.  AND IT KEPT SAYING CONTINUANCE, CONTINUANCE, CONTINUANCE,

KG: UM, HM.
PP: AND THEN WELL HOW DO YOU GET A CONTINUANCE IF YOU'VE NEVER BEEN TO
    COURT?  YOU KNOW THAT'S WHEN I WAS GETTING UPSET.  I WENT WAIT A
    MINUTE, YOU KNOW CAUSE I DID SEE THE FILE.

KG: RIGHT.
PP: THAT THEY HAD PULLED UP AND I THOUGHT WAIT A MINUTE.  HOW, HE COULDN'T
    GET A CONTINUANCE ON THAT.  HE WAS ONLY 17 AND HE SHOULDN'T HAVE EVEN
    BEEN IN COURT TO BEGIN WITH WITHOUT ME.

KG: UM, HM
PP: AND SO, BUT THAT'S WHEN I WAS, I MEAN STARTED GETTING INVOLVED WHEN
    MORE SO ONCE HE GOT ARRESTED.

KG: RIGHT.  WELL LET ME END THE CONVERSATION (UNINT)
PP: OKAY.

KG: AND IS THERE ANYTHING ELSE YOU'D LIKE TO ADD I HAVEN'T ASKED YOU ABOUT?
PP: NO, I CAN'T THINK OF ANYTHING.

KG: UMKAY.  THIS IS GONNA BE THE END OF STATEMENT.  TIME IS 1106 A.M.

DOTHAN/Martin & Brackin 1452
CONFIDENTIAL Subject to
Protective Order