# Statement

# Of

# Robert Phelps

DOTHAN/Martin & Brackin 1468
CONFIDENTIAL Subject to
Protective Order

THIS IS SERGEANT GRAY THE DATE IS MARCH THE 9TH OF 2005.  THE TIME IS 7:56 P.M.  I AM ON THE TELEPHONE WITH MR. ROBERT PHELPS, THE FATHER OF STEVEN PHELPS AND BRADLEY PHELPS.

KG: UM, MR. PHELPS, WOULD YOU STATE YOUR FULL NAME PLEASE?
RP: ROBERT J. PHELPS.

KG: YOUR HOME ADDRESS?
RP: AH, 856 D HODGES.

KG: AND IS THAT IN DOTHAN OR..?
RP: COTTONWOOD.

KG: OKAY. WHAT I WANT TO DO IS, UM, IS, AND YOU'RE AWARE THAT THIS PHONE IS BEING, YOUR CONVERSATION IS BEING RECORDED?
RP: YES, SIR.

KG: OKAY.  IF YOU WOULD, UM, WE'RE, I'M GONNA TALK SPECIFICALLY ABOUT YOUR SON BRADLEY'S TRAFFIC CITATION AND, UM, AH, THE COMPLAINT HE HAS IN REFERENCE TO, AH, MRS. MARY TURNER, A MUNICIPAL COURT MAGISTRATE.  COULD YOU, UM, TELL ME WHEN YOU WERE FIRST MADE AWARE THAT, UM, BRADLEY HAD RECEIVED A TRA, TRAFFIC TICKET.
RP: OH, MAN, IT..YOU KNOW, YOU ALWAYS HEAR ABOUT THE KIDS GETTING TICKETS ALL THE TIME, YOU KNOW, WAY BACK, YOU KNOW, THEY AIN'T HAD NOT TICKETS IN A LONG TIME, YOU KNOW..

KG: RIGHT.
RP: ..BUT, AH, OTHER THAN THAT, YOU KNOW.

KG: WAS IT RIGHT AROUND THE TIME THAT HE DID RECEIVE THE TICKET?
RP: OH, YEAH.

KG: THAT YOU HEARD ABOUT?
RP: YEAH.

KG: THAT WAS ON APRIL THE 14TH OF 2003 IS WHEN HE RECEIVED THE TICKET.
RP: OH, IT WAS, YEAH, ROUND THERE SOME TIME..I, ONE OF'EM GETS A SEATBELT TICKET HERE AND ONE GOT SOMETHING ELSE, YOU KNOW, I JUST HEAR ABOUT AND I SAID, "WELL, YOU BETTER MAKE SURE YOU GOT MONEY TO PAY FOR YOUR TICKET", YOU KNOW.

KG: OKAY.  WELL TELL ME ABOUT, UM, WERE YOU AWARE THAT, UM, YOUR SON WAS WORKING FOR, UM, UM, KEVIN TURNER?
RP: OH, YEAH THEY WERE PUTTING UP SIGNS.

KG: OKAY.  AND THEN, UM, I UNDERSTAND KEVIN WAS INCARCERATED ABOUT A YEAR AGO AND, UM, THEN BRADLEY, UM, AND YOURSELF DID SOME WORK FOR MRS. TURNER?
RP: RIGHT, YOU KNOW..

KG: DID YOU, DID, JUST TELL ME HOW THAT CAME TO BE.
RP: WELL, I GUESS BRADLEY BECOME FRIENDS WITH HER OR SOMETHING, YOU

DOTHAN/Martin & Brackin 1469
CONFIDENTIAL Subject to
Protective Order

KNOW, WORKING WITH HER HUSBAND, YOU KNOW, AND ANY, ANYTIME SHE NEEDED SOMETHING DONE, YOU KNOW, BRAD, SHE WOULD CALL BRADLEY AND BRADLEY WOULD GET OVER THERE WHEN HE COULD, YOU KNOW, AND DO WHATEVER SHE NEEDED DONE, I GUESS.

KG: OKAY.
RP: YOU KNOW.

KG: AND WHEN, TELL ME ABOUT HOW THE, THE ROOF JOB CAME UP.
RP: WELL, SHE GOT A LITTLE, AH, TRAILER BEHIND THE SHOP THERE, I GUESS, IT'S GOT AN ADDITION ON IT AND IT, AND, AND UP ON THE ROOF THERE IT WAS, YOU COULD SEE ALL THE WOOD ON THE SIDE WAS ALL ROTTED AWAY AND THE WATER WAS GOING DOWN INSIDE, BETWEEN THE ADDITION AND THE TRAILER AND IT WAS, AND SHE, AND SHE JUST HAD NEW CARPET IN THERE AND SHE, AND WANTED US TO SEE IF WE COULD FIX IT. WELL, I TOLD BRADLEY, I SAID, "AH, WE CAN FIX IT, BUT I CAN'T RIGHT NOW WE AIN'T GOT TIME.", YOU KNOW, THIS AND THAT, YOU KNOW?

KG: UM, HM.
RP: AND I SAID, "WELL, LET'S RUN TO LOWE'S AND GET A TARP AND PUT OVER THERE TO PREVENT ANY MORE WATER FROM GOING IN THERE UNTIL WE GET A CHANCE, MAYBE NEXT WEEKEND OR WEEKEND AFTER", YOU KNOW, AND WE TOLD HER, YOU KNOW, THAT WE'D GET BACK AS QUICK AS WE COULD, YOU KNOW, TO FIX THE ROOF.

KG: UM, HM.
RP: AND, AND THAT WAS ALRIGHT, YOU KNOW,..

KG: ALRIGHT.
RP: ..AND THEN, AND THE NEXT WEEKEND COME AND THAT WAS THE FOURTH OF JULY AND NO THAT WEREN'T ALRIGHT NO MORE..(LAUGHING)

KG: RIGHT.
RP: ..AND SHE, SHE GOT MAD.

KG: TELL ME ABOUT THAT.
RP: AND, AH, WELL I WAS HOME HERE, I WAS FIXING BARBEQUE, GETTING THE GRILL READY, AND THE PHONE WAS RINGING, AND, AH, SHE WANTED BRADLEY AND I, AND I TOLD HER BRADLEY AIN'T HERE, I DON'T KNOW, BRADLEY WENT TO PICK UP FRIENDS OR SOMETHING, I CAN'T REMEMBER WHAT IT WAS..

KG: UM, HM.
RP: ..BUT SHE JUST SAID, "WELL, YOU TELL HIM TO FORGET ABOUT THE ROOF HERE, I'M GONNA GET SOMEBODY ELSE AND TELL HIM A SPEEDING TICKET IS GONNA REAPPEAR."

KG: OKAY.
RP: I SAID, "OH, BOY", AND I, I DIDN'T WANTA MAKE HER NO MAD 'CAUSE, YOU KNOW, YOU, YOU DON'T WANT THINGS LIKE THAT TO COME YOUR SON, YOUR KIDS, OR ANYTHING, YOU KNOW.

KG: RIGHT.
RP: SO, I SAID, I TOLD BRADLEY, I SAID, "WELL, WE CAN'T GO OVER

DOTHAN/Martin & Brackin 1470
CONFIDENTIAL Subject to Protective Order

> THERE RIGHT NOW, WE GOT THIS BARBEQUE GOING AND THEN THIS AND THAT YOU KNOW, AND I SAID, "CALL HER AND SEE IF SHE'LL LET US COME BACK THERE TOMORROW OR SOMETHING," YOU KNOW, AND, AND THEN THERE WEREN'T NO DEAL, NUH, UH.

KG: OKAY. SO, YOU WENT WITH HIM TO, UM, HELP DO THE REPAIRS OR SHOW HIM HOW TO DO THE REPAIRS?
RP: RIGHT, WE WENT UP THERE AND DID, WE WENT TO LOWE'S AND GOT A TARP PUT OVER IT AND EVERYTHING AND TOLD HER WE'D BE BACK, I TOLD HIM WHAT, WHAT HAD TO BE DONE AND THIS AND THAT, BUT, AND THAT'S AS FAR AS IT GOT.

KG: AND THAT WAS A WEEK PRIOR TO THE FOURTH OF JULY?
RP: RIGHT.

KG: OKAY. AND SHE CALLED ON OR AROUND THE FOURTH OF JULY?
RP: SHE, SHE CALLED WHAT?

KG: ON OR AROUND THAT..
RP: OH, YEAH. IT, SEEMED LIKE IT WAS THE WEEKEND OF THE FOURTH OF JULY WHEN SHE SAID TO FORGET IT AND SHE TOLD, TOLD ME TO TELL BRADLEY THERE, HIS SPEEDING TICKET WAS GONNA REAPPEAR AND THAT WAS LIKE A YEAR AGO ALMOST.

KG: RIGHT.
RP: AND I SAID, "HOW COULD SHE DO THAT?"

KG: RIGHT. UM, DID SHE SEEM LIKE SHE WAS UPSET? I THINK SHE WAS..
RP: OH, YEAH.

KG: UM, HMM.
RP: 'CAUSE SHE WANTED ME TO DROP WHAT WE WERE DOING, YOU KNOW, AND DO, AND, AND, AND DO, AND DO, AND DO THAT JOB, YOU KNOW.

KG: RIGHT. DID BRADLEY EVER TELL YOU HOW SHE WAS GOING TO COMPENSATE HIM FOR THAT JOB?
RP: I HAVEN'T THE FAINTEST IDEA.

KG: OKAY. SO YOU (UNINTELLIGIBLE), EVEN THOUGH YOU WERE HELPING HIM?
RP: YEAH, I WAS JUST HELPING HIM.

KG: OKAY. OKAY.
RP: YOU KNOW, IT WAS JUST A LITTLE TINY JOB, YOU KNOW.

KG: UM, HM.
RP: WASN'T MUCH TO IT.

KG: RIGHT. OKAY.
RP: BUT, BUT SHE JUST COULDN'T WAIT, AND THEN SHE JUST GOT KINDA SORE I GUESS.

KG: OKAY, BUT SHE DID TELL YOU THAT THE TICKET WAS GOING TO REAPPEAR?
RP: SHE SURE DID, SHE TOLD MY WIFE AND ME.

DOTHAN/Martin & Brackin 1471
CONFIDENTIAL Subject to Protective Order

KG: OKAY.
RP: TWO DIFFERENT OCCASIONS. SHE WAS CALLING HERE CONSTANTLY, SAYING IT. AND I DON'T WHY ONE, ONE TIME WASN'T GOOD ENOUGH, YOU KNOW.

KG: RIGHT.
RP: BUT, I GUESS SHE WANTED TO MAKE SURE SHE GOT HER POINT ACROSS.

KG: OKAY.
RP: (CHUCKLING)

KG: OKAY, MR. PHELPS IS THERE ANYTHING ELSE YOU'D LIKE TO ADD ABOUT THIS SITUATION MAYBE I HAVEN'T ASKED YOU DEALING DIRECTLY WITH, UM, FIRSTHAND KNOWLEDGE THAT YOU HAVE?
RP: NO, NOT THAT I KNOW OF, I MEAN, I'D, I'D JUST LIKE TO GET THIS THING TAKEN CARE OF MAN, AND GET IT BEHIND US.

KG: OKAY. WELL LET ME END THE TAPE RECORDING IF YOU'LL JUST HOLD ON FOR ONE MOMENT.
RP: ALRIGHT.

KG: THIS IS GONNA BE THE END OF THE STATEMENT, THE TIME IS 8:02 P.M.

DOTHAN/Martin & Brackin 1472
CONFIDENTIAL Subject to Protective Order