Grand Jury No. 020    Case No. CC-05-1495

## INDICTMENT

The State of Alabama }  CIRCUIT COURT
Houston County        TWENTIETH JUDICIAL
                      JULY TERM, 2005

### COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, MARY LEON TURNER whose name is otherwise unknown to the Grand Jury, did knowing that she lacked the authority to do so, she intentionally destroyed, mutilated, concealed, removed or otherwise substantially impaired the verity or availability of a government record to-wit: an Alabama Uniform Traffic Ticket and Complaint issued to Bradley Thomas Phelps, in violation of 13A-10-12 of the Code of Alabama, against the peace and dignity of the State of Alabama.

*State of Alabama, Houston County*
*I Carla Woodall, Clerk of The Circuit, Hereby*
*certify that this is a true and correct copy of*
*Indictment*
*filed in this Court on MARY LEON TURNER*
*This the 14 day of November, 2007*

*Carla Woodall*
Circuit Clerk

Douglas Albert Valeska
District Attorney

THE STATE OF ALABAMA
Houston County

THE CIRCUIT COURT
Twentieth Judicial Circuit

THE STATE
vs.
MARY LEON TURNER

Witnesses for Agency No. 0105003193
ERIC DUHAIME, DOTHAN P.D., DOTHAN, AL 36301
MIKE ETRESS, POLICE DEPT, DOTHAN, AL 36301
JUDGE ROSE GORDON, C/O DPD, DOTHAN, AL 36303
KALIA LANE, 367 S ST ANDREWS, DOTHAN, AL 36301
LAVERA MCCLAIN, POLICE DEPT, DOTHAN, AL 36301
DANIEL OLIVER, 1125 W COOK RD, DOTHAN, AL 36301
ASHTON OTT, POLICE DEPT, DOTHAN, AL 36301
BOBBY PHELPS, 856 D HODGE RD, COTTONWOOD, AL 36320
BRADLEY PHELPS, 856 D HODGE RD, COTTONWOOD, AL 36320
PATRICIA PHELPS, 856 D HODGE RD, COTTONWOOD, AL 36320

Charges: 1. TAMPERING WITH GOVERNMENTAL RECORDS

#20

## A TRUE BILL

_____
Foreman of the Grand Jury

Presented to the presiding Judge in open court foreman of the Grand Jury, in the presence of __17__ Grand Jurors and filed in open court by order of the court on this the __16th__ day of __Aug.__, 20__05__.

_Judy Byrd_
CLERK

## INDICTMENT

NO PROSECUTOR

Upon the arrest of Defendant let him be admitted to bail on giving bond in the sum of

$10,000

_____ Dollars

With security to be approved by the Sheriff.

_Lawson Little_

Judge Presiding