# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NANCY MARTIN** and, **MARY BETH BRACKIN** | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) **CIVIL ACTION NO. 1:05 CV-1172-F** |
| **CITY OF DOTHAN** and **JUDGE ROSE EVANS-GORDON**, in Her Individual capacity, | ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF ORIGINAL DECLARATIONS

I hereby certify that I have in my possession the original declarations, bearing the original signature, of Kai Davis, Kevan Kelly, Michelle Sellers Smith and Judge Rose Evans-Gordon, which was filed as evidence in support of Defendants' Motion for Summary Judgment in the above-styled matter on November 16, 2007.

Respectfully submitted,

/s/Carol Sue Nelson
Carol Sue Nelson
Attorney for Defendants

**OF COUNSEL:**
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1000
(205) 254-1999 (Fax)

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on November 16, 2007 electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the foregoing on counsel of record by mailing a copy in the United States Mail, with proper postage thereon, addressed as follows:

Ishmael Jaffree, Esq.
951 Government Street
Suite 415
Mobile, Alabama 36604
(251)694-9090

                                                /s/Carol Sue Nelson
                                                of counsel