**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

November 19, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Nancy Martin, et al v. City of Dothan, et al.**
**Case Number: 1:05-cv-1172-MEF**

**Pleading : #69 - First Motion for Partial Summary Judgment**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 11/16/2007 without Exhibit 12 attached.**

**The pdf document for Exhibit 12 is attached to this notice.**