IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 1:05-cv-1172-MEF |
| | ) |
| CITY OF DOTHAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before Defendants' Motion to Seal (Doc. # 76), filed November 20, 2007. This motion requests that certain documents be filed under seal. The motion represents that both parties consent to the motion. However, the motion does not address the public's right of access to judicial records. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589 (1978); *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304 (11th Cir. 2001); *Estate of Martin Luther King, Jr., Inc. v. CBS, Inc.*, 184 F. Supp. 2d 1353 (N.D. Ga. 2002).

In light of the foregoing authorities, and the Court's review of the submission filed under seal in this case, it is hereby ORDERED that Defendants file a memorandum of law on or before December 14, 2007, as to why the Motion to Seal should be granted. Defendants should cite legal precedent and make specific legal arguments as to why the requested documents should be filed under seal.

DONE this the 30th day of November, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE