IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN, *et al.,* ) | |
| ) | |
|    Plaintiffs, ) | |
| v. ) | CASE NO. 1:05-cv-1172-MEF |
| ) | |
| CITY OF DOTHAN, *et al.,* ) | |
| ) | |
|    Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Enlarge the Time in Which to Respond to Defendants' Motion for Summary Judgment (Doc. #79) filed on December 4, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this 5th day of December, 2007.

                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE