IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:05-cv-1172-MEF |
| ) | |
| CITY OF DOTHAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motion to Strike (Doc. #81) filed on December 12, 2007, it is hereby

ORDERED that the plaintiffs show cause in writing on or before December 20, 2007 as to why the motion should not be granted.

DONE this the 13th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE