PLAINTIFF'S EXHIBIT 11

EX "5"

1-7-04

City Clerk

Ms Ann is pulling plw — will send over now

On ~~Jan 28~~ Jan 1, 2004 I was wrongfully arrested on a False warrant, Mary Beth at the Magistrates office can confirm this, she also said that I should see you about getting my Towing Fee reimbursed $158.90  My CRO contact is Harrison Farr 677-1156 he can also confirm This.

Theron Fondren
125 Bel Aire Dr
Dothan, AL 36303
791-8415
790-6898
792-0510

Thank you
[signature]

please contact me as soon as possible

I have included my Towing Fee Bill

DOTHAN/Martin & Beachin 1300
Confidential Subject to Protective Order