# The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III - DISCIPLINARY POLICY*

| SECTION III - EMPLOYEE INFORMATION ||||
|---|---|---|---|
| Employee Name<br>Mary Beth Brackin | Employee ID Number<br>100382 | Hire Date<br>05/01/1992 | Department<br>Judicial |
| Employee Job Title<br>Magistrate || Counseling Supervisor Name & Job Title<br>Rose Evans-Gordon, Municipal Judge ||

### SECTION IV - OFFENSE AND TYPE OF ACTION

Check (√) Category and Offense, Circle (O) Rule Number(s) violated

☐ MINOR CATEGORY  ☐ 1st Offense  ☐ 2nd Offense  ☐ 3rd Offense  ☐ 4th Offense
Violation of Rule: Section 3-41.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18

☑ MAJOR CATEGORY  ☐ 1st Offense  ☑ 2nd Offense
Violation of Rule: Section 3-42.   1  2  3  4  5  (6)  7  8  9  10  11  12  13  (14)  15  16  17  18  19

☐ INTOLERABLE CATEGORY  ☐ 1st Offense
Violation of Rule: Section 3-43.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20

Check (√) Type of Disciplinary Action For This Offense
☐ FORMAL COUNSELING    ☐ WRITTEN WARNING    ☐ FINAL WRITTEN WARNING

### SECTION V - DETAILS OF THIS DISCIPLINARY ACTION REPORT

In the space below or on additional sheets provide detailed documentation of the rule(s) violated to include dates and the specific actions of the employee. Include details of recommendations for corrective action and consequence of future violations.

Police Department investigation has revealed that you, Ms Mary Beth Brackin, violated the <u>City of Dothan Personnel Rules and Regulations Section 3-42(14)</u> insubordination; in that you willfully by your own admission disobeyed a directive from your Department Head to refrain from any contact with Ms. Mary Turner during the Police Department investigation of Ms. Turner. You admittedly understood this directive and chose to disregard it by calling Ms. Turner. This is a major offense.

Investigation by the Dothan Police Department has revealed that you, Ms. Mary Beth Brackin, violated the <u>City of Dothan Personnel Rules and Regulations Section 3-42.(6)</u> negligence in carrying out assigned tasks or duties or responsibilities of one's position in that you failed to account for a uniform traffic citation issued by a Dothan Police Officer and which you affirmed receipt of in accordance with guidelines issued by the Alabama Administrative Office of Courts and usual and customary practice of the Dothan City Magistrates' Office. This is a major offense.

The above offenses constitute the second major offense within a twenty-four month period and as such incur the possibility of dismissal.

| Supervisor Signature | Date signed | Department Head Signature<br>*Rose B Xxxxx* | Date Signed<br>4/29/05 |
|---|---|---|---|

I acknowledge I was counseled or warned in reference to the rule violation(s) cited above. I understand my signature on this form acknowledges the counseling or warning took place for the reasons given. I understand my signature does not mean I agree or disagree with the statements documented on this form. I also understand I may provide a written explanation of the offense for which the counseling or warning report has been issued and attach this written statement to this form. I understand this Personnel Form #147 and any attachments will be forwarded to the Personnel Department and become a part of my permanent employment record.

EMPLOYEE SIGNATURE:_____    Date Signed:_____

Distribution:  ☐ ORIGINAL to Personnel Department    ☐ COPY to Employee    ☐ COPY to Department Head

PERSONNEL FORM #147 (rev. 7/2003)
A:\marybethbrackinpd147 042805.doc                                                                                            PAGE 2 OF 2 PAGES