EX "15"



# The City Of Dothan Municipal Court



Honorable Rose Evans-Gordon
Municipal Judgte

Nancy Martin
Municipal Court Administrator

*March 17, 2005*

*On or about March 10, 2005 at approximately 1100 hours I met with the staff of the Magistrates' Office in the presence of Michelle Sellers. All employees were present except Ms. Mary Turner, who was on administrative leave at the time. I instructed these employees to strictly refrain from any contact with Ms. Turner while the internal investigation conducted by the Dothan Police Department was underway. I further instructed that no discussion with anyone regarding this matter was to take place. I made no mention of what the allegations might be, nor did I mention any investigator by name, saying merely that investigators from the Police Department would be conducting the inquiry and that the employees of my department were to respond truthfully to any questions put to them by the investigating officer(s).*

*Michelle and I removed case files for open Municipal Court cases from Ms. Turner's office so that Court operations could continue smoothly. These files were then assigned to other magistrates for processing. All employees were instructed not to enter Ms. Turner's office for any reason.*

*Rose Evans-Gordon,*
*Municipal Judge*

Post Office Box 2128
Dothan, Alabama 36302-2128
(334) 615-4150
(334) 615-4142
Fax (334) 615-4149

**DOTHAN/Martin & Brackin 1306**
**Confidential Subject to Protective Order**