# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and, ) | |
| MARY BETH BRACKIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-1172-MEF |
| ) | |
| CITY OF DOTHAN and JUDGE ) | |
| ROSE EVANS-GORDON, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION TO PERMIT THEM TO SUPPLEMENT THE EXHIBITS AND OTHER DOCUMENTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs' move this Court to permit them to supplement the exhibits and other documents submitted with their brief in opposition to Defendants' Motion For Summary Judgment. As reasons why this request is being made Plaintiffs would show that in sending their opposition brief today they were experiencing severe internet signal loss to the point that they were fearful that they would submit their response within the time ordered by this Court. To avoid missing the deadline due to the length of time it took the documents to load and the signal loss problem it was decided to submit, with permission, the lettered exhibits and depositions as a separate down load package.

Respectfully submitted, this 13th day of December 2007..

        s/Ishmael Jaffree_____
ISHMAEL JAFFREE ( IXJ 1791)
800 Downtowner Blvd. Ste 106 B
Mobile Alabama 36609
251-694-9090 ishjaff@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Theodore P. Bell
Carol Sue Nelson
Audrey Dupont
Maynard Cooper & Gale
1901 Sixth Avenue North
Birmingham Alabama 35203-2618

        /s/Ishmael Jaffree
Ishmael Jaffree