# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

8

N S g H ^

! o
! i
! o

33

. . 1 1
*

| | PERIOD COVERED | | |
|---|---|---|---|
| NAME | DUE IN PERSONNEL | TYPE | STATUS CODE |
| «CCi_AIN        LAVEHA      S | Q6-01-2QO4 | G | CA |
| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) | |
| 102562 | .JUDICIAL   DEPARTMENT | | |
| JOB TITLE | HIRE DATE | STATUS DATE | ANN DATE |
| OO01O    MAGISTRATE | OS-OS- 1988 | G5-O4&-2OO1  € T | 06./-25 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANC
ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EAC

RATING SCALE:  1 = UNSATISFACTORY    2 = SATISFACTORY    3 = EXCEPTIONAL

## SECTION I

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | CHECK APPROPRIATE RATING | | |
|---|---|---|---|
| TASK 1: COMMENTS *Accounts for receipts + money received for tgtexoq. costo well. Forgets sometimes to turn in money* | 1 | 2 ☒ | 3 |
| TASK 2: COMMENTS *Ocassionally does warrants at windows Does FTA FTP + FTC warrants. Needs to pay closer attention to detail on these + be sure to close all index* [~] -^ | 1 | 2 ☒ | 3 |
| ^7^/&i&kA./te&0  '« | | | |
| TASK 3: COMMENTS *N/A* | 1 | 2 | 3 |
| TASK 4: COMMENTS *Does not process CRO evaluations in timely manner, but does assist public, agencies, + most other employees w/info about court. Answers phones.* | 1 | 2 ☒ | 3 |
| TASK 5: COMMENTS *Sometimes approves appearance bonds. Schedules court dates for CRO defendants.* | 1 | 2 ☒ | 3 |
| TASK 6: COMMENTS *N/A* | 1 | 2 | 3 |
| TASK 7: COMMENTS *Only when working in fines room or Judge asks for her assistance.* | 1 | 2 ☒ | 3 |
| TASK 8: COMMENTS *N/A* | 1 | 2 | 3 |
| TASK 9: COMMENTS *Doesn't always process in timely manner.* | 1 | 2 ☒ | 3 |
| TASK 10: COMMENTS *Follows most office procedures.* | 1 | 2 ☒ | 3 |

| NUMBER OF TASKS RATED ON: 7 | TOTAL RATING SECTION I 14 |
|---|---|

TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

PF 102 REV. 1-99 (8lh edition)

**DOTHAN/Martin & Brackin 3724**
**CONFIDENTIAL Subject to**
**Protective Order**

*RATING OF UNSATISFACTORY OR EXCEPTIONAL*

| | | 1 | 2 | 3 |
|---|---|---|---|---|
| **1. QUALITY OF WORK** COMMENTS: *Numerous AW's sent to RD without being signed. Many mistakes on AW's. Enters events in computer w/out having paperwork in.* Continued below | | ☒ | ☐ | ☐ |
| **2. INITIATIVE** COMMENTS: | | ☐ | ☒ | ☐ |
| **3. COOPERATION** COMMENTS: *Cooperates with me & some of the other magistrates & clerk, but not all. Would like to see more cooperation with everyone.* | | ☐ | ☒ | ☐ |
| **4. SAFETY CONSCIOUSNESS** COMMENTS: ~~~~ | | ☐ | ☒ | ☒ |
| **5. QUANTITY OF WORK** COMMENTS: *Works slowly & holds paperwork in her office much too long. Needs to process paperwork quicker.* | | ☐ | ☒ | ☐ |
| **6. JOB KNOWLEGE** COMMENTS: *Has knowledge of job duties, but is not properly trained on computer program.* | | ☐ | ☒ | ☐ |
| **7. DEPENDABILITY** COMMENTS: *Punctual & usually takes little time off unless necessary.* | | ☐ | ☐ | ☒ |
| **8. DEALING WITH THE PUBLIC** COMMENTS: *Has made improvement. Needs to continue making it.* | | ☐ | ☒ | ☐ |

| *RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE* ▶: | 8 | *RECORD TOTAL RA^WG FOR SECTION II HERE* ▶: | 17 |
|---|---|---|---|

**RATING SCALE: 1 = UNSATISFACTORY    2 = SATISFACTORY    3 = EXCEPTIONAL**

*SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR*

**TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.**

|  | **RATING** | **TASKS** |
|---|---|---|
| *SECTION I* | | |
| *SECTION II* + | **i** | **15** |
| *TOTAL* | | **TOTAL SCORE** |

*HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD.*

**1.00 - 1.99 UNSATISFACTORY    2.00 - 2.99 SATISFACTORY    3.00 EXCEPTIONAL**

*JSE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OF) SECTION II OR TO DOCUMENT SEPARATE RATINGS.*

*1. (cont'd) hand. Doesn't close all orders issuing AW's. Needs to pay more*

&K. g£Wg£>t£&'t- tit-felt-
?^&&
attention

*-102 REV. 1-99 (Bill edition)*

DOROTHEA LEWIS 9725
CONFIDENTIAL Subject to
Protective Order

*Lavera's evaluation was very hard to prepare because she is a great person & is very knowledgeable; however, her work pace, attention to detail, ability to get along with all staff, ability to get along with public, bondsmen, etc.; is lacking. I would like for Lavera to put forth more effort to resolve these matters as well as help me. So we can all work as a team.*

*Nancy C. Martin*

DATE 5/28/04

REVIEWER'S COMMENTS: *We value Lavera's ethic and hard work on the*

w£4j£ dtbtxQi&u. UJ faM£&&t

**EVALUATING SUPERVISOR**

SECTION IV - REVIEWING DIVISION HfcAD OR N£XT HIGHER REVIEWING SUPERVISORY LEVEL.

*Office*

**REVIEWER'S
SIGNATURE** *Gordon*                DATE *7/8/04*

SECTION V - APPROVING AUTHORITY COMPLETES THIS SECTION <u>BEFORE</u> THE EVALUATING SUPERVISOR ^-CONDUCTS THE PERFORMANCE INTERVIEW SESSION WITH THE EMPLOYEE.

**ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGE) REQUESTED BY APPROVING AUTHORITY.** .,

   IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?       YES *L4*  NO D
   **IF NO, EXPLAIN FULLY BY ATTACHING ADDITIONAL SUPPORTING
   DOCUMENTATION. IF YES, AND THIS IS A TYPE C OR TYPE F PROBATIONARY
   EVALUATION, COMPLETE A STATUS CHANGE FORM (PF#101)AND SUBMIT WITH
   THIS FORM.**

**APPROVING AUTHORITY (DEPARTMENT HEAD) COMMENTS:**

**APPROVING AUTHORITY**                                    **DATE**
**SIGNATURE**

SECTION VI - EMPLOYEE PERFORMANCE REVIEW AND INTERVIEW SESSION

**EMPLOYEE COMMENTS ON JOB PERFORMANCE EVALUATION AND INTERVIEW SESSION:**

**DATE OF PERFORMANCE INTERVIEW SESSION**  *1/6/04*

| | | | |
|---|---|---|---|
| EMPLOYEE'S SIGNATURE | *Debra McClain* | DATE | *7-6-04* |
| EVALUATING SUPERVISOR SIGNATURE | *Nancy C. Martin* | DATE | *7/6/04* |

SECTION VII - TO BE COMPLETED BY PERSONNE

**3ATE / TYPE OF NEXT EVALUATION:**
DATE                                                                    **TYPE:**

                                    **SCORE**                           **AVERAGE**

                        **STATUS CODE**

        **REGULAR STATUS EFFECTIVE**                                    **AS400**
        **DATE**

**102 REV. 1-99 (8tn edition)**

DOTHAN/Martin & Brackin 3727
CONFIDENTIAL Subject to
Protective Order