# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM

*Copy*

| NAME | PERIOD COVERED DUE IN PERSONNEL | TYPE | STATUS CODE |
|---|---|---|---|
| MARTIN   NANCY   C | 04-19-2004 | A | CB |

| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) |
|---|---|---|
| 104631 | JUDICIAL DEPARTMENT | |

| JOB TITLE | HIRE DATE | STATUS DATE | ANN DATE |
|---|---|---|---|
| 00013  MUNICIPAL COURT ADMINISTRATOR | 01-16-2004 | | 01/16 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EACH TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

RATING SCALE: 1 = UNSATISFACTORY    2 = SATISFACTORY    3 = EXCEPTIONAL

## SECTION I

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | 1 | 2 | 3 |
|---|---|---|---|
| TASK 1: COMMENTS  As much as she is able to given the problems w/ the new computer system Nancy has oversees Municipal Court operations | | X | |
| TASK 2: COMMENTS | | X | |
| TASK 3: COMMENTS  Nancy manages and oversees the personnel situations and addressing the problems | | | X |
| TASK 4: COMMENTS  Monitor magistrates and clerks employment and | | | |
| TASK 5: COMMENTS  Assist public outside agencies and department employees w/ | | X | |
| TASK 6: COMMENTS  Monitors employees who appear appear | | | |
| TASK 7: COMMENTS | | | |
| TASK 8: COMMENTS  Assist Municipal Judge w/ all Municipal court activities | | X | |
| TASK 9: COMMENTS | | | |
| TASK 10: COMMENTS | | | |

NUMBER OF TASKS RATED ON: 5          TOTAL RATING SECTION I: 11

PF 102 REV. 1-99 (8th edition)

# SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR

RATE EMPLOYEE BY CHECKING APPROPRIATE RATING (1 - 3) ON EACH FACTOR BELOW. COMMENTS MUST ACCOMPANY EACH RATING OF UNSATISFACTORY OR EXCEPTIONAL.

RATING SCALE: 1 = UNSATISFACTORY   2 = SATISFACTORY   3 = EXCEPTIONAL

1. **QUALITY OF WORK**
   COMMENTS: So far Nancy's quality of work has been excellent — [3] ☒
   
2. **INITIATIVE**
   COMMENTS: Nancy has shown initiative instituting new policies where needed. — [3] ☒

3. **COOPERATION**
   COMMENTS: Nancy has been very cooperative with [staff]. — [3] ☒

4. **SAFETY CONSCIOUSNESS**
   COMMENTS: — [ ]

5. **QUANTITY OF WORK**
   COMMENTS: — [2] ☒

6. **JOB KNOWLEDGE**
   COMMENTS: — [2] ☒

7. **DEPENDABILITY**
   COMMENTS: Nancy has been very dependable — [3] ☒

8. **DEALING WITH THE PUBLIC**
   COMMENTS: Nancy deals regularly and nicely with the public. — [3] ☒

RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE ▶: **7**

RECORD TOTAL RATING FOR SECTION II HERE ▶: **18**

# SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.

|  | RATING | TASKS |  |
|---|---|---|---|
| SECTION I | 11 | 5 | 2.48 |
| SECTION II + | 18 | 7 |  |
| TOTAL = | 29 | + 12 = | 2.6 TOTAL SCORE |

HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD.

1.00 - 1.99 UNSATISFACTORY   2.00 - 2.99 SATISFACTORY   3.00 EXCEPTIONAL

USE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OR SECTION II OR TO DOCUMENT SEPARATE RATINGS.

REV. 1-99 (8th edition)

2

**SECTION III (CONTINUED FROM PAGE 2)**

EVALUATOR'S COMMENTS: *Nancy has really [risen?] to the ground [running?] and addressed all issues put before her quickly and decisively*

EVALUATING SUPERVISOR SIGNATURE: *[signed]*    DATE: 04.19.04

## SECTION IV - REVIEWING DIVISION HEAD OR NEXT HIGHER REVIEWING SUPERVISORY LEVEL.

REVIEWER'S COMMENTS:

REVIEWER'S SIGNATURE: *[signed]*    DATE: 04.19.04

## SECTION V - APPROVING AUTHORITY COMPLETES THIS SECTION BEFORE THE EVALUATING SUPERVISOR CONDUCTS THE PERFORMANCE INTERVIEW SESSION WITH THE EMPLOYEE.

ADDITIONAL PERSONNEL ACTIONS (STATUS CHANGE) REQUESTED BY APPROVING AUTHORITY.

IS THIS EMPLOYEE BEING RECOMMENDED FOR CONTINUED EMPLOYMENT?  YES [X]  NO [ ]
IF NO, EXPLAIN FULLY BY ATTACHING ADDITIONAL SUPPORTING DOCUMENTATION.
IF YES, AND THIS IS A TYPE C OR TYPE F PROBATIONARY EVALUATION, COMPLETE A STATUS CHANGE FORM (PF#101) AND SUBMIT WITH THIS FORM.

APPROVING AUTHORITY (DEPARTMENT HEAD) COMMENTS:

APPROVING AUTHORITY SIGNATURE: *[signed]*    DATE: 4.19.04

MAY 06 2004

## SECTION VI - EMPLOYEE PERFORMANCE REVIEW AND INTERVIEW SESSION

EMPLOYEE COMMENTS ON JOB PERFORMANCE EVALUATION AND INTERVIEW SESSION:

RECEIVED APR 26 2004 PERSONNEL DEPARTMENT

DATE OF PERFORMANCE INTERVIEW SESSION:

EMPLOYEE'S SIGNATURE: Nancy C. Martin    DATE: 4/21/04
EVALUATING SUPERVISOR SIGNATURE:    DATE:

## SECTION VII - TO BE COMPLETED BY PERSONNEL

| DATE / TYPE OF NEXT EVALUATION: DATE | 7-26-04 | TYPE: | D |
|---|---|---|---|
| SCORE | 2.42 | AVERAGE | |
| STATUS CODE | | | |
| REGULAR STATUS EFFECTIVE DATE | | AS400 | mm |

REV. 1-99 (8th edition)    4