*Copy*

**MAGISTRATES OFFICE**

Nancy C Martin. Court Administrator
(334)6154150
(334)793-1369 Fax

# Memo

**Toe** Magistrates/Clerks

**From:** Nancy Martin

**Date:** 9/23/04

**R K** Minor Changes in Assigned Duties

When I re-assigned job duties at the end of June, I advised everyone that after 2 to 3 months, I might make some minor changes in the assignments sore rf the job duties. After observing everyone with their new job duties for almost three months, I am making some minor adjustments.

Instead of distributing a memo containing the changes, I have incorporated the changes i made into the attached list Please read the list very carefully. The job duties list attached is effective as of Monday, September 27*1 Any questions or comments concerning this are to be directed to me.

**ACKNOWLEDGED RECEIPT OF BY:**

| Signature | Date |
|---|---|
| Melanie Walsh | 9-23-04 |
| Ann Boyle | 9-23-04 |
| Melissa Woods | 9-23-04 |
| Sarah Fowler | 9-23-04 |
| [signature] | 9/24/04 |
| Lauren McC | 9-23-04 |
| Lunne Knight | 9-24-0 |
| Tonya Munnfield | 9-24-04 |
| [signature] | 9-23-04 |