**MAGISTRATES OFFICE**
Nancy C. Martin, Court Administrator
(334)6154150  (334)793-1369 Fax

# Memo

| | | |
|---|---|---|
| T<K | Eunice *Af* | |
| From | Nancy *Ms* | |
| CC: | Judge Gordon | |
| Date: | 9/27/04 | |
| Re: | Minor Changes to Job Duties | |



In response to your Memo dated September 24, 2004 and given to me today, one of the main reasons for the minor changes to the job duties was to add more to your job duties as well as a couple of others. I have observed many times, and the Magistrates I have left in charge on different occasions when I am out of the office have observed, that you seem to have a lot of free time to surf the internet, stay on the phone for long periods of time, run errands without prior approval from me, take long lunch "hours", etc.

I believe you have plenty of time to complete your job duties. You have Monday afternoon, Wednesday morning, Wednesday afternoon while in the fines room (it is not busy in the fines room on Wednesday afternoon; in fact, there is probably no reason for you to be in the fines room, payments could be taken here) and, Thursday morning to do your other duties.

I will still consider your request after I've had a couple of weeks to observe how you manage your time with the current assignments.

Thank you for all your hard work and cooperation.

> Page 1