

*Rec'd 9/28/04 now*
*Talked to Judge Wed. 9/29.*
*Copy*

**JUDICIAL DEPARTMENT**
**City of Dothan**

6154142-Office
(334)
(334) 615-4149-Facsimile

### INTEROFFICE MEMORANDUM



DEFENDANT'S EXHIBIT 25

TO:     Ms. Nancy Martin, Court Administrator  *1st*
FROM:   Rose Evans-Gordon,
        Municipal Court Judge
DATE:   September 28, 2004
SUBJ:   Work Assignments

Please refrain from making changes in the magistrates' assigned duties until you and I have an opportunity to discuss the matter. As you will remember, we had discussed changing courtroom duties after 3 months. As it is so near to the date to make those changes, I suggest that we wait and make all changes at the same time, which will probably affect all magistrates' duty assignments. Thank you for your cooperation in this matter.