I worked late yesterday to respond in writing to Lavera and Eunice's memos they had submitted to me. I planned to hand you a copy of them this morning when I came over for court. I was detained and arrived at court after you had started. I therefore slipped the envelope containing the copy of the memos under your door. However, after I received your memo to me while in court, I asked Michelle to retrieve the envelope under your door and before I left court, I handed them to you.

I was not pleased that Lavera and Eunice copied their memos to you; however, I was not surprised. They are well aware that I am their direct supervisor; however, they always seem to make sure you are aware of any action I take in this office.

I did not copy the very minor changes to the job duties to you because it did not pertain to anyone's duties in court I have made minor changes a couple of other times since the implementation of these job duties and have not discussed it with you. To my knowledge no one complained concerning those changes.

The reason Lavera and Eunice are upset about the minor changes to their job duties are because they have been enjoying a lot of free time. Although Lavera (especially) and Eunice complain a lot that they have too much of a workload, ft appears otherwise. The cure for that is to assign more job duties to occupy their time. That is the main reason for the minor changes in job duties.

I do know for a fact that Lavera and Eunice (especially Lavera) spend quite a bit of time correcting the entries they make in court that are entered wrong. Other Magistrates also have to spend an unreasonable amount of time correcting some of their errors. After three months, Lavera and Eunice should not be continuing to have this many errors. I have been concerned about the number of errors in the entries made in court and have even started having training sessions on Wednesday mornings where Mary Beth demonstrates on the training side of the court system the proper entries and proper place for entries, mostly for the benefit of Lavera and Eunice, but also the other Magistrates who have not worked court

Also, Lavera and Eunice are doing no more than Valarie and Michelle did when they were assigned basically the same duties. They are in fact doing less than what was required of Valarie and Michelle in working court

Let me explain. When Valarie and Michelle worked court, they processed the paperwork of every person seen in court on that day, even the prisoners that were brought up. Of course, Sarah and Mary Beth still worked court for the Monday afternoon prisoners as they do now. Valarie and Michelle were also responsible for gathering up all the paperwork that they took over for court, as well as checking paperwork that was seen lying around the courtroom to see if they needed to get you to sign ft before taking it back to the Magistrate's office.

Lavera and Eunice (especially Eunice) have done very little processing of prisoner paperwork since they began working court. I spoke to Eunice about this and her response was she didn't have time in court to process this paperwork with everything else she has to do. (Since she was speaking with me, her supervisor, her response should have been: I know this is my job duty, but I'm having a hard time processing all the paperwork and maybe you could see if Sarah could help me process some of it. First, Eunice statement about being too busy to handle the prisoner paperwork is ridiculous since most of the time, there is very little "working court" done on the days of trials. Since Eunice basically let me know that she

wasn't going to do the prisoner paperwork, I did speak with Sarah and asked her couldn't she just process the paperwork when Eunice brought it to her from court. Sarah told me she feels she is overloaded with the number of prisoners we are having, the bondsmen processes, and the rest of her job duties. Sarah also stated she doesn't understand why Eunice and Lavera can't process the prisoners seen while they are working court as Valarie and Michelle always did, and which has been a part of that assigned job duty for quite a while. Sarah is right Assigned job duties do not mean you can pick and choose which part of those you will do and won't do.

    I really need your cooperation in allowing me to supervise <u>everyone</u> in the Magistrate's office. It is causing tremendous problems when I am only allowed to supervise some of the employees. I have over the past few weeks been "cracking down" on everyone because of all the mistakes being made causing many reversals on the financial aspect of the court system, people being arrested wrongly, people being advised wrongly of whether they have to appear in court or not, etc. I feel I have been very lenient to this point with everyone in this office, however, there are too many potentially costly mistakes continuing to be made. Everyone makes mistakes, however, some are very serious mistakes and the person making them needs to be held accountable.