| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| | 6  Labor Day (C, US) | 7 | 8 |
| 13 | *District policy* (handwritten) | 14 | ~| f~ Rosh Hashanah begins at sundown<br>~ Declaration of Independence (M) |
| 20 | 21 | 22  Autumn begins | |
| | *testing m job duty* (handwritten) | 28 | 29 — Talked to Judge about memo she did to me. Talked to Kai about favoritism, cases not properly done, wrong arrests, cash bonds not handled right. Kai said let Judge know about Pout case. Said keep calendar. She will do some looking. |