COPY    COPY

## CASE ACTION SUMMARY CONTINUATION

City of Dothan V. _Ronald Powe_     Case No. _TR 03-10975_

| DATE | ORDERS OF THE COURT |
|---|---|
| 11-17-03 | AA Cont. per M. Sellers |
| 1-26-04 | 9am - subp mailed 12/15/03 to CKA |
| | Alias Warrant of Arrest Issued for Failure to Appear<br>Bond Set at ___ FF / / <br>_____ Municipal Judge |

Eunice,
Please finish processing this case & then return paperwork to me.
Thanks,
Nancy

10/4/04

— Filed in inactive.
— 1) No Disposition on charge.
— 2) Money still shows owed $132.50.
— 3) "CMP" should not be on Traffic Arraignment.

CASECONT.001 07-30-96 gsk

DOTHAN/Martin & Brackin 1177
Confidential Subject to Protective Order

| MUNICIPAL COURT OR DISTRICT COURT OF | DOTHAN | COUNTY | TICKET NUMBER M5545072 |
|---|---|---|---|
| DEFENDANT'S NAME Ronald Powe | | CHARGE JPE | |

| CONTINUED TO | M 11 | D 17 | Y 03 | REASON per Comp. |
|---|---|---|---|---|
| 2ND CONTINUANCE | M | D | Y | REASON AW04-5132 |

| UTC-6A MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
|---|---|---|---|
| M 8 D 10 Y 04 | M 8 D 10 Y 04 | M 8 D 24 Y 04 | M 8 D 30 Y 04 |

| WARRANT ISSUED M D Y | BOND SET $ CASH DEPOSITED $ | WARRANT SERVED M D Y | WARRANT RECALLED M D Y |
|---|---|---|---|

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | M D Y | BOND FORFEITURE ORDERED FINAL | M D Y |
|---|---|---|---|

| ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel ☐ Defendant found indigent, counsel appointed | ☐ Voluntarily waived counsel |
|---|---|---|---|

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged   2 ☐ Guilty of   3 ☐ Not guilty

ADJUDICATION (CHECK ONE)
1 ☐ Guilty as charged   2 ☐ Not guilty   3 ☐ Guilty of   4 ☒ Nol prossed   5 ☐ Dismissed

### ORDERS OF THE COURT

| FINE $ | COURT COSTS $ | TOTAL FINE AND COURT COSTS $ |
|---|---|---|

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ | |
|---|---|---|---|
| HOUSING & MAINTENANCE $ | MEDICAL $ | ATTORNEY RECOUPMENT $ | RESTITUTION $ | PARTIAL PAYMENTS AUTHORIZED FOR $ |

| ☐ JAILED M D Y | DAYS ___ RELEASED ☐ M D Y | LOCATION |
|---|---|---|

| ☐ SENTENCE SUSPENDED ___ DAYS ___ MONTHS | ☐ PROBATION ___ DAYS ___ MONTHS | ☐ COMMUNITY SERVICE ___ DAYS ___ MONTHS |
|---|---|---|

| ☐ TRAFFIC SAFETY PROGRAM M D Y | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED M D Y |
|---|---|---|

| COURT ORDERED LICENSE SUSPENSION ___ DAYS ___ MOS. | ☐ CONSECUTIVE ☐ CONCURRENT | LICENSE SURRENDERED TO COURT M D Y RECEIVED BY |
|---|---|---|

CONFIDENTIAL: ☐ NO - ☐ IF YES: ☐ Juvenile ☐ Youthful Offender

8-10-04 @ 9am per Judge
[signature]

[signature] new ct dt/ 7-27-04 to last kn.

| DISPOSITION DATE M D Y | SIGNATURE OF JUDGE/MAGISTRATE | |
|---|---|---|
| CASE APPEALED M D Y | APPEAL BOND $ | CIRCUIT COURT CASE NUMBER |

| ARRESTING AGENCY (TYPE OF ARREST) | ☐ STATE ☐ COUNTY ☐ MUNICIPAL | |
|---|---|---|
| CASH RECEIVED FROM | RECEIPT # | AMOUNT $ | DATE M D Y |
| NAME AND TITLE | | | |

LICENSE ATTACHED: ☐ YES ☐ NO    DPS RECEIVED LICENSE ☐ YES ☐ NO

### COURT ACTION AND DISPOSITION

DOTHAN/Martin & Brackin 1178
Confidential Subject to Protective Order



TK 03-10975
1-16-04

Control No.
732

| | |
|---|---|
| Drivers License Number: | AL 3692791 |
| Course Completion Date: | November 15, 2003 |
| Name | Ronald Gregory Powe |
| Address | 507 Chinook St. |
| Address | Dothan, AL 36303 |
| City, State, Zip | |
| Training Center: | SpectraCare |
| Instructor Name: | Belinda Bracewell |
| Instructor Number: | # 745763 |

Security Control No.
956003

## Defensive Driving Course
## Four-Hour
### CERTIFICATE OF COMPLETION

This certifies that the person named
above has successfully completed
the National Safety Council four-hour Defensive Driving Course



THIS DOCUMENT IS VOID IF REPRODUCED

DOTHAN/Martin & Brackin 1179
**Confidential Subject to Protective Order**



Control No.
732

Ronald Gregory Powe
has completed a National Safety Council's
4-hour Defensive Driving Course

Founded in 1913, the National Safety Council is a non-governmental, not-for-profit international public service organization devoted to protecting life and promoting health.

*Our mission: to educate and influence society to adopt safety, health and environmental policies, practices and procedures that prevent and mitigate human suffering and economic losses arising from preventable causes.*

**Remember to use your safety belt.
Keep children buckled, in the back seat.**

| Drivers License Number: | Course Completion Date |
|---|---|
| AL 3692791 | 11/15/03 |

Alan C. McMillan, President

Instructional Hour
4

SpectraCare
TRAINING CENTER 745763

Instructor Name    745785
Instructor Number
Security Control No.

&lt;AWI&gt;

STATE OF ALABAMA

ALIAS WARRANT NUMBER

UNIFIED JUDICIAL SYSTEM

HOUSTON COUNTY
ALABAMA
IN THE MUNICIPAL COURT OF DOTHAN, ALABAMA

# ALIAS WARRANT OF ARREST

AW   405132

CASE NUMBER
IN TR 03 0010975

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

RONALD GREGORY POWE, having been arrested and/or cited for the offense of

SPEEDING(UNAGGRAV-OJ
MUNI CRT CST TRAFFIC

and released on bail or own recognizance to appear in the Municipal Court of the City of Dothan, 08/24/2004 If, to answer to the said charge, and having failed to appear in said court on said day; you are therefore, commanded forthwith to arrest said defendant, RONALD GREGORY POWE,
and commit to jail unless he or she gives sufficient bail, to appear in said court on said charge, and make return of this alias warrant according to law.

The Defendant may be released on bail upon his or her entering bond in the amount of $ 300.00 dollars, with at least two good sureties approved by an authorized officer of by depositing cash or negotiable bonds of the U.S. or the State of Alabama in the above amount with the court clerk.

WITNESS MY HAND THIS DAY 8/30/04   BY: Eunice Knight
                                          JUDGE/MAGISTRATE

## DEFENDANT IDENTIFICATION

NAME: RONALD GREGORY POWE   SSN: [redacted]   D.O.B: [redacted]   RACE: B   SEX: M
AGE:   HEIGHT: 5ft10in   WEIGHT: 175   HAIR: BLK   EYES: BRN
LAST KNOWN ADDRESS: 507 CHINOOK ST 213 RUTH ST   CITY: DOTHAN   STATE: AL   ZIP: 36303
EMPLOYER: SELF   EMPLOYER ADDRESS: :   CITY:   STATE:   ZIP:
DL: AL 3692791
VEHICLE YEAR: 0000 MAKE: MERC 560 MODEL:   TAG NO. AL38D320J
OTHER

## ARREST INFORMATION
## CITY OF DOTHAN
## VS.
## RONALD GREGORY POWE

### CERTIFICATE OF EXECUTION

I have executed this warrant by arresting the within named Defendant RONALD GREGORY POWE On this date, ___Sep. 9___, ___04___, at ___6 55___ o'clock ___Y___ a.m. ___ p.m. and:
___X___ Committing to jail   ___ Admitting to jail

Remarks: _____

OFFICER'S SIGNATURE   I.D. NUMBER   475

DOTHAN/Martin & Brackin 1180
Confidential Subject to Protective Order



Honorable Rose Evans-Gordon
Municipal Judge

# The City Of Dothan
# Municipal Court





Nancy Martin
Municipal Court Administrator

City of Dothan Municipal Court
P.O. BOX 2128
Dothan, AL 36302

Date: __8-9-04__   [] urgent   [] please reply   [] review

To: __State trooper__

Company: _____

RE: __MS SAnders__

No. of Pages: _____   Fax #: _____
(Including cover sheet)

From: _____

Tel: (334) 615-4150          Fax: (334) 793-1369

**Message:**

The information contained within this fax is confidential and is intended only for the recipient. If you receive this fax in error, please call the number listed above. Disclosure, copying or distribution of the information without the written permission of the Dothan Municipal Court is strictly prohibited.

DOTHAN/Martin & Brackin 1181
Confidential Subject to Protective Order

Post Office Box 2128




# The City Of Dothan
# Municipal Court

Honorable Rose Evans-Gordon
Municipal Judge

Bettye M. King
Municipal Court Administrator

SEPTEMBER 9, 2004

DEPARTMENT OF PUBLIC SAFETY
P O BOX 1471
MONTGOMERY, AL  36103

REFERENCE:  RONALD POWE (DL #3692791)
(UTC #M5545072)
CASE # TR-03-10975

DEAR SIR/MADAM:

MR. RONALD POWE WAS ISSUED A FTA IN ERROR. PLEASE REINSTATE HIS DRIVER LICENSE AS SOON AS POSSIBLE.

YOUR PROMPT ATTENTION TO THIS MATTER WILL BE GREATLY APPRECIATED.

VERY TRULY YOURS,

*Eunice Knight*
EUNICE KNIGHT, MAGISTRATE

Post Office Box 2128
Dothan, Alabama 36302-2128
(334) 615-4150
(334) 615-4142
Fax (334) 615-4149

DOTHAN/Martin & Brackin 1182
Confidential Subject to Protective Order

I Ronald Powe

Received $300.00 Cash Bond Money back on 9/9/04.

Defendant: _____ Ronald Powe _____

Witness: _____ Eunice Knight

DOTHAN/Martin & Brackin 1183
Confidential Subject to Protective Order