September 23,2004

TO:     NANCY MARTIN

FROM: LAVERA MCCLAIN

RJE:    NEW SCHEDULE

In reference to your new schedule changes, there *is* no way I can do the 2$^{od}$ Monday docket inadditon To my other duties. Maximus is a very time consuming task all by itself, if I thought [ could do it I would Gladly try. Please reconsider assigning this task to me. [f I am forced to accept, my other work is going to suffer, and it will entail countless hours of overtime.

Cc/ JUDGE GORDON

DOTHAN/Martin & Brackin 1172
Confidential Subject to Protective Order