| State of Alabama Unified Judicial System FORM UTC 3 Rev 3/82 | UTC TRANSMITTAL FORM FOR MUNICIPAL COURTS | UTC Control Page 1 of 1 pages |
|---|---|---|

TO: (Court Name & Address)
Court Name: City of Dothan Municipal Court  615-4150
Address: 200 N. Saint Andrews Street, Suite 3
Dothan, Alabama 36303

FROM: (Law Enforcement Name & Address)
Agency Name: City of Dothan Police Department  615-3000
Address: 210 N. Saint Andrews Street
Dothan, Alabama 36303

| SER | UTC NUMBER | DATE ISSUED | D.L. ATTCH | COURT CASE NUMBER (TR) YEAR | NUMBER | REMARKS |
|---|---|---|---|---|---|---|
| M | 5532101 | 4-14-03 | | | 4389 | Brandon Trawick |
| M | 5532102 | | | | 4390 | Bradley Phelps |
| M | 5532103 | | | | — | No ID |

DATE: MONTH 4 | DAY 15 | YEAR 03

COURT ID: AL 0 3 8 0 2 1 J

The above listed traffic tickets are received for court action.

Received by _Lawere McC____

Original - Court    Copy - Police Agency

DOTHAN/Martin & Brackin 1435
Confidential Subject to Protective Order