## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and,<br>MARY BETH BRACKIN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF DOTHAN and JUDGE<br>ROSE EVANS-GORDON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:05-CV-1172-MEF<br>)<br>)<br>)<br>)<br>) |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to the Court's Scheduling Order, counsel for the parties herein certify that they have conferred and engaged in good faith settlement negotiations. The parties, however, are unable to reach a resolution of this case and do not feel that mediation would be of assistance at this juncture.

Respectfully submitted,


/s/ Carol Sue Nelson
Carol Sue Nelson
Attorney for Defendants
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000
(205) 254-1999 (Fax)

/s/ Ishmael Jaffree
Ishmael Jaffree
Attorney for Plaintiffs
800 Downtowner Blvd.
Suite 106B
Mobile, AL  36609
(251) 694-9090
(251) 694-9090 (Fax)