# "ATTACHMENT A"
## The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III - DISCIPLINARY POLICY*

### SECTION III - EMPLOYEE INFORMATION

| : Employee Name | , Hire Date | :' Department |
|---|---|---|
| Lavera McClain    5113 | 5/8/1988 | **Police** |

. ;J>;;,vj ..v;vj Counseling ^jJp.erv^r;Namj_&jo_bTitteo"^-{;/•::'-::•;

Jail Security Sergeant                Mamie Saffold, Jail Warden

### SECTION IV - OFFENSE AND TYPE OF ACTION

NumberisXyiolated ; ;;_ : ; :;fx

ISI MINOR CATEGORY      El 1st Offense     D 2nd Offense     D 3rd Offense     D 4th Offense
Violation of Rule: Section 3-41.    1  2  3  4  5  6 ⓒ 8  9  10  11  12  13  14  15  16  17  18

D MAJOR CATEGORY       DIst Offense     D 2nd Offense
Violation of Rule: Section 3-42.    1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18

D INTOLERABLE CATEGORY  D 1st Offense
Violation of Rule: Section 3-43.    1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20

-.;-  ;  •'.'•:',  :: .LCheck (V)Type pf.pisciplinary Action For This Offense/;L  :•-,:  ,•;»  ;•

FORMAL COUNSELING     D  WRITTEN WARNING     D  FINAL WRITTEN WARNING

### SECTION V - DETAILS OF THIS DISCIPLINARY ACTION REPORT

:ln the space below or on additionai sheets provide detailed d^cum
employee: Include details of recommendations for corrective action and consequenceof future violations. . . ":

J.S.S. McClain is in violation of personnel rule 3-41(7). Failure to comply with standard procedures, making recurring errors. On December 19, 2000 J.S.S. McClain booked Phelan Reavers on P.O.M. 2nd and an active alais warrant was listed in the computor. J.S.S. McClain failed to book Reavers on this warrant. December 19, 2000, J.S.S. McClain booked Tracy Chandler for theft of property 3rt. An alias warrant was showing active in the computer. J.S.S. McClain did not book Tracy Chandler on this warrant. December 21, 2000, J.S.S. McClain released Jimmy Fields form jail but did not take him out in the computer. December 21, 2000, J.S.S. McClain did not recommit! Timothy Marsh on his second charge after he had served time on his first charge. I have counseled J.S.S. McClain on errors on paperwork and computer entries. In the minor catergory, this is a first offense which wan-ants a formal counseling. J.S.S. McClain must be more careful in checking paperwork and computer entries. Future violations of this offense will result in more serious action taken.

Supervisor Sig     Date Signed I–S–     Date signed OI     tHeadSigriaturV;'^

JpcJ«y(wledge I was counseled^or warned in reference to the rule violation(s) citehabcjve. I understand my signature on this form acknowledges the Counseling or warning took place for the reasons given. I understand my signature does not mean I agree or disagree with the statements documented on this form. I also understand I __ may provide a written __ explanation of the offense for which the counseling or warning report ature has been issued and attach this Department written statement to this form. I understand this Personnel Form #147 and any attachments will be forwarded to the Personnel Department and become a part of my permanent employment record.

EMPLOYEE SIGNATURE:                a A/                DateSigned:_

Distribution: ^ORIGINAL to Personnel Department     [18] COPY to Employee     « COPY to Department Head