**EX "B"**

THIS IS SGT. GRAY. THE DATE IS MARCH THE 17TH 2005. TIME IS 2:52 P.M. THE PLACE OF STATEMENT'S THE MAGISTRATE'S OFFICE. THE NAME OF PERSON GIVING STATEMENT IS MARY ELIZABETH BRACKIN. CASE NUMBER IS IA 05-03-08. AH, THIS IS, I'M WANNA EXPLAIN TO YOU WHAT THE INVESTIGATION IS ABOUT BUT WITHIN THE CONTEXT OF THE QUESTIONS. STATE YOUR FULL NAME. MARY ELIZABETH BRACKIN.

DID YOU UNDERSTAND YOUR GARRITY AS YOU READ IT? YES.

AND YOU SIGNED YOUR SIGNATURE THAT YOU DID UNDERSTAND? YES.

HOW LONG HAVE YOU BEEN EMPLOYED WITH THE CITY OF DOTHAN? AH, MAY 1ST WILL BE 13 YEARS.

WHAT IS YOUR TITLE? MAGISTRATE.

THIS INVESTIGATION IS BEING CONDUCTED SOLELY TO IDENTIFY WHO MAY HAVE RELEASED ANY INFORMATION REGARDING THE INVESTIGATION OF MARY TURNER. THIS IS AN ADMINISTRATIVE INVESTIGATION IN NATURE. AH, WHEN WERE YOU FIRST MADE AWARE OF THE INVESTIGATION REGARDING MRS. TURNER? AH, WHEN JUDGE GORDON HAD A MEETING WITH US LAST THURSDAY AND TOLD US.

OKAY. THAT WAS THE FIRST THING YOU EVER HEARD ABOUT ANY INVESTIGATION REGARDING HER? UM, HM.

AH, AND SHE IN FACT TO YOU HERSELF, THE JUDGE THAT WELL SHE, WHATEVER SHE SAID IN THAT MEETING WAS THAT SHE WAS ON ADMINISTRATIVE LEAVE AND THAT IT WAS BEING INVESTIGATED.

OKAY. WHAT ELSE DID SHE SAY IN REGARDS TO... OH GOSH
...THE DIRECTIONS THAT SHE GAVE THE EMPLOYEES?
ABOUT WHAT WAS BEING DONE OR WHAT SHE SAID?

THE INVESTIGATION. UM, HM, WHAT DID, WHAT DID SHE, WHAT DIRECTION DID SHE GIVE EVERYBODY WITHIN THAT MEETING ON MAY THE 10TH OF 2005? SHE JUST SAID NOT TO TALK TO MARY OR AH MAKE ANY COMMENT ABOUT THE INVESTIGATION, IF I REMEMBER CORRECTLY.

DID SHE DIRECT YOU NOT TO GO INTO HER OFFICE? INTO

MARY'S OFFICE.
MARY'S OFFICE? UH HUH.

OKAY, AH DID SHE DIRECT YOU NOT TO AH PRINT ANYTHING ON THE COMPUTER WITH HER OR HAVE ANY CONVERSATION WITH HER REFERENCE TO THE INVESTIGATION? RIGHT.

DID SHE ADVISE YOU THAT SHE WAS AH CONFIRMED TO BE ON LEAVE OR I MEAN HALF OF ADMIN LEAVE?
I THINK SHE DID. I THINK SHE SAID ADMINISTRATIVE LEAVE OR SOME, I'M

DOTHAN/Martin & Brackin

1340

Confidential Subject to Protective Order

NOT, I'M NOT REAL SURE.

OKAY. AND DID SHE ALSO AND ADVISE YOU NOT TO SPEAK WITH ANYONE REGARDING THE MATTER THAT WAS TAKING PLACE?
RIGHT.

WHICH WAS
UM, HM.

HAVE YOU SPOKEN TO MRS. TURNER ABOUT THE INVESTIGATION?
NO.

DID YOU DISCUSS IN ANY WAY ANY OF THE INFORMATION THAT JUDGE GORDON TOLD YOU NOT TO DISCUSS AH AS OF MARCH THE 10™ WITH ANYONE? I'VE TALKED TO MY HUSBAND AND MY MOTHER-IN-LAW. TOLD THEM, WE WERE AT THE TABLE TOGETHER EATING SUPPER.

WHAT'S YOUR HUSBAND'S NAME?
ALLEN.

MOTHER-IN-LAW?
SHIRLEY.

WHAT'S HER LAST NAME?
BRACKIN.

WHERE DOES SHE WORK?
SHE DOESN'T. SHE'S RETIRED.

OKAY. WHAT WAS THE GIST OF THE CONVERSATION YOU HAD WITH THEM?
JUST THAT WHAT JUDGE GORDON HAD TOLD US THAT SHE WAS ON LEAVE AND WE REALLY DIDN'T KNOW WHY AND THAT SHE (UNINT) ON LEAVE.

OKAY. DID YOU HAVE ANY IDEA WHAT IT COULD BE ABOUT?
NO. UH UH.

AND YOU HAD', HAVE YOU TALKED TO HER SINCE THEN ABOUT ANYTHING? I HAD ASKED HER ABOUT A SHOW CAUSE LETTER THAT, THAT'S ONE OF THE THINGS THAT I WAS GIVEN TO DO OF HER JOB DUTIES.

UM, HM.
AND I WAS ASKING HER HOW SHE GOT THE SET UP ON IT. AND SHE SAID THAT WAS SOMETHING BETTY HAD DONE, SO, BUT THAT WAS THE EXTENT OF IT WAS WHAT, YOU KNOW HOW SHE DID ON SOME OF THE PROCEDURES.

OKAY. UH, HAS SHE ASKED YOU ANYTHING ABOUT THIS INVESTIGATION?
NO. UH, UH.

OKAY. I'M GONNA ASK YOU TO, THE SAME QUESTION, BUT I'M GOING TO AH WORD IT HOW IT IS HERE ON THE LIST, BECAUSE I'M GOING OVER ALL THE QUESTIONS WITH EVERYONE. OKAY.

AH, OTHER THAN THE SHOW CAUSE LETTER HAVE YOU SPOKEN WITH MRS. TURNER AFTER THE JUDGE DIRECTED YOU NOT TO, OTHER THAN THAT SHOW CAUSE LETTER CONVERSATION HAVE YOU SPOKE WITH HER ABOUT ANYTHING ELSE AH, AH IN REGARDS TO WHAT THE JUDGE ASKED YOU NOT TO TALK TO HER ABOUT?

DOTHAN/Martin
& Brackin 1341

Confidential
Subject to Protective
Order

NO, NONE OF THAT.

DO YOU KNOW OF ANY MUNICIPAL COURT EMPLOYEE WHO HAS TALKED ABOUT THIS CASE SINCE BEING TOLD NOT TO?
NO.

AH, I PROVIDED THE AH, INFORMATION THAT WAS PLACED ON AH RICKY STOKES' WEBSITE.  HAVE YOU SEEN THAT BEFORE, BEFORE SEEING IT TODAY? I SAW IT YESTERDAY.

OKAY.  HOW DID YOU KNOW IT WAS THERE ON THE WEB SITE? I HAD WALKED UP AND ANN HAD IT ON HER PC.

UM, HM.
YESTERDAY AFTERNOON AND I JUST, YOU KNOW, A LOT OF TIMES WHEN YOU SEE SOMEBODY READING SOMETHING YOU SAY WELL GOSH THERE MUST BE SOMETHING ON THERE, SO I JUST GOT ON THERE AND READ IT.

DID ANYBODY TALK ABOUT IT?
NO.

DID YOU CONTRIBUTE ANY OF THE INFORMATION THAT WAS CONTAINED WITHIN THIS AH DOCUMENT THAT WAS ON THE WEBSITE TO ANYBODY IN ANY FORM? UM, UM.

OKAY.  ARE YOU RECORDING THIS, ARE YOU RECORDING THIS INTERVIEW NOW? NO.

DID YOU RECORD THIS INTERVIEW, EXCUSE ME, DID YOU RECORD THE MEETING THAT WE JUST HAD EARLIER?
NO.

IS THERE ANYTHING ELSE YOU'D LIKE TO ADD TO THIS INVESTIGATION THAT HASN'T BEEN ASKED?
NO.

OKAY.  BE DIRECTED NOT TO TALK TO ANYBODY INCLUDING YOUR HUSBAND OR ANYTHING ABOUT THIS INVESTIGATION WHICH IS ONGOING.  ALSO AH REAFFIRMING THE FACT THAT THE JUDGE ASKED EVERYONE NOT TO TALK ABOUT THIS INVESTIGATION BACK ON MARCH 10™ WITH ANYONE.  AH, BE ADVISED NOT TO DO SO.  OKAY?  YOU UNDERSTAND? UM, HM.

THIS IS GONNA BE THE END OF THIS STATEMENT.  TIME IS 2:59 P.M.