PLAINTIFF'S
EXHIBIT "D"

WHAT DID THE JUDGE SAY?
SHE ADVISED US THAT THERE WAS AN INVESTIGATION GOING ON AND THAT WE DIDN'T KNOW EXACTLY WHAT IT WAS BUT IT WAS JUST ALLEGATIONS THAT WERE MADE AND THAT WE SHOULD NOT SAY ANYTHING ABOUT IT TO, AH, ANYONE,

OKAY, TO ANYONE. UM, DID SHE GIVE FURTHER INSTRUCTIONS AS TO NOT TO ENTER HER OFFICE?
SHE DID. SHE SAID WE WERE NOT TO, AH, ENTER HER OFFICE OR REMOVE ANYTHING FROM HER OFFICE.

DID SHE STATE FURTHER ABOUT, AH, ENTERING THE COMPUTER FOR MRS. TURNER OR ANYTHING LIKE THAT? OR REFRAINING FROM NOT GIVING HER ANY DOCUMENTS OR ENTERING..?
SHE DID SAY THAT IF SHE REQUEST ANYTHING FROM THIS OFFICE THAT WE SHOULD NOT GIVE HER ANYTHING.

OKAY. UM, SINCE THE JUDGE GAVE EVERYONE THE DIRECTION NOT TO TALK ABOUT IT TO ANYONE, UM, HAVE YOU MENTIONED IT, THE INVESTIGATION TO ANYONE? I DID MENTION IT TO A FAMILY MEMBER.

OKAY. WHO WAS THAT MEMBER?
AHH, MELISSA WHITE.

WHO?
MELISSA WHITE.

HOW IS SHE RELATED TO YOU?
JUST A FRIEND.

OKAY. WHAT CONTACT, WHAT, WHAT DID YOU SAY? AHM, I SAID THAT, AH, THERE WAS AN INVESTIGATION GOING ON AND IT'S ABOUT MARY TURNER IN OUR OFFICE BECAUSE SHE..HAD DID SOMETHING, WE WASN'T SURE WHAT IT WAS YET.

UM, DOES MS. WHITE KNOW MRS. TURNER?
NO.

OKAY. UM, DID YOU, UM SAY ANYTHING TO ANYBODY ELSE? I THINK I MENTIONED IT TO MY DAUGHTER.

HOW OLD'S YOUR DAUGHTER?
HOW OLD, AH, THIRTY.

WHAT'S YOUR DAUGHTER'S NAME?
CLAUDETTE HAWTHORNE.

DOTHAN/Martin & Brackin 1371
Confidential Subject to Protective Order

KG: AND WHAT'D YOU TELL HER?
EK: I JUST TOLD HER THAT WE WERE HAVING SOME PROBLEMS IN THE OFFICE. I DIDN'T MENTION ANY NAMES.

KG: OKAY. ANYONE ELSE?
EK: THAT'S IT.

KG: HAVE YOU SPOKEN TO MRS. TURNER SINCE YOU WERE ADVISED ABOUT THIS INVESTIGATION?
EK: NO I HAVEN'T.

KG: OKAY. DID YOU DISCUSS IT WITH ANYONE INSIDE OF THIS OFFICE SINCE DIRECTED BY, UM, THE JUDGE NOT TO?
EK: DISCUSSING HER..?

KG: THE INVESTIGATION, MRS. TURNER, ANYTHING ABOUT IT.
EK: THE ONLY THING THAT WE, AH, DISCUSSED WAS THE LETTER THAT WE SAW ON THE COMPUTER.

KG: OKAY. AND WHEN DID YOU SEE THAT?
EK: UM, I THINK IT WAS THURSDAY.

KG: OKAY. POSSIBLY THE 16™?
EK: RIGHT.

KG: OKAY. UM, I'M SHOWING YOU THE LETTER THAT CAME, UM, OFF OF THE INTERNET AT RICKYSTOKES.COM, DID YOU CONTRIBUTE IN ANY WAY TO ANY OF THE INFORMATION THAT'S CONTAINED ON THAT LETTER?
EK: I DID NOT.

KG: OKAY. DO YOU KNOW OF ANY EMPLOYEE THAT DID?
EK: I DO NOT.

KG: DO YOU KNOW OF ANY MUNICIPAL COURT EMPLOYEE WHO HAS TALKED ABOUT THIS CASE SINCE BEING DIRECTED TO NOT, SINCE BEING DIRECTED NOT TO BY THE JUDGE?
EK: I'M NOT AWARE OF ANYONE.

KG: OKAY. UM, ARE YOU RECORDING THIS INTERVIEW AT THIS TIME?
EK: I AM NOT.

KG: DID YOU RECORD THE INTERVIEW THAT WE HAD YESTERDAY?
EK: I DID NOT.

KG: AND I'M GONNA JUST ASK THIS QUESTION I KNOW I'VE, I'VE

DOTHAN/Martin & Brackin 1372
**Confidential Subject to Protective Order**