**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

December 18, 2007

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Martin et al v. City of Dothan et al

**Case Number:**   1:05cv01172-MEF

**This Notice of Correction was filed in the referenced case this date to attach the PDF documents for Exhibits F, G, and S which were previously omitted.**

**The PDF documents are attached to this notice for your review.   Reference is made to document # 85   filed on   December 13, 2007.**