IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and, <br> MARY BETH BRACKIN <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DOTHAN and <br> JUDGE ROSE EVANS-GORDON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> )   1:05 CV-1172-F <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' NOTICE OF EVIDENTIARY FILING IN
SUPPORT OF DEFENDANTS' REPLY BRIEF**

Defendants, The City of Dothan and Judge Rose Evans-Gordon hereby submit the following evidentiary submissions in support of their Reply Brief.

1.   Affidavit II of Judge Rose Evans-Gordon and Exhibit A thereto.

Respectfully submitted,

/s/Carol Sue Nelson
Carol Sue Nelson
Attorney for Defendants

OF COUNSEL:
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1000
(205) 254-1999 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have on December 20, 2007 electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Ishmael Jaffree, Esq.
951 Government Street, Suite 415
Mobile, Alabama 36604
(251)694-9090

/s/Carol Sue Nelson
Of Counsel

STATE OF ALABAMA    )
                    )
COUNTY OF HOUSTON   )

### AFFIDAVIT II OF ROSE EVANS-GORDON

1. My name is Rose Evans-Gordon. I am over the age of nineteen years. This Affidavit is based on my personal knowledge and my review of records kept in the normal course of business by the City of Dothan.

2. I am employed by the City of Dothan as Municipal Court Judge. In addition to presiding over Municipal Court for the City of Dothan, I am Department Head of the Judicial Department of the City of Dothan, which includes the Court Administrator, an Administrative Assistant, a group of Magistrates, and clerk typists.

3. As a Department Head, I am also an Appointing Authority within the meaning of the Dothan Civil Service Act.

4. As a Department Head, I am ultimately responsible for implementing the City of Dothan Personnel Rules and Regulations, including supervising, evaluating, disciplining and discharging employees in the Judicial Department.

5. Municipal Court was in session the week of April 26, 2004. Attached as Exhibit A hereto is a docket sheet from April 26, 2004, reflecting that Court was in session. Last names have been deleted for privacy reasons.

6. I have reviewed Exhibit S to Plaintiffs' Response Brief which is a UTC Transmittal Form signed by LaVera McClain dated April 15, 2003. The UTC Form merely reflects that McClain recorded a ticket as void as it was turned in to her by the police officer. Because the officer had voided the ticket, it was recorded and accounted for, but was not assigned a case number and not entered into the system. Unlike Mary Beth Brackin, McClain did not strike through, alter and void a ticket entry on the UTC Transmittal Form for a ticket that had been issued, sworn to and assigned a case number. McClain's handling of this transmittal was not inappropriate and did not warrant an investigation or discipline.

I have read the foregoing affidavit and I swear and affirm under penalty of perjury that it is true to the best of my knowledge and belief.

*[signature]*
JUDGE ROSE EVANS-GORDON

STATE OF ALABAMA    )
                    )
COUNTY OF HOUSTON   )

Sworn to and subscribed before me this 19th day of December, 2007.

*[signature]*
Notary Public

JENNIFER METZGER
Notary Public, AL State at Large
My commission expires: My Comm. Expires Aug. 23, 2008

# EXHIBIT A

```
COURT DATE:   4/26/04      DOTHAN MUNICIPAL COURT              PAGE   1
                  PRESIDING JUDGE: JRG   EVANS-GORDON, ROSE
                           DEFAULT DOCKET                       Original
```

| | DEFENDANT NAME | CT. CASE NO. | PD. CASE NO. | CHARGE |
|---|---|---|---|---|
| PA | ———, KATHY SUE  01:00PM | INMC-03-0001717 | PD: 0103002820 | PROSTITUTION (ORD-OJ |
| | | T 6-10-04 @ 1 | | |
| PA | 01:00PM | MC12-03-0002440 | PD Case # Not Found | POSS DRUG PARAPH |
| PA | Y, WILLIE ALLEN  01:00PM  Ticket#: M 5547769 | TR21-03-0015972 | PD Case # Not Found | DRIVING W/LIC REVOKD |
| AA3 | BROWN, ELDON GENE  01:00PM | MC11-04-0001000 | PD Case # Not Found | PUBLIC INTOXICATION |
| APD | BRYANT LEE  01:00PM  **WARRANT** | MC12-04-0001004 | PD Case # Not Found | POSS DRUG PARAPH |
| PA | 01:00PM | allowed to sign bond — | | |
| APM | 01:00PM  **WARRANT** | MC12-04-0001005 | PD Case # Not Found | POSS MARIJUANA 2ND |
| PBY | BLAKE  01:00PM  Ticket#: M 5533869 | INTR-03-0006602 | PD: 0103005242 TB | DRIVING WHILE LIC-OJ |
| PA | 01:00PM  Ticket#: M 7355804 | TR19-03-0015043 | PD Case # Not Found | SPEEDING 25/MORE |
| PA | 01:00PM  Ticket#: M 5546858 | TR21-03-0013822 | PD Case # Not Found | DRIV W/LIC S/R/C |
| PA | 01:00PM  Ticket#: M 4487484 | INTR-03-0006523 | PD: 0103003985 | DRIVING WHILE LIC-OJ |
| PA | 01:00PM  Ticket#: M 5533868 | INTR-03-0006603 | PD: 0103005242 TB | RECKLESS DRIVING -OJ |
| PA | 01:00PM  Ticket#: M 5545459 | TR21-03-0014034 | PD Case # Not Found | DRIVING W/LIC REVOKD |
| PA | , LAMAR  01:00PM  Ticket#: M 7363836 | TR19-04-0004826 | PD Case # Not Found | PROOF OF INSURANCE |
| | 262.50 — pay or serve — CC w/3850 | | | |
| PA | 01:00PM  Ticket#: M 7363835 | TR21-04-0004825 | PD Case # Not Found | DRIVING W/LIC REVOKD |
| | 462.50 + 180 days 160 susp | | | |
| PA | , BRUCE  01:00PM | MC11-03-0002694 | PD Case # Not Found | PUBLIC INTOXICATION |
| AA3 | LEE  01:00PM | MC11-04-0001001 | PD Case # Not Found | PUBLIC INTOXICATION |
| | 246.00 + chot 30 susp | | | |
| AA1 | JACKSON  01:00PM | MC12-04-0000999 | PD Case # Not Found | ILL POSS PRESCR DRUG |
| PA | 01:00PM | | | |
| | , CHARLES | INMC-00-0000963 | PD: 0101000851 | MENACING   -OJ |