| State of Alabama<br>Unified Judicial System<br>FORM UTC 3 Rev 3/82 | UTC TRANSMITTAL FORM<br>FOR MUNICIPAL COURTS | UTC Control<br>Page _1_ of _1_ pages |
|---|---|---|

TO: (Court Name & Address)

Court Name: City of Dothan Municipal Court 615-4150

Address: 200 N. Saint Andrews Street, Suite 3

Dothan, Alabama 36303

FROM: (Law Enforcement Name & Address)

Agency Name: City of Dothan Police Department 615-3000

Address: 210 N. Saint Andrews Street

Dothan, Alabama 36303

| SER | UTC NUMBER | DATE ISSUED | D.L. ATTCH | COURT CASE NUMBER (TR) YEAR | NUMBER | REMARKS |
|---|---|---|---|---|---|---|
| M | 5532101 | 4-14-03 | | | 4389 | Brandon Trawick |
| M | 5532102 | | | | 4390 | Bradley Phelps |
| M | 5532103 | | | | — | No ID |

DATE: MONTH 4 DAY 15 YEAR 03

COURT ID: AL 0 3 8 0 2 1 J

The above listed traffic tickets are received for court action.

Received by: _[signature]_

Original - Court        Copy - Police Agency

DOTHAN/Martin & Brackin 1435
Confidential Subject to Protective Order