Police Officer's Name: CPL. ERIC DUHAIME 434

| State of Alabama<br>Unified Judicial System<br>FORM UTC 3 Rev 3/82 | UTC TRANSMITTAL FORM<br>FOR MUNICIPAL COURTS | Page _1_ of _1_ pages |
|---|---|---|

TO: (Court Name & Address)
Court Name: City of Dothan Municipal Court  793-0284
Address: 210 N. Saint Andrews Street
Dothan, Alabama  36303

FROM: (Law Enforcement Name & Address)
Agency Name: City of Dothan Police Department  793-0100
Address: 210 N. Saint Andrews Street
Dothan, Alabama  36303

| SER | UTC NUMBER | DATE ISSUED | D.L. ATTCH | COURT CASE NUMBER (TR) YEAR | NUMBER | REMARKS |
|---|---|---|---|---|---|---|
| M | 5533356 | 11-15-02 | NO | | 13185 | MARY MCBRIDE |
| M | " 357 | 11-24-02 | NO | | 13184 | JANET STEELPOY |
| " | " 358 | " | " | | 13183 | ALEXANDER COZENS |
| " | " 359 | " | " | | —VOID— | STEPHEN PHELPS |
| " | " 360 | 11-26-02 | " | | 13182 | WILLIAM PARK |
| " | " 361 | " | " | | 13180 | BRANDON KIRKLAND |
| " | " 362 | " | " | | 13179 | ALPHONSO COBEY |
| " | " 363 | " | " | | 13178 | DAVID FLAKER |
| " | " 364 | " | " | | 13177 | " " |
| " | " 365 | " | " | | 13175 | BRANDON TERRY |
| " | " 366 | " | " | | 13176 | TODD TERRY |
| " | " 367 | " | " | | 13174 | ARTHUR ROLLINS |

DATE: MONTH 12 DAY 04 YEAR 02

EXHIBIT 2

The above listed traffic tickets are received for court action.

COURT ID: AL 0 3 8 0 2 1 J

Received by: M. Bruck

Original - Court          Copy - Police Agency