FORM UTC-1
REV. 3/97

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO. TM03-4390
YEAR / NUMBER

ALABAMA, COUNTY OF Houston

CITY TICKET NUMBER M 5532102

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about

Month / Day / Year: 04/14/03
At Approx Time: 2:19 PM

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☑ Private

First Name: Bradley   Middle/Maiden: Thomas   Last: Phelps
Address Street: 1204 Providence Rd
City: Slocomb   State: AL   Zip Code: 36375

State: AL   Driver's License Number: 7263105   Class of License:
Sex: M   Race: W   DOB: 12/07/85   Social Security Number: _____
Driver's License ☑ Yes ☐ No in Possession

Ht: 509   Wgt: 140   Eyes: GRN   Hair: BRO   Vehicle Tag Number: 38DO12Z   State: AL   Year: 03
Vehicle Description: 94 Chevrolet Camaro yllw

Owner of Vehicle ☑ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address):

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place,
at or near S Gates St @ Garland St within the ☑ city limits or ☐ police jurisdiction
of Dothan, or ☐ within _____ County, at or near the following location
_____ in violation of ☐ Section _____ Code of Alabama 1975,
☐ or Rule/Regulation number (or) ☑ Municipal Ordinance No. 62-1, duly adopted and in force at the time the offense
was committed, (if applicable) ☑ adopting Section 32-5A-171 Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:
1 ☑ Speeding 51 MPH 30 Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way

| UCR Code | KM No. | Street/Road Code |
|---|---|---|

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify)
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify)
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

☐ Other Violation (Specify)

FACTS RELATING TO THE OFFENSE: ☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
(Witnesses, etc)   ☐ Accident Involved

Complainant's Signature: _____
Officer ID: 359   Agency ORI: AL 0380100
Verified and Acknowledged before me this date
(Circle Title) Judge/Magistrate: Laura Mada   4/15/03

☑ Municipal   COURT APPEARANCE INFORMATION
☐ District Court   Dothan   Phone: 334 615-4150
Court Appearance Date: 05/03/03   Time: 10:00 AM   Court Address: 210 N St Andrews St

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.
Defendant's Signature: Bradley Phelps   Phone: ( )
☑ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

TICKET # M 5532102 CASE #

COMPLAINT AND AFFIDAVIT 0703-3609

---

I HEREBY CERTIFY THIS TO BE A TRUE AND ACCURATE COPY OF THE ORIGINAL DOCUMENT.

Notary Public
My Commission Expires: 4/6/09

DOTHAN/Martin & Brackin 1436
Confidential Subject to Protective Order