| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| | | | 1 Note to Clk - Ck. Email " " Lm - " " Everyo e-Mail to all - Judge only one to hear contested parking cases. |
| | 6 Labor Day (C, US) | 7 | 8 Email instructing primary on front window to make sure mail goes every afternoon. |
| 12 | 13 Distributed smoke policy. | 14 | 15 Rosh Hashanah begins at sundown / Declaration of Independence (M) |
| 19 | 20 | 21 | 22 Autumn begins |
| 26 | 27 Rec'd memo from Eunice protesting minor change in job duty. | 28 | 29 Talked to Judge about memo she did to me. Talked to Kai about favoritism, cases not properly done, wrong arrests, cash bond not handled right. Kai said let Judge know about Powe case. Said keep calendar. She will do some looking into things. |

# SEPTEMBER 2004

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| (2) Email to Mags. to renew Notary - they are.<br><br>Email to Mags. continuing cases for plea, cert., DJS, place on AA docket + put in active basket.<br><br>Email to all - help answer phones. | 3 Memo mandating new policy for bonds on release from jail. | 4 |
| (9) Memo appointing Eunice as Magistrate in charge in my absence Friday. | 10 Magistrate in Charge<br><br>Montgomery Orientation III | 11 Patriot Day (US) |
| (16) Rosh Hashanah / Independence Day (M) | 17 | 18 |
| (23) Rec'd memo from Lavera protesting minor changes to duties, cc'd to Judge.<br><br>Submitted leave reqs. Judge for 10/8-10/11 + 10/29.<br><br>Gave memo + list of job duties to everyone. Minor changes. | 24 Yom Kippur begins at sundown<br>Montgomery (Orientation IV)<br><br>Melissa handed out my memo setting staff meeting for 9/30/04.<br><br>Magistrate in Charge - Tanja | 25 Yom Kippur |
| (30) Called to request judge to call me - never rec'd call.<br><br>Called Michelle + asked her if I could come over + talk to her tomorrow about [some] things I need help on. Said yes. (Michelle, Mary) | → Told Michelle I needed to have Judge sign Sarah's evaluation.<br><br>Talked to Judge + Michelle S. about whether to write Michelle B. up for paperwork + Mary for shouting at Ann. Judge said yes. | Eunice to call me to let me know if funeral is Monday or Tuesday.<br><br>Valarie said she would file complaint if she has to do things Mary Beth's way. I told her we were going to do it way it was when I came. She is not happy. |

Mini calendars: August 2004, September 2004, October 2004, November 2004, December 2004, January 2005

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|
| Valarie came in mad stayed that way. Michelle agreed but reluctantly. MB & SF said yes if someone [would] do prisoners. [V]arie has been ugly [in] staff meeting. | 4  Lavera told me at 7:45 that Eunice had funeral today - didn't have my phone # & neither did Lavera. Typed + handed out again all my phone #s. Had to get MB, MBB, SF & VS in my office to demand someone to work ct. Called about leave request MS. Doesn't know. | 5  Talked to Martha in Personnel (Kai out this week) whether to write MB up for lost paperwork. Said would do it because Judge said to. Ann screwed up on warrant from Complaint & put Complaint in for suspect. Comp. was arrested. Told Judge. Said didn't know what to do. Called about leave req. MS → Judge hasn't ruled. | 6  Said she sent them over after Judge approved. I saw them on her desk as late as 23rd. Said I would call Charlotte to see what could be done. Called at least 3 or more times to speak to Judge. Never called me back. Told MS I really needed to know about leave req. She said she thought Judge was going to approve. Called Pam about Wage. travel req. on agenda Tues. They leave Wed. noon. Asked MS what they would do, said she didn't have a clue. |
| 11  Columbus Day, Observed (US) / Thanksgiving (C) Melissa paged me to ask off for tomorrow - App'vd. Me - off | 12  Day of the Race (M) Judge asked Kai if anything could be walked out. About 3:00 called to Personnel by Judge. Given notice. | 13  4:00 - Determination Hearing EEOC - Elston Me, Jim, MS, Judge, Martha |  |
| 18 | 19 Approx. 2:15 served Termination Notice | 20 |  |
| United Nations Day (US) Daylight Saving Time ends Halloween | 25 | 26 | 27 |

# OCTOBER 2004

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| Put Valarie in charge Fri. + Mon. ↓ | 1 Found out today, I should have made sure all payments (mail bag) were sent by fiscal yr. end (9/30/04). Not advised by anyone. VH came over to go over bond list outstanding. Called talked to Ms if leave req. had been approved. Didn't know. | 2 Eunice didn't call to let me know this weekend. |
| 7 Took copy of leave reqs. to Judge + had her ... ld Judge situation ut Travel Reqs. Said she dn't know what holdup was. d call Charlotte + tell her ey must have check by Wed. rning. k write-ups to Judge sonally. | 8 Me - off | 9 |
| 14 | 15 First of Ramadan | 16 National Boss Day (US) |
| 21 | 22 | 23 |
| 28 | 29 | 30 |

### September 2004
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

### October 2004
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24/31 | 25 | 26 | 27 | 28 | 29 | 30 |

### November 2004
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |

### December 2004
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

### January 2005
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23/30 | 24/31 | 25 | 26 | 27 | 28 | 29 |

### February 2005
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 |   |   |   |   |   |

AT-A-GLANCE®