IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and MARY BETH BRACKIN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:05-CV-1172-MEF ) |
| CITY OF DOTHAN and JUDGE ROSE EVANS-GORDON, | ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' WITNESS LIST

Defendants hereby submit their witness list in accordance with the Court's Scheduling Order.

### Witnesses Defendants Expect to Call at Trial

1. Nancy Martin, Plaintiff

2. Mary Beth Brackin, Plaintiff

3. Judge Rose Evans-Gordan*, Defendant

4. Michelle Sellers*

5. Jennifer Metzger, City of Dothan Municipal Court, Dothan, AL 36301; Phone Number 334-615-4150

6. Ashton Ott, 900 W. Main Street, Dothan, AL 36301

7. Keith Gray*

8. Ray Owens*

9. Kai Davis*

\* Witness may only be contacted through Defendants' counsel.

### **Witnesses Defendants May Call At Trial**

1. Betty King*

2. John White*

3. John Powell*

4. Steve Parrish*

5. James Smith*

6. Gary Coleman, Address and Phone Number Unknown

7. Martha McClain*

8. Kevan Kelley*

9. Derek Yarbrough, Esq., 117 E. Main Street, Dothan, AL 36301; Phone Number 334-793-0051

10. Ishmael Jaffree, Esq., Plaintiffs' Attorney

11. Jerry Corbin*

12. Mike West*

13. Shaun McGhee, Esq., P. O. Box 1225, Dothan, AL 36301; Phone Number 334-702-1744

14. Kathleen Nemish, Esq., 207 W. Troy Street, Dothan, AL 36301; Phone Number 334-793-7771

15. Virginia Emfinger, Esq., 306 W. Adams Street, Dothan, AL 36301; Phone Number 334-677-5335

16. Tom Smith, Esq., 211 W. Main Street, Dothan, AL 36301; Phone Number 334-702-1744

17. Tom Brantley, Esq., 401 N. Foster Street, Dothan, AL 36301; Phone Number 334-793-9009

18. Ashley Tolbert, Spectracare, 191 Oates Street, Dothan, AL 36301; Phone Number 334-712-2720

19. Larry Helms, Fort Rucker, AL; Phone Number Unknown

20. Eric Duhaime, 408 E. Park Avenue, Enterprise, AL 36330; Phone Number Unknown

21. Jarvis Bennett, Spectracare, 191 Oates Street, Dothan, AL 36302; Phone Number 334-712-2720

22. Ann Baxter, City of Dothan Magistrate's Office, Dothan, AL 36301; Phone Number 334-615-4150

23. Cliff Mendheim, Esq., 207 E. Adams Street, Dothan, AL 36301; Phone Number 334-793-3377

24. Jason Miller, City of Dothan Magistrate's Office, Dothan, AL 36301; Phone Number 334-615-4150

25. Lori Chancey, 831 John D. Odom Road, Dothan, AL 36301; Phone Number Unknown

26. Stephen Phelps, 856 Hodge Road, Cottondale, AL 36320; Phone Number Unknown

27. Bradley Phelps, 856 Hodge Road, Cottondale, AL 36320; Phone Number Unknown

28. Eunice Knight, Magistrate, City of Dothan Magistrate's Office, Dothan, AL 36301; Phone Number 334-615-4150

29. LaVera McClain, Magistrate, City of Dothan Magistrate's Office, Dothan, AL 36301; Phone Number 334-615-4150

30. Tonya Minnifield, Magistrate, City of Dothan Magistrate's Office, Dothan, AL 36301; Phone Number 334-615-4150

01597683.1

31. Valerie Savage, City of Dothan Magistrate's Office, Dothan, AL 36301; Phone Number 334-615-4150

32. Anthony Westberry, City of Dothan Police Department, Dothan, AL 36301; Phone Number 334-615-3000

33. Witnesses needed for rebuttal and/or impeachment

34. Witnesses listed by Plaintiffs but not objected to by Defendants

* These witnesses may only be contacted through Defendants' counsel.

Defendants reserve the right to supplement this list.

Respectfully submitted,

*/s/ Carol Sue Nelson*
Carol Sue Nelson
Attorney for Defendants

**OF COUNSEL:**
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Phone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ishmael Jaffree, Esq.
951 Government Street
Mobile, AL 36604-244

/s/ *Carol Sue Nelson*
OF COUNSEL