# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and, ) | |
| MARY BETH BRACKIN, ) | |
|  ) | |
| Plaintiffs, ) | |
|  ) | |
|  ) | |
| v. ) | Case No. 1:05-CV-1172-MEF |
|  ) | |
| CITY OF DOTHAN and JUDGE ) | |
| ROSE EVANS-GORDON, ) | |
|  ) | |
| Defendants. ) | |

## PLAINTIFFS'MOTION TO EXTEND BY ONE DAY THE POSTING OF THEIR EXHIBIT AND WITNESS LISTS

Counsel for the Plaintiffs' misread the Court's July 9, 2007 Uniform Scheduling Order inasmuch as he forwarded to the opposing counsel these documents but did not post them electronically with the Court. On January 2, 2008 counsel for the plaintiffs sent opposing counsel via email the Plaintiffs' List of Exhibits and on this same day sent them the list and the copied exhibits by two day mail guarantee via the U.S. Postal Service. Then on January 4, 2008 Plaintiffs' counsel sent opposing counsel, via email and U.S. Postal Service, their complete witness list. Attached as exhibits "A" and "B" are the Exhibit and Witness List sent to counsel.

In view of the fact that the Defendants will suffer no hardship by the delayed posting of the documents which they have already received, Plaintiffs move the Court to permit the one day delay in filling.

Respectfully submitted

s/Ishmael Jaffree_____
ISHMAEL JAFFREE ( IXJ 1791)
800 Downtowner Blvd. Ste 106 B
Mobile Alabama 36609
251-694-9090 ishjaff@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I have given the Defendants' counsel listed below a copy of the foregoing by this Court's electronic filing system.

Theodore P. Bell
Carol Sue Nelson
Audrey Dupont
Maynard Cooper & Gale
1901 Sixth Avenue North
Birmingham Alabama 35203-2618

s/Ishmael Jaffree_____
Ishmael Jaffree