# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and, ) | |
| MARY BETH BRACKIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | Case No. 1:05-CV-1172-MEF |
| ) | |
| CITY OF DOTHAN and JUDGE ) | |
| ROSE EVANS-GORDON, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' EXHIBIT LIST

| Description | Number of Pages |
|---|---|
| 1. Gordon's Jan, 8, 03 Public Relations Memo | 1 |
| 2. Gordon's April 29, 05 Administrative Leave Letter | 1 |
| 3. Gordon's May 3, 05 Decision Notice | 1 |
| 4. Gordon's April 29, 05 Disciplinary Action Report | 1 |
| 5. Duhaime Transmittal Form | 1 |
| 6. Gordon's March 17, 05 Memo re March 10 | 1 |
| 7. Gordon's April 22, 04 Disciplinary Action Report | 1 |
| 8. Personnel Rules and Regulations | 2 |
| 9. Gordon's April 23 Ten Day Suspension Notice | 1 |
| 10. Gordon's October 5, 04 Notice of Hearing | 1 |

| <u>Description</u> | Number of Pages |
|---|---|
| 11. Gordon's Oct. 19, 04 Notice of Termination | 1 |
| 12. Gordon's Oct. 12, 04 Administrative Leave Memo | 1 |
| 13. Employee Performance Evaluation History | 1 |
| 14. Martin's Application for Employment with the City | 7 |
| 15. Martin's Final Evaluation | 4 |
| 16. Magistrate's Office Assignment List | 1 |
| 17. City's Position Announcement #013-03-01 | 5 |
| 18. Martin's Office Planner | 14 |
| 19. Martin's September 2004 Memo to Gordon | 2 |
| 20. Dothan's Civil Service Act | 17 |
| 21. Knight's September 24, 04 Memo to Martin | 1 |
| 22. Martin's May 28, 04 Evaluation of Lavera | 3 |
| 23. Gordon's April 21, 04 Notice of Determination | 1 |
| 24. Gordon's April 19, 04 Performance Evaluation of Martin | 3 |
| 25. Lavera's January, 3, 01 Disciplinary Action Report Form | 1 |
| 26. Gordon's July 8, 04 Memo to Davis | 2 |
| 27 Gordon's June 8, 04 Memo to Davis | 2 |
| 28. Gordon's Attachment 2 Document | 3 |
| 29. Gordon's September 28, 04 Memo to Martin | 1 |
| 30. Magistrates by Seniority | 1 |
| 31. Gordon's Oct. 12, 04 Disciplinary Action Form | 1 |

| Description | Number of Pages |
|---|---|
| 32. Gordon's Decision of Determination Hearing | 1 |
| 33. Martin's September 27, 04 Memo to Eunice | 1 |
| 34. Gordon's May 3, 05 Decision of Determination Hearing | 1 |
| 35. Gordon's "Attachment" to Determination Hearing | 1 |
| 36. Gordon's March 22, 04 Memo to Brackin | 1 |
| 37. Martin's May 17, 04 Evaluation of Brackin | 4 |
| 38. Gordon's November 5, 01 Letter to Brackin | 1 |
| 39. Martin's September 23, 04 Memo to Magistrates | 4 |
| 40. Martin's September 23, 04 Memo to Lavera | 1 |
| 41. Gordon's November 5, 01 Memo to Brackin | 1 |
| 42. Gordon's April 21, 04 Notice | 1 |
| 43. Gordon's April 29, 05 Administrative Leave Memo | 1 |
| 44. Martin's September 9, 04 Memo to Magistrates | 1 |
| 45. Martin's September 6, 04 Evaluation of Minifield | 4 |
| 46. Westberry Transmittal Form | 1 |
| 47. Ronald Powe Court File | 6 |
| 48. Gordon's Attachment 1 Document | 4 |
| 49. Gordon's Attachment 3 Document | 1 |
| 50 Rickey Stokes April 6, 13, 04 Complaint Letters[1] | 8 |

---

[1] For the moment I have mislaid the original of the Stokes letter. When it is found IO will supplement this Exhibit List.

        _____
ISHMAEL JAFFREE ( IXJ 1791)
800 Downtowner Blvd. Ste 106 B
Mobile Alabama 36609
251-694-9090 ishjaff@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I mailed a copy of the foregoing with counsel for the Defendants by depositing the same with the U.S. Postal Services to be delivered to the following::

Theodore P. Bell
Carol Sue Nelson
Audrey Dupont
Maynard Cooper & Gale
1901 Sixth Avenue North
Birmingham Alabama 35203-2618

        _____
        Ishmael Jaffree