```
        IN THE UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF ALABAMA
                SOUTHERN DIVISION
```

NANCY MARTIN and,
MARY BETH BRACKIN,           *
                             *
    Plaintiffs,          *
                             *   Civil Action No.1:05-CV-1172F
v.                           *
                             *
CITY OF DOTHAN and           *
JUDGE ROSE EVANS-GORDON,     *
in her Individual capacity,  *
                             *
    Defendants.          *

## PLAINTIFFS' WITNESS LIST DISCLOSURES

    Plaintiffs, pursuant to the requirements of Fed. R. Civ. P 26 (a) (3), now provides the Defendants with the following list of potential witness who may be called at trial:

    1. Judge Rose Evans-Gordon; 126 N Saint Andrews St Dothan, AL 36303 (334) (334) 615-4141 15-3165;

    2. Kai Davis, Personnel Director for the City of Dothan ; 126 N Saint Andrews St Dothan, AL 36303 (334) 615-3165;

    3. Valerie Harris, Internal Auditor of the City of Dothan 126 N Saint Andrews St Dothan, AL 36303 (334) 615-3165;

    4. Lavera McClain, Magistrate of the City of Dothan City of Dothan 115 W. Adams St. Suite 1 Dothan, AL 36303, (334) 615-4150;

    5. Eunice Knight, Magistrate of the City of Dothan, City of Dothan 115 W. Adams St. Suite 1 Dothan, AL 36303, (334) 615-4150;

    6. Mary Brackin, former Magistrate for the City of Dothan and the Plaintiff;

7. Ann Baxter, Magistrate of the City of Dothan, City of Dothan 115 W. Adams St. Suite 1 Dothan, AL 36303, (334) 615-4150;

8. Michelle Bryan, former Magistrate of the City of Dothan, now Magistrate City of Daleville, 740 S. Daleville Rd. Daleville Alabama 36322, 334-597-2033;

9. Donna Snell, former Administrator of Magistrate's Office, City of Dothan 4391 Campground Rd. Ozark AL 36360, 334-774-6777;

10. Fran Bailey, former Clerk/Typist Magistrate's Office City of Dothan 309 Barfield St Harira GA 31632, 205-394-1068;

11. Ray Owens, City of Dothan police Sergeant, 210 N Saint Andrews St Dothan, AL 36303 (334) 615-3000;

12. Gary Colman, City of Dothan police Sergeant; 210 N Saint Andrews St Dothan, AL 36303 (334) 615-3000;

13. Keith Gray, City of Dothan police Sergeant 210 N Saint Andrews St Dothan, AL 36303 (334) 615-3000;

14. Sara Fowler, former Magistrate for the City of Dothan; Greg Dean works for the City in the IT Department;

15. Gary Shirah, works for the Business License Department for the City of Dothan 126 N Saint Andrews St Dothan, AL 36303 (334) 615-3165;

16. Jerry Corbin, former Acting City Manager, currently Public Works Director  3809 Brookside Dr, Dothan, AL 36303, (334) 793-1638 ;

17. Valarie Savage, Magistrate, City of Dothan 115 W. Adams St. Suite 1 Dothan, AL 36303, (334) 615-4150;

18. B. Shaun McGee, attorney 211 West Main Street Suite 2, Dothan Al 36301;

19. Donna Nicholson, former Administrator, Current address and telephone number unavailable, will be

supplemented when obtained;

20.   Nancy Martin, former Administrator and Plaintiff;

21.    Keven Sorrells, former Magistrate City of Dothan, address c/o McCallister's Seafood, 1879 S Saint Andrews St Dothan, AL 36301 (334) 793-4898;

22.    Debbie Irby, former Magistrate, address c/o American Family Radio-WAQG 91.7 285 N. Foster St.36303 334-677-8650;

23.    Mike West,  Former City Manager, (334) 7605 S U S 231,  Dothan, AL 36301, (334) 677-5606 ;

24.    Mike Etress, Dothan City Police Corporal, 210 N Saint Andrews St Dothan, AL 36303 (334) 615-3601;

25.   Steve Parish, Former Dothan City Police Captain. Current address and telephone number unavailable, will be supplemented when obtained.;

26.    Don Thompson, Thompson Bonding Co. 325 N. Oates St. Ste 1, Mobile Alabama, 334-677-8849;

27.   Rickey Stokes, A-Advantage Bonding Inc. 109 East Adams Street, Dothan Al 36303 (334) 712-9988;

28.   Tim Dickerson, A-Advantage Bonding Inc. 109 East Adams Street, Dothan Al 36303; (334) 712-9988.

Respectfully submitted

    s//Ishmael Jaffree_____
Ishmael Jaffree,
Attorney for Plaintiff
800 Downtown Blvd.
Suite 106 B
Mobile Alabama 36609
251-694-9090

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4th, 2008, I served a copy of the forgoing Witness List on all parties by electronic email at their following addresses: cnelson@maynardcooper.com and by mailing the same via the U.S. Postal Services at the below listed address:

Theodore P. Bell
Carol Sue Nelson
Audrey Dupont
Maynard Cooper & Gale
1901 Sixth Avenue North
Birmingham Alabama 35203-2618

                                            s//Ishmael Jaffree
                                            Ishmael Jaffree,