IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**NANCY MARTIN and,**

**MARY BETH BRACKIN,**

**Plaintiffs,**

**v.**                                                     ) Case No. 1:05-CV-1172-MEF

**CITY OF DOTHAN and**

**JUDGE ROSE EVANS-GORDON,**

**Defendants.**

# PLAINTIFF BRACKIN'S PROPOSED SPECIAL INTERROGATORIES TO JURY

The jury interrogatories listed below is associated with certain claims raised by Brackin in her Second Amended Complaint and follows certain designated jury instructions which are filed contemporaneous with the instructions

## SPECIAL INTERROGATORIES
## TO THE JURY
## FOR INSTRUCTION NO. 1.1.1

**Do you find from a preponderance of the evidence:**

1. That the actions of the Defendants were "under color" of the authority of the State?

    Answer Yes____ or No_____

2. That the Plaintiff engaged in speech activity concerning the Defendants' belief that Plaintiff had advised a citizen that he had been wrongfully arrested and that a city official had been negligent?

    Answer Yes___ or No____

3. That such speech activity was a substantial or motivating factor in the Defendants' decision to suspend the Plaintiff from employment and place her on two year probation?

    Answer Yes____ or No____

4. That the Defendants' acts were the proximate or legal cause of damages sustained by the Plaintiff?

    Answer Yes____ or No_____

<u>Note:</u> If you answered No to any of the

        preceding questions you need not answer any of the remaining questions.

5. That the Plaintiff would have been suspended from employment for other reasons even in the absence of the Plaintiffs protected speech activity?

        Answer Yes_____ or No_____

<u>Note:</u> If you answered Yes to Question No. 4 you need not answer the remaining questions.

6. That the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits during the period that she was suspended?

        Answer Yes _____or No_____

        If your answer is Yes,
        in what amount?        $ _____

7. That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes_____ or No_____

        If your answer is Yes,
        in what amount?        $ _____

8. That the Defendant acted with malice or reckless indifference to the Plaintiffs federally protected rights and that

punitive damages should be assessed against the Defendant?

Answer Yes____ or No____

    If your answer is Yes,
    in what amount?  $_____

SO SAY WE ALL.

                                                         _____
                                                          Foreperson

DATED:_____

**SPECIAL INTERROGATORIES
TO THE JURY
FOR INSTRUCTION NO. 1.2.1**

**Do you find from a preponderance of the evidence:**

1.  That the Plaintiff was discharged from employment by the Defendant?

>   Answer Yes\_\_\_\_ or No_____

2.  That the Plaintiffs race was a substantial or motivating factor that prompted the Defendant to take that action?

>   Answer Yes\_\_\_\_ or No_____ _____

>   Note:   If you answered No to either Question No. 1 or Question No. 2 you need not answer the remaining question.

3.  That the Plaintiff would have been discharged from employment for other reasons even in the absence of consideration of the Plaintiffs race?

>   Answer Yes\_\_\_\_\_ or No_____ _____

>   [Note:   If you answered Yes to Question No. 3, you need not answer the remaining questions.]

4.  That the Plaintiff should be awarded damages to

compensate for a net loss of wages and benefits to the date of trial?

  Answer Yes____ or No

  If your answer is Yes,

  in what amount?  $ _____ ]

5. That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

  Answer Yes_____ or No_____

  If your answer is Yes,
  in what amount?  $ _____

6(a). That a higher management official of the Defendant acted with malice or reckless indifference to the Plaintiffs federally protected rights?

  Answer Yes_____ or No_____ _____

(b) If your answer to 6(a) is Yes, do you further find that the Defendant itself had not acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit such discrimination in the workplace?

  Answer Yes_____ or No_____ _____

(c) If your answers are Yes, to both 6(a) and (b), what amount of punitive damages, if any, should be assessed against the Defendant?

$\$$_____ -

SO SAY WE ALL.

_____
Foreperson

DATED:_____

**SPECIAL INTERROGATORIES
TO THE JURY
FOR INSTRUCTION NO. 1.3.1**

## Do you find from a preponderance of the evidence:

1. That the Plaintiff was discharged from employment by the Defendant?

    Answer Yes____ or No____

2. That the Plaintiffs race was a substantial or motivating factor that prompted the Defendant to take that action?

    Answer Yes____ or No____

    Note: If you answered No to either Question No. 1 or Question No. 2 you need not answer the remaining questions]

3. That the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

    Answer Yes___ or No____

    If your answer is Yes,
    in what amount?            $ _____

4. That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

    Answer Yes___ or No_____

    If your answer is Yes,
    in what amount?            $ _____

5(a).   That a higher management official of the Defendant acted with malice or reckless indifference to the Plaintiffs federally protected rights?

      Answer Yes \_\_\_\_\_or No\_\_\_\_\_

(b)   If your answer is Yes, that the Defendant itself had not acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit such discrimination in the workplace?

      Answer Yes\_\_\_\_ or No\_\_\_\_

(c)   If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendant?   $ _____

SO SAY WE ALL.

                               _____
                               Foreperson

DATED:_____

**RESPECTFULLY SUBMITTED,**

/s/Ishmael Jaffree
Ishmael Jaffree (IXJ 002)

**Attorney for Plaintiffs,**
THE LAW OFFICES OF ISHMAEL JAFFREE.
800 Downtowner Blvd.
Ste.   106 B
Mobile, Alabama  36609
PH:   (251) 694-9090
FAX:  (251) 602-6842
EMAIL:ishjaff@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Theodore P. Bell
Carol Sue Nelson
Audrey Dupont
Maynard Cooper & Gale
1901 Sixth Avenue North
Birmingham Alabama 35203-2618

/s/Ishmael Jaffree
Ishmael Jaffree