# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and MARY BETH BRACKIN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:05-CV-1172-MEF ) |
| CITY OF DOTHAN and JUDGE ROSE EVANS-GORDON, | ) ) ) |
| Defendants. | ) |

## MOTION TO STRIKE ALL CLAIMS FOR PUNITIVE DAMAGES AGAINST THE CITY OF DOTHAN

COMES NOW Defendant City of Dothan, by and through counsel, and respectfully request that the court strike all claims for punitive damages against the City. The law is clear that punitive damages are unavailable against a municipality such as the City of Dothan. *See City of Newport v. Fact Concerts, Inc.,* 453 U.S. 247, 271 (1981) ("we hold that a municipality is immune from punitive damages under 42 U.S.C. §1983"); *Walters v. City of Atlanta*, 803 F.2d 1135, 1148 (11th Cir. 1986) (punitive damages under §1982 unavailable against municipality); *Harrelson v. Elmore County of Alabama*, 859 F.Supp. 1465, 1467 (M.D. Ala. 1994) (same); *Garrett v. Clarke County Board of Education*, 857 F.Supp. 949, 952 (S.D. Ala. 1994) (punitive damages unavailable against government entity under

Title VII). As such, all claims of punitive damages against the City are due to be stricken.

WHEREFORE, Defendant City of Dothan respectfully request that this Court Order that all claims for punitive damages against it be struck.

Respectfully submitted,

*/s/ Carol Sue Nelson*
Carol Sue Nelson
Audrey Dupont
Theodore P. Bell
Attorneys for Defendants

**OF COUNSEL:**
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama  35203
Phone: (205) 254-1000
Fax: (205) 254-1999

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ishmael Jaffree, Esq.
800 Downtower Blvd.
Suite 106B
Mobile, Alabama

                                                */s/ Carol Sue Nelson*
                                                OF COUNSEL