**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

March 3, 2008

# NOTICE OF CORRECTION

**To:**           **All Counsel of Record**

**From:**         **Clerk's Office**

**Case Style:**   **Nancy Martin, et al. v. City of Dothan, et al.**

**Case Number:**  **#1:05-cv-01172-MEF**

**Referenced Document:** **Document #126**
                         **Proposed Jury Instructions**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper electronic signature on the pleading nor a the certificate of service as required by the Civil Administrative Procedures II-C. The corrected pdf is attached to this notice.**