IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:05-cv-1172-MEF |
| ) | |
| CITY OF DOTHAN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the trial set for March 17, 2008 is continued generally.

2. That all pending motions are denied as moot with leave to refile.

3. That the parties file a joint stipulation of dismissal on or before March 31, 2008.

DONE this the 3rd day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE