IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and,<br>MARY BETH BRACKIN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF DOTHAN and JUDGE<br>ROSE EVANS-GORDON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05-CV-1172-MEF<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Mary Beth Brackin and Defendants City of Dothan and Judge Rose Evans-Gordon stipulate to the dismissal of this action with prejudice, each party to bear their own costs.

Respectfully submitted,

/s/ Carol Sue Nelson
Carol Sue Nelson
Attorney for Defendants
Maynard, Cooper & Gale, PC
1901 6th Avenue North, Suite 2400
Birmingham, AL  35203
(205) 254-1000
cnelson@maynardcooper.com

/s/ Ishmael Jaffree
Ishmael Jaffree
Attorney for Plaintiff
800 Downtowner Blvd.
Suite 106 B
Mobile, Alabama 36609
(251) 694-9090
ishjaff@yahoo.com