IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MARTIN and, <br> MARY BETH BRACKIN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DOTHAN and JUDGE <br> ROSE EVANS-GORDON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05-CV-1172-MEF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Mary Beth Brackin and Defendants City of Dothan and Judge Rose Evans-Gordon stipulate to the dismissal of this action with prejudice, each party to bear their own costs.

Carol Sue Nelson, counsel for Defendants, hereby certifies that all parties herein have agreed to this Stipulation of Dismissal. A copy of Mr. Jaffree's written permission to file this Stipulation is attached as Exhibit A hereto.

Respectfully submitted,

/s/ Carol Sue Nelson
Carol Sue Nelson
Attorney for Defendants
Maynard, Cooper & Gale, PC
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203
(205) 254-1000
cnelson@maynardcooper.com

/s/ Ishmael Jaffree
Ishmael Jaffree
Attorney for Plaintiff
800 Downtowner Blvd.
Suite 106 B
Mobile, Alabama 36609
(251) 694-9090
ishjaff@yahoo.com

# EXHIBIT A

**Carol Sue Nelson - Stipulated Dismissal**

**From:** Ishmael Jaffree <ishjaff@yahoo.com>
**To:** Carol Sue Nelson <nelsoc@maynardcooper.com>
**Date:** 3/31/2008 9:28 AM
**Subject:** Stipulated Dismissal
**CC:** mary beth brackin <granna36303@yahoo.com>

You have my permission to affix my electronic signature and file the dismissal with prejudice today.