# NOTICE REGARDING REDACTION

FROM: Debra P. Hackett, Clerk

DATE: March 16, 2009

RE: Redaction pursuant to the E-Government Act

TO: Theodore Bell

The Administrative Office of the Courts and the Clerk's office in the United States District Court for the Middle District of Alabama have been contacted by a spokesperson for a nonprofit corporation - Public.Resource.Org - regarding court documents available on PACER that may contain Social Security numbers in violation of the E-Government Act.

Our judges have met and discussed the issue and the Court does not wish to facilitate anyone's private information being disseminated to the public. The E-Government Act was drafted with the specific obligation on the attorneys, as officers of the court, to redact the following personal data identifiers from all filings submitted to the court, including exhibits thereto: social security numbers, names of minor children, dates of birth, financial account numbers, and addresses of individuals. It is the responsibility under this Act that the attorneys proactively review their pleadings and any exhibits, depositions, or other documents filed with the court to ensure that no one's private information is made available to the public. Please review the Court's **General Order 3228** regarding this requirement at:

http://www.almd.uscourts.gov/rulesproc/docs/04mc3228GOrder1E-GovAct.pdf

The Court has directed that the attorneys be notified in the cases which were identified by the above organization as containing information in violation of the E-Government Act and require that those documents be redacted immediately.

The following is the case name, case number, document number(s) and page number (s) in the case that you provided representation to a party. If you were the filing party, you are required to redact those documents immediately.

Case name: Nancy Martin, et al. v. City of Dothan, et al.
Case number: 1:05-cv-01172-MEF
Document number: 72-2 page7 of 50; 72-34 page 1 of 1; 72-39 page 4 of 50; 72-48 page 1 of 4; 72-51 page 1 of 11; 72-66 page 1 of 2; 72-91 page 13 of 32; 72-122 page 20 of 86
Document title: Notice of Evidentiary Filing

Please prepare a redacted PDF of the pleading or exhibit in its entirety for correction of the court's docket. ***DO NOT E-FILE this document.*** We require that you ***E-MAIL*** the redacted PDF document to the following address for correction by the Clerk's Office:

FOR CIVIL CASES: almd_civildkt@almd.uscourts.gov

FOR CRIMINAL CASES: almd_crd@almd.uscourts.gov